**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Banners of Abingdon LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA Banners Hallmark Shop |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-4724849 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1801 16th Street Northwest <br> Unit 606 <br> Washington, DC 20009 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| District of Columbia <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://www.bannershallmark.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Banners of Abingdon LLC
         Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5331_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | Banners of Abingdon LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Banners of Abingdon LLC
     Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 14, 2025
            MM / DD / YYYY

**X** /s/  Michael Postal _____
    Signature of authorized representative of debtor

Michael Postal _____
Printed name

Title   Authorized Agent _____

**18. Signature of attorney**

**X** /s/ Maurice Verstandig _____
    Signature of attorney for debtor

Date   September 14, 2025 _____
    MM / DD / YYYY

Maurice Verstandig _____
Printed name

The Belmont Firm _____
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036 _____
Number, Street, City, State & ZIP Code

Contact phone _____  Email address   mac@mbvesq.com _____

_____
Bar number and State

## <u>RESOLUTION AUTHORIZING BANKRUPTCY FILINGS</u>

The undersigned, being the sole member(s) of the Companies (as defined below), do hereby resolve as follows:

WHEREAS, certain Companies are experiencing certain cash flow difficulties attributable to the manner in which certain seasonal retail items are to be acquired and the financing thereof; and

WHEREAS, certain Companies also stand to benefit from the strategic reassessment of retail leasing arrangements; and

WHEREAS, certain Companies appear to hold various litigation rights that may be most synergistically and cohesively pursued through a global reorganization process;

WHEREAS, if able to reorganize, the Companies will be more efficient and economically productive entities;

IT IS NOW, THEREFORE, RESOLVED as follows:

1.    This resolution shall apply to the following entities, each of which shall constitute a "Company" and all of which are cumulatively referred to herein as the "Companies:"

    a.  LBPO Management LLC
    b.  Banners of Reston, Inc.
    c.  Banner's of Dulles Town, Inc.
    d.  Banner's Fair Oaks, LLC
    e.  Banner's Of Ashburn, LLC
    f.  Banner's Gainesville, LLC
    g.  Banner's of Warrenton, LLC
    h.  Banner's of South Riding, LLC
    i.  Banner's Stafford, LLC
    j.  Banner's of Oakton, LLC
    k.  Banner's of Bradlee Center, LLC
    l.  Banners of Fair Lakes, LLC
    m.  Banners of Woodbridge LLC
    n.  Banners of Williamsburg LLC
    o.  Banners of Newport News LLC
    p.  Banners of Commonwealth Midlothian LLC
    q.  Banners of Village Marketplace Midlothian LLC
    r.  Banners of Fairfield Virginia Beach LLC
    s.  Banners of Hilltop Virginia Beach LLC
    t.  Banners of Central Park Fredericksburg LLC
    u.  Banners of Cosner's Corner Fredericksburg LLC
    v.  Banners of York River LLC
    w.  Banners of Lynchburg, LLC
    x.  Banner's Hallmark - VA Valley Mall

    y. Banners Hallmark - Apple Blossom Mall
    z. Banners Hallmark - New River Valley Mall
   aa. Banners Hallmark - Greenbrier Market Center
   bb. Banners Hallmark - Columbus Village East
   cc. Banner's of Burke, LLC
   dd. Banner's of Kamp Washington, LLC
   ee. Banners of Suffolk LLC
   ff. Banners of Suffolk II LLC
   gg. Banners of Henrico LLC
   hh. Banner's of Waynesboro LLc
   ii. Banners of Roanoke LLC
   jj. Banners of Rocky Mount VA LLC
   kk. Banner's of Manassas LLC
   ll. Banners of Charlottesville LLC
  mm. Banners of Kingstowne LLC
   nn. Banners of Leesburg LLC
   oo. Banners of Abingdon LLC

2. To the extent there exists any legal entity, under the control of one or more signatories hereto, not expressly referenced above but carrying on the business of operating a retail establishment bearing "Hallmark" branding, such entity shall be included herein as a "Company" and shall form a part of the definition of "Companies."

3. The signatures hereto are set forth in such a manner that some combination thereof shall constitute the full membership of each of the Companies, though not all signatories hereto are members of each Company.

4. Notwithstanding the signature of A & S, Inc. hereto, in said entity's capacity as a member of one or more of the Companies, A & S, Inc. is expressly not defined as a "Company" or a constituent member of the "Companies," and this resolution shall *not* serve as authorization for A & S, Inc. to seek bankruptcy protection.

5. Pursuant to Section 4A-403(d)(i) of the Maryland Corporations and Associations Code and Section 13.1-1022 of the Virginia Code, each of the Companies are hereby authorized to file—but not required to file—a voluntary petition for relief pursuant to Section 301 of Title 11 of the United States Code;

6. Michael Postal ("Mr. Postal") is hereby authorized to take any and all actions requisite to cause any combination of the Companies to file a voluntary petition for bankruptcy relief, including the retention of The VerStandig Law Firm, LLC d/b/a The Belmont Firm as general reorganization counsel; and

7. Any such actions heretofore taken by Mr. Postal are hereby approved and ratified; and

8. Mr. Postal shall serve as the representative of each Company in connection with any bankruptcy case that may be filed; and

9.      Mr. Postal is hereby authorized to procure such financing and debt arrangements, on behalf of the Company, in connection with any bankruptcy case that may be filed, as he deems advisable in nature, including—but not limited to—the procurement of debtor-in-possession financing, the procurement of debtor-in-possession financing in the form of the in-kind provision of goods, the procurement of debtor-in-possession financing from one or more insiders (without regard to their relation to Mr. Postal), and the recharacterization of pre-petition debts as part of any such debtor-in-possession financing.

10.     Mr. Postal shall exercise his sole and absolute discretion in connection with any ensuing bankruptcy case(s), working with general reorganization counsel, and shall require no further authorization to perform the tasks attendant to a bankruptcy case including, but not limited to, the filing of a petition for relief, schedules, a statement of financial affairs, various motions, a plan of reorganization, and a disclosure statement.

Dated this 14th day of September, 2025

THE COMPANIES

By: _____
    By: A & S, Inc..
        By: Michael Postal
        Its: Authorized Agent

By: A & S, Inc.
    By: Leanord Banner
    Its: Authorized Agent

_____
Michael Postal, Member

_____
Leonard Banner, Member

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | |
| Debtors. | ) | |

## NOTES ACCOMPANYING PETITIONS

Banners of Abingdon, LLC (the "Lead Debtor") and a series of related companies engaged in the business of operating Hallmark-licensed stores are seeking chapter 11 relief in this Honorable Court on September 14 and 15, 2025. It is reasonably anticipated at least 30 such entities will file petitions for relief, pursuant to the allowances of Section 301 of Title 11 of the United

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

States Code. These notes accompany each such petition and are aimed at offering insight into the cases.

1.       The Lead Debtor and successively filed debtors (collectively, the "Debtors") will be moving to have their cases jointly administered and their estates substantively consolidated. For reasons that will be better explained in the ensuing motion, it is not instantly pragmatic or economical—relative to the scale of these cases—to sort all creditors between and amongst individual Debtors. As such, each of the Debtors is attaching to its petition an identical (i) list of the 20 largest creditors; and (ii) creditor mailing matrix. This does *not* mean the sums owed to each delineated creditor are to be multiplied by the cumulative number of Debtors; to the contrary, this is merely a reflection of each Debtor endeavoring to acknowledge potential liability to the creditors of each other Debtor.

2.       Similarly, each petition denotes an approximated value of the correlative Debtor's assets. These are enterprise-wide approximations and are not specific to any one or more individual Debtors. The rationale for such will be further addressed in a forthcoming motion for joint administration and substantive consolidation.

3.       While "first day" motions will not be docketed until at least September 15, 2025, the Debtors reasonably anticipate seeking emergency relief of the following varieties:

a.       An order permitting the Debtors to make their ordinary payroll obligations, inclusive of pre-petition salaries and wages, on time and without disruption, *except* the Debtors will not seek to (i) pay derivative equity holders the pre-petition portion of their respective wages; or (ii) pay pre-petition bonuses to various system-wide managers and executives;

b.       An order directing the Debtors' cases be jointly administered and the Debtors' estates be substantively consolidated;

2

c.      An order permitting the Debtors to maintain one or more pre-petition bank accounts, *provided* (i) a new debtor-in-possession bank account be opened at an authorized depository institution; (ii) pre-petition accounts be swept, not less than once every business day, into the post-petition debtor-in-possession account, so as to ensure no pre-petition account carry an overnight balance in excess of the insurance threshold offered by the Federal Deposit Insurance Corporation;

d.      An order permitting the Debtors to incur debts, post-petition, from one or more lenders, on terms that will include the provision of so-called "priming" liens and the accrual of interest at market-competitive rates, with said order to also provide for the Debtors' use of cash collateral in a manner consistent with post-petition debt terms; and

e.      An order extending the deadline for the Debtors to file schedules and statements of financial affairs, with it being expressly anticipated such deadline will be sought to be a date *after* a final ruling on the aforementioned motion to permit substantive consolidation of the Debtors' estates and, as such, the filing of a single, unified set of schedules and a single, unified statement of financial affairs.

Respectfully submitted,

Dated: September 14, 2025      By:     /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig, Esq.
                                       Bar No. MD18071
                                       The Belmont Firm
                                       1050 Connecticut Avenue, NW
                                       Suite 500
                                       Washington, DC 20036
                                       Phone: (202) 991-1101
                                       mac@dcbankruptcy.com
                                       *Proposed Counsel for the Debtors*

Fill in this information to identify the case:

Debtor name   Banners of Abingdon LLC

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Paper Plastic Company 19 Kiesland CT Hamilton, OH 45015 | | | | | | $157,439.68 |
| Backd Finwise 1949 S IH 35 Frontage Rd Austin, TX 78760 | | | | | | $900,000.00 |
| Caspari Inc 99 Cogwheel Lane Seymour, CT 06483 | | | | | | $128,011.94 |
| Commercial Express HVAC 44931 Falcon Pl Sterling, VA 20166 | | | | | | $70,461.78 |
| Crown MAC 7619 Sheridan Rd Kenosha, WI 53143 | nancy.warmoth@fs-llc.com | | | $5,350,168.00 | $0.00 | $5,350,168.00 |
| Demdaco PO Box 803314 Kansas City, MO 64180-3314 | | | | | | $82,433.96 |
| Enesco LLC 500 Park Boulevard Ste 1300 Itasca, IL 60143 | | | | | | $84,741.00 |
| Ganz USA LLC PO Box 530 Buffalo, NY 14240-0530 | | | | | | $177,207.63 |
| Godiva Chocolatier Inc PO Box 74008044 Chicago, IL 60674-8044 | | | | | | $213,072.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hallmark Marketing Company LLC Gold Crown Administration 2501 McGee Kansas City, MO 64141 | | | | $6,436,457.00 | $0.00 | $6,436,457.00 |
| Itria Ventures LLC co Corporation Service Company 251 Little Falls Grove Wilmington, DE 19808 | | | | | | $400,000.00 |
| Kellytoy USA Inc PO Box 738667 Dallas, TX 75373-8667 | | | | | | $67,924.08 |
| PNC Bank NA 130 South Bond Street Bel Air, MD 21014 | steven.chambers@pnc.com | | | $3,014,674.00 | $0.00 | $3,014,674.00 |
| Pomeroy Technologies LLC PO Box 7410512 Chicago, IL 60674 | | | | | | $75,383.18 |
| Silver Forest Inc 40 Industrial Drive Bellows Falls, VT 05101 | | | | | | $78,289.03 |
| Stonewall Kitchen 2 Stonewall Lane York, ME 03909 | | | | | | $105,667.57 |
| Touchland LLC Capacity 100 SE 2nd St suite 2000 Miami, FL 33131 | | | | | | $72,930.00 |
| Vera Bradley Sales LLC Attn Accounts Receivable 12420 Stonebridge Rd Roanoke, IN 46783 | | | | | | $98,062.59 |
| White House Historical Association PO BOX 27624 Washington, DC 20038-7624 | | | | | | $149,930.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Youngs Inc 735 Thimble Shoals Blvd 100 Newport News, VA 23606 | | | | | | $67,466.14 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

301 MM LLC
5324 43Rd St Nw
Washington, DC 20015


Alarm Services of Maryland Inc
PO Box 6334
Ellicott City, MD 21042


Alexis Hairston
12401 Brickyard Blvd
1028
Beltsville, MD 20705


Alexis Peres
6660 Upland Circle
Fayetteville, PA 17222


Allied Products
1420 Kansas Avenue
Kansas City, MO 64127


American Mills
2806 W Lake of the Isles Pkwy
Minneapolis, MN 55416


American Paper Plastic Company
19 Kiesland CT
Hamilton, OH 45015


Angela Earhart
26431 Eleys Ford Road
Richardsville, VA 22736


Angela Morris
54 Kite Pl
Waynesboro, VA 22980

Angela Thomas
1420 Barnett St
Rock Hill, SC 29732


Angie Blasco
2002 Regency Drive
Suffolk, VA 23434


Anita Cook
56 Wildcat Cove
Waynesboro, VA 22980


Annapolis Harbour Center Associates LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208


Anne Folio
8460 Angwin Place
Charlotte, NC 28262


Antoinette Wilson
2658 Wintergreen Road
Cove City, NC 28523


Appriss Retail DBA Sysrepublic Inc
PO Box 639138
Cincinnati, OH 45263-9138


Ashburn Village Center LLC
co Saul Holdings LP
PO Box 38042
Baltimore, MD 21297-8042


Ashers Chocolate
PO Box 950001875
Philadelphia, PA 19195-1875

Aurora World Inc
8820 Mercury Lane
Pico Rivera, CA 90660


Avanti Press
PO Box 67000
Dept 210401
Detroit, MI 48267-2104


Azya Williams
1422 Larkview Drive
Virginia Beach, VA 23454


Backd Finwise
1949 S IH 35 Frontage Rd
Austin, TX 78760


Bedford Window Cleaning Co
308 Jane Randolph St
Forest, VA 24551


Benjamin Office Supply Services inc
758 E GUDE DRIVE
ROCKVILLE, MD 20850


Bissingers Handcrafted Chocolatier
5025 PATTISON AVE
SAINT LOUIS, MO 63110


Brenda Antoniak
49 Woodbine Drive
Colonial Beach, VA 22443


Briana Stanley
6227 heather glen dr
Suffolk, VA 23435

Bull Run Plaza Llc
PO Box 25097
Tampa, FL 33622


Bull Run Plaza LLC water
8405 Greensboro Dr Ste 830
Mc Lean, VA 22102


BurkeTown Plaza LLC
PO BOX 30344
TAMPA, FL 33630-3344


Calvin Lopez
7704 Notees Ln
Kernersville, NC 27284


Cannon Hill Logistics
PO BOX 3851
FREDERICK, MD 21705-3851


Carpet and Vacuum Expo
7715 Tuckerman Lane
Potomac, MD 20854


Carson Home Accents
189 Foreman Road
Freeport, PA 16229


Caspari Inc
99 Cogwheel Lane
Seymour, CT 06483


Cathy Dickinson
402 E 11Th Avenue
Ranson, WV 25438

Cathy Jager
2103 Deer Meadow Lane
Midlothian, VA 23112


Chastity Carr
2408 Timberland Hills DR
Newton, NC 28658


Cher Lake
327 Maryland Avenue
Portsmouth, VA 23707


Cheryl Crum
1511 Regency Woods Road
101
Henrico, VA 23238


Cheryl Domingue
123 Glenwood Rd
Hampton, VA 23669


Cheryl Murphy
306 Jordan Crossing Ave
Jamestown, NC 27282


Christian Everett
9119 Manchester Rd
311
Silver Spring, MD 20901-4137


Christina OKeefe
5225 Lowery Downs
Virginia Beach, VA 23464


City of Fredericksburg
City Treasurer
PO BOX 644  City Hall
Fredericksburg, VA 22404-0644

City of Newport News
Marty G Eubank Treasurer
City of Newport News PO BOX 975
Newport News, VA 23607-0975


City of Virginia Beach CO Banners Hallm
Commissioner Of The Revenue City Hall
2401 Courthouse Drive
Virginia Beach, VA 23456-9002


Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166


Complete Solutions Sourcing
PO Box 5383
Deptford, NJ 08096


Corporate Services Consultants LLC
1015 N Gay St
PO Box 1048
Dandridge, TN 37725


Cosners Corner Owners Assoc
Attn CBC Property Management
990 Bragg Road
Fredericksburg, VA 22407


Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636


Crossroads Original Designs dba Blossom
115 Crossroads Boulevard
Bucyrus, OH 44820


Crown MAC
7619 Sheridan Rd
Kenosha, WI 53143

Crystal Hill
4796 First Court Road
Virginia Beach, VA 23455


Cynthia Williams
4752 Westland
apt B
Halethorpe, MD 21227


Dania Contreras
14478 Rustling Leaves Lane
Centreville, VA 20121


Danielle Cutlip
3133 Copenhaver RD
Street, MD 21154


Danielle Santamore
53 Creekstone Drive
Newport News, VA 23603


Deana Bonilla
8414 vision ln
Walkersville, MD 21793


Debbie Stout
712 Ontario Street
Havre de Grace, MD 21078


Dede Cole
344 Donald Circle
Forest Hill, MD 21050


Demdaco
PO Box 803314
Kansas City, MO 64180-3314

Designer Greetings Inc
PO Box 1477
Edison, NJ 08818


Divaris Ridge shopping Center Owner LL
4525 Main Street
Suite 900
Virginia Beach, VA 23462


Donna Donlin
20162 Braeton Bay Terr
Apt 103
Ashburn, VA 20147


Donna Najibi
504 Lake Vista Drive
Forest, VA 24551


DuraSeal Inc
PO Box 743
Forest, VA 24551


E S Pets
725 Broadway Ave
Holbrook, NY 11741


Ed Scott
235 Mary Jane Lane
Bel Air, MD 21015


Ela Wilson
3200 Grumman Sq
203
Virginia Beach, VA 23452


Else Koprowicz
128 Maloy Dr
Winchester, VA 22602

Emilee Pratt
551 Greenbriar Drive
Culpeper, VA 22701


Enesco LLC
500 Park Boulevard Ste 1300
Itasca, IL 60143


Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260-2961


Expressive Design Group Inc
49 Garfield St
Holyoke, MA 01040


Fahlo LLC
201 Chatham St
Suite 2
Sanford, NC 27330


Fair City HHH LLC
225 Asylum Street
15th Floor
Hartford, CT 06103


Fair Lakes Center Associates II LC
PO Box 646001
Pittsburgh, PA 15264


Fairfax Company of Virginia LLC
co Olshan Properties
PO BOX  67338
Newark, NJ 07101-4007


Fairfield Shopping Center
NMPC4 Fairfield SC LLC
co New Market Properties LLC 3284 Norths
Atlanta, GA 30327

Farrah Howard
2254 48th Street NW
Washington, DC 20007


Federal Realty Kingstowne storage
Lockbox 3426
PO Box 8500
Philadelphia, PA 19178-3426


Federal Realty OP LPSpecialty Leasing
PO Box 8500
Lockbox 3426
Philadelphia, PA 19178-3426


Federal Realty Virginia Gateway Plaza I
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-9320


Federal RealtyKingstowne Shopping Cente
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-8500


FedEx Express
PO Box 371461
Pittsburgh, PA 15250-7461


Fishers Popcorn of Delaware Inc
37081 Coastal Hwy
Fenwick Island, DE 19944


Foulston
1551 N Waterfront Parkway Suite 100
Wichita, KS 67206-4466


Fragrances of Ireland
668 N Coast Hwy Suite 1207
Laguna Beach, CA 92651-1513

Ganz USA LLC
PO Box 530
Buffalo, NY 14240-0530


Godiva Chocolatier Inc
PO Box 74008044
Chicago, IL 60674-8044


Graphique
9 State Street
Woburn, MA 01801


Greta Wagner
4 Helen Drive
Newport News, VA 23602


Guardian Life Insurance
PO Box 824454
Philadelphia, PA 19182-4454


H2O To Go
5821 Ward Court
Virginia Beach, VA 23455


Hailey Hartley
516 Northwood Circle
Cross Junction, VA 22625


Hallmark Marketing Company LLC
Gold Crown Administration
2501 McGee
Kansas City, MO 64141


Harford Mall Business Trust
CBL 0623
PO Box 955607
Saint Louis, MO 63195

Heather Grizzle
14 Jefferson Drive
Potomac Falls, VA 20165


Heather Hanson
105 W Myrtle St
Alexandria, VA 22301


Heather Salyer
217 Capital Lane
Forest, VA 24551


Hilary Snyder
6409 Deerskin Drive
Fredericksburg, VA 22407


Hill Management Services Inc
11350 McCormick Road
EP III Suite 301
Hunt Valley, MD 21031


Husteads Canvas Creations Inc
628 W 24th Street
Norfolk, VA 23517


IF USA LLC
4350 Bryson Blvd
Florence, AL 35630


Intelex USA
105 Prairie Lakes Road
Unit C
East Dundee, IL 60118-9137


Itria Ventures LLC
co Corporation Service Company
251 Little Falls Grove
Wilmington, DE 19808

Jackie Fillmore
11320 Winston
Newport News, VA 23601


James Long
12624 Terrymill Drive
Herndon, VA 20170


Janice Barry
7848 Milkshed Pl
Elkridge, MD 21075


Janie Gabrielson
2155 Aspen Ridge Ct
Apt 204
Winston Salem, NC 27103


Jennifer Hickman
4025 Palmetto Drive
Rock Hill, SC 29732


Jennifer McLellan
1739 Donlee Dr
Blacksburg, VA 24060


Jennifer Sheriff
10821 Buttercup Place
Apt 303
Manassas, VA 20109


Jennifer Smith
14822 Statler Dr
Woodbridge, VA 22193


Jennifer Smith
8019 Ashland Avenue
Apt 8
Manassas, VA 20109

Jessica Melone
4730 Baileys Lake Rd NW
NW apt 206
Concord, NC 28027


Jonathan Herold
8034 Mike Mundle Lane
Mechanicsville, VA 23111


Julia Shultz
5506 Whitfield Court
Fairfax, VA 22031


Julie Nilson
17055 Hampton Trace Road
Huntersville, NC 28078


Karen Kyle
5730 YEAGERTOWN RD
New Market, MD 21774


Karma
4302 Ironton Ave
Lubbock, TX 79407


Karolyn Stober
108 Chasewood Ct
Vinton, VA 24179


Kathleen Nichols
3321 Lawrence Dr
Carrsville, VA 23315


Kathy Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127

Katie Potee
2430 Brunswick Road
Halethorpe, MD 21227


Katrina Guardado
333 South Glebe Road
Apt 306
Arlington, VA 22204


Kayla Racz
800 Greenbrier Court
Edgewood, MD 21040


Kellyn Sutton
389 James Ct
High Point, NC 27265


Kellytoy USA Inc
PO Box 738667
Dallas, TX 75373-8667


Ken Matthews Garden Center
4921 George Washington Hwy
Yorktown, VA 23692-2509


Kentlands Square LLC
7501 Wisconsin Avenue
Suite 1500e Attn Gilka Siles
Bethesda, MD 20814


Keter Environmental Services Inc
PO Box 417468
Boston, MA 02241-7468


Kiarra Goodman
14 Breezy Tree Ct
Apt D
Timonium, MD 21093

Kim Peres
6660 Upland Circle
Fayetteville, PA 17222


Lanette Trimnell
301 Old Bell Rd
Charlotte, NC 28270


Latifa Sahraoui
3940 Persimmon Drive
T1
Fairfax, VA 22031


Laura Cole
344 Donald Circle
Forest Hill, MD 21050


Lauren James
6238 Satinwood Drive
Columbia, MD 21044


Lauren Payne
23 Longview Cir
Fishersville, VA 22939


Leesburg Plaza LLC
co Rappaport Management Company
8405 Greensboro Drive 8th Floor
McLean, VA 22102-5121


Lenox Corporation
1414 Radcliffe Street
Bristol, PA 19007


Leonard Banner
1702 Captains Way
Jupiter, FL 33477

Leslie Nagy
143 Northway
Severna Park, MD 21146


Life is Good
48 Friars  Drive
Hudson, NH 03051


Linde Gas Equipment Inc formerly Praxa
PO Box 382000
Pittsburgh, PA 15250-8000


Lisette Brosan
1414 point O woods
Arnold, MD 21012


Lori Sharpe
19 Forsythia Lane
Bear, DE 19701


Lucy Mastantuono
5400 Sandy Point Lane
Clifton, VA 20124


Lynchburg Rivercrest Realty
Lynchburg Wards Crossing LLC
PO Box 604049
Charlotte, NC 28260-4049


Macerich EQ Limited Partnership
SM Valley Mall LLC
Dept  880467 PO Box 29650
Phoenix, AZ 85038-9650


Malden International Designs
19 Cowan Drive
Middleboro, MA 02346

Marco Property Services
PO Box 4849
Midlothian, VA 23112


Margaret Wilhoit
14605 Frisco Ct
Woodbridge, VA 22193


Mary Peters
6401 Rock Forest Drive
205
Bethesda, MD 20817


Mary Stickney
8218 Green Ice Drive
Pasadena, MD 21122


Mary Thompson
106 Split Oak Way
New Bern, NC 28562


Mayflower Apple Blossom LP
14183 Collection Center Dr
Chicago, IL 60693-0141


Mayflower Apple Blossom LP Storage
Apple Blossom Mall Attn Management Offi
1850 Apple Blossom Dr
Winchester, VA 22601


Mayflower Distributing Company Inc
1155 Medallion Drive
Mendota Heights, MN 55120


Mendy Pratt
551 Greenbriar Drive
Culpeper, VA 22701

Meredith Chaney
10412 Old Bridge Lane
Charlotte, NC 28269


Michael Postal
1801 16th Street NW
Apt 606
Washington, DC 20009


Michelle Alvarez
9515 Ashleyville Turn
Midlothian, VA 23112


Mike Vaccarelli
7694 Dorchester Blvd
Hanover, MD 21076


Monticello Marketplace
SL Nusbaum Realty Co
Escrow Agent for Monticello Marketplace
Norfolk, VA 23514-3580


MOWMentum
240 Hollywood Farm Road
Fredericksburg, VA 22405


Nicole Almeida
2050 Mount View Rd
Marriottsville, MD 21104


NYSLIFE
711 Ginesi Dr
Morganville, NJ 07751


Oakton Limited Partnership LLP
Redwood Commercial Management
5900 Fort Drive Suite 400
Centreville, VA 20121-2413

Pascale Christiansen
500 Tunnel Court
Chesapeake, VA 23320


Paul DeRemigis
3 Banat Court
Baltimore, MD 21237


PB Mares LLP
701 Town Center Dr Suite 900
Newport News, VA 23606


Penelope Lare
20819 Wallingford Square
104
Potomac Falls, VA 20165


Personnel Evaluation Inc Multi Sites
11138 W Greenfield Ave
Milwaukee, WI 53214-2362


Peter Pauper Press Inc
3 International Dr
Suite 310
Rye Brook, NY 10573-7501


Piedmont Service Group
616 Industrial Avenue
Greensboro, NC 27406


Pipp Mobile Storage Systems Inc
2966 WILSON NW
WALKER, MI 49544


PNC Bank NA
130 South Bond Street
Bel Air, MD 21014

Pomeroy Technologies LLC
PO Box 7410512
Chicago, IL 60674


Potter Company
1604 Hilltop West Shopping Center
STE 202
Virginia Beach, VA 23451


PR Valley LP Water 58
PO BOX 373828
CLEVELAND, OH 44193


Precious Moments Company
4105 Chapel Road
Carthage, MO 64836


Primitives by Kathy
1817 William Penn Way
Lancaster, PA 17601


Prisa LHC LLC Greenbrier Market Center
PRLHC Greenbrier MC 106818
PO Box 978500
Dallas, TX 75397-8500


PRISA LHC LLC Harbor View East
7 Giralda Farms
Madison, NJ 07940


Pumpernickel Press
508 jack enders
Berryville, VA 22611


Quilling Card LLC
47 Mellen St C1
Framingham, MA 01702

Rain Jewelry Collection
460 Hillside Ave
Needham, MA 02494


Reston North Point Village LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208


Retirement Planners
7639 Leesburg Pike
Falls Church, VA 22043


Rhonda Kelley
756 Marvin Ave
Norfolk, VA 23518


Rifle Paper Co
558 W New England Ave
Suite 150
Winter Park, FL 32789


Roanoke Cave Springs
CO Brixmor Property Group
PO BOX 645324
Cincinnati, OH 45264-5324


Rockstep Christiansburg LLC
782 New River Road
Christiansburg, VA 24073


Rocky Mount Magnolia Real Estate and Ma
9525 Birkdale Crossing Drive
Huntersville, NC 28078


Rollingwood SC TSCG
1945 Old Gallows Rd
Suite 300
Vienna, VA 22182

Russell Stover
4900 Oak Street
Kansas City, MO 64112-2702


Samantha Chicas
18325 Lost Knife Circle
Apt 304
Montgomery Village, MD 20886


Sana Farooqi
1863 Norhurst Way N
Catonsville, MD 21228


Sara Pashaei
8401 PINEY POINT CT
MANASSAS, VA 20110


Sarah Gordon
16 Lord Fairfax Drive
Fredericksburg, VA 22405


SCT Rio Hill LLC
Attn  TSCG
PO Box 6298
Hicksville, NY 11802


Shantie Alicea
1131 University W Blvd
apt 1717
Silver Spring, MD 20902


Sharalyn Detroy
7832 Thackara rd
Pasadena, MD 21122


Shawntia Campbell
931 Battery Road
Waynesboro, VA 22980

Sheila Bibb
309 Walnut Dr
Timberville, VA 22853


Silver Forest Inc
40 Industrial Drive
Bellows Falls, VT 05101


Simon Schuster
PO Box 70660
Chicago, IL 60873-0660


Simply Southern
498 Gallimore Dairy Rd
Greensboro, NC 27409


Sophistiplate LLC
790 Atlanta S Pkwy
Suite 100
College Park, GA 30349


South Riding Owner LLC
PO Box 640634
Property ID 262810
Pittsburgh, PA 15264-0634


Spoontiques Inc
111 Island Street
Stoughton, MA 02072


St Thomas GGCal LLC
co Greenberg Gibbons Commercial
10096 Red Run Blvd Suite 100
Owings Mills, MD 21117


Stacie Fleig
4100 Poplar Grove Road
Midlothian, VA 23112

Stafford Marketplace LLC
PO Box 62045
Dept Code SVAS1332C
Newark, NJ 07101


Steel Mill Co Designs
134 Beech Bend Rd
Bowling Green, KY 42101


Stonewall Kitchen
2 Stonewall Lane
York, ME 03909


Suffolk Shopping Center Associates LLLP
co S L Nusbaum Realty Co
440 Monticello Ave Suite 1700
Norfolk, VA 23150


Sunflower Food Co Inc
7921 Nieman Rd
Lenexa, KS 66214


Superior Construction Enterprises LLC
733 E Cumberland St
Lebanon, PA 17042


Suzanne Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127


Tami Hykes
4316 Oxford Mill Rd
Waxhaw, NC 28173


TCG Services LLC
145 N Main St
El Dorado, KS 67042

Terri Wellman
3115 Commerce Place
Apt 11
Burlington, NC 27215


Terry Little
6031 Little Brook Ct
Clifton, VA 20124


The Mall in Columbia LLC storage
10300 Little Patuxent Parkway
Columbia, MD 21044


The Naked Bee
2261 Market Street
STE 10337
San Francisco, CA 94114


The Peanut Shop
8012 Hankins Industrial Park
Toano, VA 23168


Touchland LLC Capacity
100 SE 2nd St
suite 2000
Miami, FL 33131


Twos Company Inc
500 Saw Mill River Road
Elmsford, NY 10523


Valerie Bilbro
6914 Back Creek Rd
Boones Mill, VA 24065


Vanessa Viveros
816 Stanley Rd
Portsmouth, VA 23701

Vera Bradley Sales LLC
Attn Accounts Receivable
12420 Stonebridge Rd
Roanoke, IN 46783


Village Marketplace LLC
800 Corporate Drive
Suite 305
Fort Lauderdale, FL 33334


VillaTech Inc
2020 Calamos Ct Suite 280
Naperville, IL 60563


Virginia Beach Affilliates LLC
55 5th AvenueFloor 15
New York, NY 10003-4301


Walton Adams PC
1925 Isaac Newton Square Suite 250
Reston, VA 20190


Warrenton Development Company
co Waters Retail Group
200 Old Forge Lane Suite 201
Kennett Square, PA 19348


Wayne Lishowid
8312 Cypress Mill Road
Baltimore, MD 21236


Waynesboro Town Center
CO Chase Properties II Ltd
3333 Richmond Road Suite 320
Beachwood, OH 44122


Wendy Galvez
146 Dunlap Road
Pasadena, MD 21122

White House Historical Association
PO BOX 27624
Washington, DC 20038-7624


Wockenfuss Candies
6831 Harford Road
Baltimore, MD 21234


Workman Publishing Co Inc
PO Box 21142
New York, NY 10087-1142


Yankee Candle Co
PO Box 416442
Boston, MA 02241-6442


Yeatts Heating Air
PO Box 518
Salem, VA 24153


Yoonique LLC
1761 N New Hampshire Ave
Los Angeles, CA 90027


Youngs Inc
735 Thimble Shoals Blvd 100
Newport News, VA 23606


Zane Overton
1 Breezy Tree Court
APT G
Timonium, MD 21093


Zimmer Development Company
6725 MONUMENT DR
WILMINGTON, NC 28405-4558

# United States Bankruptcy Court
### District of Columbia

In re  Banners of Abingdon LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Banners of Abingdon LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

A & S, Inc.
443 North Frederick Avenue
Gaithersburg, MD 20877

☐ None [*Check if applicable*]

September 14, 2025

Date

/s/ Maurice Verstandig

Maurice Verstandig

Signature of Attorney or Litigant

Counsel for   Banners of Abingdon LLC

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
 Fax:
mac@mbvesq.com