Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION FOR LEAVE TO PAY PRE-PETITION EMPLOYEE WAGES

Come now Banners of Abingdon, LLC and the other debtors identified in footnote 1 hereto (collectively, the "Debtors" and each a "Debtor"), by and through undersigned proposed counsel, pursuant to Sections 363 and 105 of Title 11 of the United States Code and Federal Rules of

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

Bankruptcy Procedure 6003 and 6004, and move this Honorable Court for leave to pay pre-petition employee wages, and in support thereof state as follows:

### I.     Introduction

The Debtors are predominately in the business of operating Hallmark-licensed retail stores throughout the Commonwealth of Virginia, with one Debtor being a District of Columbia-headquartered entity that formerly operated in the State of Maryland and another Debtor being a Maryland-based entity that furnishes management services to the other Debtors. The business of each operated store is as iconic as it is familiar, being a perennial operation punctuated by the increased foot traffic that necessarily follows various seasonal festivities—including those falling toward the end of the calendar year.

As the third quarter nears a close and the holiday season rapidly nears, the Debtors are electing to undertake the hard work of reorganizing through chapter 11. They enter bankruptcy enormously optimistic about the fruits the process will ultimately bear and genuinely eager to seize upon the retail opportunities that each day brings. They also enter bankruptcy acutely aware of the integral role they play in the communities they serve, not just as employers and bedrocks of the business ecosystem but, too, as retailers bearing iconic merchandise that delivers immeasurable joy to consumers and their families.

To continue operating, however, the Debtors need their loyal and devoted staffs to remain onboard. From hourly employees serving vital functions to salaried managers toiling to ensure topnotch operations, the Debtors' staffs are their frontline representatives to the community and the soul of their operations. These are employees who very often *need* to be paid their wages without disruption and who, almost uniformly, will benefit greatly from the knowledge that a

corporate restructuring does not equate to a grim fate. Ensuring they are properly compensated is not merely the right thing to do but, equally importantly, the business savvy thing to do.

## II. Standard

Title 11 of the United States Code (the "Bankruptcy Code") permits a debtor, "after notice and a hearing," to use or sell "property of the estate," outside the ordinary course of business. 11 U.S.C. § 363(b)(1). This Honorable Court, in turn, has broad authority to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a).

The Federal Rule of Bankruptcy Procedure openly contemplate relief, such as that sought herein, being afforded on an emergency basis upon the commencement of a case, permitting orders to be entered during the first 21 days of a given case, "to the extent that relief is necessary to avoid immediate and irreparable harm." Fed. R. Bankr. P. 6003.

## III. Argument: It is Necessary to Pay Employee Wages

The goal of these cases—consistent with the outward objectives of chapter 11 of Title 11 of the United States Code—is to reorganize each of the Debtors while they continue to operate as a going concern in their respective communities. A failure to timely pay wages would work demonstrable frustration upon this goal by (i) inflicting undue economic burden upon the entities' workforces; (ii) compromising employee morale in a business that is intensively customer-facing; (iii) risking staff attrition; and (iv) inviting derogatory gossip, and the fomenting of rumors, in small communities. Paying these obligations in a timely manner, however, would work only the slightest burden upon each of the Debtors while equally reinforcing to their employees that a chapter 11 filing is not synonymous with liquidation or demise.

As observed by the United States Bankruptcy Court for the Southern District of New York, a debtor is permitted to expend funds outside the ordinary course of business, provided such be pegged to some articulable business justification:

> A bankruptcy court is empowered pursuant to § 363 of the Bankruptcy Code to authorize a debtor to expend funds in the bankruptcy court's discretion outside the ordinary course of business. Section 363(b) gives the court broad flexibility in tailoring its orders to meet a wide variety of circumstances. However, the debtor must articulate some business justification, other than mere appeasement of major creditors, for using, selling or leasing property out of the ordinary course of business, before the court may permit such disposition under § 363(b).

*In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989) (citing *In re Lionel Corp.*, 722 F.2d 1063, 1069 (2d Cir.1983); *In re Continental Air Lines, Inc.*, 780 F.2d 1223, 1226 (5th Cir.1986); *In re Baldwin–United Corp.*, 43 B.R. 888, 905–906 (Bankr. S.D. Ohio 1984)).

The United States Bankruptcy Court for the District of Colorado has more specifically touched upon the justification for paying the pre-petition wages of employees at the outset of a bankruptcy case:

> The Debtor presented evidence that the failure to pay employees "would seriously undermine the morale and loyalty" of its employees and would jeopardize reorganization efforts. This stands to reason. If employees are not paid, "they will leave." And even if employees remain with the Debtor notwithstanding the non-payment of prepetition wages and benefits, "it is probable that their work would be affected by their loss of income." The Court finds that the failure to pay the Debtor's employees their prepetition wages and benefits likely would jeopardize the Debtor's reorganization process.

*In re Escalera Res. Co.*, 2015 WL 7351396, *4 (Bankr. D. Colo. 2015) (quoting *In re CEI Roofing, Inc.*, 315 B.R. 50, 60 (Bankr. N.D. Tex. 2004); *In re Tusa–Expo Holdings, Inc.*, 2008 WL 4857954, *3 (Bankr. N.D. Tex. 2008)).

Simplifying matters in this case, each of the employee wages proposed to be paid is well below the statutory cap set forth in Section 507(a)(4) of Title 11 of the United States Code and, as such, would give rise to a priority claim if not timely paid. That provision expressly prioritizes

4

claims for "wages, salaries, or commissions . . . earned by an individual," to the extent that such (i) not exceed $15,150.00 and (ii) the claim accrued "within 180 days before the date of the filing of the petition…" 11 U.S.C. § 507(a)(4).

The Debtors utilize a centralized compensation system to pay wages on a biweekly basis, with payment coming one week in arrears. Wages were last paid approximately one week pre-petition (with said payments being pre-petition payments made in the ordinary course of business). This means the Debtors are, as of the filing of these cases, roughly halfway through their applicable pay period.

The Debtors have approximately 520 total employees, whose positions and wages/salaries are broken down as follows:

| Position | Wage/Salary |
|---|---|
| Sales Associate | $13.00 |
| Sales Associate | $12.50 |
| Sales Associate | $12.67 |
| Sales Associate | $12.41 |
| Sales Associate | $13.77 |
| Retail Sales Leader | $15.50 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $12.50 |
| Sales Associate | $12.41 |
| Sales Associate | $12.41 |
| Sales Associate | $12.41 |
| Assistant Store Manager | $40,560.00 |
| Sales Associate | $16.00 |
| Retail Sales Leader | $15.25 |
| Sales Associate | $13.25 |
| Retail Sales Leader | $19.66 |
| Assistant Store Manager | $44,713.00 |
| Sales Associate | $13.00 |
| Assistant Store Manager | $40,560.00 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $12.41 |
| Sales Associate | $12.48 |

5

| | |
|---|---:|
| Sales Associate | $12.50 |
| Sales Associate | $12.41 |
| Sales Associate | $13.25 |
| Sales Associate | $15.07 |
| Retail Sales Leader | $16.63 |
| Sales Associate | $12.41 |
| Sales Associate | $13.50 |
| Sales Associate | $12.50 |
| Sales Associate | $13.00 |
| Sales Associate | $15.00 |
| Sales Associate | $13.08 |
| | $7,499.96 |
| | $7,499.96 |
| Owner | $300,000.00 |
| | $52,100.10 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $17.41 |
| Sales Associate | $15.00 |
| Sales Associate | $13.25 |
| Sales Associate | $13.50 |
| Sales Associate | $13.75 |
| Sales Associate | $15.00 |
| Store Manager | $54,000.00 |
| Store Manager | $52,000.00 |
| Retail Sales Leader | $17.75 |
| Senior Assistant Store Manager | $43,056.00 |
| Sales Associate | $12.50 |
| Sales Associate | $13.25 |
| Retail Sales Leader | $15.50 |
| Retail Sales Leader | $14.09 |
| Sales Associate | $12.41 |
| Sales Associate | $13.50 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $15.00 |
| Retail Sales Leader | $15.00 |
| Retail Sales Leader | $15.57 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $13.19 |
| Sales Associate | $14.25 |

| | |
|---|---|
| Sales Associate | $14.00 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $12.50 |
| Sales Associate | $12.41 |
| Sales Associate | $18.587 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $14.74 |
| Sales Associate | $14.14 |
| District Manager | $85,000.00 |
| Retail Sales Leader | $19.50 |
| Sales Associate | $12.90 |
| Sales Associate | $14.00 |
| Retail Sales Leader | $13.50 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $13.43 |
| Sales Associate | $12.66 |
| Sales Associate | $12.67 |
| District Manager | $88,000.00 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $19.25 |
| Sales Associate | $14.00 |
| Sales Associate | $13.25 |
| Sales Associate | $13.25 |
| Store Manager | $61,800.00 |
| Sales Associate | $13.00 |
| Sales Associate | $15.50 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $15.15 |
| Sales Associate | $12.41 |
| Sales Associate | $12.50 |
| Assistant Store Manager | $39,520.00 |
| Sales Associate | $14.00 |
| Sales Associate | $17.00 |
| Store Manager | $59,557.00 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $13.00 |
| Sales Associate | $13.50 |
| Sales Associate | $12.90 |

| Sales Associate | $13.50 |
| --- | --- |
| Sales Associate | $13.64 |
| Retail Sales Leader | $15.25 |
| Sales Associate | $12.50 |
| Retail Sales Leader | $16.50 |
| Retail Sales Leader | $14.75 |
| Sales Associate | $13.19 |
| Retail Sales Leader | $16.00 |
| Sales Associate | $13.50 |
| Sales Associate | $13.00 |
| Sales Associate | $15.50 |
| Store Manager | $57,960.00 |
| Sales Associate | $14.50 |
| Sales Associate | $13.25 |
| Sales Associate | $14.25 |
| Store Manager | $48,438.00 |
| Store Manager | $55,000.00 |
| Sales Associate | $14.14 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $12.67 |
| Retail Sales Leader | $15.33 |
| Sales Associate | $12.41 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $13.50 |
| Sales Associate | $16.50 |
| Store Manager | $51,667.00 |
| Sales Associate | $13.50 |
| Sales Associate | $15.50 |
| Retail Sales Leader | $16.25 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $13.00 |
| Sales Associate | $12.41 |
| Warehouse Driver | $21.15 |
| Sales Associate | $12.41 |
| Sales Associate | $13.25 |
| Sales Associate | $13.50 |
| Accounts Payable Assistant | $48,016.00 |
| Sales Associate | $12.41 |

| | |
|---|---|
| Sales Associate | $15.23 |
| Retail Sales Leader | $13.00 |
| Retail Sales Leader | $14.41 |
| Retail Sales Leader | $14.36 |
| Sales Associate | $12.50 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $13.01 |
| Store Manager | $51,750.00 |
| Sales Associate | $12.70 |
| Retail Sales Leader | $14.50 |
| District Manager | $77,625.04 |
| Retail Sales Leader | $14.25 |
| Senior Buyer | $74,200.00 |
| Retail Sales Leader | $13.75 |
| Retail Sales Leader | $14.22 |
| Sales Associate | $13.50 |
| Sales Associate | $14.00 |
| Sales Associate | $13.25 |
| Sales Associate | $14.25 |
| Sales Associate | $14.70 |
| Retail Sales Leader | $14.25 |
| Sales Associate | $12.50 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $14.09 |
| Sales Associate | $12.57 |
| Sales Associate | $13.71 |
| Sales Associate | $16.00 |
| Sales Associate | $13.41 |
| Sales Associate | $14.00 |
| Sales Associate | $14.61 |
| Sales Associate | $12.50 |
| Sales Associate | $13.50 |
| Sales Associate | $14.00 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $20.00 |
| Retail Sales Leader | $14.25 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $13.00 |
| Sales Associate | $12.41 |

| Position | Pay |
|---|---|
| Sales Associate | $12.50 |
| Store Manager | $56,925.00 |
| Assistant Store Manager | $51,000.00 |
| Sales Associate | $12.67 |
| Sales Associate | $14.00 |
| Sales Associate | $13.00 |
| Buyer | $60,000.00 |
| Retail Sales Leader | $14.25 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $14.50 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $13.50 |
| Sales Associate | $13.00 |
| Sales Associate | $13.00 |
| Store Manager | $48,500.00 |
| Sales Associate | $12.67 |
| Sales Associate | $13.57 |
| Sales Associate | $12.67 |
| Sales Associate | $12.50 |
| Sales Associate | $12.50 |
| Sales Associate | $15.00 |
| Sales Associate | $13.50 |
| Sales Associate | $13.25 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $12.41 |
| Store Manager | $56,250.00 |
| Retail Sales Leader | $15.00 |
| Retail Sales Leader | $14.78 |
| Store Manager | $49,212.00 |
| Sales Associate | $14.00 |
| Sales Associate | $13.25 |
| Retail Sales Leader | $15.43 |
| Sales Associate | $12.42 |
| Sales Associate | $12.41 |
| Director of E-commerce | $42,000.00 |
| Retail Sales Leader | $15.00 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $12.67 |

| Position | Pay |
|---|---|
| Sales Associate | $13.19 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $14.29 |
| Sales Associate | $14.00 |
| Sales Associate | $13.25 |
| Sales Associate | $12.41 |
| Sales Associate | $12.41 |
| Sales Associate | $15.00 |
| Sales Associate | $13.50 |
| Sales Associate | $12.75 |
| District Trainer | $61,229.00 |
| Store Manager | $57,120.00 |
| Sales Associate | $12.50 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $14.75 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $12.64 |
| Sales Associate | $12.67 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $15.50 |
| Retail Sales Leader | $12.42 |
| Retail Sales Leader | $15.25 |
| Sales Associate | $13.11 |
| Sales Associate | $12.75 |
| Retail Sales Leader | $16.12 |
| Retail Sales Leader | $15.50 |
| Store Manager | $52,500.00 |
| Sales Associate | $12.50 |
| Retail Sales Leader | $16.81 |
| Sales Associate | $13.00 |
| Sales Associate | $15.50 |
| Sales Associate | $12.41 |
| Sales Associate | $14.00 |
| Sales Associate | $12.75 |
| Sales Associate | $12.90 |
| Sales Associate | $14.00 |
| Assistant Store Manager | $39,520.00 |
| Sales Associate | $12.41 |

| Position | Pay |
|---|---|
| Sales Associate | $12.50 |
| Store Manager | $57,500.00 |
| Sales Associate | $13.00 |
| Store Manager | $54,000.00 |
| Sales Associate | $13.50 |
| Sales Associate | $13.00 |
| Sales Associate | $14.02 |
| Sales Associate | $12.50 |
| Sales Associate | $14.00 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $14.74 |
| Store Manager | $65,000.00 |
| District Trainer | $45,209.00 |
| Retail Sales Leader | $16.50 |
| Sales Associate | $12.94 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $15.25 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $13.00 |
| Sales Associate | $15.25 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $15.00 |
| Accounts Payable | $78,000.00 |
| Sales Associate | $12.50 |
| Sales Associate | $12.75 |
| Sales Associate | $12.41 |
| Sales Associate | $15.07 |
| Sales Associate | $12.41 |
| Sales Associate | $12.67 |
| Sales Associate | $13.00 |
| Senior Merchandising Manager | $76,000.00 |
| Sales Associate | $14.00 |
| Store Manager | $44,000.00 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $16.26 |
| Retail Sales Leader | $15.00 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $12.62 |

| | |
|---|---:|
| Sales Associate | $12.41 |
| Retail Sales Leader | $17.14 |
| Sales Associate | $12.41 |
| Sales Associate | $15.50 |
| Retail Sales Leader | $17.16 |
| Sales Associate | $13.25 |
| Store Manager | $64,500.00 |
| Retail Sales Leader | $17.09 |
| Sales Associate | $13.25 |
| Sales Associate | $12.41 |
| Sales Associate | $13.48 |
| Sales Associate | $15.07 |
| Sales Associate | $13.75 |
| Retail Sales Leader | $16.00 |
| Sales Associate | $12.67 |
| Sales Associate | $13.00 |
| Sales Associate | $13.00 |
| Sales Associate | $13.00 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $13.71 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $12.63 |
| Sales Associate | $15.00 |
| Sales Associate | $13.25 |
| Sales Associate | $13.00 |
| Store Manager | $57,200.00 |
| Sales Associate | $12.50 |
| Sales Associate | $13.50 |
| Sales Associate | $13.25 |
| Sales Associate | $12.41 |
| Sales Associate | $15.00 |
| Retail Sales Leader | $12.73 |
| Sales Associate | $12.41 |
| Sales Associate | $16.00 |
| Sales Associate | $14.50 |
| Sales Associate | $13.00 |
| Sales Associate | $15.00 |
| Store Manager | $68,340.00 |
| Sales Associate | $13.50 |

| | |
|---|---|
| Sales Associate | $12.67 |
| Sales Associate | $12.41 |
| Sales Associate | $13.25 |
| Retail Sales Leader | $14.50 |
| Store Manager | $45,000.00 |
| Buyer | $66,976.00 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $14.14 |
| Facilities Maintenance Director | $67,500.00 |
| Sales Associate | $12.41 |
| Store Manager | $70,304.00 |
| Retail Sales Leader | $13.04 |
| Sales Associate | $12.67 |
| Retail Sales Leader | $15.78 |
| Sales Associate | $14.00 |
| Retail Sales Leader | $14.15 |
| Sales Associate | $12.50 |
| Sales Associate | $14.25 |
| Sales Associate | $12.59 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $16.00 |
| Store Manager | $51,000.00 |
| Sales Associate | $13.50 |
| Assistant Store Manager | $45,760.00 |
| Sales Associate | $16.00 |
| Sales Associate | $12.50 |
| Sales Associate | $12.41 |
| Sales Associate | $13.50 |
| Sales Associate | $12.42 |
| Sales Associate | $12.75 |
| Retail Sales Leader | $15.00 |
| Retail Sales Leader | $14.50 |
| Sales Associate | $13.75 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $15.25 |
| Sales Associate | $13.50 |

| Role | Amount |
|---|---|
| Retail Sales Leader | $14.00 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $14.00 |
| Owner | $300,000.00 |
| Store Manager | $48,645.00 |
| Sales Associate | $15.00 |
| Sales Associate | $13.00 |
| Sales Associate | $15.20 |
| Store Manager | $62,100.00 |
| Retail Sales Leader | $16.14 |
| Operations Manager | $70,000.00 |
| Sales Associate | $14.00 |
| Retail Sales Leader | $17.06 |
| Sales Associate | $12.50 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $13.50 |
| Sales Associate | $13.25 |
| Sales Associate | $13.50 |
| Sales Associate | $12.50 |
| Sales Associate | $12.41 |
| Sales Associate | $14.00 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $13.41 |
| Retail Sales Leader | $15.64 |
| Retail Sales Leader | $15.25 |
| Retail Sales Leader | $15.25 |
| Sales Associate | $14.25 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $13.25 |
| Sales Associate | $16.00 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $13.00 |
| Sales Associate | $15.00 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $13.75 |
| Sales Associate | $18.50 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |

| | |
|---|---:|
| Sales Associate | $12.41 |
| Assistant Store Manager | $41,600.00 |
| Store Manager | $47,000.00 |
| Sales Associate | $12.50 |
| Store Manager | $41,600.00 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $14.42 |
| Sales Associate | $12.41 |
| Sales Associate | $12.50 |
| Chief Operating Officer | $103,770.00 |
| Office Assistant | $17.15 |
| Sales Associate | $13.50 |
| Sales Associate | $12.41 |
| Sales Associate | $12.41 |
| Store Manager | $57,000.00 |
| Logistics | $75,000.00 |
| Sales Associate | $13.00 |
| Store Manager | $54,080.00 |
| Retail Sales Leader | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $14.55 |
| Sales Associate | $13.00 |
| Sales Associate | $12.75 |
| Retail Sales Leader | $15.00 |
| Sales Associate | $14.00 |
| Retail Sales Leader | $15.00 |
| Store Manager | $71,000.00 |
| Sales Associate | $14.98 |
| Retail Sales Leader | $13.46 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $16.19 |
| Sales Associate | $13.50 |
| Assistant Store Manager | $39,720.00 |
| Sales Associate | $13.25 |
| Sales Associate | $12.50 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $15.00 |
| Store Manager | $50,000.00 |
| Retail Sales Leader | $15.50 |

| | |
|---|---|
| Sales Associate | $14.00 |
| Retail Sales Leader | $14.00 |
| Sales Associate | $12.41 |
| Sales Associate | $12.50 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $30.00 |
| Sales Associate | $14.25 |
| Sales Associate | $13.09 |
| Sales Associate | $13.15 |
| Retail Sales Leader | $14.25 |
| Sales Associate | $13.20 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $13.50 |
| Retail Sales Leader | $16.25 |
| Sales Associate | $12.41 |
| Retail Sales Leader | $15.50 |
| Sales Associate | $13.50 |
| Sales Associate | $13.12 |
| Sales Associate | $14.50 |
| Merchandising Assistant | $50,000.00 |
| Sales Associate | $12.61 |
| Retail Sales Leader | $13.75 |
| Sales Associate | $13.00 |
| Retail Sales Leader | $16.46 |
| Sales Associate | $13.51 |
| Sales Associate | $15.00 |
| Sales Associate | $12.41 |
| Sales Associate | $14.00 |
| Sales Associate | $12.50 |
| District Manager | $78,000.04 |
| Sales Associate | $14.69 |
| Sales Associate | $12.61 |
| Sales Associate | $12.64 |
| Sales Associate | $13.75 |
| Sales Associate | $13.00 |
| Sales Associate | $13.00 |
| Sales Associate | $13.50 |
| Retail Sales Leader | $14.09 |
| Sales Associate | $15.46 |

| | |
|---|---|
| Sales Associate | $12.41 |
| Sales Associate | $15.00 |
| Retail Sales Leader | $14.25 |
| Retail Sales Leader | $14.74 |
| Sales Associate | $13.50 |
| Sales Associate | $14.50 |
| Sales Associate | $13.00 |
| Sales Associate | $12.50 |
| Sales Associate | $15.00 |
| Assistant Store Manager | $37,878.00 |
| Retail Sales Leader | $15.80 |
| Retail Sales Leader | $16.00 |
| Sales Associate | $12.41 |
| Sales Associate | $13.42 |
| Store Manager | $47,000.00 |
| Sales Associate | $12.52 |
| Buying Support | $65,000.00 |
| Retail Sales Leader | $14.09 |
| Sales Associate | $13.50 |
| Sales Associate | $12.73 |
| Retail Sales Leader | $13.50 |
| Sales Associate | $13.00 |
| Sales Associate | $14.00 |
| Retail Sales Leader | $15.25 |
| Sales Associate | $12.93 |
| Sales Associate | $14.50 |
| Sales Associate | $12.41 |
| Sales Associate | $13.00 |
| Sales Associate | $14.50 |
| Retail Sales Leader | $14.15 |
| Sales Associate | $14.50 |

Each of these hourly rates and/or annualized salaries are market competitive in nature, and each rate of pay is reflective of the pre-petition expectations of each correlative3 employee.

For clarity, the Debtors do owe pre-petition bonuses to approximately 108 employees. Leave is *not* sought to pay those bonuses at this time. While the Debtors are hopeful that these portions of employee compensation can be meaningfully addressed in the not-too-distant future,

18

the Debtors are also aware that such is not properly compensable on a "first day" or emergency basis, and they accordingly do not instantly seek leave to make good on these commitments.

Similarly, the Debtors' two highest paid employees are the derivative owners of the Debtors' non-filing parent company, A & S, Inc. Leave is *not* sought to pay the pre-petition portion of these wages. There does not exist a credible argument that the Debtors' equity holders will suffer any motivational decline if not immediately compensated for their pre-petition efforts, and the Debtors accordingly do not seek such relief.

The Debtors are proud to operate pristine stores, graced by one of the country's most iconic brands. But these are still humble operations and the Debtors' employees are not compensated pursuant to agreements with stock options, golden parachutes, and annual bonuses that mirror the price of a vacation home. These are, rather, hard working people who make an honest and market-appropriate wage. Failing to timely pay those wages would not only risk financial harm to loyal workforces but, too, would prove potentially incendiary to the Debtors' efforts to reorganize for the benefit of all creditors.

### IV. Conclusion

WHEREFORE, the Debtors respectfully pray this Honorable Court (i) permit the Debtors to pay the pre-petition wages (but not accrued bonuses) of all employees who are not derivative equity holders; (iii) permit such wages to be paid in accord with the Debtors' normal payroll practices, and without delay, pursuant to the allowances of Federal Rule of Bankruptcy Procedure 6003; and (iii) afford such other and further relief.

*[Signature on Following Page]*

        Respectfully submitted,

Dated: September 15, 2025    By:    <u>/s/ Maurice B. VerStandig</u>
    Maurice B. VerStandig, Esq.
    Bar No. MD18071
    The Belmont Firm
    1050 Connecticut Avenue, NW
    Suite 500
    Washington, DC 20036
    Phone: (202) 991-1101
    mac@dcbankruptcy.com
    *Proposed Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

    <u>/s/ Maurice B. VerStandig</u>
    Maurice B. VerStandig