# Balance Sheet
## LBPO Management LLC
### As of August 31, 2025

| Distribution account | Total |
|---|---:|
| **Assets** | |
|   Current Assets | |
|     Bank Accounts | |
|       1041 SSB Checking Account | 90,066 |
|       1062 PNC 9338 | 2,940 |
|       1063 BB & T | 63,264 |
|       1064 Burke & Herbert Bank | 3,521 |
|       1065 Capital One | 1,503 |
|       1067 M & T Bank | 6,680 |
|       1069 PNC Bank Account | 53,471 |
|     **Total for Bank Accounts** | **221,445** |
|     Accounts Receivable | |
|     Other Current Assets | |
|       1010 Cash in Registers | 15,600 |
|       1100 Inventory - Hallmark | 4,843,936 |
|       1100 Inventory - Allied | 3,357,870 |
|       1334 ERC Receivable | 2,098,000 |
|     **Total for Other Current Assets** | **10,315,406** |
|   **Total for Current Assets** | **10,536,851** |
|   Fixed Assets | |
|     1410 Furniture & Fixtures | 2,244,963 |
|     POS Systems owned | 802,674 |
|     1420 Leasehold Improvements | 4,033,032 |
|     1430 Autos & Trucks | 366,529 |
|     1510 A/D - Furniture & Fixtures | -1,339,947 |
|     1520 A/D - Leasehold Improvements | -1,361,369 |
|     1530 A/D - Autos & Trucks | -153,159 |
|   **Total for Fixed Assets** | **4,592,724** |
|   Other Assets | |
|     1336 Security Deposits | 27,478 |
|   **Total for Other Assets** | **27,478** |
| **Total for Assets** | **15,157,052** |
| Liabilities and Equity | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2015 A/P - Hallmark | 4,711,457 |
|         2020 A/P - Allied Vendors - past due | 2,449,040 |

| | |
|---|---:|
| 2020 A/P - Allied Vendors - current | 102,135 |
| 2020 A/P - Rent - past due | 383,435 |
| 2020 A/P - General - current | 408,015 |
| 2020 A/P - General - past due | 154,972 |
| **Total for Accounts Payable** | **8,209,054** |
| Credit Cards | |
| 2031 Divvy Credit Card | 5,385 |
| 2032 BOA Credit Card-LB personal card used for business - in good standing | 266,711 |
| 2034 PNC 8920-defaulted | 2,212,000 |
| **Total for Credit Cards** | **2,484,096** |
| Other Current Liabilities | |
| 2078 Due To/From Baylin LLC (INSIDER) | 1,392,000 |
| Payroll Taxes Payable | 184,565 |
| 2081 Sales Taxes Payable | 429,271 |
| 2082 Employee Bonuses Payable | 157,053 |
| **Total for Other Current Liabilities** | **2,162,889** |
| **Total for Current Liabilities** | **12,856,039** |
| Long-term Liabilities | |
| 2091 Capital Lease Liabilty | |
| 2095 N/P CrownMac | 950,168 |
| 2110 LOC-CrownMac | 4,400,000 |
| PNC Term Loan for POS | 802,674 |
| 2145 N/P Hyundai 2023 (V7935) | 11,143 |
| 2146 N/P Hyundai 2023 (V1911) | 20,596 |
| 2147 N/P Hyundai 2023 (V5173) | 19,639 |
| 2148 N/P Hyundai 2023 (V1827) | 20,634 |
| 2150 N/P Ford F250 2023 | 36,643 |
| Note Payable - Backd | 900,000 |
| Note Payable - Itria | 400,000 |
| Note Payable - Hallmark | 1,725,000 |
| **Total for Long-term Liabilities** | **9,286,496** |
| **Total for Liabilities** | **22,142,535** |
| Equity | |
| 3000 Opening Balance Equity | |
| 3010 Common Stock | 2,176 |
| 3020 Paid In Capital | 3,085,677 |
| 3200 *Retained Earnings | -10,073,336 |
| Net Income | |
| **Total for Equity** | **-6,985,483** |
| **Total for Liabilities and Equity** | **15,157,052** |

This package was prepared by management for consolidated internal use for Banner's Hallmark. It is based on unaudited books and records as of August 31, 2025, includes estimates and assumptions, and may be updated without notice. **To the best of management's knowledge and belief, the information herein is true and accurate as of September 3, 2025;** however, it is provided solely for internal decision-making and is not intended for external reliance. Figures may include non-GAAP/management metrics and rounding. This information is confidential and proprietary to Banner's Hallmark and may not be distributed outside the company without authorization.