Darrell W. Clark, No. 450273
Bradley D. Jones, No. VA 68
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel.  (202) 728-3019 (Mr. Clark)
       (202) 572-9903 (Mr. Jones)
Fax:  (202) 572-9943
Emails:  darrell.clark@stinson.com
         brad.jones@stinson.com

*Counsel for Hallmark Marketing Company, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Banners of Abingdon LLC, | ) | Case No. 25-00378-ELG |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Darrell W. Clark, Bradley D. Jones, and the law firm Stinson LLP, as counsel for Hallmark Marketing Company, LLC, file this Notice of Appearance and Request for Service of Papers pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and respectfully requests that the Clerk place undersigned counsel on the matrix and list of creditors so as to receive all documents, pleadings, and exhibits in this case, and that all notice given or required to be served in this case be served upon:

> Darrell W. Clark, Esq.
> Bradley D. Jones, Esq.
> STINSON LLP
> 1775 Pennsylvania Ave., NW, Suite 800
> Washington, DC 20006
> Tel:  (202) 728-3019 (Mr. Clark)
>        (202) 572-9903 (Mr. Jones)
> Fax:  (202) 572-9991
> Emails: darrell.clark@stinson.com
>            brad.jones@stinson.com

1

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the Requesting Parties' rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge (ii) the Requesting Parties' rights to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the Requesting Parties' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) the Requesting Parties' rights to have any claims constitutionally required to be determined by the District Court be determined therein; or (v) any other rights, claims, defenses, setoffs, or recoupments to which the Requesting Parties are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  September 16, 2025	Respectfully submitted,

*/s/ Bradley D. Jones*
Darrell W. Clark, No. 450273
Bradley D. Jones, No. VA 68
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel: (202) 728-3019 (Mr. Clark)
       (202) 572-9903 (Mr. Jones)
Fax: (202) 572-9943
Emails: darrell.clark@stinson.com
              brad.jones@stinson.com

*Counsel for Hallmark Marketing Company, LLC*

## CERTIFICATE OF SERVICE

      I certify that on this 16th day of September 2025, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

                                        */s/ Bradley D. Jones*
                                        Bradley D. Jones

CORE/0500971.0226/231683811.1

3