Michael D. Nord (D.C. Bar No. 422449)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5072
Email: mnord@gebsmith.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| Banners of Abingdon, LLC, *et al.* | * | Case No. 25-00378-ELG |
| Debtors. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that PNC Bank, National Association hereby enters its appearance in the above-captioned case by and through its counsel, Michael D. Nord and Gebhardt & Smith LLP, and such counsel hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, or email addresses indicated below:

Michael D. Nord
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5072
Email: mnord@gebsmith.com

Dated: September 16, 2025                                    Respectfully submitted,

                                                             */s/ Michael D. Nord*
                                                             Michael D. Nord
                                                             D.C. Bar No. 422449
                                                             Gebhardt & Smith LLP

        One South Street, Suite 2200  
        Baltimore, Maryland 21202  
        Tel: (410) 385-5072  
        Email: mnord@gebsmith.com  
        *Counsel for PNC Bank,*  
        *National Association*

cc:  
Maurice VerStandig, Esquire  
Kristen S. Eustis, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September 2025, I caused the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers to be sent electronically via the CM/ECF Electronic Filing System to all counsel of record.

*/s/ Michael D. Nord*
Michael D. Nord