# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*[1], | ) Chapter 11 |
|  | ) |
| Debtors. | ) |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

Please take notice that John D. Sadler, Leslie C. Heilman, and Erin L. Williamson hereby appear in this matter on behalf of Federal Realty OP LP and Federal Realty Partners, L.P. (collectively, "Federal Realty"), and request, in accordance with Fed. R. Bankr. P. 9010, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case, and that all notices given or required to be given, and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

> John D. Sadler
> BALLARD SPAHR LLP
> 1909 K Street, NW, 12th Floor
> Washington, DC 20006
> sadlerj@ballardspahr.com
>
> -and-
>
> Leslie C. Heilman
> Erin L. Williamson

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
heilmanl@ballardspahr.com
williamsone@ballardspahr.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights or interests of creditors or parties in interest.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

This notice and demand is a "special appearance" and is not a consent to or waiver Federal Realty's:

1.  right under 28 U.S.C. § 157(c) to have final orders in proceedings reviewed <u>de novo</u> by a United States District Judge;

2.  right to challenge the jurisdiction of the United States Bankruptcy Court, including, without limitation, its jurisdiction to adjudicate proceedings, whether by jury trial or otherwise, and notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

3.  right to a jury trial in any proceeding, whether available under state or federal law, notwithstanding the designation "core proceeding" under 28 U.S.C. § 157(b)(2);

4.  right to have the reference withdrawn under 28 U.S.C. § 157(b)(2); and

5. all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which they are entitled to by law, equity or agreement.

All those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by Federal by this filing or by any other participation in the case by Federal Realty.

| | |
|---|---|
| Dated: September 17, 2025 | Respectfully submitted, |

*/s/ John D. Sadler*
John D. Sadler (No. 483301)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
sadlerj@ballardspahr.com

-and-

Leslie C. Heilman (*pro hac vice* to be filed)
Erin L. Williamson (*pro hac vice* to be filed)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
heilmanl@ballardspahr.com
williamsone@ballardspahr.com

*Counsel for Federal Realty OP LP and Federal Realty Partners, L.P.*