## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025 a copy of the foregoing Notice of Appearance and Request for Notices and Service of Papers was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ *John D. Sadler*
John D. Sadler (No. 483301)