**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*[1], | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

John D. Sadler, as sponsoring attorney, hereby moves this Court for an Order admitting Leslie C. Heilman *pro hac vice* in the above-captioned matter on behalf of Federal Realty OP LP and Federal Realty Partners, L.P. pursuant to LCvR 83.2. This Motion is accompanied by a Declaration for *Pro Hac Vice Admission*. As identified in the Declaration, a certificate of good standing has been requested from the State of Delaware and is forthcoming.

Dated:   September 17, 2025

/s/ *John D. Sadler*
John D. Sadler (#483301)
**BALLARD SPAHR LLP**
1909 K Street 12th Floor
Washington D.C. 20006-1157
Telephone: (202) 661-2218
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com

*Attorneys for Federal Realty OP LP and Federal Realty Partners, L.P.*

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.