## WEEKLY CASH FLOW PROJECTION

| | 9/22/25 Forecast | 9/29/25 Forecast | 10/6/25 Forecast | 10/13/25 Forecast | 10/20/25 Forecast | 10/27/25 Forecast | 11/3/25 Forecast | 11/10/25 Forecast | 11/17/25 Forecast | 11/24/25 Forecast | 12/1/25 Forecast | 12/8/25 Forecast | 12/15/25 Forecast | 12/22/25 Forecast | 12/29/25 Forecast | 1/5/26 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 100,000 | 35,030 | 211,862 | 15,956 | 11,197 | 48,422 | 72,150 | 139,545 | 233,161 | 281,565 | 761,405 | 1,293,762 | 594,548 | 660,873 | 865,039 | 2,938,014 |
| **Cash Inflows** | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| Hallmark Sales | 244,565 | 251,305 | 280,715 | 681,905 | 601,679 | 445,578 | 389,275 | 589,922 | 661,197 | 676,382 | 850,328 | 1,107,851 | 1,291,146 | 1,515,715 | 1,469,919 | 493,142 |
| Allied Sales | 251,907 | 262,027 | 278,704 | 315,754 | 330,679 | 312,171 | 330,824 | 473,410 | 505,544 | 605,836 | 771,286 | 930,788 | 1,307,636 | 1,808,809 | 1,592,750 | 428,453 |
| Working Capital Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP - InKind | 1,600,000 | 1,600,000 | 1,100,000 | | | | | | | | | (1,784,000) | (1,784,000) | (1,226,500) | | |
| DIP - Cash | 500,000 | 500,000 | | | | | | | | | | | | (1,120,000) | | |
| Missed Sales | (148,942) | (153,999) | (167,826) | (34,918) | (32,633) | (26,521) | (25,203) | (37,217) | (40,836) | (44,878) | (56,756) | (71,352) | (90,957) | (116,358) | (107,193) | (32,256) |
| **TOTAL CASH RECEIPTS** | 2,447,530 | 2,459,332 | 1,491,593 | 962,741 | 899,725 | 731,228 | 694,895 | 1,026,116 | 1,125,905 | 1,237,340 | 1,564,857 | 183,286 | 723,825 | 861,666 | 2,955,475 | 889,339 |
| **Cash Disbursements** | | | | | | | | | | | | | | | | |
| DIP | 1,600,000 | 1,600,000 | 1,100,000 | | | 250,000 | | 250,000 | | 250,000 | 250,000 | 125,000 | 250,000 | | 250,000 | |
| Allied Cash Payments | 500,000 | 600,000 | 200,000 | 900,000 | 450,000 | 450,000 | | 350,000 | 200,000 | 350,000 | 125,000 | 250,000 | | 250,000 | | |
| Rent (R) | | | | | | | 175,000 | 175,000 | 100,000 | | 225,000 | 225,000 | | | 225,000 | 225,000 |
| Payroll_Hourly Wages (P) | 330,000 | | 330,000 | | 330,000 | | 370,000 | | 370,000 | | 400,000 | | 500,000 | | 500,000 | |
| Vendor Discounts | | | | | | (75,000) | | | | | | | | | | |
| General & Admin._Prof Fees | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| General & Administrative_O | 75,000 | 75,000 | 50,000 | 60,000 | 75,000 | 75,000 | 75,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| **TOTAL CASH DISBURSEMENTS** | 2,512,500 | 2,282,500 | 1,687,500 | 967,500 | 862,500 | 707,500 | 627,500 | 932,500 | 1,077,500 | 757,500 | 1,032,500 | 882,500 | 657,500 | 657,500 | 882,500 | 382,500 |
| **NET CASH FLOW** | (64,970) | 176,832 | (195,907) | (4,759) | 37,225 | 23,728 | 67,395 | 93,616 | 48,405 | 479,840 | 532,357 | (699,214) | 66,325 | 204,166 | 2,072,975 | 506,839 |
| **ENDING CASH BALANCE** | 35,030 | 211,862 | 15,956 | 11,197 | 48,422 | 72,150 | 139,545 | 233,161 | 281,565 | 761,405 | 1,293,762 | 594,548 | 660,873 | 865,039 | 2,938,014 | 3,444,853 |