**DIP LOAN TERM SHEET**

*Subject to Bankruptcy Court Approval*

---

**1. Parties**

- **Debtor:**
  LBPO Management LLC, Debtor-in-Possession under Chapter 11, Case No. 25-419-ELG, pending before the United States Bankruptcy Court for the District of Columbia.

- **Lender:**
  Michael A. Postal.

---

**2. DIP Facility**

- **Commitment:**
  Up to $2,000,000 in aggregate principal amount.

- **Structure:**
  Term loan facility available for draws during the Availability Period, subject to the DIP Budget and Court approval.

- **Availability:**
  Funding will occur upon satisfaction of conditions precedent, including entry of an **Interim DIP Order** and establishment of segregated **DIP bank account with AXOS in the name of the Debtor**.

---

**3. Purpose and Use of Proceeds**

- To purchase merchandise for resale in the ordinary course of business.

---

**4. Collateral & Security**

- **Collateral:**
  The DIP Facility will be secured by a **first-priority lien** (subject to permitted liens and a professional fee carve-out) **only on merchandise purchased with DIP**

**proceeds and the cash proceeds thereof**, and a perfected security interest in the related accounts receivable arising from the sale of such merchandise.

- **Exclusions:**
  No lien on pre-petition inventory, real estate, or other assets unless agreed by Lender and approved by the Bankruptcy Court.

- **Superpriority Claim:**
  Administrative expense claim under §364(c)(1) of the Bankruptcy Code, limited to repayment from proceeds of DIP-purchased merchandise.

## 5. Repayment Terms

- **Primary Source of Repayment:**
  Repayment of principal, interest, and fees will be made **solely from cash proceeds generated by the sale of merchandise purchased with DIP advances**.

- **Timing:**
  Collections from such sales shall be swept weekly from a general DIP account into the designated DIP account and applied to outstanding DIP obligations on a first-out basis.

- **Maturity:**
  Earliest of:
    - 6 months after Closing Date
    - Effective date of a confirmed plan of reorganization
    - Sale of substantially all assets
    - Conversion/dismissal of case or appointment of trustee
    - Event of Default

## 6. Interest Rate and Fees

- **Interest:**
  1.0% per month.

- **Commitment Fee:**

  6.00% on the amount of this commitment

- **Default Rate:**
  +4% per month.

- **Fees:**
  - 0%
  - Lender legal fees (if applicable)

---

## 7. DIP Budget

- **Budget:**
  13-week rolling cash flow budget, updated every 2 weeks and approved by Lender.

- **Variance Testing:**
  Permitted variance of [10% receipts / 10% disbursements] measured bi-weekly.

---

## 8. Conditions Precedent

- Entry of Interim DIP Order and later Final DIP Order.
- Execution of this DIP credit agreement.
- Delivery of DIP Budget.
- No material adverse change in Debtor's business.

---

## 9. Covenants

- **Reporting:** Weekly reporting of sales, receipts, and DIP collateral status.
- **Use of Proceeds:** Limited to permitted purposes under DIP Budget.
- **Milestones:**
  - File plan of reorganization by March 2, 2026.
  - Obtain confirmation order by December 31, 2025.
- **Negative Covenants:** No additional debt, liens, or asset sales outside the ordinary course without Lender consent, except for an in-kind DIP facility, to be provided by a third party and approved by the Bankruptcy Court.

**10. Events of Default**

- Non-payment of DIP obligations.
- Budget variance beyond permitted thresholds.
- Breach of covenants or milestones.
- Dismissal/conversion of case.
- Appointment of trustee or examiner with expanded powers.

**11. Carve-Out**

Bankruptcy Court-approved carve-out for payment of:

- Statutory fees,
- Allowed professional fees up to $30,000.00,
- U.S. Trustee fees.

**12. Governing Law**

District of Columbia, except for matters governed by the Bankruptcy Code.

*michael postal*
_____

Michael Postal