The order below is hereby signed.

Signed: September 17 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| | Case No. 25-00243-ELG |
| Banners of Abingdon, LLC, *et al.*, | Chapter 7 |
| Debtor. | |

### ORDER GRANTING ADMISSION *PRO HAC VICE* FOR ERIN L. WILLIAMSON

Upon consideration of the Motion for Admission *pro hac vice* of Erin L. Williamson, it is hereby **ORDERED** that the Motion is **GRANTED.**

Erin L. Williamson is hereby admitted to this Court *pro hac vice,* for the limited purpose of appearing and participating in this action as *pro hac vice* counsel for Federal Realty OP LP and Federal Realty Partners, L.P.

**IT IS SO ORDERED.**

End of Order