Stephen A. Metz, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Email: smetz@offitkurman.com
Telephone: (240) 507-1723
Fax: (240) 507-1735
*Counsel for Ashburn Village Center LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | : |
| BANNERS OF ABINGDON, LLC, *et al.*[1] | : Case No.: 25-00378 ELG |
| Debtor | : Chapter 11 |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, Stephen A. Metz, Esq. hereby enter his appearance as counsel for Ashburn Village Center LLC, a creditor herein, pursuant to § 1109 of the United States Bankruptcy Code ("**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 9010(b). Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

all notices, pleadings and other papers given or filed in the above-captioned case be served upon his at the following address:

>Stephen A. Metz, Esq.
>Offit Kurman, P.A.
>7501 Wisconsin Ave, Suite 1000W
>Bethesda, MD 20814
>Email: smetz@offitkurman.com
>Telephone: (240) 507-1723
>Fax: (240) 507-1735

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

Dated: September 17, 2025          Respectfully submitted,

OFFIT KURMAN, P.A.

By:   /s/ Stephen A. Metz
      Stephen A. Metz, Bar No. (463044)
      7501 Wisconsin Ave, Suite 1000W
      Bethesda, MD 20814
      Telephone: (240) 507-1723
      Fax: (240) 507-1735
      Email: smetz@offitkurman.com
      *Counsel to Ashburn Village Center LLC*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of September, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter.

- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Bradley David Jones**    brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com
- **Michael D. Nord**    mnord@gebsmith.com
- **John D. Sadler**    Sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.ema

/s/ Stephen A. Metz, Esq.
Stephen A. Metz, Esq.

4910-0130-0842, v. 1