UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BANNERS OF ABINGDON LLC, | )  Case No. 25-00378-ELG |
| | ) |
| | )  Chapter 11 |
| Debtor. | ) |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE Leon Koutsouftikis, counsel for GRI Bradlee, LLC ("GRI"), hereby request that all notices given or required to be given in the above-captioned proceeding, and in any cases consolidated herewith, and all notices and documents served or required to be served in the proceeding, and in any cases consolidated herewith, be given to and served upon:

> **Leon Koutsouftikis, Esq.
> Magruder Cook Koutsouftikis & Palanzi
> 1889 Preston White Drive, Suite 200
> Reston, VA 20191
> Telephone:  (703) 766-4400
> Facsimile:  (571) 313-8697
> E-mail:  lkouts@mckplaw.com**

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in Rules 2002, 3017, 9006, 9007 or 9010 of the Federal Bankruptcy Rules, but also includes, without limitation, notices of any hearings, orders, motions, demands,

_____
Leon Koutsouftikis
MAGRUDER COOK KOUTSOUFTIKIS & PALANZI
1889 Preston White Drive, Suite 200
Reston, VA 20191
(703) 766-4400/fax: (571) 313-8967
Counsel for GRI Bradlee, LLC

complaints, petitions, pleadings, requests, applications, disclosure statements, plans, and any other documents, including, but not limited to, pleadings filed in this Court, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which in any way affect or seek to affect the above-captioned proceeding or any proceeding consolidated herewith.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents shall not be deemed or construed to be a waiver of GRI's right:  (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which GRI is or may be entitled, in law or in equity, all of which GRI expressly reserves.

Dated: September 18, 2025                    Respectfully submitted,

                                                    MAGRUDER COOK KOUTSOUFTIKIS
                                                    & PALANZI

                          By:    /s/ Leon Koutsouftikis
                                  Leon Koutsouftikis, Esq.
                                  1889 Preston White Drive, Suite 200
                                  Reston, VA  20191
                                  Telephone No. (703) 766-4400
                                  lkouts@mckplaw.com
                                  Counsel for GRI Bradlee, LLC

## **CERTIFICATE OF SERVICE**

      PLEASE TAKE NOTICE that copies of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents were served on all parties/persons receiving notice/service electronically via the CM/ECF system mailed, first-class, postage prepaid, this 18th day of September 2025, to:

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD  20854

U.S. Trustee's Office
Kristen S. Eustis, Esq.
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

                                                /s/ Leon Koutsouftikis
                                                Leon Koutsouftikis

F48195.001