C. Kevin Kobbe (Bar No. MD07968)
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Itria Ventures LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 25-00378-ELG |
| BANNERS OF ABINGDON, LLC, *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that C. Kevin Kobbe of DLA Piper LLP (US) enters his appearance on behalf of Itria Ventures LLC, a creditor and party in interest in this bankruptcy case, and, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code, and Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices, pleadings and papers be served on the following:

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices, pleadings and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules cited above, but also includes all notices, pleadings and papers of any kind, whether formal or informal, that are filed, served and/or transmitted in connection with this case.

NOTICE IS FURTHER GIVEN that the filing of this Notice of Appearance and Request for Service is not intended to be a waiver or relinquishment of any right, including but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a district court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims, actions or interests to which Itria Ventures LLC may be entitled, whether in law or in equity, all of which are hereby expressly reserved.

Dated: September 18, 2025

    Respectfully submitted,

    /s/ C. Kevin Kobbe
C. Kevin Kobbe (Bar No. MD07968)
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Itria Ventures LLC*

1619797697.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on this 18th day of September, 2025, the foregoing *Notice of Appearance and Request for Service* was served on all parties registered to receive service in this case through the Court's CM/ECF system.

                                     */s/ C. Kevin Kobbe*
                                     C. Kevin Kobbe

1619797697.1