The order below is hereby signed.

Signed: September 18 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| | Case No. 25-00243-ELG |
| Banners of Abingdon, LLC, *et al.*, | Chapter 7 |
| | |
| Debtor. | |

### ORDER GRANTING ADMISSION *PRO HAC VICE* FOR LESLIE C. HEILMAN

Upon consideration of the Motion for Admission *pro hac vice* of Leslie C. Heilman, it is hereby **ORDERED** that the Motion is **GRANTED.**

Leslie C. Heilman is hereby admitted to this Court *pro hac vice,* for the limited purpose of appearing and participating in this action as *pro hac vice* counsel for Federal Realty OP LP and Federal Realty Partners, L.P.

**IT IS SO ORDERED.**

End of Order

**WE ASK FOR THIS:**

*/s/ John D. Sadler*
John D. Sadler (#483301)
**BALLARD SPAHR LLP**
1909 K Street 12th Floor
Washington D.C. 20006-1157
Telephone: (202) 661-2218
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com

and

Leslie C. Heilman (DE No. 4716; NJ No. 001342005, PA No. 94589)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
heilmanl@ballardspahr.com

*Attorneys for Federal Realty OP LP and Federal Realty Partners, L.P.*