The order below is hereby signed.

Signed: September 19 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING LIMITED INTERIM RELIEF
ON MOTION TO JOINTLY ADMINISTER BANKRUPTCY AND
SUBSTANTIVELY CONSOLIDATE BANKRIPTCY ESTATES FOR ALL PURPOSES**

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

Upon consideration of the Motion to Jointly Administer and Substantively Consolidate Bankruptcy Estates for All Purposes (the "Motion"), DE #5, the evidence adduced thereupon at a hearing on September 17, 2025, the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED IN PART on an INTERIM BASIS; and it is further

ORDERED, that the matter of Banners of Abingdon, LLC, case number 25-378-ELG (Bankr. D.D.C. 2025) be, and hereby is, DESIGNATED as the lead case (the "Lead Case"); and it is further

ORDERED, that the cases identified in the caption of this order be, and hereby are, JOINTLY ADMINISTERED, with all filings—including, but not limited to, all motions, applications, opposition briefs, objections, notices, exhibits, disclosure statements, plans of reorganization, and proofs of claim—to be docketed in the Lead Case; and it is further

ORDERED, that all filings in the Lead Case shall bear a caption in substantial conformity to the following:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.* | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

and it is further

ORDERED, that filings in the Lead Case shall include a footnote, in substantial conformity to that in the caption of this order, noting the identities of all debtor entities; and it is further

ORDERED, that the Clerk of the Court shall place upon the docket of each of the debtor cases, except for the Lead Case, a notice reading as follows: "DO NOT FILE INTO THIS CASE. This case is being jointly administered with the matter of *In re Banners of Abingdon, LLC*, Case No, 25-378-ELG (Bankr. D.D.C. 2025). Any and all filings—including, but not limited to, all motions, applications, opposition briefs, objections, notices, exhibits, disclosure statements, plans of reorganization, and proofs of claim—are to be docketed in that lead case."; and it is further

ORDERED, that any party in interest may move for reconsideration of this order, without adhering to the rigors of Federal Rules of Civil Procedure 59 and 60, at any time until such a time as there is entered an order (i) confirming one or more plans of reorganization; (ii) converting one or more of these cases to chapter 7; or (iii) dismissing one or more of these cases; and it is further

ORDERED, that the debtors in these cases may file a combined set of schedules and a combined statement of financial affairs, *provided, however*, that each debtor's liabilities, including all executory contracts and leases, shall be clearly discernable and traceable to that debtor to the extent reasonably pragmatic; and it is further

ORDERED, that the debtors in these cases may file a combined monthly operating report for the month of September 2025; and it is further

ORDERED, that a final hearing on the Motion shall be held via hybrid means, both in person and via Zoom, at 10:00 am prevailing Eastern Time, on October 22, 2025, and parties in interest may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtors*

Seen and objected to:


/s/ Kenneth N. Whitehurst (signed w/ express permission)
Kenneth N. Whitehurst, III, Esq.
Virginia State Bar No. 48919
Assistant United States Trustee
Office of the United States Trustee
U.S. Department of Justice
Norfolk Federal Building, Room 625
200 Granby Street
Norfolk, Virginia 23510
(757) 441-6919
kenneth.n.whitehurst@usdoj.gov