Darrell W. Clark, No. 450273
Bradley D. Jones, No. VA 68
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel.  (202) 728-3019 (Mr. Clark)
      (202) 572-9903 (Mr. Jones)
Fax:  (202) 572-9943
Emails:  darrell.clark@stinson.com
         brad.jones@stinson.com

*Counsel for Hallmark Marketing Company, LLC*

Adam Nathe
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1593
Emails: adam.nathe@stinson.com

*Counsel for Hallmark Marketing Company, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
In re:                                   )
                                         )
Banners of Abingdon LLC,                 )        Case No. 25-00378-ELG
                                         )        Chapter 11
        Debtor.                          )
_____  )

**MOTION FOR ADMISSION PRO HAC VICE**
**(Adam Nathe)**

Pursuant to Local Bankruptcy Rule 2090-1(b), Adam Nathe (the "Movant") respectfully moves his admission to appear pro hac vice in the above-captioned Chapter 11 case as counsel for Hallmark Marketing Company, LLC. In support of this Motion, the Movant states as follows:

1.      The Movant is an attorney with Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, telephone number (612) 335-1593, email adam.nathe@stinson.com. The Movant is not a member of the Bar of this Court.

2.      The Movant is a member in good standing of the State Bar of Minnesota (10/25/2002), the State Bar of Wisconsin (06/24/2002).

3.      During the two years immediately preceding the filing of this motion, Movant has not applied to be admitted pro hac vice in this Court.

4.      The Movant has never been disciplined by any bar.

1

5.     The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules

of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence,

and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary

jurisdiction of this Court.

6.     It is understood that admission pro hac vice does not constitute formal admission

to the bar of this Court.

7.     The $100.00 fee for admission pro hac vice will be paid electronically through the

Court's CM/ECF system.


Dated: September 23, 2025                Respectfully submitted,

                                         *s/ Adam Nathe*_____
                                         Adam Nathe (pro hac vice pending)
                                         STINSON LLP
                                         50 South Sixth Street, Suite 2600
                                         Minneapolis, MN 55402
                                         Tel: (612) 335-1593
                                         Email:  adam.nathe@stinson.com

                                         and

                                         Darrell W. Clark, No. 450273
                                         Bradley D. Jones, No. VA 68
                                         STINSON LLP
                                         1775 Pennsylvania Ave., N.W., Suite 800
                                         Washington, DC 20006
                                         Tel: (202) 728-3019 (Mr. Clark)
                                              (202) 572-9903 (Mr. Jones)
                                         Fax: (202) 572-9943
                                         Emails: darrell.clark@stinson.com
                                                 brad.jones@stinson.com

                                         *Counsel for Hallmark Marketing Company, LLC*

CORE/0500971.0226/231697023.1

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of September 2025, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

*s/ Adam Nathe*
Adam Nathe