UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____

In re:                                                    )
                                                          )
                                                          )
Banners of Abingdon LLC,                                  )          Case No. 25-00378-ELG
                                                          )          Chapter 11
        Debtor.                                           )
_____)

## **DECLARATION OF ADAM NATHE**

I, Adam Nathe, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the Motion for Admission Pro Hac Vice (the "Motion"):

1.      I am an attorney with Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, telephone number (612) 335-1593, email adam.nathe@stinson.com. I am not a member of the Bar of this Court.

2.      I am a member in good standing of the State Bar of Minnesota (10/25/2002), the State Bar of Wisconsin (06/24/2002).

3.      During the two years immediately preceding the filing of this motion, I have not applied to be admitted pro hac vice in this Court.

4.      I have never been disciplined by any bar.

5.      I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6.      I understand that admission pro hac vice does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2025

Respectfully submitted,

*s/ Adam Nathe*
Adam Nathe

CORE/0500971.0226/231697130.1