**Exhibit C**

# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is:

Banners of Abingdon LLC (W24588063)

(2) The address of the Limited Liability Company in Maryland is:

3473 Merchants Blvd, Suite G/F, Abingdon, MD, 21009

(3) In order to operate in Maryland, will the registering entity require a business or industry license that is issued by the state or any other local agency?

No

(4) The Resident Agent of the Limited Liability Company in Maryland is:

Michael Postal

whose address is:

443 N. FREDERICK AVENUE, Gaithersburg, MD, 20877

(5) Signature(s) of Authorized Person(s):

Michael Postal

(6) Signature(s) of Resident Agent(s):

Michael Postal

(7) Filing party's name and return address:

Michael Postal, 443 N. FREDERICK AVENUE, Gaithersburg, MD, 20877

I hereby consent to my designation in this document.



MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION          301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

SDAT40.2