# ARTICLES OF CANCELLATION     Exhibit D

The undersigned, with the intention of terminating a Maryland **Limited Liability Company**, files the following Articles of Cancellation:

(1) The Maryland Limited Liability Company Name and Principal Office Address are:

  **MD LLC Name/Department ID:** BANNERS OF ABINGDON LLC (W24588063)

  **Principal Office Address:** 443 N. FREDERICK AVENUE, GAITHERSBURG, MD 20877

(2) The Name and Maryland Address of the Resident Agent (who shall serve for one year after termination) are:

  **Resident Agent Name:** MICHAEL POSTAL

  **Resident Agent Address:** 443 N. FREDERICK AVENUE, GAITHERSBURG, MD 20877

(3) The Name and Address of each member who was designated to wind up the affairs of this MD LLC, or, if no member was so designated, all members are:

  **Name:** A&S INC      **Address:** 443 N. FREDERICK AVENUE, GAITHERSBURG, MD 20877

  **Name:**              **Address:**

  **Name:**              **Address:**

(4) ☑ This MD LLC has no known creditors, OR ☐ Notice of Termination was sent by registered mail, postage prepaid, return receipt requested to all known creditors of this MD LLC on the date of:

(5) The effective date of the cancellation of this MD LLC is: 08/29/2025

**THE LIMITED LIABILITY COMPANY IS TERMINATED.**

(6) I certify the foregoing is true.

  Signed: MICHAEL A POSTAL
  *Authorized Person*

  Signed:
  *Authorized Person*

  Signed:
  *Authorized Person*

(7) I hereby consent to my designation in this document as resident agent for this MD LLC.

  Signed: MICHAEL POSTAL
  *Resident Agent*



**MARYLAND DEPARTMENT OF ASSESSMENTS & TAXATION**    700 EAST PRATT STREET, 2ND FLR, STE 2700, BALTIMORE, MARYLAND 21202
SDAT44X.1

Page 1 of 1