**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br>Banners of Abingdon, LLC., *et al.*,[1]<br>　　　　　　　Debtors. | Case No. 25-00378<br>Chapter 11 (Jointly Administered) |

**NOTICE OF HEARING ON AND DEADLINE TO OBJECT
TO MOTION TO DISMISS BANNERS OF ABINGDON, LLC
AND TRANSFER OR DISMISS ALL REMAINING CASES**

　　**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to Dismiss Banners of Abingdon, LLC and Transfer or Dismiss all Remaining Cases.

　　**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

　　**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **October 15, 2025**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA  23510
(757) 441-6012

Michael T. Freeman, Esq., AUST
Kristen S. Eustis, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176

Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned.  The objection must contain a complete specification of the factual and legal grounds upon which it is based.  You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **October 22, 2025 at 10:00 a.m**.  The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned.  If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

September 23, 2025                           MATTHEW W. CHENEY
                                             ACTING U.S. TRUSTEE, REGION 4


                                             By:   /s/ Kenneth N. Whitehurst, III
                                                   Kenneth N. Whitehurst, III
                                                   Assistant U.S. Trustee

**Certificate of Service**

I hereby certify that on September 23, 2025, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- **Kristen S. Eustis**   Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Bradley David Jones**   brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com
- **C. Kevin Kobbe**   kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com
- **Leonidas Koutsouftikis**   lkouts@mckplaw.com, mcook@magruderpc.com
- **Stephen A. Metz**   smetz@offitkurman.com, mmargulies@offitkurman.com
- **Michael D. Nord**   mnord@gebsmith.com
- **John D. Sadler**   Sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- **U. S. Trustee for Region Four**   USTPRegion04.DC.ECF@USDOJ.GOV
  **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on September 23, 2025, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtors and Debtors' List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| American Paper Plastic Company<br>19 Kiesland Ct.<br>Hamilton, OH 45015 | Backd Finwise<br>1949 S IH 35<br>Frontage Rd<br>Austin, TX 78760 |
| Caspari Inc.<br>99 Cogwheel Lane<br>Seymour, CT 06483 | Commercial Express HVAC<br>44931 Falcon Pl.<br>Sterling, VA 20166 |
| Crown MAC<br>7619 Sheridan Rd.<br>Kenosha, WI 53143 | Demdaco<br>PO Box 803314<br>Kansas City, MO 64180-3314 |
| Enesco LLC<br>500 Park Boulevard, Ste 1300<br>Itasca, IL 60143 | Ganz USA LLC<br>PO Box 530<br>Buffalo, NY 14240-0530 |
| Godiva Chocolatier Inc<br>PO Box 74008044<br>Chicago, IL 60674-8044 | Hallmark Marketing Company LLC<br>Gold Crown Administration<br>2501 McGee<br>Kansas City, MO 64141 |
| Itria Ventures LLC<br>c/o Corporation Service Company<br>251 Little Falls Grove<br>Wilmington, DE 19808 | Kellytoy USA Inc<br>PO Box 738667<br>Dallas, TX 75373-8667 |

|  |  |
|---|---|
| PNC Bank NA<br>130 South Bond Street<br>Bel Air, MD 21014 | Pomeroy Technologies LLC<br>PO Box 7410512<br>Chicago, IL 60674 |
| Silver Forest Inc.<br>40 Industrial Drive<br>Bellows Falls, VT 05101 | Stonewall Kitchen<br>2 Stonewall Lane<br>York, ME 03909 |
| Touchland LLC<br>Capacity<br>100 SE 2nd St. Suite 2000<br>Miami, FL 33131 | Vera Bradley Sales LLC<br>Attn Accounts Receivable<br>12420 Stonebridge Rd.<br>Roanoke, IN 46783 |
| White House Historical Association<br>PO BOX 27624<br>Washington, DC 20038-7624 | Youngs Inc.<br>735 Thimble Shoals Blvd 100<br>Newport News, VA 23606 |

*/s/ Kenneth N. Whitehurst, III*
Kenneth N. Whitehurst, III