## WEEKLY CASH FLOW PROJECTION

| | 9/22/25 Forecast | 9/29/25 Forecast | 10/6/25 Forecast | 10/13/25 Forecast | 10/20/25 Forecast | 10/27/25 Forecast | 11/3/25 Forecast | 11/10/25 Forecast | 11/17/25 Forecast | 11/24/25 Forecast | 12/1/25 Forecast | 12/8/25 Forecast | 12/15/25 Forecast | 12/22/25 Forecast | 12/29/25 Forecast | 1/5/26 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 10,000 | 275,030 | 48,887 | 382,980 | 33,374 | 342,966 | 10,173 | 322,365 | 8,764 | 386,333 | 451,295 | 1,326,895 | 1,940,329 | 631,697 | 219,504 | 2,685,286 |
| **Cash Inflows** | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| Hallmark Sales | 244,565 | 251,305 | 280,715 | 681,905 | 601,679 | 445,578 | 389,275 | 589,922 | 661,197 | 676,382 | 850,328 | 1,107,851 | 1,291,146 | 1,515,715 | 1,469,919 | 493,142 |
| Allied Sales | 251,907 | 262,027 | 278,704 | 315,754 | 330,679 | 312,171 | 330,824 | 473,410 | 505,544 | 605,836 | 771,286 | 930,788 | 1,307,636 | 1,808,809 | 1,592,750 | 428,453 |
| Working Capital Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP - Additional DIP | | 3,200,000 | 1,100,000 | | | | | | | | | - | (3,568,000) | (1,226,500) | | |
| DIP - Mike's Family | | 1,000,000 | | | | | | | | | | | | (1,120,000) | | |
| Missed Sales | (148,942) | (153,999) | (167,826) | (99,766) | (65,265) | (53,042) | (50,407) | (74,433) | (81,672) | (89,755) | (113,513) | (142,705) | (181,915) | (232,717) | (214,387) | (64,512) |
| **TOTAL CASH RECEIPTS** | 347,530 | 4,559,332 | 1,491,593 | 897,893 | 867,093 | 704,706 | 669,692 | 988,899 | 1,085,069 | 1,192,462 | 1,508,100 | 1,895,934 | (1,151,132) | 745,307 | 2,848,282 | 857,083 |
| **Cash Disbursements** | | | | | | | | | | | | | | | | |
| Hallmark | | 3,200,000 | 1,100,000 | | | 250,000 | | 250,000 | 250,000 | 250,000 | 125,000 | 250,000 | | 250,000 | | |
| Allied Cash Payments | | 1,200,000 | | 850,000 | 475,000 | 450,000 | 100,000 | 350,000 | 200,000 | 350,000 | 125,000 | 250,000 | | 250,000 | | |
| Rent (R) | | | | | | | 175,000 | 175,000 | 100,000 | | 225,000 | 225,000 | | | 225,000 | 225,000 |
| Payroll Hourly Wages (P) | | 302,975 | | 330,000 | | 330,000 | | 370,000 | | 370,000 | | 400,000 | | 500,000 | | 500,000 |
| Vendor Discounts | | | | | | (75,000) | | | | | | | | | | |
| General & Admin. Prof Fees | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| General & Administrative_Other (GA) | 75,000 | 75,000 | 50,000 | 60,000 | 75,000 | 75,000 | 75,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| **TOTAL CASH DISBURSEMENTS** | 82,500 | 4,785,475 | 1,157,500 | 1,247,500 | 557,500 | 1,037,500 | 357,500 | 1,302,500 | 707,500 | 1,127,500 | 632,500 | 1,282,500 | 157,500 | 1,157,500 | 382,500 | 882,500 |
| NET CASH FLOW | 265,030 | (226,143) | 334,093 | (349,607) | 309,593 | (332,794) | 312,192 | (313,601) | 377,569 | 64,962 | 875,600 | 613,434 | (1,308,632) | (412,193) | 2,465,782 | (25,417) |
| **ENDING CASH BALANCE** | 275,030 | 48,887 | 382,980 | 33,374 | 342,966 | 10,173 | 322,365 | 8,764 | 386,333 | 451,295 | 1,326,895 | 1,940,329 | 631,697 | 219,504 | 2,685,286 | 2,659,869 |