The order below is hereby signed.

Signed: September 24 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) | |
| ) | |
| Banners of Abingdon LLC, ) | Case No. 25-00378-ELG |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
(Adam Nathe)

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Adam Nathe as counsel for Hallmark Marketing Company, LLC, and his declaration in support thereof, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and Adam Nathe is **ADMITTED** pro hac vice to appear in the above-captioned chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

*s/ Adam Nathe*
Adam Nathe (pro hac vice pending)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1593
Email: adam.nathe@stinson.com
*Counsel for Hallmark Marketing Company, LLC*

CORE/0500971.0226/231697156.1