**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re
Banners of Abingdon LLC, *et al.* \*

**Case No.** 1:25-bk-378

**Chapter** 11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept a flat fee of | $ _____ |
    | Filing Fees | $ _____ |
    | Prior to the filing of this statement I have received | $ _____ |
    | Balance Due | $ _____ |

    **OR**

    I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

    For legal services, I have agreed to accept and received a retainer of $138,236.00.\*\*

    The undersigned shall bill against the retainer at a the hourly partner rate of $600.00 and the hourly associate rate of $300.00

2. The source of the compensation paid to me was:
    ☐ Debtor   ☒ Other (specify):   LBPO Managament, LLC (one of the debtors)

3. The source of compensation to be paid to me is:
    ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
    e. [Other provisions as needed]
        All matters related to these jointly administered bankruptcy cases, pending in this Honorable Court

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    n/a

\*\*The $138,236.00 retainer was paid in three tranches, two (comprising $100,000) coming pre-petition, and one ($38,236.00) coming after certain debtors had petitioned for relief but before LBPO Management, LLC (the payor) petitioned for relief. $61,214.00 was paid for pre-petition services (including payment of some - but not all - of the debtors' filing fees), with a retainer of $77,022.00 remaining.

**CERTIFICATION**

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: September 29, 2025

/s/ Maurice Verstandig
Signature of attorney
Maurice Verstandig
Name, Bar Number
The Belmont Firm
Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Address
(202) 991-1101
Telephone
mac@mbvesq.com
Email Address

---

*The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy