Label Matrix for local noticing
0090-1
Case 25-00387-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Mon Sep 29 07:19:02 EDT 2025

Banners of Winchester LLC
1850 Apple Blossom DriveK1
Winchester, VA 22601-5187

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

301 MM LLC
5324 43Rd St Nw
Washington, DC 20015-2008

Alarm Services of Maryland Inc
PO Box 6334
Ellicott City, MD 21042-0334

Alexis Hairston
12401 Brickyard Blvd
1028
Beltsville, MD 20705-1346

Alexis Peres
6660 Upland Circle
Fayetteville, PA 17222-9722

Allied Products
1420 Kansas Avenue
Kansas City, MO 64127-2135

American Mills
2806 W Lake of the Isles Pkwy
Minneapolis, MN 55416-4338

American Paper Plastic Company
19 Kiesland CT
Hamilton, OH 45015-1375

Angela Earhart
26431 Eleys Ford Road
Richardsville, VA 22736-1724

Angela Morris
54 Kite Pl
Waynesboro, VA 22980-9438

Angela Thomas
1420 Barnett St
Rock Hill, SC 29732-2333

Angie Blasco
2002 Regency Drive
Suffolk, VA 23434-1800

Anita Cook
56 Wildcat Cove
Waynesboro, VA 22980-9368

Annapolis Harbour Center Associates LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4284

Anne Folio
8460 Angwin Place
Charlotte, NC 28262-6490

Antoinette Wilson
2658 Wintergreen Road
Cove City, NC 28523-9216

Appriss Retail DBA Sysrepublic Inc
PO Box 639138
Cincinnati, OH 45263-9138

Ashburn Village Center LLC
co Saul Holdings LP
PO Box 38042
Baltimore, MD 21297-8042

Ashers Chocolate
PO Box 950001875
Philadelphia, PA 19195-1875

Aurora World Inc
8820 Mercury Lane
Pico Rivera, CA 90660-6706

Avanti Press
PO Box 67000
Dept 210401
Detroit, MI 48267-2104

Azya Williams
1422 Larkview Drive
Virginia Beach, VA 23454-5665

Backd Finwise
1949 S IH 35 Frontage Rd
Austin, TX 78760

Bedford Window Cleaning Co
308 Jane Randolph St
Forest, VA 24551-1221

Benjamin Office Supply Services inc
758 E GUDE DRIVE
ROCKVILLE, MD 20850-1328

Bissingers Handcrafted Chocolatier
5025 PATTISON AVE
SAINT LOUIS, MO 63110-2037

Brenda Antoniak
49 Woodbine Drive
Colonial Beach, VA 22443-3635

Briana Stanley
6227 heather glen dr
Suffolk, VA 23435-3133

Bull Run Plaza LLC water
8405 Greensboro Dr Ste 830
Mc Lean, VA 22102-5121

Bull Run Plaza LLC
PO Box 25097
Tampa, FL 33622-5097

BurkeTown Plaza LLC
PO BOX 30344
TAMPA, FL 33630-3344

Calvin Lopez
7704 Notees Ln
Kernersville, NC 27284-9086

Cannon Hill Logistics
PO BOX 3851
FREDERICK, MD 21705-3851

Carpet and Vacuum Expo
7715 Tuckerman Lane
Potomac, MD 20854-3266

Carson Home Accents
189 Foreman Road
Freeport, PA 16229-1797

Caspari Inc
99 Cogwheel Lane
Seymour, CT 06483-3900

Cathy Dickinson
402 E 11Th Avenue
Ranson, WV 25438-1742

Cathy Jager
2103 Deer Meadow Lane
Midlothian, VA 23112-4137

Chastity Carr
2408 Timberland Hills DR
Newton, NC 28658-8552

Cher Lake
327 Maryland Avenue
Portsmouth, VA 23707-1714

Cheryl Crum
1511 Regency Woods Road
101
Henrico, VA 23238-4518

Cheryl Domingue
123 Glenwood Rd
Hampton, VA 23669-1823

Cheryl Murphy
306 Jordan Crossing Ave
Jamestown, NC 27282-9873

Christian Everett
9119 Manchester Rd
311
Silver Spring, MD 20901-4137

Christina OKeefe
5225 Lowery Downs
Virginia Beach, VA 23464-5615

City of Fredericksburg
City Treasurer
PO BOX 644  City Hall
Fredericksburg, VA 22404-0644

City of Newport News
Marty G Eubank Treasurer
City of Newport News PO BOX 975
Newport News, VA 23607-0975

City of Virginia Beach CO Banners Hallm
Commissioner Of The Revenue City Hall
2401 Courthouse Drive
Virginia Beach, VA 23456-9002

Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166-9572

Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230-3225

Complete Solutions Sourcing
PO Box 5383
Deptford, NJ 08096-0383

Corporate Services Consultants LLC
1015 N Gay St
PO Box 1048
Dandridge, TN 37725-1048

Cosners Corner Owners Assoc
Attn CBC Property Management
990 Bragg Road
Fredericksburg, VA 22407-6979

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

Crossroads Original Designs dba Blossom
115 Crossroads Boulevard
Bucyrus, OH 44820-1362

Crown MAC
7619 Sheridan Rd
Kenosha, WI 53143-1519

Crystal Hill
4796 First Court Road
Virginia Beach, VA 23455-2846

Cynthia Williams
4752 Westland
apt B
Halethorpe, MD 21227-1331

DC Office of Tax and Revenue
1101 4th St., SW
270
Washington, DC 20024-4457

Danjae Contreras
14478 Rustling Leaves Lane
Centreville, VA 20121-2272

Danielle Cutlip
3133 Copenhaver RD
Street, MD 21154-1644

Danielle Santamore
53 Creekstone Drive
Newport News, VA 23603-1363

Deana Bonilla
8414 vision ln
Walkersville, MD 21793-7814

Debbie Stout
712 Ontario Street
Havre de Grace, MD 21078-2730

Dede Cole
344 Donald Circle
Forest Hill, MD 21050-1308

Demdaco
PO Box 803314
Kansas City, MO 64180-3314

Designer Greetings Inc
PO Box 1477
Edison, NJ 08818-1477

Divaris Ridge shopping Center Owner LL
4525 Main Street
Suite 900
Virginia Beach, VA 23462-3431

Donna Donlin
20162 Braeton Bay Terr
Apt 103
Ashburn, VA 20147-2616

Donna Najibi
504 Lake Vista Drive
Forest, VA 24551-1974

DuraSeal Inc
PO Box 743
Forest, VA 24551-0743

E S Pets
725 Broadway Ave
Holbrook, NY 11741-4905

Ed Scott
235 Mary Jane Lane
Bel Air, MD 21015-1645

Ela Wilson
3200 Grumman Sq
203
Virginia Beach, VA 23452-6939

Else Koprowicz
128 Maloy Dr
Winchester, VA 22602-6528

Emilee Pratt
551 Greenbriar Drive
Culpeper, VA 22701-3257

Enesco LLC
500 Park Boulevard Ste 1300
Itasca, IL 60143-1258

Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260-2961

Expressive Design Group Inc
49 Garfield St
Holyoke, MA 01040-5407

Fahlo LLC
201 Chatham St
Suite 2
Sanford, NC 27330-4395

Fair City HHH LLC
225 Asylum Street
15th Floor
Hartford, CT 06103-1520

Fair Lakes Center Associates II LC
PO Box 646001
Pittsburgh, PA 15264-6001

Fairfax Company of Virginia LLC
co Olshan Properties
PO BOX  67338
Newark, NJ 07101-4007

Fairfield Shopping Center
NMPC4 Fairfield SC LLC
co New Market Properties LLC 3284 Norths
Atlanta, GA 30327

Farrah Howard
2254 48th Street NW
Washington, DC 20007-1035

FedEx Express
PO Box 371461
Pittsburgh, PA 15250-7461

Federal Realty Kingstowne storage
Lockbox 3426
PO Box 8500
Philadelphia, PA 19178-3426

Federal Realty OP LPSpecialty Leasing
PO Box 8500
Lockbox 3426
Philadelphia, PA 19178-3426

Federal Realty Virginia Gateway Plaza I
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-9320

Federal Realty Kingstowne Shopping Centre
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-8500

Fishers Popcorn of Delaware Inc
37081 Coastal Hwy
Fenwick Island, DE 19944-4057

Foulston
1551 N Waterfront Parkway Suite 100
Wichita, KS 67206-4466

Fragrances of Ireland
668 N Coast Hwy Suite 1207
Laguna Beach, CA 92651-1513

Ganz USA LLC
PO Box 530
Buffalo, NY 14240-0530

Godiva Chocolatier Inc
PO Box 74008044
Chicago, IL 60674-8044

Graphique
9 State Street
Woburn, MA 01801-2050

Greta Wagner
4 Helen Drive
Newport News, VA 23602-3320

Guardian Life Insurance
PO Box 824454
Philadelphia, PA 19182-4454

H2O To Go
5821 Ward Court
Virginia Beach, VA 23455-3312

Hailey Hartley
516 Northwood Circle
Cross Junction, VA 22625-2532

Hallmark Marketing Company LLC
Gold Crown Administration
2501 McGee
Kansas City, MO 64108-2615

Harford Mall Business Trust
CBL 0623
PO Box 955607
Saint Louis, MO 63195-5607

Heather Grizzle
14 Jefferson Drive
Potomac Falls, VA 20165-8626

Heather Hanson
105 W Myrtle St
Alexandria, VA 22301-2424

Heather Salyer
217 Capital Lane
Forest, VA 24551-2032

Hilary Snyder
6409 Deerskin Drive
Fredericksburg, VA 22407-6368

Hill Management Services Inc
11350 McCormick Road
EP III Suite 301
Hunt Valley, MD 21031-1002

Husteads Canvas Creations Inc
628 W 24th Street
Norfolk, VA 23517-1208

IF USA LLC
4350 Bryson Blvd
Florence, AL 35630-7317

Intelex USA
105 Prairie Lakes Road
Unit C
East Dundee, IL 60118-9133

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
co Corporation Service Company
251 Little Falls Grove
Wilmington, DE 19808-1674

Jackie Fillmore
11320 Winston
Newport News, VA 23601-2267

James Long
12624 Terrymill Drive
Herndon, VA 20170-2872

Janice Barry
7848 Milkshed Pl
Elkridge, MD 21075-6130

Janie Gabrielson
2155 Aspen Ridge Ct
Apt 204
Winston Salem, NC 27103-6868

Jennifer Hickman
4025 Palmetto Drive
Rock Hill, SC 29732-9678

Jennifer McLellan
1739 Donlee Dr
Blacksburg, VA 24060-6007

Jennifer Sheriff
10821 Buttercup Place
Apt 303
Manassas, VA 20109-5616

Jennifer Smith
14822 Statler Dr
Woodbridge, VA 22193-3128

Jennifer Smith
8019 Ashland Avenue
Apt 8
Manassas, VA 20109-8019

Jessica Melone
4730 Baileys Lake Rd NW
NW apt 206
Concord, NC 28027-8560

Jonathan Herold
8034 Mike Mundle Lane
Mechanicsville, VA 23111-5913

Julia Shultz
5506 Whitfield Court
Fairfax, VA 22032-3845

Julie Nilson
17055 Hampton Trace Road
Huntersville, NC 28078-6452

Karen Kyle
5730 YEAGERTOWN RD
New Market, MD 21774-6333

Karma
4302 Ironton Ave
Lubbock, TX 79407-3736

Karolyn Stober
108 Chasewood Ct
Vinton, VA 24179-4446

Kathleen Nichols
3321 Lawrence Dr
Carrsville, VA 23315-2520

Kathy Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127-7476

Katie Potee
2430 Brunswick Road
Halethorpe, MD 21227-3013

Katrina Guardado
333 South Glebe Road
Apt 306
Arlington, VA 22204-1654

Kayla Racz
800 Greenbrier Court
Edgewood, MD 21040-2414

Kellyn Sutton
389 James Ct
High Point, NC 27265-2159

Kellytoy USA Inc
PO Box 738667
Dallas, TX 75373-8667

Ken Matthews Garden Center
4921 George Washington Hwy
Yorktown, VA 23692-2509

Kentlands Square LLC
7501 Wisconsin Avenue
Suite 1500e Attn Gilka Siles
Bethesda, MD 20814-6519

Keter Environmental Services Inc
PO Box 417468
Boston, MA 02241-7468

Kiarra Goodman
14 Breezy Tree Ct
Apt D
Timonium, MD 21093-1226

Kim Peres
6660 Upland Circle
Fayetteville, PA 17222-9722

Lanette Trimnell
301 Old Bell Rd
Charlotte, NC 28270-2793

Latifa Sahraoui
3940 Persimmon Drive
T1
Fairfax, VA 22031-4165

Laura Cole
344 Donald Circle
Forest Hill, MD 21050-1308

Lauren James
6238 Satinwood Drive
Columbia, MD 21044-3606

Lauren Payne
23 Longview Cir
Fishersville, VA 22939-2004

Leesburg Plaza LLC
co Rappaport Management Company
8405 Greensboro Drive 8th Floor
McLean, VA 22102-5104

Lenox Corporation
1414 Radcliffe Street
Bristol, PA 19007-5496

Leonard Banner
1702 Captains Way
Jupiter, FL 33477-4045

Leslie Nagy
143 Northway
Severna Park, MD 21146-2707

Life is Good
48 Friars  Drive
Hudson, NH 03051-4900

Linde Gas Equipment Inc formerly Praxa
PO Box 382000
Pittsburgh, PA 15250-8000

Lisette Brosan
1414 point 0 woods
Arnold, MD 21012-2375

Lori Sharpe
19 Forsythia Lane
Bear, DE 19701-6301

Lucy Mastantuono
5400 Sandy Point Lane
Clifton, VA 20124-0944

Lynchburg Rivercrest Realty
Lynchburg Wards Crossing LLC
PO Box 604049
Charlotte, NC 28260-4049

MOWMentum
240 Hollywood Farm Road
Fredericksburg, VA 22405-3709

Macerich EQ Limited Partnership
SM Valley Mall LLC
Dept  880467 PO Box 29650
Phoenix, AZ 85038-9650

Malden International Designs
19 Cowan Drive
Middleboro, MA 02346-3700

Marco Property Services
PO Box 4849
Midlothian, VA 23112-0015

Margaret Wilhoit
14605 Frisco Ct
Woodbridge, VA 22193-2030

Mary Peters
6401 Rock Forest Drive
205
Bethesda, MD 20817-7903

Mary Stickney
8218 Green Ice Drive
Pasadena, MD 21122-3868

Mary Thompson
106 Split Oak Way
New Bern, NC 28562-9008

Mayflower Apple Blossom LP
14183 Collection Center Dr
Chicago, IL 60693-0141

Mayflower Apple Blossom LP Storage
Apple Blossom Mall Attn Management Offi
1850 Apple Blossom Dr
Winchester, VA 22601-5187

Mayflower Distributing Company Inc
1155 Medallion Drive
Mendota Heights, MN 55120-1220

Mendy Pratt
551 Greenbriar Drive
Culpeper, VA 22701-3257

Meredith Chaney
10412 Old Bridge Lane
Charlotte, NC 28269-8156

Michael Postal
1801 16th Street NW
Apt 606
Washington, DC 20009-3324

Michelle Alvarez
9515 Ashleyville Turn
Midlothian, VA 23112-1690

Mike Vaccarelli
7694 Dorchester Blvd
Hanover, MD 21076-2061

Monticello Marketplace
SL Nusbaum Realty Co
Escrow Agent for Monticello Marketplace
Norfolk, VA 23514-3580

NYSLIFE
711 Ginesi Dr
Morganville, NJ 07751-1235

Nicole Almeida
2050 Mount View Rd
Marriottsville, MD 21104-1636

Oakton Limited Partnership LLP
Redwood Commercial Management
5900 Fort Drive Suite 400
Centreville, VA 20121-2413

PB Mares LLP
701 Town Center Dr Suite 900
Newport News, VA 23606-4287

PNC Bank NA
130 South Bond Street
Bel Air, MD 21014-3836

PR Valley LP Water 58
PO BOX 373828
CLEVELAND, OH 44193-0001

PRISA LHC LLC Harbor View East
7 Giralda Farms
Madison, NJ 07940-1051

Pasqale Christiansen
500 Tunnel Court
Chesapeake, VA 23320-3181

Paul DeRemigis
3 Banat Court
Baltimore, MD 21237-4507

Penelope Lare
20819 Wallingford Square
104
Potomac Falls, VA 20165-7302

Personnel Evaluation Inc Multi Sites
11138 W Greenfield Ave
Milwaukee, WI 53214-2362

Peter Pauper Press Inc
3 International Dr
Suite 310
Rye Brook, NY 10573-7501

(p)PIEDMONT SERVICE GROUP
1031 NOWELL RD
RALEIGH NC 27607-5130

Pipp Mobile Storage Systems Inc
2966 WILSON NW
WALKER, MI 49534-7592

Pomeroy Technologies LLC
PO Box 7410512
Chicago, IL 60674-0512

Potter Company
1604 Hilltop West Shopping Center
STE 202
Virginia Beach, VA 23451-6131

Precious Moments Company
4105 Chapel Road
Carthage, MO 64836-8848

Primitives by Kathy
1817 William Penn Way
Lancaster, PA 17601-5830

Prisa LHC LLC Greenbrier Market Center
PRLHC Greenbrier MC 106818
PO Box 978500
Dallas, TX 75397-8500

Pumpernickel Press
508 jack enders
Berryville, VA 22611-1538

(p)QUILLING CARD LLC
ATTN JOAN NIERMEYER
47 MELLEN ST
FRAMINGHAM MA 01702-8588

Rain Jewelry Collection
460 Hillside Ave
Needham, MA 02494-1224

Reston North Point Village LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4284

Retirement Planners
7639 Leesburg Pike
Falls Church, VA 22043-2520

Rhonda Kelley
756 Marvin Ave
Norfolk, VA 23518-2508

Rifle Paper Co
558 W New England Ave
Suite 150
Winter Park, FL 32789-4254

Roanoke Cave Springs
CO Brixmor Property Group
PO BOX 645324
Cincinnati, OH 45264-5324

Rockstep Christiansburg LLC
782 New River Road
Christiansburg, VA 24073-6503

Rocky Mount Magnolia Real Estate and Ma
9525 Birkdale Crossing Drive
Huntersville, NC 28078-8458

Rollingwood SC TSCG
1945 Old Gallows Rd
Suite 300
Vienna, VA 22182-3931

Russell Stover
4900 Oak Street
Kansas City, MO 64112-2927

SCT Rio Hill LLC
Attn  TSCG
PO Box 6298
Hicksville, NY 11802-6298

Samantha Chicas
18325 Lost Knife Circle
Apt 304
Montgomery Village, MD 20886-0306

Sana Farooqi
1863 Norhurst Way N
Catonsville, MD 21228-4123

Sara Pashaei
8401 PINEY POINT CT
MANASSAS, VA 20110-4633

Sarah Gordon
16 Lord Fairfax Drive
Fredericksburg, VA 22405-2969

Shantie Alicea
1131 University W Blvd
apt 1717
Silver Spring, MD 20902-3312

Shamalyn Detrow
7832 Thackara rd
Pasadena, MD 21122-3645

Shawntia Campbell
931 Battery Road
Waynesboro, VA 22980-1786

Sheila Bibb
309 Walnut Dr
Timberville, VA 22853-9710

Silver Forest Inc
40 Industrial Drive
Bellows Falls, VT 05101-3122

Simon Schuster
PO Box 70660
Chicago, IL 60673-0660

(p)SIMPLY SOUTHERN HOLDINGS  LLC
ATTN ATTN AR
498 GALLIMORE DAIRY RD
GREENSBORO NC 27409-9725

Sophistiplate LLC
790 Atlanta S Pkwy
Suite 100
College Park, GA 30349

South Riding Owner LLC
PO Box 640634
Property ID 262810
Pittsburgh, PA 15264-0634

Spoontiques Inc
111 Island Street
Stoughton, MA 02072-1401

St Thomas GGCal LLC
co Greenberg Gibbons Commercial
10096 Red Run Blvd Suite 100
Owings Mills, MD 21117-4632

Stacie Fleig
4100 Poplar Grove Road
Midlothian, VA 23112-4738

Stafford Marketplace LLC
PO Box 62045
Dept Code SVAS1332C
Newark, NJ 07101-8061

Steel Mill Co Designs
134 Beech Bend Rd
Bowling Green, KY 42101-7602

Stonewall Kitchen
2 Stonewall Lane
York, ME 03909-1665

Suffolk Shopping Center Associates LLLP
co S L Nusbaum Realty Co
440 Monticello Ave Suite 1700
Norfolk, VA 23510-2670

Sunflower Food Co Inc
7921 Nieman Rd
Lenexa, KS 66214-1565

Superior Construction Enterprises LLC
733 E Cumberland St
Lebanon, PA 17042-8138

Suzanne Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127-7476

TCG Services LLC
145 N Main St
El Dorado, KS 67042-2017

Tami Hykes
4316 Oxford Mill Rd
Waxhaw, NC 28173-0019

Terri Wellman
3115 Commerce Place
Apt 11
Burlington, NC 27215-4304

Terry Little
6031 Little Brook Ct
Clifton, VA 20124-1022

The Mall in Columbia LLC storage
10300 Little Patuxent Parkway
Columbia, MD 21044-7007

(p)THE NAKED BEE
ATTN ACCOUNTING DEPT
2261 MARKET STREET STE 10337
SAN FRANCISCO CA 94114-1612

The Peanut Shop
8012 Hankins Industrial Park
Toano, VA 23168-9259

Touchland LLC Capacity
100 SE 2nd St
suite 2000
Miami, FL 33131-2101

(p)TWO'S COMPANY  INC
ATTN LISA STRASSMAN
500 SAW MILL RIVER RD
ELMSFORD NY 10523-1027

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Valerie Bilbro
6914 Back Creek Rd
Boones Mill, VA 24065-2020

Vanessa Viveros
816 Stanley Rd
Portsmouth, VA 23701-1917

Vera Bradley Sales LLC
Attn Accounts Receivable
12420 Stonebridge Rd
Roanoke, IN 46783-9300

VillaTech Inc
2020 Calamos Ct Suite 280
Naperville, IL 60563-3284

Village Marketplace LLC
800 Corporate Drive
Suite 305
Fort Lauderdale, FL 33334-3618

Virginia Beach Affilliates LLC
55 5th AvenueFloor 15
New York, NY 10003-4301

Walton Adams PC
1925 Isaac Newton Square Suite 250
Reston, VA 20190-5024

Warrenton Development Company
co Waters Retail Group
200 Old Forge Lane Suite 201
Kennett Square, PA 19348-1920

Wayne Lishowid
8312 Cypress Mill Road
Baltimore, MD 21236-5580

Waynesboro Town Center
CO Chase Properties II Ltd
3333 Richmond Road Suite 320
Beachwood, OH 44122-4198

Wendy Galvez
146 Dunlap Road
Pasadena, MD 21122-3033

White House Historical Association
PO BOX 27624
Washington, DC 20038-7624

Wockenfuss Candies
6831 Harford Road
Baltimore, MD 21234-7716

Workman Publishing Co Inc
PO Box 21142
New York, NY 10087-1142

Yankee Candle Co
PO Box 416442
Boston, MA 02241-6442

Yeatts Heating Air
PO Box 518
Salem, VA 24153-0518

Yoonique LLC
1761 N New Hampshire Ave
Los Angeles, CA 90027-4207

Youngs Inc
735 Thimble Shoals Blvd 100
Newport News, VA 23606-4255

Zane Overton
1 Breezy Tree Court
APT G
Timonium, MD 21093-1225

Zimmer Development Company
6725 MONUMENT DR
WILMINGTON, NC 28405-4558

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Piedmont Service Group
616 Industrial Avenue
Greensboro, NC 27406

Quilling Card LLC
47 Mellen St C1
Framingham, MA 01702

Simply Southern
498 Gallimore Dairy Rd
Greensboro, NC 27409

The Naked Bee
2261 Market Street
STE 10337
San Francisco, CA 94114

Twos Company Inc
500 Saw Mill River Road
Elmsford, NY 10523

End of Label Matrix
Mailable recipients   259
Bypassed recipients     0
Total                 259