# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | |
| **BANNERS OF ABINGTON, LLC,** *et al.*,[1] | **Case No.: 25-00378-BFK** |
| | **Chapter 11** |
| Debtor. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(g), 9007 and 9010, that the appearance of Christopher A. Glaser, Esq. and the law firm of Jackson & Campbell, P.C. be entered in this case on behalf the Creditor, CSB Family Investors, LLC, and its management agent, TSCG, LLC, that an entry be made on the Clerk's Matrix in this case and that all documents and pleadings filed with the Court and all notices which the Court and/or other parties provide in accordance with Rule 2002 be directed to the undersigned:

> Christopher A. Glaser, Esq.
> JACKSON & CAMPBELL, P.C.
> 2300 N Street, N.W., Suite 300
> Washington, DC 20037
> Telephone: (202) 457-1600
> Facsimile: (202) 457-1678
> Email: cglaser@jackscamp.com

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

6416891v1

Dated: October 3, 2025                                    Respectfully submitted,

                                                       */s/ Christopher A. Glaser*
                                                       Christopher A. Glaser (DC Bar # 463583)
                                                       Jackson & Campbell, P.C.
                                                       2300 N Street, N.W., Suite 300
                                                       Washington, DC 20037
                                                       Telephone: (202) 457-1600
                                                       Facsimile: (202) 457-1678
                                                       Email: cglaser@jackscamp.com
                                                       *Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, a copy of the foregoing *Entry of Appearance and Request for Notice* was served via electronic mail through the Court's electronic filing system or via first class mail, or in lieu thereof by electronic means upon the following:

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 208854
*Counsel for Debtor*

Kristen E. Eustis, Esq.
Office of the U.S. Trustee – Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
*U.S. Trustee*

Kenneth N. Whitehurst, III, Esq.
Department of Justice
Norfolk Federal Building
200 Granby Street, Room 625
Norfolk, VA 23451
*Assistant U.S. Trustee*

                                                       */s/ Christopher A. Glaser*
                                                       Christopher A. Glaser

6416891v1