## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

**Banners of Abingdon LLC**
**Debtor In Possession**

Case No. 25-00378-ELG

Chapter 11

### ORDER EXTENDING TIME

On 9/14/2025, the Debtor(s) filed a bankruptcy petition in the above-captioned case. ECF No. 1. The Debtor(s) thereafter filed a MOTION TO EXTEND (ECF No. 56) (the "Motion to Extend") pursuant to Local Bankruptcy Rule 1007-1(d)(1) seeking an extension of time to file lists, schedules, statements, and other documents. Therefore, it is

**ORDERED** that the deadline to file any outstanding lists, schedules, statements, or other case opening documents is extended until **10/10/2025**. It is further,

**ORDERED** that the Debtor either must (i) file the lists, schedules, statements, and other documents or a further motion to extend time for the same by **10/10/2025**; or (ii) timely file a response and attend a hearing to explain why the case should not be dismissed. Such motion need only be served on the United States Trustee, any appointed trustee, and any official committee. It is further,

**ORDERED** that any party objecting to the relief granted in this Order shall have seven (7) days from the date of the entry of this Order to file an objection with the Court and to schedule a hearing on same.

For the Court:
Angela D. Caesar
BY: CA
Date: 10/01/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.

1

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 25-00378-ELG

Banners of Abingdon LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Banners of Abingdon LLC, 1801 16th Street NorthwestUnit 606, Washington, DC 20009-3365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Nathe | on behalf of Creditor Hallmark Marketing Company  LLC adam.nathe@stinson.com, mpl.lssteam5@stinson.com |
| Addison J. Chappell | on behalf of Creditor Bull Run Plaza  LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor Leesburg Plaza  LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor South Riding Owner  LLC achappell@milesstockbridge.com |
| Bradley David Jones | on behalf of Creditor Hallmark Marketing Company  LLC brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com |
| C. Kevin Kobbe | on behalf of Creditor Itria Ventures LLC kevin.kobbe@us.dlapiper.com  DLAPiper@ecfxmail.com |

Catherine Brady DiFazio Harrington
    on behalf of Creditor Bull Run Plaza  LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
    on behalf of Creditor South Riding Owner  LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
    on behalf of Creditor Leesburg Plaza  LLC charrington@milesstockbridge.com

Eugene A Burcher
    on behalf of Creditor Fair City HHH  L.L.C. eaburcher@thelandlawyers.com

John D. Sadler
    on behalf of Creditor Federal Realty OP LP Sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John D. Sadler
    on behalf of Creditor Federal Realty Partners  L.P. Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

Kenneth N Whitehurst, III
    on behalf of U.S. Trustee U. S. Trustee for Region Four kenneth.n.whitehurst@usdoj.gov

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Leonidas Koutsouftikis
    on behalf of Creditor GRI Bradlee  LLC lkouts@mckplaw.com, mcook@magruderpc.com

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Banners of Abingdon LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor PNC Bank  N.A. mnord@gebsmith.com

Stephen A. Metz
    on behalf of Creditor Ashburn Village Center LLC smetz@offitkurman.com  mmargulies@offitkurman.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 19