IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 25-378-ELG |
| BANNERS OF ABINGDON, LLC, et al., | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION FOR ADMISSION *PRO HAC VICE*

STEVEN M. WALLACE hereby moves this Court for an Order admitting him pro hac vice in the above-captioned matter on behalf of Gold Crown Managers Acceptance Corp. pursuant to LCvR 83.2. This Motion is accompanied by a Declaration of *Pro Hac Vice Admission*. As identified in the Declaration, a certificate of good standing has been requested from the State of Illinois and is forthcoming.

Dated: 10/6/2025                                          By: /s/Steven M. Wallace

Steven M. Wallace
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, Illinois 62025
(618) 656-5150
Fax: (618) 656-6230
steven@ghalaw.com

**Certificate of Service**

    The undersigned certifies that a true and correct copy of the foregoing, along with the declaration and proposed Order, attached thereto, was served electronically 6th day of October, 2025, via CM/ECF to all persons receiving notice through that system.

                                       /s/ Steven M. Wallace