The order below is hereby signed.

Signed: October 6 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-378-ELG |
| BANNERS OF ABINGDON, LLC, et al., ) | (Chapter 11) |
| ) | |
| Debtors. ) | Jointly Administered |

## ORDER GRANTING ADMISSION *PRO HAC VICE* FOR STEVEN M. WALLACE

Upon consideration of the Motion for Admission *Pro Hac Vice* of Steven M. Wallace, it is hereby **ORDERED** that the Motion is **GRANTED**, and Steven M. Wallace is hereby admitted to this Court *pro hac vice*, for the limited purpose of appearing and participating in this action as *pro hac vice* counsel for Gold Crown Managers Acceptance Corp.

I ASK FOR THIS:

/s/ Steven M. Wallace
Steven M. Wallace
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, Illinois 62025
(618) 656-5150
steven@ghalaw.com
Counsel to Gold Crown Managers Acceptance Corp.