**BARCLAY DAMON LLP**
Adrien C. Pickard (DC Bar No. 489899)
1742 N Street, N.W.
Washington, DC 20036
Telephone: (202) 689-1908
Email: apickard@barclaydamon.com

Kevin M. Newman (pro hac vice pending)
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

Scott L. Fleischer (pro hac vice pending)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------x
In re:

Banners of Abingdon, LLC, *et al.*[1]

        Debtors.

------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

**PLEASE TAKE NOTICE**, that the undersigned are appearing as counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC (the "Creditor") in the above captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010, the undersigned hereby demand that notice of all matters herein be served upon:

> Adrien C. Pickard
> Barclay Damon LLP
> 1742 N Street, N.W.
> Washington, DC 20036
> Telephone: (202) 689-1908
> Email: apickard@barclaydamon.com
>
> Kevin M. Newman
> Barclay Damon LLP
> Barclay Damon Tower
> 125 East Jefferson Street
> Syracuse, New York 13202
> Telephone: (315) 413-7115
> Email: knewman@barclaydamon.com
>
> Scott L. Fleischer
> Barclay Damon LLP
> 1270 Avenue of the Americas, Suite 2310
> New York, New York 10020
> Telephone: (212) 784-5810
> Email: sfleischer@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the names and addresses set forth above be added to any service list in the cases.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of Creditor to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case,

controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which Creditors may be entitled, which they expressly reserve.

Dated:   October 6, 2025

**BARCLAY DAMON LLP**

By*:   /s/Adrien C. Pickard*
Adrien C. Pickard (DC Bar No. 489899)
1742 N Street, N.W.
Washington, DC 20036
Telephone:  (202) 689-1908
Email:  apickard@barclaydamon.com

Kevin M. Newman (pro hac vice pending)
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone:  (315) 413-7115
Email:  knewman@barclaydamon.com

Scott L. Fleischer (pro hac vice pending)
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (212) 784-5810
Email:  sfleischer@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC*

## **CERTIFICATE OF SERVICE**

I certify that on 6th day of October 2025 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Columbia.

                                        */s/Adrien C. Pickard*
                                        Adrien C. Pickard