IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

        Debtors.

-------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

## DECLARATION OF KEVIN M. NEWMAN

I, Kevin M. Newman, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the Motion for Admission Pro Hac Vice (the "Motion"):

1. I am an attorney and partner with Barclay Damon LLP, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, New York 13202, telephone number (315) 413-7115, email knewman@barclaydamon.com. I am not a member of the Bar of this Court.

2. I am a member in good standing of the State Bar of New York (1/15/1987).

3. During the two years immediately preceding the filing of this motion, I have not applied to be admitted pro hac vice in this Court.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

      6.    I understand that admission pro hac vice does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2025                Respectfully submitted,
       Syracuse, New York

                                      */s/Kevin M. Newman*
                                      Kevin M. Newman