**BARCLAY DAMON LLP**
Scott L. Fleischer
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

Adrien C. Pickard (DC Bar No. 489899)
1742 N Street, N.W.
Washington, DC 20036
Telephone: (202) 689-1908
Email: apickard@barclaydamon.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------x
In re:

Banners of Abingdon, LLC, *et al.*[1]

                    Debtors.
------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

**MOTION FOR ADMISSION PRO HAC VICE**
**(Scott L. Fleischer)**

Pursuant to Local Bankruptcy Rule 2090-1(b), Scott L. Fleischer (the "Movant") respectfully moves his admission to appear pro hac vice in the above-captioned Chapter 11 case as counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC. In support of this Motion, the Movant states as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1. The Movant is an attorney and partner with Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, New York 10020, telephone number (212) 784-5810, email sfleischer@barclaydamon.com.  The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the State Bar of New Jersey (1/27/2014) and the State Bar of New York (4/2/2014).

3. During the two years immediately preceding the filing of this motion, Movant has not applied to be admitted pro hac vice in this Court.

4. The Movant has never been disciplined by any bar.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

7. The $100.00 fee for admission pro hac vice will be paid electronically through the Court's CM/ECF system.

Dated:   October 6, 2025                         Respectfully submitted,
         New York, New York

                                                 By:    /s/Scott L. Fleischer
                                                 Scott L. Fleischer (pro hac vice pending)
                                                 BARCLAY DAMON LLP
                                                 1270 Avenue of the Americas, Suite 2310
                                                 New York, NY 10020
                                                 Telephone:  (212) 784-5810
                                                 Email:  sfleischer@barclaydamon.com

                                                 and

Adrien C. Pickard (DC Bar No. 489899)
BARCLAY DAMON LLP
1742 N Street, N.W.
Washington, DC 20036
Telephone: (202) 689-1908
Email: apickard@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of October, 2025, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

                                                  */s/Scott L. Fleischer*
                                                  Scott L. Fleischer