**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

Debtors.

Case No. 25-00378-ELG

Chapter 11

Jointly Administered

------------------------------------------------------x

### DECLARATION OF SCOTT L. FLEISCHER

I, Scott L. Fleischer, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the Motion for Admission Pro Hac Vice (the "Motion"):

1.      I am an attorney and partner with Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, New York 10020, telephone number (212) 784-5810, email sfleischer@barclaydamon.com.  I am not a member of the Bar of this Court.

2.      I am a member in good standing of the State Bar of New Jersey (1/27/2014) and the State Bar of New York (4/2/2014).

3.      During the two years immediately preceding the filing of this motion, I have not applied to be admitted pro hac vice in this Court.

4.      I have never been disciplined by any bar.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

5.      I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the

United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and

the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary

jurisdiction of this Court.

6.      I understand that admission pro hac vice does not constitute formal admission to

the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 6, 2025                    Respectfully submitted,
        New York, New York

                                            */s/Scott L. Fleischer*
                                           Scott L. Fleischer