IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

               Debtors.

-------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
### (Scott L. Fleischer)

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Scott L. Fleischer as counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC, and his declaration in support thereof, it is hereby **ORDERED**,

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

**ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and Scott L. Fleischer is **ADMITTED** pro hac vice to appear in the above-captioned chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

By:    /s/Scott L. Fleischer
Scott L. Fleischer (pro hac vice pending)
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Telephone:  (212) 784-5810
Email:  sfleischer@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC
and its affiliate Lynchburg (Wards Crossing), LLC*