# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | . | Chapter 11 |
| IN RE: | . |  |
|  | . | Case No. 16-10527 (MFW) |
| SPORTS AUTHORITY HOLDINGS, | . |  |
| INC., et al, | . | Courtroom No. 4 |
|  | . | 824 Market Street |
|  | . | Wilmington, Delaware 19801 |
| Debtors. | . |  |
|  | . | Tuesday, April 26, 2016 |

. . . . . . . . . . . . . . .

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:              Michael R. Nestor, Esq.
                             Andrew L. Magaziner, Esq.
                             YOUNG, CONAWAY, STARTGATT
                              & TAYLOR, LLP
                             Rodney Square
                             1000 North King Street
                             Wilmington, Delaware 19801

For the Debtors:              Robert A. Klyman, Esq.
                             GIBSON, DUNN & CRUTCHER, LLP
                             333 South Grand Avenue
                             Los Angeles, California 90071

(Appearances Continued)

Audio Operator:               Electronically Recorded
                             by Brandon McCarthy, ECRO

Transcription Company:        Reliable
                             1007 N. Orange Street
                             Wilmington, Delaware 19801
                             (302)654-8080
                             Email:  gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

APPEARANCES:   (Continued)

For the Debtors:                Matthew J. Williams, Esq.
                                Mitchell A. Karlan, Esq.
                                Keith R. Martorana, Esq.
                                GIBSON, DUNN & CRUTCHER, LLP
                                200 Park Avenue
                                New York, New York 10166

                                Jeremy L. Graves, Esq.
                                GIBSON, DUNN & CRUTCHER, LLP
                                1801 California Street, Suite 4200
                                Denver, Colorado 80202

                                Jeffrey Reisner, Esq.
                                IRELL & MANELLA, LLP
                                840 Newport Center Drive, Suite 400
                                Newport Beach, California 92660

For the U.S. Trustee:           Hannah McCollum, Esq.
                                OFFICE OF THE U.S. TRUSTEE
                                844 King Street, Room 2207
                                Wilmington, Delaware 19899

For the Official Committee
of Unsecured Creditors:         Colin R. Robinson, Esq.
                                PACHULSKI, STANG, ZIEHL
                                 & JONES, LLP
                                919 North Market Street
                                Wilmington, Delaware 19801

                                Robert J. Feinstein, Esq.
                                PACHULSKI, STANG, ZIEHL
                                 & JONES, LLP
                                780 Third Avenue, 34th Floor
                                New York, New York 10017

                                Alan J. Kornfeld, Esq.
                                PACHULSKI, STANG, ZIEHL
                                 & JONES
                                10100 Santa Monica Boulevard
                                13th Floor
                                Los Angeles, California 90067

(Appearances Continued)

APPEARANCES:   (Continued)

For Westlake, et al:            David P. Primack, Esq.
                                MCELROY, DEUTSCH, MULVANEY
                                 & CARPENTER, LLP
                                300 Delaware Avenue, Suite 770
                                Wilmington, Delaware 19801

For Levin Management
for Ikea, et al:                Joseph H. Lemkin, Esq.
                                STARK & STARK
                                993 Lenox Drive, Building 2
                                Lawrenceville, New Jersey 08648

For Wells Fargo Bank:           Mark D. Collins, Esq.
                                Andrew M. Dean, Esq.
                                RICHARDS, LAYTON & FINGER, PA
                                920 North King Street
                                Wilmington, Delaware 19801

                                Kevin J. Simard, Esq.
                                Douglas R. Gooding, Esq.
                                CHOATE, HALL & STEWART, LLP
                                Two International Place
                                Boston, Massachusetts 02110

For Pinetree Realty
Corp.:                          Scott J. Leonhardt, Esq.
                                THE ROSNER LAW GROUP, LLC
                                824 North Market Street, Suite 810
                                Wilmington, Delaware 19801

                                Laurence May, Esq.
                                EISEMAN, LEVINE, LEHRHAUPT
                                 & KAKOYIANNIS, PC
                                805 Third Avenue, 10th Floor
                                New York, New York 10022

For Shock Doctor:               David M. Powlen, Esq.
                                BARNES & THORNBERG, LLP
                                1000 North West Street, Suite 1500
                                Wilmington, Delaware 19801

                                George S. Singer, Esq.
                                Adam C. Ballinger, Esq.
                                LINDQUIST & VENNUM, LLP
                                4200 IDS Center
                                80 South 8th Street
                                Minneapolis, Minnesota 55402

(Appearances Continued)

```
APPEARANCES:  (Continued)

For Easton Baseball:            Christopher Fong, Esq.
                                NIXON PEABODY, LLP
                                437 Madison Avenue
                                New York, New York 10022

                                Keith Kleinman, Esq.
                                COZEN O'CONNOR
                                1201 North Market Street
                                Suite 1001
                                Wilmington, Delaware 19801

For Gordon Brothers:            Van C. Durrer, II, Esq.
                                SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM, LLP
                                300 South Grand Avenue, Suite 3400
                                Los Angeles, California 90071

For Agron, Inc:                 David S. Kupetz, Esq.
                                SULMEYERKUPETZ, PC
                                333 South Hope Street, 35th Floor
                                Los Angeles, California 90071

For M.J. Soffe, et al:          Jeremy W. Ryan, Esq.
                                R. Stephen McNeill, Esq.
                                POTTER, ANDERSON & CORROON, LLP
                                Hercules Plaza
                                1313 North Market Street, 6th Floor
                                Wilmington, Delaware 19801

For Wilmington Savings
Fund Society:                   Robert J. Dehney, Esq.
                                MORRIS, NICHOLS, ARSHT
                                 & TUNNEL, LLP
                                1201 North Market Street
                                16th Floor
                                Wilmington, Delaware 19899

                                Robert J. Stark, Esq.
                                William R. Baldiga, Esq.
                                May Orenstein, Esq.
                                Bennett S. Silverberg, Esq.
                                BROWN RUDNICK, LLP
                                Seven Times Square
                                New York, New York 10036


(Appearances Continued)
```

APPEARANCES:   (Continued)

For Bank of America:            Gregory A. Taylor, Esq.
                                ASHBY & GEDDES, PA
                                500 Delaware Avenue
                                Wilmington, Delaware 19899

                                Donald E. Rothman, Esq.
                                Paul S. Samson, Esq.
                                RIEMER & BRAUNSTEIN, LLP
                                Three Center Plaza, 6th Floor
                                Boston, Massachusetts 02108

For Gordini, USA, Inc.,
et al:                          Mark D. Olivere, Esq.
                                CHIPMAN, BROWN, CICERO & COLE, LLP
                                1313 North Market Street
                                Suite 5400
                                Wilmington, Delaware 19801

For Buckhead Pavillion,
et al:                          Rachel B. Mersky, Esq.
                                MONZACK, MERSKY, MCLAUGHLIN
                                 & BROWDER, PA
                                1201 North Orange Street, Suite 400
                                Wilmington, Delaware 19801

For ASICS America
Corporation:                    Adrienne K. Walker, Esq.
                                Eric R. Blythe, Esq.
                                MINTZ, LEVIN, COHN, FERRIS,
                                 GLOVSKY & POPEO, PC
                                One Financial Center
                                Boston, Massachusetts 02111

For Mission Products
Holdings:                       Joseph H. Huston, Jr., Esq.
                                STEVENS & LEE
                                919 North Market Street, Suite 1300
                                Wilmington, Delaware 19801

                                Michael A. Siedband, Esq.
                                BERNSTEIN, SHUR, SAWYER
                                 & NELSON, PA
                                100 Middle Street
                                Portland, Maine 04104

(Appearances Continued)

```
APPEARANCES:  (Continued)

For JCC California
Properties, et al:          Susan Kaufman, Esq.
                            LAW OFFICES OF SUSAN E.
                             KAUFMAN, LLC
                            919 North Market Street, Suite 460
                            Wilmington, Delaware 19801


For Implus Footwear:        Mary Caloway, Esq.
                            BUCHANAN, INGERSOLL & ROONEY, PC
                            1105 North Market Street, Suite 500
                            Wilmington, Delaware 19801


For Midstate Mall, LLC,
et al:                      Scott G. Wilcox, Esq.
                            Chantelle McClamb, Esq.
                            WHITEFORD, TAYLOR & PRESTON, LLP
                            The Renaissance Centre, Suite 500
                            405 North King Street
                            Wilmington, Delaware 19801


For Bravo Sports:           R. Karl Hill, Esq.
                            SEITZ, VAN OGTROP & GREEN, PA
                            222 Delaware Avenue, Suite 1500
                            Wilmington, Delaware 19801


For Detrick Family
Trust, et al:               William A. Hazeltine, Esq.
                            SULLIVAN HAZELTINE ALLINSON, LLC
                            901 North Market Street, Suite 1300
                            Wilmington, Delaware 19801


For Landlords Brixmor
Property Group, Inc.,
et al:                      Leslie C. Heilman, Esq.
                            David L. Pollack, Esq.
                            BALLARD SPAHR, LLP
                            919 North Market Street, 11th Floor
                            Wilmington, Delaware 19801


For Landlords ARC
TSKCYMO001, LLC, et al:      Dustin P. Branch, Esq.
                            KATTIN MUCHIN ROSENMAN, LLP
                            2029 Century Park East, Suite 2600
                            Los Angeles, California 90067


(Appearances Continued)
```

APPEARANCES:   (Continued)

For Landlords WP
Glimcher, Inc., et al:          Ronald E. Gold, Esq.
                                FROST BROWN TODD, LLC
                                301 East Fourth Street
                                Great American Tower Suite 3000
                                Cincinnati, Ohio 45202


For Landlords Weingarten
Realty Investors, et al:        Ivan M. Gold, Esq.
                                ALLEN, MATKINS, LECK, GAMBLE,
                                 MALLORY & NATSIS, LLP
                                3 Embarcadero Center, 12th Floor
                                San Francisco, California 94111


For DDR Corp., et al:           Gilbert R. Saydah, Jr., Esq.
                                KELLEY, DRYE & WARREN, LLP
                                101 Park Avenue
                                New York, New York 10178


For Colosseum, et al:           Eric M. Sutty, Esq.
                                ELLIOT GREENLEAF
                                1105 Market Street, Suite 1700
                                Wilmington, Delaware 19801


For Phoenix Waterbury,
LLC:                            Brya Keilson, Esq.
                                GELLERT, SCALI, BUSENKELL
                                 & BROWN, LLC
                                1201 North Orange Street, Suite 300
                                Wilmington, Delaware 19801


For PB IL Oreo, LLC:            Maria Aprile Sawczuk, Esq.
                                GOLDSTEIN & MCCLINTOCK, LLLP
                                1201 North Orange Street
                                Suite 7380
                                Wilmington, Delaware 19801


For Haines Center:              Jeffrey M. Schlerf, Esq.
                                FOX ROTHSCHILD, LLP
                                Citizens Bank Center
                                919 North Market Street, Suite 300
                                Wilmington, Delaware 19899


(Appearances Continued)

APPEARANCES:   (Continued)

For Mill Creek Mall, LLC:       Natasha Songonuga, Esq.
                                GIBBONS, PC
                                300 Delaware Avenue, Suite 1015
                                Wilmington, Delaware 19801


For Plaza Lai:                  John D. Demmy, Esq.
                                STEVENS & LEE
                                919 North Market Street, Suite 1300
                                Wilmington, Delaware 19801


For E&B:                        Jason Powell, Esq.
                                FERRY JOSEPH
                                824 Market Street, Suite 1000
                                Wilmington, Delaware 19801


For Manalapan Realty,
et al:                          David Klauder, Esq.
                                BIELLI & KLAUDER, LLC
                                1204 North King Street
                                Wilmington, Delaware 19801


For Retail Properties
of America, et al:              Kelly M. Conlan, Esq.
                                CONNOLLY GALLAGHER, LLP
                                1000 West Street, Suite 1400
                                Wilmington, Delaware 19801


For Rice Lake Square,
LP, et al:                      Robert D. Tepper, Esq.
                                SCHENK ANNES TEPPER CAMPBELL, LTD
                                311 South Wacker Drive, Suite 2500
                                Chicago, Illinois 60606


For DiSanto & Priest:           Joaquin J. Alemany, Esq.
                                HOLLAND & KNIGHT, LLP
                                701 Brickell Avenue, Suite 3300
                                Miami, Florida 33131


For Sphear Investments,
LLC:                            Eric W. Burkhardt, Esq.
                                BEALL & BURKHARDT, APC
                                1114 State Street, Suite 200
                                Santa Barbara, California 93101


(Appearances Continued)

APPEARANCES:   (Continued)

For SDC/PACIFIC/YOUNGMAN:     Glen Dresser, Esq.
                              LAW OFFICES OF GLEN DRESSER
                              12650 Riverside Drive, Suite 100
                              North Hollywood, California 91607

For Carousel Center
Company, LP:                  Kevin Newman, Esq.
                              MENTER, RUDIN & TRIVELPIECE, PC
                              308 Maltbie Street, Suite 200
                              Syracuse, New York 13204

For Donahue Schriber
Realty Group, LP:             Jennifer L. Pruski, Esq.
                              TRAINOR FAIRBROOK
                              980 Fulton Avenue
                              Sacramento, California 95825

For Kimco Realty:             Neil E. Herman, Esq.
                              MORGAN, LEWIS & BOCKIUS, LLP
                              101 Park Avenue
                              New York, New York 10178

For TPG Specialty Lending:    Adam C. Harris, Esq.
                              SCHULTE, ROTH & ZABEL, LLP
                              919 Third Avenue
                              New York, New York 10022


APPEARANCES VIA TELEPHONE:

For the Official Committee
of Unsecured Creditors:       Jeffrey N. Pomerantz, Esq.
                              PACHULSKI, STANG, ZIEHL
                               & JONES, LLP

For VHTL, LLC:                Sara Lorner, Esq.
                              FACTOR LAW

For Ogio:                     Troy J. Aramburu, Esq.
                              SNELL & WILMER, LLP

For Goal Zero:                Barry Bazian, Esq.
                              LOWENSTEIN SANDLER, LLP


(Appearances Continued)

APPEARANCES:  (Continued)

For Westlake Prominade,
et al:                        Emily A. Bussigel, Esq.
                              MUNGER, TOLLES & OLSON, LLP

For Bank of America, NA:      Marjorie Crider, Esq.
                              RIEMER & BRAUNSTEIN, LLP

For Ledgewood Investors,
LLC:                          Paul R. DeFilippo, Esq.
                              John Giampolo, Esq.
                              WOLLMUTH, MAHER & DEUTSCH, LLP

For Oracle America, Inc.:     Amish R. Doshi, Esq.
                              MAGNOZZI & KYE, LLP

For J.J.'s Mae, Inc.:         Gregg M. Ficks, Esq.
                              COBLENTZ, PATCH, DUFFY & BASS, LLP

For Filmar USA:               Jeremy R. Fischer, Esq.
                              DRUMMOND, WOODSUM & MCMAHON

For Aurora Marketplace,
et al:                        Joseph Frank, Esq.
                              Reed Heiligman, Esq.
                              Jeremy C. Kleinman, Esq.
                              FRANK GECKER, LLP

For La Habra Associates,
LLC:                          J. Bennett Friedman, Esq.
                              FRIEDMAN LAW GROUP, PC

For E&B Giftware:             Kelly C. Griffith, Esq.
                              HARRIS BEACH, PLLC

For Altus Brands, LLC:        Michael D. Good, Esq.
                              SOUTHBAY LAW FIRM

For GRE Broadmoor, LLC:       Gregory G. Hesse, Esq.
                              HUNTON & WILLIAMS, LLP

For Castle and Corona
Crossing:                     Eve Karasik, Esq.
                              LEVENE, NEALE, BENDER, YOO & BRILL

(Appearances Continued)

APPEARANCES VIA TELEPHONE:   (Continued)

For Ameriform Acquisition
Company, LLC:                      Anthony J. Kochis, Esq.
                                   WOLFSON BOLTON, PLLC

For OLP Greenwood
Village Co.:                       Jonathan Koevary, Esq.
                                   OLSHAN, FROME & WOLOSKY, LLP

For Thor-Lo:                       Dmitriy Lampert, Esq.
                                   KATTEN, MUCHIN & ROSENMAN, LLP

For Maui Marketplace,
et al:                             Hugh McCullough, Esq.
                                   DAVIS WRIGHT TREMAINE, LLP

For Easton Baseball:               Victor Millone, Esq.
                                   NIXON PEABODY, LLP

For Warwick Mall:                  Vanessa V. Moody, Esq.
                                   GOULSTON & STORRS, PC

For Sports Dimension:              Fred Neufeld, Esq.
                                   STRADLING, YOCCA, CARLSON & RAUTH

For I&G Direct Real
Estate 33K:                        Jason M. Pierce, Esq.
                                   STROOCK & STROOCK & LAVAN, LLP

For Kin Properties:                Jeffrey Rhodes, Esq.
                                   BLANK ROME, LLP

For US REIF:                       Patricia Smoots, Esq.
                                   MCGUIREWOODS

For Parker Place Group:            Mark D. Taylor, Esq.
                                   VLP LAW GROUP

For Rice Lake Square:              Robert D. Tepper, Esq.
                                   SCHENK, ANNES, TEPPER & CAMPBELL

For Manalapan Realty:              Adam Wolper, Esq.
                                   TRENK, DIPASQUALE, DELLA FERA
                                    & SODONO, PC

(Appearances Continued)

APPEARANCES VIA TELEPHONE:   (Continued)

For 845 Third, LP:            Marc D. Rosenberg, Esq.
                              GOLENBOCK, EISEMAN, ASSOR, BELL
                               & PESKOE

For Boylan Beach, LLC:        James Sullivan, Esq.
                              CHAPMAN & CUTLER, LLP

For Sons Riverhead,
LLC, et al:                   Damien N. Tancredi, Esq.
                              FLASTER GREENBERG, PC

Also Appearing:               Christopher S. Koenig, Esq.
                              WILLKIE, FARR & GALLAGHER, LLP

ALSO APPEARING VIA TELEPHONE:

                              Lauren Murphy
                              WELLS FARGO CAPITAL FINANCE

                              Ronald M. Tucker
                              SIMON PROPERTY GROUP

                              Andrew S. Conway
                              THE TAUBMAN COMPANY

INDEX

|                                                              | Page |
|--------------------------------------------------------------|------|
| STATUS                                                       | 15   |
| DIP FINANCING MOTION<br>(Including Consignment and Landlord Issues) | 26   |
|     Argument                             | 136  |
|     Court Decision                      | 194  |
| COLLOQUY RE:  ORDERS, SCHEDULING, ADJOURNMENTS              | 197  |

| WITNESS           | DIRECT | CROSS | REDIRECT | RECROSS |
|-------------------|--------|-------|----------|---------|
| FOR THE DEBTORS   |        |       |          |         |
| STEPHEN COULOMBE  | 28     | 37    | 71       | 78      |
| BERNARD DOUTON    | 83     | 84    | 107      | 111     |
| FOR THE COMMITTEE |        |       |          |         |
| DAVID BERLINER    | 121    | 130   | 134      |         |

| Exhibit         | Evid. |
|-----------------|-------|
| Coulombe 1      | 28    |
| Debtors 2       | 30    |
| Debtors 3       | 84    |
| Committee 1     | 136   |
| Committee 2     | 136   |
| Committee 4     | 136   |
| Committee 6     | 136   |
| Committee 7*    | 77    |
| Committee 8A*   | 77    |
| Committee 8B*   | 77    |
| Committee 8C*   | 77    |
| Committee 11*   | 77    |

*Confidential Exhibits

(Index Continued)

<u>INDEX</u>
(Continued)

| <u>Exhibit</u> | <u>Evid.</u> |
|---|---|
| Committee 12 | 136 |
| Committee 14 | 113 |
| Committee 16 | 113 |
| Committee 17 | 113 |

1          (Proceedings commence at 11:32 a.m.)

2          (Call to order of the Court)

3                THE COURT OFFICER:  You may be seated.

4                THE COURT:  Good morning.

5                MR. KLYMAN:  Good morning, Your Honor.  For the

6     record, Robert Klyman of Gibson, Dunn & Crutcher, on behalf of

7     the debtors.

8                THE COURT:  Before we get started --

9                MR. KLYMAN:  Yes.

10               THE COURT:  -- I think I'll tell you where I think we

11    are, and you can correct me.

12               What is the echo we're getting?  Will all the parties

13    on the line please mute their phones.  Let's see if that works.

14    That worked.

15         (Laughter)

16               THE COURT:  We have the following contested matters,

17    as I understand it:

18               The motion to use consigned goods and escrow money.

19    The debtor and the term lenders are in favor of that; the

20    consignors are not.

21               Store closing motion.  The debtor and the lenders, I

22    think, all are in favor; some consignors oppose.

23               The DIP final financing motion.  The debtor and ABL

24    lenders are in support.  The term want adequate protection.

25    The consignors don't want the debtors to use their proceeds.

1    Thank you.

2          THE COURT:  All right.  Well, let me tell you what my

3    problems are with the proposed DIP.

4          While I agree with the debtor we can't use hindsight

5    to decide that the debtor should have only sought use of cash

6    collateral.  I accept that the debtor did not have much

7    leverage.  I -- without any other DIP loans available.  I do

8    think this DIP is -- I won't use the word "outrageous."  But it

9    really does not fall within the zone of reasonable DIPs.

10          And first and foremost, both from day one and

11    certainly it's been proven today, it's clear that while they

12    said that they were providing new money based on the formula,

13    there was no real ability for new money unless they were paid

14    down.  And it's clear that what has now occurred is that this

15    is a sale case.  And it's clear, I think, in all my prior

16    rulings, that if a case is being run for the benefit of the

17    lenders in order to foreclose upon their collateral, the

18    lenders are going to have to pay the cost of that.  And that

19    includes all administrative.  It includes the rent.  It

20    includes professional fees.  Whether or not the debtor is

21    correct, and I don't think the debtor is, there is no

22    commitment right now under the carveout language or otherwise

23    to pay accrued fees that accrue after May 28th.

24          There is no commitment to pay the stub rent.  There's

25    a commitment to escrow $8 million, a fraction of the stub rent

1   for the GOB leases.  But there's no commitment to allow that

2   payment to be made.  And I assume that the lenders are going to

3   retain a security interest in that cash escrow agreement.  Even

4   if they don't, that's clearly insufficient.

5         The debtor is correct under Montgomery Ward, you don't

6   have to pay the stub rent on the first day of the case.  But in

7   a case where the landlords and other administrative claims are

8   clearly not budgeted or being paid while the landlord -- excuse

9   me, while the secured lenders' collateral is being liquidated

10   and their secured claim is being paid, I have a serious problem

11   with that.

12         I think the fix is no 506(c) waiver for anybody.  And

13   to the extent that administrative claims are not paid at the

14   end of this case, there will be a claim against the lenders for

15   those costs under 506(c) to the extent they were necessary for

16   the preservation or realization of their collateral.

17         With respect to the DIP fees and interest, I accept

18   the debtors' testimony that the interest and other fees are

19   simply what were otherwise due to the lenders under the pre-

20   petition claims with the exception of the one six-million-

21   dollar fee.  I am not as outraged by that as the committee is,

22   and I don't think that that was unreasonable because I can't

23   look at it in hindsight.  I have to look at it from the

24   debtors' perspective at the day they entered into this DIP

25   loan, and given the terms and the amount, I'm not -- my

1    conscious is not horrified by that.

2            With respect to the consignors, I think the fix is

3    that the interim order will govern, notwithstanding any other

4    language of the DIP.  The interim and any final order I may

5    enter on the consignment motion will govern, notwithstanding

6    any other language in the DIP.

7            And I agree that there should not be a grant of a

8    security interest in any of the consigned goods under the DIP

9    to the DIP lenders or to the term lenders that would otherwise

10   interfere with their rights as set forth in those orders.  But

11   I think that that's a wordsmithing.

12           With respect to the landlords, I think the denial of a

13   506(c) waiver should provide some protection to them.  I'm just

14   not going to grant it either for landlords' fees, for

15   503(b)(9), for professional fees or for the stub rent.  If

16   we're going to proceed with this case, through a sale process,

17   we'll see what happens after the sale.  If the lenders won't

18   agree, then I'm prepared to convert the case today because I

19   just -- they can go to State Court and liquidate their

20   collateral, but you can't do it in bankruptcy without paying

21   the freight, as was argued.

22           I think I hit my issues.  So I'm going to give the

23   parties some time to talk and then we'll come back and talk

24   scheduling.  We'll stand adjourned.

25           (Recess taken at 5:08 p.m.)

1            (Proceedings resume at 5:25 p.m.)

2            (Call to order of the Court)

3            MR. ROTHMAN:  Thank you for the time, Your Honor.  For

4       the record, Donald Rothman, of Riemer & Braunstein, on behalf

5       of Bank of America, as the DIP lender.

6            We would just like to clarify a few things because in

7       Your Honor's guidance, we heard some things differently among

8       our group and we may have heard some inconsistent things.  We

9       just want to confirm two things if we could?

10           THE COURT:  Not unusual, so let's --

11           MR. ROTHMAN:  Thank you.

12           On the consignment vendor order, we're confirming that

13      if an order, and whatever final order Your Honor may enter,

14      will control over the DIP order.

15           THE COURT:  Yes.

16           MR. ROTHMAN:  On the DIP order, we are deleting the

17      506(c) waiver.  The rights of all parties are reserved to seek

18      a surcharge, and to determine whether to surcharge or not, and

19      to raise whatever defenses there may be to that.

20           THE COURT:  All right.

21           MR. ROTHMAN:  And with that, we believe that covers

22      Your Honor's instruction on the DIP order, unless we missed

23      something, and that's what we're seeking to clarify.

24           THE COURT:  Does somebody think I missed something?

25           MS. WALKER:  Your Honor, Adrienne Walker, for ASICS.

1    landlords or are they taking that out completely.  So if we

2    could either see a black-line of the proposed order or hear

3    some clarification, we'd appreciate that, because we do want to

4    object if that provision is in the order requiring us to waive

5    our 365 shopping center rights in order to get any of the

6    escrow.

7              THE COURT:  Okay.  Do you want to answer that now or

8    wait until -- see if you can resolve that?

9              MR. WILLIAMS:  Your Honor, we're going to discuss it

10   with our DIP lenders, but we will -- for the record, Matthew

11   Williams -- but we will, obviously, circulate it to everybody,

12   prior to Tuesday.

13             THE COURT:  Okay.

14             MR. WILLIAMS:  Thank you.

15             THE COURT:  All right.  We'll continue this until

16   Tuesday at 9:30 then.  Thank you.

17        (Proceedings adjourned to 5/3/16)

18        (Concluded at 5:51 p.m.)

19                              *****

1                            <u>CERTIFICATION</u>

2            We certify that the foregoing is a correct transcript

3      from the electronic sound recording of the proceedings in the

4      above-entitled matter to the best of my knowledge and ability.

5

6

7

8      <u>/s/ Coleen Rand</u>                April 27, 2016

9      Coleen Rand

10     <u>/s/ William J. Garling</u>         April 27, 2016

11     William J. Garling

12     <u>/s/ Mary Zajaczkowski</u>          April 27, 2016

13     Mary Zajaczkowski

14     <u>/s/ Cathryn Renzoni</u>            April 27, 2016

15     Cathryn Renzoni

16     Certified Court Transcriptionists

17     For Reliable