## **SCHEDULE 1**

| Landlord | Property | Location |
|---|---|---|
| Federal Realty OP LP | Virginia Gateway | Gainesville, VA |
| Federal Realty Partners, L.P. | Kingstowne Towne Center | Alexandria, VA |
| CP Venture Two LLC | Greenbrier Market Center | Chesapeake, VA |
| PR Harbour View East, LLC | Harbour View East | Suffolk, VA |