## <u>CERTIFICATE OF SERVICE</u>

I, John D. Sadler, Esquire, hereby certify that on this 6th day of October, 2025, I caused a true and correct copy of the foregoing pleading to be served electronically upon all parties that have opted in to receive notice via NextGen CM/ECF.

Dated: October 6, 2025
Washington, D.C.

*/s/ John D. Sadler*
John D. Sadler
Ballard Spahr LLP