Addison J. Chappell, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Email: achappell@milesstockbridge.com

Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852
Phone: (301)-517-4802
Email: charrington@milesstockbridge.com

*Counsel for Leesburg Plaza, LLC, Bull Run Plaza, LLC
and South Riding Owner, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>BANNERS OF ABINGDON LLC, *ET AL.*[1]<br><br>Debtor. | Case No. 25-00378-ELG<br><br>Chapter 11 |

**JOINDER IN SUPPORT OF THE OBJECTIONS TO THE MOTION FOR LEAVE TO INCUR POST-PETITION DEBTS AND USE OF CASH COLLATERAL FILED BY RIVERCREST REALTY ASSOCIATES, LLC, FEDERAL REALTY OP LP, FEDERAL REALTY PARTNERS, L.P., CP VENTURE TWO LLC, AND PR HARBOUR VIEW EAST, LLC**

South Riding Owner, LLC, Bull Run Plaza, LLC, and Leesburg Plaza, LLC ("Landlords"),

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

by and through their undersigned counsel, file this Joinder in Support of the Objections to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral Filed by Rivercrest Realty Associates, LLC, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC ("Joinder"), and in support state as follows:

1. On September 15, 2025, Banners of Abingdon, LLC and the other debtors identified in footnote 1 in the above-captioned case ("Debtors") filed a Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral [Dkt. No. 6] (the "DIP Motion").

2. On September 25, 2025, the Court entered separate Order(s) Granting Limited Interim Relief on Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral [Dkt. Nos. 47 & 48], which granted the DIP Motion on an interim basis.

3. On October 6, 2025, Rivercrest Realty Associates, LLC filed its Objection to Debtors' Proposed Final DIP Financing [Dkt. No. 69] (the "Rivercrest Objection").

4. On the same day, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC filed their Objection to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral [Dkt. No. 70] (the "Federal Realty Objection").

5. Landlords join the Rivercrest Objection and Federal Realty Objection in support of the relief requested in each. Landlords also join any objections of other landlords to the extent they are not inconsistent with the Rivercrest Objection and Federal Realty Objection.

6. Landlords have not been paid stub rent and October rent as of the time this Joinder is filed. Landlords reserve their right to file an administrative expense claim for all post-petition rent.

DATE: October 7, 2025

*/s/ Addison J. Chappell*
Addison J. Chappell
  Federal Bar No. 1742940
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3481
Email:  achappell@milesstockbridge.com

*/s/ Catherine B. Harrington*
Catherine B. Harrington
  Federal Bar No. 498333
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852
Phone:  (301)-517-4802
Email:  charrington@milesstockbridge.com

*Counsel for Leesburg Plaza, LLC, Bull Run Plaza, LLC and South Riding Owner, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2025, a true and correct copy of the foregoing Joinder was electronically filed with the Court and served via the Court's ECF filing system, on all parties receiving electronic notice.

　　　　　　　　　　　　　　　　　　　　*/s/ Addison J. Chappell*
　　　　　　　　　　　　　　　　　　　　Addison J. Chappell