IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*[1], | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

**JOINDER IN SUPPORT OF THE OBJECTIONS TO THE MOTION FOR LEAVE TO INCUR POST-PETITION DEBTS AND USE OF CASH COLLATERAL FILED BY RIVERCREST REALTY ASSOCIATES, LLC, FEDERAL REALTY OP LP, FEDERAL REALTY PARTNERS, L.P., CP VENTURE TWO LLC, AND PR HARBOUR VIEW EAST, LLC**

Fair City HHH, L.L.C. ("Landlord"), by and through its undersigned counsel, files this Joinder in Support of the Objections to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral Filed by Rivercrest Realty Associates, LLC, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC ("Joinder"), and in support states as follows:

1. On September 15, 2025, Banners of Abingdon, LLC and the other debtors identified in footnote 1 in the above-captioned case ("Debtors") filed a Motion for Leave to Incur Post Petition Debts and Use Cash Collateral [Dkt. No. 6] (the "DIP Motion").

2. On September 25, 2025, the Court entered separate Order(s) Granting Limited Interim Relief on Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral [Dkt. Nos. 47 & 48], which granted the DIP Motion on an interim basis.

3. On October 6, 2025, Rivercrest Realty Associates, LLC filed its Objection to Debtors'

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

Proposed Final DIP Financing [Dkt No. 60] (the "Rivercrest Objection")).

4. On the same day, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC filed their Objection to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral [Dkt. No. 70] (the "Federal Realty Objection").

5. Landlord joins the Rivercrest Objection and Federal Realty Objection in support of the relief requested in each. Landlord also joins any objections of other landlords to the extent they are not inconsistent with the Rivercrest Objection and Federal Realty Objection.

6. Landlord, who has a singular lease with the Banner's of Kamp Washington, LLC entity for the premises located at Fair City Mall, 9600-9688 Main Street, Fairfax, VA 22031 Space No. 9650-47 has not been paid September stub rent and October rent as of the time this Joinder is filed. Minimum monthly rent under this lease is at least $15,500 and does not include additional rent charges of taxes, common area charges and other applicable charges. Landlord reserves its right to file an administrative expense claim for all post-petition rent.

Dated October 7, 2025                    Respectfully submitted,

/s/ E. Andrew Burcher

_____
E. Andrew Burcher, Esq. DC No 99385
WALSH, COLUCCI, LUBELEY & WALSH, P.C.
4310 Prince William Parkway, Suite 300
Prince William, Virginia 22192
Telephone:   (703) 680-4664
Facsimile:    (703) 680-2161
eaburcher@thelandlawyers.com

*Counsel for Fair City HHH, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025 a copy of the foregoing Joinder was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ E. Andrew Burcher
E. Andrew Burcher (No. 99385)
