**BARCLAY DAMON LLP**
Adrien C. Pickard (DC Bar No. 489899)
1742 N Street, N.W.
Washington, DC 20036
Telephone: (202) 689-1908
Email: apickard@barclaydamon.com

Kevin M. Newman
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------x
In re:

Banners of Abingdon, LLC, *et al.*[1]

              Debtors.
-----------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

### AMENDED MOTION FOR ADMISSION PRO HAC VICE
### (Kevin M. Newman)

Pursuant to Local Bankruptcy Rule 2090-1(b), Kevin M. Newman (the "Movant") respectfully moves his admission to appear pro hac vice in the above-captioned Chapter 11 case as

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC. In support of this Motion, the Movant states as follows:

1. The Movant is an attorney and partner with Barclay Damon LLP, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, New York 13202, telephone number (315) 413-7115, email knewman@barclaydamon.com. The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the State Bar of New York (1/15/1987).

3. During the two years immediately preceding the filing of this motion, Movant has not applied to be admitted pro hac vice in this Court.

4. The Movant has never been disciplined by any bar.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

7. The $100.00 fee for admission pro hac vice will be paid electronically through the Court's CM/ECF system.

Dated: October 4, 2025　　　　　　　　　Respectfully submitted,
　　　　Syracuse, New York

　　　　　　　　　　　　　　　　　　　　By:   /s/Adrien C. Pickard
　　　　　　　　　　　　　　　　　　　　Adrien C. Pickard (DC Bar No. 489899)
　　　　　　　　　　　　　　　　　　　　BARCLAY DAMON LLP
　　　　　　　　　　　　　　　　　　　　1742 N Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 689-1908
　　　　　　　　　　　　　　　　　　　　Email:  apickard@barclaydamon.com

and

Kevin M. Newman (pro hac vice pending)
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone:  (315) 413-7115
Email:  knewman@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of October, 2025, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

                                            /s/Kevin M. Newman
                                            Kevin M. Newman

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

Debtors.

-------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

## DECLARATION OF KEVIN M. NEWMAN

I, Kevin M. Newman, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the Motion for Admission Pro Hac Vice (the "Motion"):

1. I am an attorney and partner with Barclay Damon LLP, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, New York 13202, telephone number (315) 413-7115, email knewman@barclaydamon.com. I am not a member of the Bar of this Court.

2. I am a member in good standing of the State Bar of New York (1/15/1987).

3. During the two years immediately preceding the filing of this motion, I have not applied to be admitted pro hac vice in this Court.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

      6.    I understand that admission pro hac vice does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2025                 Respectfully submitted,
       Syracuse, New York

                                           */s/Kevin M. Newman*
                                           Kevin M. Newman

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

Debtors.

------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
### (Kevin M. Newman)

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Kevin M. Newman as counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC, and his declaration in support thereof, it is hereby **ORDERED**,

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banners of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

**ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and Kevin M. Newman is **ADMITTED** pro hac vice to appear in the above-captioned chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

By: ___/s/DRAFT_____
Kevin M. Newman (pro hac vice pending)
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7115
Email: knewman@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC*
*and its affiliate Lynchburg (Wards Crossing), LLC*