**BARCLAY DAMON LLP**
Adrien C. Pickard (DC Bar No. 489899)
1742 N Street, N.W.
Washington, DC 20036
Telephone: (202) 689-1908
Email: apickard@barclaydamon.com

Scott L. Fleischer
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------x
In re:

Banners of Abingdon, LLC, *et al.*[1]

                     Debtors.
-------------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

**AMENDED MOTION FOR ADMISSION PRO HAC VICE**
**(Scott L. Fleischer)**

Pursuant to Local Bankruptcy Rule 2090-1(b), Scott L. Fleischer (the "Movant") respectfully moves his admission to appear pro hac vice in the above-captioned Chapter 11 case as counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC. In support of this Motion, the Movant states as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1. The Movant is an attorney and partner with Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, New York 10020, telephone number (212) 784-5810, email sfleischer@barclaydamon.com.  The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the State Bar of New Jersey (1/27/2014) and the State Bar of New York (4/2/2014).

3. During the two years immediately preceding the filing of this motion, Movant has not applied to be admitted pro hac vice in this Court.

4. The Movant has never been disciplined by any bar.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

7. The $100.00 fee for admission pro hac vice will be paid electronically through the Court's CM/ECF system.

Dated: October 4, 2025　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　By:   */s/Adrien C. Pickard*
　　　　　　　　　　　　　　　　　　　　Adrien C. Pickard (DC Bar No. 489899)
　　　　　　　　　　　　　　　　　　　　BARCLAY DAMON LLP
　　　　　　　　　　　　　　　　　　　　1742 N Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 689-1908
　　　　　　　　　　　　　　　　　　　　Email: apickard@barclaydamon.com

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Scott L. Fleischer (pro hac vice pending)

BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Telephone:  (212) 784-5810
Email:  sfleischer@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of October, 2025, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via the Court's ECF system upon the U.S. Trustee and all counsel who have entered an appearance in this case.

                                           */s/Scott L. Fleischer*
                                           Scott L. Fleischer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

                Debtors.

---------------------------------------------------x

Case No. 25-00378-ELG
Chapter 11

Jointly Administered

## **DECLARATION OF SCOTT L. FLEISCHER**

I, Scott L. Fleischer, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the Motion for Admission Pro Hac Vice (the "Motion"):

1. I am an attorney and partner with Barclay Damon LLP, 1270 Avenue of the Americas, Suite 2310, New York, New York 10020, telephone number (212) 784-5810, email sfleischer@barclaydamon.com. I am not a member of the Bar of this Court.

2. I am a member in good standing of the State Bar of New Jersey (1/27/2014) and the State Bar of New York (4/2/2014).

3. During the two years immediately preceding the filing of this motion, I have not applied to be admitted pro hac vice in this Court.

4. I have never been disciplined by any bar.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission pro hac vice does not constitute formal admission to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2025  
      New York, New York

Respectfully submitted,

*/s/Scott L. Fleischer*  
Scott L. Fleischer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------x

In re:

Banners of Abingdon, LLC, *et al.*[1]

Debtors.

Case No. 25-00378-ELG

Chapter 11

Jointly Administered

------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
### (Scott L. Fleischer)

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Scott L. Fleischer as counsel for Rivercrest Realty Associates, LLC and its affiliate Lynchburg (Wards Crossing), LLC, and his declaration in support thereof, it is hereby **ORDERED**,

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

**ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and Scott L. Fleischer is **ADMITTED** pro hac vice to appear in the above-captioned chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

By:  */s/Scott L. Fleischer*
Scott L. Fleischer (pro hac vice pending)
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
Telephone: (212) 784-5810
Email: sfleischer@barclaydamon.com

*Counsel for Rivercrest Realty Associates, LLC*
*and its affiliate Lynchburg (Wards Crossing), LLC*