Stephen A. Metz, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Email: smetz@offitkurman.com
Telephone: (240) 507-1723
Fax: (240) 507-1735
*Counsel for Ashburn Village Center LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| BANNERS OF ABINGDON, LLC, *et al.*[1] | : | Case No.: 25-00378 ELG |
| | : | Chapter 11 |
| Debtor | : | |
| | : | |

**JOINDER IN SUPPORT OF THE OBJECTIOSN TO THE MOTION FOR LEAVE TO INCUR POST-PETITION DEBTS AND USE OF CASH COLLATERAL FILED BY RIVERCREST REALTY ASSOCAITES, LLC, FEDERAL REALTY OP LP, FEDERAL REALTY PARTNERS, L.P., CP VENTURE TWO LLC, AND PR HARBOUR VIEW EAST, LLC**

Ashburn Village Center LLC, ("Landlord"), by and through its undersigned counsel, filed this Joinder in Support of the Objections for Leave to Incur Post-Petition Debts and Use of Cash Collateral Filed by Rivercrest Realty Associates, LLC, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC ("Joinder"), and in support states as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1. On September 15, 2023, Banners of Abingdon, LLC and the other debtors identified in footnote 1 in the above-captioned case ("Debtors") filed a Motion for Leave to Incur Post Petition Debts and Use Cash Collateral [Dkt. No. 6] (the "DIP Motion").

2. On September 25, 2025, the Court entered separate Order(s) Granting Limited Interim Relief on Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral [Dkt. Nos. 47 & 48], which granted the DIP Motion on an interim basis.

3. On October 6, 2025, Rivercrest Realty Associates, LLC filed its Objection to Debtors' Proposed Final DIP Financing [Dkt No 69] (the "Rivercrest Objection").

4. On the same day, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC filed their Objection to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral [Dkt. No. 70] (the "Federal Realty Objection").

5. Landlord joins the Rivercrest Objection and Federal Realty Objection in support of the relief requested in each. Landlord also joins any objections of other landlords to the extent they are not inconsistent with the Rivercrest Objection and Federal Realty Objection.

6. Landlord, who has a singular lease with the Banner's of Ashburn, L.L.C. entity for the premises located at 44110 Ashburn Shopping Plaza, Suite 178, Ashburn, Virginia 20147 has not been paid September stub rent and October rent as of the time this Joinder is filed. Landlord reserves its right to file an administrative expense claim for all post-petition rent.

Dated: October 8, 2025    Respectfully submitted,

OFFIT KURMAN, P.A.

By:  /s/ Stephen A. Metz
Stephen A. Metz, Bar No. (463044)
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Fax: (240) 507-1735
Email: smetz@offitkurman.com
*Counsel to Ashburn Village Center LLC*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of October, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter.

- Eugene A Burcher    eaburcher@thelandlawyers.com
- Addison J. Chappell    achappell@milesstockbridge.com
- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Christopher A. Glaser    cglaser@jackscamp.com, iluaces@jackscamp.com;statum@jackscamp.com
- Catherine Brady DiFazio Harrington    charrington@milesstockbridge.com
- Bradley David Jones    brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com
- C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com
- Leonidas Koutsouftikis    lkouts@mckplaw.com, mcook@magruderpc.com
- Stephen A. Metz    smetz@offitkurman.com, mmargulies@offitkurman.com
- Adam Nathe    adam.nathe@stinson.com, mpl.lssteam5@stinson.com
- Michael D. Nord    mnord@gebsmith.com
- Adrien Pickard    apickard@barclaydamon.com
- John D. Sadler    Sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Steven Wallace    steven@ghalaw.com, denise@ghalaw.com
- Kenneth N Whitehurst    kenneth.n.whitehurst@usdoj.gov

/s/ Stephen A. Metz, Esq.
Stephen A. Metz, Esq.

4897-7622-2833, v. 1