Augustus T. Curtis, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Email: smetz@offitkurman.com
Telephone: (240) 507-1756
Fax: (240) 507-1735
*Counsel for Ashburn Village Center LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | : |
| | : |
| BANNERS OF ABINGDON, LLC, *et al.*[1] | : Case No.: 25-00378 ELG |
| | : Chapter 11 |
| Debtor | : |
| | : |

**JOINDER IN SUPPORT OF THE OBJECTIONS TO THE MOTION FOR LEAVE TO INCUR POST-PETITION DEBT AND USE OF CASH COLLATERAL FILED BY RIVERCREST REALTY ASSOCAITES, LLC, FEDERAL REALTY OP LP, FEDERAL REALTY PARTNERS, L.P., CP VENTURE TWO LLC, AND PR HARBOUR VIEW EAST, LLC**

Burketown Plaza, LLC and Stafford Marketplace, LLC ("Landlords"), by and through their undersigned counsel, file this Joinder in Support of the Objections for Leave to Incur Post-Petition Debts and Use of Cash Collateral Filed by Rivercrest Realty Associates, LLC, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC ("Joinder"), and in support states as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1.  On September 15, 2023, Banners of Abingdon, LLC and the other debtors identified in footnote 1 in the above-captioned case ("Debtors") filed a Motion for Leave to Incur Post Petition Debts and Use Cash Collateral [Dkt. No. 6] (the "DIP Motion").

2.  On September 25, 2025, the Court entered separate Order(s) Granting Limited Interim Relief on Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral [Dkt. Nos. 47 & 48], which granted the DIP Motion on an interim basis.

3.  On October 6, 2025, Rivercrest Realty Associates, LLC filed its Objection to Debtors' Proposed Final DIP Financing [Dkt No 69] (the "Rivercrest Objection").

4.  On the same day, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC filed their Objection to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral [Dkt. No. 70] (the "Federal Realty Objection").

5.  Landlords join the Rivercrest Objection and Federal Realty Objection in support of the relief requested in each. Landlords also join any objections of other landlords to the extent they are not inconsistent with the Rivercrest Objection and Federal Realty Objection.

6.  Landlords, who have leases with the Debtors for the premises located at 9598 Old Keene Mill Rd, Burke, VA 22015 and 1150 Stafford Market Pl Ste 105, Stafford, VA 22556, have not been paid September stub rent or October rent as of the time this Joinder is filed. Landlords reserve their rights to file an administrative expense claim for all post-petition rent.

Dated: October 8, 2025  Respectfully submitted,

        OFFIT KURMAN, P.A.

        By:  /s/ Augustus T. Curtis
            Augustus T. Curtis (993288)
            7501 Wisconsin Ave, Suite 1000W
            Bethesda, MD 20814
            Telephone: (240) 507-1756
            Fax: (240) 507-1735
            Email: smetz@offitkurman.com

*Counsel to Burketown Plaza, LLC and Stafford Marketplace, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of October, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter.

- Eugene A Burcher    eaburcher@thelandlawyers.com
- Addison J. Chappell    achappell@milesstockbridge.com
- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Christopher A. Glaser    cglaser@jackscamp.com, iluaces@jackscamp.com;statum@jackscamp.com
- Catherine Brady DiFazio Harrington    charrington@milesstockbridge.com
- Bradley David Jones    brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com
- C. Kevin Kobbe    kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com
- Leonidas Koutsouftikis    lkouts@mckplaw.com, mcook@magruderpc.com
- Stephen A. Metz    smetz@offitkurman.com, mmargulies@offitkurman.com
- Adam Nathe    adam.nathe@stinson.com, mpl.lssteam5@stinson.com
- Michael D. Nord    mnord@gebsmith.com
- Adrien Pickard    apickard@barclaydamon.com
- John D. Sadler    Sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Steven Wallace    steven@ghalaw.com, denise@ghalaw.com
- Kenneth N Whitehurst    kenneth.n.whitehurst@usdoj.gov

        /s/ Augustus T. Curtis, Esq.
        Augustus T. Curtis, Esq.

4897-7622-2833, v. 1