UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BANNERS OF ABINGDON LLC, *et al.*[1] | ) | Case No. 25-00378-ELG |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**JOINDER IN SUPPORT OF THE OBJECTIONS TO THE MOTION FOR LEAVE TO INCUR POST-PETITION DEBTS AND USE OF CASH COLLATERAL FILED BY RIVERCREST REALTY ASSOCIATES, LLC, FEDERAL REALTY OP LP, FEDERAL REALTY PARTNERS, L.P., CP VENTURE TWO LLC, AND PR HARBOUR VIEW EAST, LLC**

GRI Bradlee LLC ("Landlord"), by and through its undersigned counsel, files this Joinder in Support of the Objections for Leave to Incur Post-Petition Debts and Use of Cash Collateral Filed by Rivercrest Realty Associates, LLC, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC ("Joinder"), and in support states as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Baners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Baners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC

---

Leon Koutsouftikis
MAGRUDER COOK KOUTSOUFTIKIS & PALANZI
1889 Preston White Drive, Suite 200
Reston, VA 20191
Email: lkouts@mckplaw.com
(703) 766-4400/fax: (571) 313-8967
Counsel for GRI Bradlee, LLC

1. On September 15, 2023, Banners of Abingdon, LLC and the other debtors identified in footnote 1 in the above-captioned case ("Debtors") filed a Motion for Leave to Incur Post Petition Debts and Use Cash Collateral [Dkt. No. 6] (the "DIP Motion").

2. On September 25, 2025, the Court entered separate Order(s) Granting Limited Interim Relief on Motion for Leave to Incur Post-Petition Debts and Use Cash Collateral [Dkt. Nos. 47 & 48], which granted the DIP Motion on an interim basis.

3. On October 6, 2025, Rivercrest Realty Associates, LLC filed its Objection to Debtors' proposed Final DIP Financing [Dkt. No. 69] (the "Rivercrest Objection").

4. On the same day, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC filed their Objection to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral [Dkt. No. 70] (the "Federal Realty Objection").

5. Landlord joins the Rivercrest Objection and Federal Realty Objection in support of the relief requested in each. Landlord also joins any objections of other landlords to the extent they are not inconsistent with the Rivercrest Objection and Federal Realty Objection.

6. Landlord has one lease with Banner's of Bradlee Center, L.L.C. for the nonresidential real property and improvements located at 3670 King Street, Alexandria, VA 22302. Landlord has not been paid September stub rent and October rent as of the time this Joinder is filed. Landlord reserves its right to file an administrative expense claim for all post-petition rent.

Dated: October 8, 2025						Respectfully submitted,

							MAGRUDER COOK KOUTSOUFTIKIS
							& PALANZI

						By:	/s/ Leon Koutsouftikis
							Leon Koutsouftikis, Esq.
							1889 Preston White Drive, Suite 200
							Reston, VA  20191
							Telephone No. (703) 766-4400
							lkouts@mckplaw.com
							Counsel for GRI Bradlee, LLC

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on this 8th day of October, 2025, copies of the foregoing were served electronically via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter:

Eugene A Burcher: eaburcher@thelandlawyers.com
Addison J. Chappell: achappell@milesstockbridge.com
Kristen S. Eustis: Krisen.S.Eustis@usdoj.gov, Robert.W.ours@usdoj.gov
Christopher A. Glaser: cglaser@jackscamp.com, iluaces@jackscamp.com; statum@jackscamp.com
Cahterine Brady DiFazio Harrington: charrington@milesstockbridge.com
Bradley David Jones: brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com
C. Kevin Kobbe: kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com
Stephen A. Metz: smetz@offitkurman.com, mmargulies@offitkurman.com
Adam Nathe: adam.nathe@stinson.com, mpl.lssteam5@stinson.com
Michael D. Nord: mnord@gebsmith.com
Adrien Pickard: apickard@barclaydamon.com
John D. Sadler: Sadlerj@ballardspahr.com, andersonn@ballardspahr.com
US Trustee for Region Four: USTPRegion04.DC.ECF@USDOJ.GOV
Maurice Belmont VerStandig: mac@mbvesq.com, lisa@mbvesq.com, mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email
Steven Wallace: steven@ghalaw.com, denise@ghalaw.com
Kenneth N Whitehurst: kenneth.n.whitehurst@usdoj.gov

							/s/ Leon Koutsouftikis
							Leon Koutsouftikis

F48195.002