Addison J. Chappell, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3481
Email: achappell@milesstockbridge.com

Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852
Phone: (301)-517-4802
Email: charrington@milesstockbridge.com

*Counsel for Leesburg Plaza, LLC, Bull Run Plaza, LLC
and South Riding Owner, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>BANNERS OF ABINGDON LLC, *ET AL.*[1]<br><br>Debtor. | Case No. 25-00378-ELG<br><br>Chapter 11 |

**WITHDRAWAL OF JOINDER IN SUPPORT OF THE OBJECTIONS TO THE MOTION FOR LEAVE TO INCUR POST-PETITION DEBTS AND USE OF CASH COLLATERAL FILED BY RIVERCREST REALTY ASSOCIATES, LLC, FEDERAL REALTY OP LP, FEDERAL REALTY PARTNERS, L.P., CP VENTURE TWO LLC, AND PR HARBOUR VIEW EAST, LLC**

South Riding Owner, LLC, Bull Run Plaza, LLC, and Leesburg Plaza, LLC ("Landlords"),

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

by and through their undersigned counsel, withdraw their Joinder in Support of the Objections to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral Filed by Rivercrest Realty Associates, LLC, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East, LLC [Dkt. No. 71] without prejudice.  Landlords have been informed that Banners of Manassas II, LLC, Banner's of South Riding, LLC, and Banners of Leesburg, LLC made payments of September stub rent and October rent after the Joinder was filed. Landlords reserve all rights to renew this Joinder in the event the rent payments do not clear.

DATE: October 9, 2025

*/s/ Addison J. Chappell*
Addison J. Chappell
  Federal Bar No. 1742940
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3481
Email:  achappell@milesstockbridge.com

*/s/ Catherine B. Harrington*
Catherine B. Harrington
  Federal Bar No. 498333
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852
Phone:  (301)-517-4802
Email:  charrington@milesstockbridge.com

*Counsel for Leesburg Plaza, LLC, Bull Run Plaza, LLC and South Riding Owner, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2025, a true and correct copy of the foregoing Joinder was electronically filed with the Court and served via the Court's ECF filing system, on all parties receiving electronic notice.

*/s/ Addison J. Chappell*
Addison J. Chappell
