# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0090–1 | User: admin | Date Created: 10/9/2025 |
| Case: 25–00378–ELG | Form ID: pdf001 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Adrien Pickard   apickard@barclaydamon.com

TOTAL: 1