Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-00378-ELG |
| | ) | (Chapter 11) |
| BANNERS OF ABINGDON, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPERANCE

Please note the appearance of Christianna A. Cathcart, Esq of the VerStandig Law Firm, LLC d/b/a The Belmont Firm, as counsel for the debtor herein, and serve all pleadings and court papers upon undersigned counsel.

Respectfully submitted,

Dated: October 10, 2025       By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee

/s/ Christianna A. Cathcart
Christianna A. Cathcart