**Fill in this information to identify the case:**

Debtor name   Banners of Abingdon LLC

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   1:25-bk-378

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 13, 2025     **X** /s/   Michael Postal
                                   Signature of individual signing on behalf of debtor

                                   Michael Postal
                                   Printed name

                                   Authorized Agent
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Banners of Abingdon LLC___

United States Bankruptcy Court for the: ___DISTRICT OF COLUMBIA___

Case number (if known) ___1:25-bk-378___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................. $ _____0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................. $ _____9,570,285.41

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................................... $ _____9,570,285.41

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____15,104,089.81

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____5,100,775.77

4. **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b

$ _____20,204,865.58

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Banners of Abingdon LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | 1:25-bk-378 |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Capital One (in name of Banner Management Corp) | | | $15,471.01 |
| 3.2. | Truist (in name of 74 Store Management LLC) | | | $9,687.34 |
| 3.3. | Bank of America (in name of LBPO Management LLC) | | | $3,789.03 |
| 3.4. | PNC (in name of Banners of Long Gate LLC) | | | $8,171.15 |
| 3.5. | M&T (in name of LBPO Management LLC) | | | $4,334.66 |
| 3.6. | Burke and Herbert (in name of LBPO Management LLC) | | | $2,250.63 |
| 3.7. | BayPort Credit Union (in name of Banners of York River LLC) | | | $1,840.56 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Banners of Abingdon LLC
      Name                                                      Case number *(If known)*   1:25-bk-378

| | | | | |
|---|---|---|---|---|
| 3.8. | Sandy Spring Bank (now known as Atlantic Union Bank) - Held in name of LBPO Management, LLC | Checking | | $335,053.19 |
| 3.9. | PNC Bank (held in name of LBPO Management LLC) | | | $18,753.86 |

**4.**    **Other cash equivalents** *(Identify all)*

    4.1.   Divvy Prepaid Credit Card (in name of LBPO Management, LLC)        $94,041.98

**5.**    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $493,393.41 |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

  ☒ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

  ☒ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

  ☒ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Hallmark product inventory (see attached list) | | $4,691,360.00 | | $4,691,360.00 |

| Debtor | Banners of Abingdon LLC | | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Non-Hallmark product inventory (see attached list) | | $3,215,635.00 | | $3,215,635.00 |

---

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.

$7,906,995.00

24.  **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk | $0.00 | | $1,911.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G) | $0.00 | | $800,000.00 |
| Approximately 10-15 computers, approximately 40-45 printers, printing paper and ink, label printers, approx. four desks and chairs not present in stores, paperclips, staples and staplers, pens, notepads, and other de minimis value computer and office accessories | $0.00 | | $9,500.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** — $811,411.00
Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2023 Hyundai Santa Fe | $0.00 | | $21,766.00 |
| 47.2.  2023 Isuzu Truck | $0.00 | | $15,000.00 |
| 47.3.  2022 Hyundai Santa Fe | $0.00 | | $18,061.00 |
| 47.4.  2022 Hyundai Santa Fe | $0.00 | | $17,238.00 |
| 47.5.  2024 Kona | $0.00 | | $30,788.00 |
| 47.6.  2025 Hyundai Tucson | $0.00 | | $29,837.00 |
| 47.7.  2023 Range Rover | $0.00 | | $68,317.00 |
| 47.8.  2024 Ram Promaster | $0.00 | | $45,059.00 |
| 47.9.  2023 Hyundai Santa Fe | $0.00 | | $21,727.00 |
| 47.10.  2024 Hyundai Kona | $0.00 | | $26,111.00 |
| 47.11.  2019 Jeep Renegade | $0.00 | | $9,264.00 |
| 47.12.  2025 Hyundai Santa Fe | $0.00 | | $36,671.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 47.13. | 2023 Hyundai Santa Fe | $0.00 | $18,646.00 |
|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

$358,485.00

Add lines 47 through 50.    Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** https://www.bannershallmark.com/ | $0.00 | | $1.00 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

$1.00

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>The debtors believe they likely hold claims against one or more third parties, including one or more of the debtors having rights stemming from the sale of various retail locations in Maryland and elsewhere. These rights will continue to be assessed on as go-forward basis by the debtors and their counsel. | Unknown |
| | **Nature of claim** | |
| | **Amount requested** $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**Part 12:**     Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $493,393.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,906,995.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $811,411.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $358,485.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,570,285.41 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,570,285.41 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Banners of Abingdon LLC_____

United States Bankruptcy Court for the: _____DISTRICT OF COLUMBIA_____

Case number (if known) _____1:25-bk-378_____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
  ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Ally**

Creditor's Name

Po Box 380902
Minneapolis, MN 55438

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2024 Ram Promaster

Describe the lien
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $45,059.13    Column B: $45,059.00

---

**2.2  Crown MAC**

Creditor's Name

7619 Sheridan Rd
Kenosha, WI 53143

Creditor's mailing address

nancy.warmoth@fs-llc.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
Hallmark product inventory (see attached list); Non-Hallmark product inventory (see attached list); Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk; Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G); https://www.bannershallmark.com/

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: $5,350,168.00    Column B: $8,708,907.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Hallmark Marketing Company LLC<br>2. PNC Bank NA<br>3. Crown MAC | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | Hallmark Marketing Company LLC | | $6,436,457.00 | $8,708,907.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Hallmark product inventory (see attached list); Non-Hallmark product inventory (see attached list); Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk; Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G); https://www.bannershallmark.com/

Gold Crown Administration
2501 McGee
Kansas City, MO 64141

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | Hyundai Motor Finance | | $190,069.84 | $220,845.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2023 Hyundai Santa Fe; 2022 Hyundai Santa Fe; 2022 Hyundai Santa Fe; 2024 Kona; 2025 Hyundai Tucson ; 2023 Hyundai Santa Fe; 2024 Hyundai Kona; 2025 Hyundai Santa Fe; 2023 Hyundai Santa Fe

PO Box 650805
Dallas, TX 75265

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5 | Land Rover Financial Group | Describe debtor's property that is subject to a lien | $67,661.84 | $68,317.00 |
|---|---|---|---|---|

Creditor's Name

c/o Chase
PO Box 650351
Dallas, TX 75265

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | PNC Bank NA | Describe debtor's property that is subject to a lien | $3,014,674.00 | $8,735,832.01 |
|---|---|---|---|---|

Creditor's Name

PNC (in name of Banners of Long Gate LLC); PNC Bank (held in name of LBPO Management LLC); Hallmark product inventory (see attached list); Non-Hallmark product inventory (see attached list); Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk; Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G); https://www.bannershallmark.com/

130 South Bond Street
Bel Air, MD 21014

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

steven.chambers@pnc.com
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$15,104,089.81

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                      page 3 of 4

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
| | Name | | |

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name ___Banners of Abingdon LLC___

United States Bankruptcy Court for the: ___DISTRICT OF COLUMBIA___

Case number (if known) ___1:25-bk-378___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Commonwealth of Virginia<br>1957 Westmoreland Street<br>Richmond, VA 23230 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>DC Office of Tax and Revenue<br>1101 4th St., SW<br>#270<br>Washington, DC 20024 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number *(if known)* | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

301 MM LLC
5324 43Rd St Nw
Washington, DC 20015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,834.55 |
|---|---|---|---|

Alarm Services of Maryland Inc
PO Box 6334
Ellicott City, MD 21042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,446.25 |
|---|---|---|---|

Alexis Hairston
12401 Brickyard Blvd
1028
Beltsville, MD 20705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $918.00 |
|---|---|---|---|

Alexis Peres
6660 Upland Circle
Fayetteville, PA 17222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,005.68 |
|---|---|---|---|

Allied Products
1420 Kansas Avenue
Kansas City, MO 64127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/14/2024
**Last 4 digits of account number** 3866

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,764.00 |
|---|---|---|---|

American Mills
2806 W Lake of the Isles Pkwy
Minneapolis, MN 55416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/17/2025
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$157,439.68**

American Paper    Plastic Company
19 Kiesland CT
Hamilton, OH 45015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,018.75**

Angela Earhart
26431 Eleys Ford Road
Richardsville, VA 22736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,176.00**

Angela Morris
54 Kite Pl
Waynesboro, VA 22980

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,101.00**

Angela Thomas
1420 Barnett St
Rock Hill, SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,165.00**

Angie Blasco
2002 Regency Drive
Suffolk, VA 23434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,049.63**

Anita Cook
56 Wildcat Cove
Waynesboro, VA 22980

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,260.21**

Annapolis Harbour Center Associates LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,135.00**

Anne Folio
8460 Angwin Place
Charlotte, NC 28262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,276.25 |
|---|---|---|---|

Antoinette Wilson
2658 Wintergreen Road
Cove City, NC 28523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,000.00 |
|---|---|---|---|

Appriss Retail DBA Sysrepublic Inc
PO Box 639138
Cincinnati, OH 45263-9138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $618.13 |
|---|---|---|---|

Ashburn Village Center LLC
co Saul Holdings LP
PO Box 38042
Baltimore, MD 21297-8042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,569.26 |
|---|---|---|---|

Ashers Chocolate
PO Box 950001875
Philadelphia, PA 19195-1875

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/17/2025

**Basis for the claim:** _

**Last 4 digits of account number** 2841

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58,114.56 |
|---|---|---|---|

Aurora World Inc
8820 Mercury Lane
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/10/2025

**Basis for the claim:** _

**Last 4 digits of account number** 4140

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,021.36 |
|---|---|---|---|

Avanti Press
PO Box 67000
Dept 210401
Detroit, MI 48267-2104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/10/2025

**Basis for the claim:** _

**Last 4 digits of account number** 5216

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,630.00 |
|---|---|---|---|

Azya Williams
1422 Larkview Drive
Virginia Beach, VA 23454

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $900,000.00 |
|---|---|---|---|

Backd Finwise
1949 S IH 35 Frontage Rd
Austin, TX 78760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address
Bedford Window Cleaning Co
308 Jane Randolph St
Forest, VA 24551

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$85.00

---

**3.24** | Nonpriority creditor's name and mailing address
Benjamin Office Supply Services inc
758 E GUDE DRIVE
ROCKVILLE, MD 20850

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$4,316.48

---

**3.25** | Nonpriority creditor's name and mailing address
Bissingers Handcrafted Chocolatier
5025 PATTISON AVE
SAINT LOUIS, MO 63110

**Date(s) debt was incurred** 05/06/2025

**Last 4 digits of account number** 4078

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$8,244.00

---

**3.26** | Nonpriority creditor's name and mailing address
Brenda Antoniak
49 Woodbine Drive
Colonial Beach, VA 22443

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$606.25

---

**3.27** | Nonpriority creditor's name and mailing address
Briana Stanley
6227 heather glen dr
Suffolk, VA 23435

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$678.00

---

**3.28** | Nonpriority creditor's name and mailing address
Bull Run Plaza Llc
PO Box 25097
Tampa, FL 33622

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$13,779.34

---

**3.29** | Nonpriority creditor's name and mailing address
Bull Run Plaza LLC      water
8405 Greensboro Dr Ste 830
Mc Lean, VA 22102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$18.87

---

**3.30** | Nonpriority creditor's name and mailing address
BurkeTown Plaza LLC
PO BOX 30344
TAMPA, FL 33630-3344

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$17,503.77

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,680.00
Calvin Lopez
7704 Notees Ln
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,871.84
Cannon Hill Logistics
PO BOX 3851
FREDERICK, MD 21705-3851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2435_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $596.00
Carpet and Vacuum Expo
7715 Tuckerman Lane
Potomac, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,063.45
Carson Home Accents
189 Foreman Road
Freeport, PA 16229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _01/09/2025_

**Last 4 digits of account number** _7471_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128,011.94
Caspari Inc
99 Cogwheel Lane
Seymour, CT 06483

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/29/2024_

**Last 4 digits of account number** _2757_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,485.00
Cathy Dickinson
402 E 11Th Avenue
Ranson, WV 25438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,911.25
Cathy Jager
2103 Deer Meadow Lane
Midlothian, VA 23112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,132.00
Chastity Carr
2408 Timberland Hills DR
Newton, NC 28658

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address
Cher Lake
327 Maryland Avenue
Portsmouth, VA 23707

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,782.00

---

**3.40** | Nonpriority creditor's name and mailing address
Cheryl Crum
1511 Regency Woods Road
101
Henrico, VA 23238

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,630.00

---

**3.41** | Nonpriority creditor's name and mailing address
Cheryl Domingue
123 Glenwood Rd
Hampton, VA 23669

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,275.00

---

**3.42** | Nonpriority creditor's name and mailing address
Cheryl Murphy
306 Jordan Crossing Ave
Jamestown, NC 27282

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,630.00

---

**3.43** | Nonpriority creditor's name and mailing address
Christian Everett
9119 Manchester Rd
311
Silver Spring, MD 20901-4137

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$831.00

---

**3.44** | Nonpriority creditor's name and mailing address
Christina OKeefe
5225 Lowery Downs
Virginia Beach, VA 23464

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,423.00

---

**3.45** | Nonpriority creditor's name and mailing address
City of Fredericksburg
City Treasurer
PO BOX 644    City Hall
Fredericksburg, VA 22404-0644

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,788.78

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,628.12 |
|---|---|---|---|

City of Newport News
Marty G Eubank Treasurer
City of Newport News
PO BOX 975
Newport News, VA 23607-0975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,533.80 |
|---|---|---|---|

City of Virginia Beach CO Banners Hallm
Commissioner Of The Revenue City Hall
2401 Courthouse Drive
Virginia Beach, VA 23456-9002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _8523_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70,461.78 |
|---|---|---|---|

Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $684.30 |
|---|---|---|---|

Complete Solutions    Sourcing
PO Box 5383
Deptford, NJ 08096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _6036_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,244.00 |
|---|---|---|---|

Corporate Services Consultants LLC
1015 N Gay St
PO Box 1048
Dandridge, TN 37725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $274.84 |
|---|---|---|---|

Cosners Corner Owners Assoc
Attn CBC Property Management
990 Bragg Road
Fredericksburg, VA 22407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,058.54 |
|---|---|---|---|

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|--------|------------------------|------------------------|-------------|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address**
Crossroads Original Designs dba Blossom
115 Crossroads Boulevard
Bucyrus, OH 44820

Date(s) debt was incurred  09/27/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$53,059.20

---

**3.54** | **Nonpriority creditor's name and mailing address**
Crystal Hill
4796 First Court Road
Virginia Beach, VA 23455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,378.13

---

**3.55** | **Nonpriority creditor's name and mailing address**
Cynthia Williams
4752 Westland
apt B
Halethorpe, MD 21227

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$848.75

---

**3.56** | **Nonpriority creditor's name and mailing address**
Dania Contreras
14478 Rustling Leaves Lane
Centreville, VA 20121

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$984.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
Danielle Cutlip
3133 Copenhaver RD
Street, MD 21154

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$2,100.00

---

**3.58** | **Nonpriority creditor's name and mailing address**
Danielle Santamore
53 Creekstone Drive
Newport News, VA 23603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$585.63

---

**3.59** | **Nonpriority creditor's name and mailing address**
Deana Bonilla
8414 vision ln
Walkersville, MD 21793

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,012.38

---

**3.60** | **Nonpriority creditor's name and mailing address**
Debbie Stout
712 Ontario Street
Havre de Grace, MD 21078

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

$918.00

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,471.25**

Dede Cole
344 Donald Circle
Forest Hill, MD 21050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,433.96**

Demdaco
PO Box 803314
Kansas City, MO 64180-3314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/18/2025

**Last 4 digits of account number** 1130

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,542.39**

Designer Greetings Inc
PO Box 1477
Edison, NJ 08818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/16/2024

**Last 4 digits of account number** 0053

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

Divaris   Ridge shopping Center Owner LL
4525 Main Street
Suite 900
Virginia Beach, VA 23462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$893.38**

Donna Donlin
20162 Braeton Bay Terr
Apt 103
Ashburn, VA 20147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.00**

Donna Najibi
504 Lake Vista Drive
Forest, VA 24551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,161.00**

DuraSeal Inc
PO Box 743
Forest, VA 24551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,733.75**

E   S Pets
725 Broadway Ave
Holbrook, NY 11741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/03/2025

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00**

Ed Scott
235 Mary Jane Lane
Bel Air, MD 21015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,147.13**

Ela Wilson
3200 Grumman Sq
203
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$854.00**

Else Koprowicz
128 Maloy Dr
Winchester, VA 22602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,614.38**

Emilee Pratt
551 Greenbriar Drive
Culpeper, VA 22701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84,741.00**

Enesco LLC
500 Park Boulevard Ste 1300
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/17/2025

**Basis for the claim:** _

**Last 4 digits of account number** 3262

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,190.75**

Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260-2961

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/14/2025

**Basis for the claim:** _

**Last 4 digits of account number** 3423

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,141.91**

Expressive Design Group Inc
49 Garfield St
Holyoke, MA 01040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/16/2024

**Basis for the claim:** _

**Last 4 digits of account number** 0102

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,500.85**

Fahlo LLC
201 Chatham St
Suite 2
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/04/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,603.05**

Fair City HHH LLC
225 Asylum Street
15th Floor
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,325.91**

Fair Lakes Center Associates II LC
PO Box 646001
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0702

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,463.50**

Fairfax Company of Virginia LLC
co Olshan Properties
PO BOX 67338
Newark, NJ 07101-4007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 7699

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,999.97**

Fairfield Shopping Center
NMPC4 Fairfield SC LLC
co New Market Properties LLC
3284 Northside Pkwy Ste 515
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$880.25**

Farrah Howard
2254 48th Street NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.83**

Federal Realty Kingstowne storage
Lockbox 3426
PO Box 8500
Philadelphia, PA 19178-3426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,080.00**

Federal Realty OP LPSpecialty Leasing
PO Box 8500
Lockbox 3426
Philadelphia, PA 19178-3426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,853.67

Federal Realty Virginia Gateway Plaza I
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-9320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,940.26

Federal RealtyKingstowne Shopping Cente
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-8500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1105

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,791.84

FedEx Express
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,718.88

Fishers Popcorn of Delaware Inc
37081 Coastal Hwy
Fenwick Island, DE 19944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/10/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,513.22

Foulston
1551 N Waterfront Parkway Suite 100
Wichita, KS 67206-4466

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 8055

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,555.49

Fragrances of Ireland
668 N Coast Hwy Suite 1207
Laguna Beach, CA 92651-1513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/16/2025

**Basis for the claim:** _

**Last 4 digits of account number** BA58

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,207.63

Ganz USA LLC
PO Box 530
Buffalo, NY 14240-0530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/12/2025

**Basis for the claim:** _

**Last 4 digits of account number** 4000

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213,072.00

Godiva Chocolatier Inc
PO Box 74008044
Chicago, IL 60674-8044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/29/2025

**Basis for the claim:** _

**Last 4 digits of account number** 4098

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.92**

**Nonpriority creditor's name and mailing address**
Graphique
9 State Street
Woburn, MA 01801

**Date(s) debt was incurred** 08/13/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$18,409.92

---

**3.93**

**Nonpriority creditor's name and mailing address**
Greta Wagner
4 Helen Drive
Newport News, VA 23602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,643.00

---

**3.94**

**Nonpriority creditor's name and mailing address**
Guardian Life Insurance
PO Box 824454
Philadelphia, PA 19182-4454

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9458

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$419.14

---

**3.95**

**Nonpriority creditor's name and mailing address**
H2O To Go
5821 Ward Court
Virginia Beach, VA 23455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$18.68

---

**3.96**

**Nonpriority creditor's name and mailing address**
Hailey Hartley
516 Northwood Circle
Cross Junction, VA 22625

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,435.00

---

**3.97**

**Nonpriority creditor's name and mailing address**
Harford Mall Business Trust
CBL 0623
PO Box 955607
Saint Louis, MO 63195

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$500.00

---

**3.98**

**Nonpriority creditor's name and mailing address**
Heather Grizzle
14 Jefferson Drive
Potomac Falls, VA 20165

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,012.38

---

**3.99**

**Nonpriority creditor's name and mailing address**
Heather Hanson
105 W Myrtle St
Alexandria, VA 22301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,013.25

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,943.00 |
|---|---|---|
| Heather Salyer | ☐ Contingent | |
| 217 Capital Lane | ☐ Unliquidated | |
| Forest, VA 24551 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|
| Hilary Snyder | ☐ Contingent | |
| 6409 Deerskin Drive | ☐ Unliquidated | |
| Fredericksburg, VA 22407 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.38 |
|---|---|---|
| Hilary Snyder | ☐ Contingent | |
| 6409 Deerskin Drive | ☐ Unliquidated | |
| Fredericksburg, VA 22407 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|
| Hill Management Services Inc | ☐ Contingent | |
| 11350 McCormick Road | ☐ Unliquidated | |
| EP III Suite 301 | ☐ Disputed | |
| Hunt Valley, MD 21031 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 7102 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,815.00 |
|---|---|---|
| Husteads Canvas Creations Inc | ☐ Contingent | |
| 628 W 24th Street | ☐ Unliquidated | |
| Norfolk, VA 23517 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,336.55 |
|---|---|---|
| IF USA LLC | ☐ Contingent | |
| 4350 Bryson Blvd | ☐ Unliquidated | |
| Florence, AL 35630 | ☐ Disputed | |
| **Date(s) debt was incurred** 02/09/2025 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 6311 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,412.71 |
|---|---|---|
| Intelex USA | ☐ Contingent | |
| 105 Prairie Lakes Road | ☐ Unliquidated | |
| Unit C | ☐ Disputed | |
| East Dundee, IL 60118-9137 | | |
| **Date(s) debt was incurred** 06/16/2025 | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 6319 | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|
| Itria Ventures LLC | ☐ Contingent | |
| co Corporation Service Company | ☐ Unliquidated | |
| 251 Little Falls Grove | ☐ Disputed | |
| Wilmington, DE 19808 | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,139.38

Jackie Fillmore
11320 Winston
Newport News, VA 23601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,418.00

James Long
12624 Terrymill Drive
Herndon, VA 20170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00

Janice Barry
7848 Milkshed Pl
Elkridge, MD 21075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00

Janie Gabrielson
2155 Aspen Ridge Ct
Apt 204
Winston Salem, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,901.00

Jennifer Hickman
4025 Palmetto Drive
Rock Hill, SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,101.00

Jennifer McLellan
1739 Donlee Dr
Blacksburg, VA 24060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00

Jennifer Sheriff
10821 Buttercup Place
Apt 303
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,950.00

Jennifer Smith
14822 Statler Dr
Woodbridge, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,950.00 |
|---|---|---|---|

Jennifer Smith
8019 Ashland Avenue
Apt 8
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,968.75 |
|---|---|---|---|

Jennifer Smith
14822 Statler Dr
Woodbridge, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,968.75 |
|---|---|---|---|

Jennifer Smith
8019 Ashland Avenue
Apt 8
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,256.00 |
|---|---|---|---|

Jessica Melone
4730 Baileys Lake Rd NW
NW apt 206
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,394.00 |
|---|---|---|---|

Jonathan Herold
8034 Mike Mundle Lane
Mechanicsville, VA 23111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,339.63 |
|---|---|---|---|

Julia Shultz
5506 Whitfield Court
Fairfax, VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

Julie Nilson
17055 Hampton Trace Road
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,206.00 |
|---|---|---|---|

Karen Kyle
5730 YEAGERTOWN RD
New Market, MD 21774

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,874.56

Karma
4302 Ironton Ave
Lubbock, TX 79407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/21/2025

**Basis for the claim:** _

**Last 4 digits of account number** 11KA

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,487.50

Karolyn Stober
108 Chasewood Ct
Vinton, VA 24179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $919.00

Kathleen Nichols
3321 Lawrence Dr
Carrsville, VA 23315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00

Kathy Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $978.00

Katie Potee
2430 Brunswick Road
Halethorpe, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $533.00

Katrina Guardado
333 South Glebe Road
Apt 306
Arlington, VA 22204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00

Kayla Racz
800 Greenbrier Court
Edgewood, MD 21040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.25

Kellyn Sutton
389 James Ct
High Point, NC 27265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.132** | **Nonpriority creditor's name and mailing address**
Kellytoy USA Inc
PO Box 738667
Dallas, TX 75373-8667

**Date(s) debt was incurred** 02/26/2025

**Last 4 digits of account number** 2415

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$67,924.08

---

**3.133** | **Nonpriority creditor's name and mailing address**
Ken Matthews Garden Center
4921 George Washington Hwy
Yorktown, VA 23692-2509

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$229.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
Kentlands Square LLC
7501 Wisconsin Avenue
Suite 1500e Attn Gilka Siles
Bethesda, MD 20814

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$30,588.29

---

**3.135** | **Nonpriority creditor's name and mailing address**
Keter Environmental Services Inc
PO Box 417468
Boston, MA 02241-7468

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,384.42

---

**3.136** | **Nonpriority creditor's name and mailing address**
Kiarra Goodman
14 Breezy Tree Ct
Apt D
Timonium, MD 21093

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$754.50

---

**3.137** | **Nonpriority creditor's name and mailing address**
Kim Peres
6660 Upland Circle
Fayetteville, PA 17222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,157.00

---

**3.138** | **Nonpriority creditor's name and mailing address**
Lanette Trimnell
301 Old Bell Rd
Charlotte, NC 28270

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$625.00

---

**3.139** | **Nonpriority creditor's name and mailing address**
Latifa Sahraoui
3940 Persimmon Drive
T1
Fairfax, VA 22031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

$485.00

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.140**  **Nonpriority creditor's name and mailing address**
Laura Cole
344 Donald Circle
Forest Hill, MD 21050

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$533.00

---

**3.141**  **Nonpriority creditor's name and mailing address**
Lauren James
6238 Satinwood Drive
Columbia, MD 21044

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$1,308.75

---

**3.142**  **Nonpriority creditor's name and mailing address**
Lauren Payne
23 Longview Cir
Fishersville, VA 22939

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$803.00

---

**3.143**  **Nonpriority creditor's name and mailing address**
Leesburg Plaza LLC
co Rappaport Management Company
8405 Greensboro Drive 8th Floor
McLean, VA 22102-5121

**Date(s) debt was incurred** _
**Last 4 digits of account number** 3547

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☐ No   ☐ Yes

$49.10

---

**3.144**  **Nonpriority creditor's name and mailing address**
Lenox Corporation
1414 Radcliffe Street
Bristol, PA 19007

**Date(s) debt was incurred** 10/03/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$7,177.14

---

**3.145**  **Nonpriority creditor's name and mailing address**
Leonard Banner
1702 Captains Way
Jupiter, FL 33477

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$9,615.38

---

**3.146**  **Nonpriority creditor's name and mailing address**
Leslie Nagy
143 Northway
Severna Park, MD 21146

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$848.75

---

**3.147**  **Nonpriority creditor's name and mailing address**
Life is Good
48 Friars   Drive
Hudson, NH 03051

**Date(s) debt was incurred** 11/13/2024
**Last 4 digits of account number** 6398

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No   ☐ Yes

$40,658.53

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,184.08

Linde Gas   Equipment Inc formerly Praxa
PO Box 382000
Pittsburgh, PA 15250-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,086.00

Lisette Brosan
1414 point O woods
Arnold, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,440.00

Lori Sharpe
19 Forsythia Lane
Bear, DE 19701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $556.88

Lucy Mastantuono
5400 Sandy Point Lane
Clifton, VA 20124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,037.57

Lynchburg Rivercrest Realty
Lynchburg Wards Crossing LLC
PO Box 604049
Charlotte, NC 28260-4049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,425.94

Macerich EQ Limited Partnership
SM Valley Mall LLC
Dept   880467
PO Box 29650
Phoenix, AZ 85038-9650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,303.66

Malden International Designs
19 Cowan Drive
Middleboro, MA 02346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/24/2025

**Last 4 digits of account number** NNER

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $650.00

Marco Property Services
PO Box 4849
Midlothian, VA 23112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $937.50

Margaret Wilhoit
14605 Frisco Ct
Woodbridge, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00

Mary Peters
6401 Rock Forest Drive
205
Bethesda, MD 20817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $984.38

Mary Stickney
8218 Green Ice Drive
Pasadena, MD 21122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,630.00

Mary Thompson
106 Split Oak Way
New Bern, NC 28562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $421.42

Mayflower Apple Blossom LP
14183 Collection Center Dr
Chicago, IL 60693-0141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 8561

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00

Mayflower Apple Blossom LP Storage
Apple Blossom Mall Attn Management Offi
1850 Apple Blossom Dr
Winchester, VA 22601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** N179

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,226.21

Mayflower Distributing Company Inc
1155 Medallion Drive
Mendota Heights, MN 55120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/14/2025

**Basis for the claim:** _

**Last 4 digits of account number** 4794

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00

Mendy Pratt
551 Greenbriar Drive
Culpeper, VA 22701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.164**

**Nonpriority creditor's name and mailing address**
Meredith Chaney
10412 Old Bridge Lane
Charlotte, NC 28269

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,837.50

---

**3.165**

**Nonpriority creditor's name and mailing address**
Michael Postal
1801 16th Street NW
Apt 606
Washington, DC 20009

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$5,769.23

---

**3.166**

**Nonpriority creditor's name and mailing address**
Michelle Alvarez
9515 Ashleyville Turn
Midlothian, VA 23112

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$970.00

---

**3.167**

**Nonpriority creditor's name and mailing address**
Mike Vaccarelli
7694 Dorchester Blvd
Hanover, MD 21076

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,426.25

---

**3.168**

**Nonpriority creditor's name and mailing address**
Monticello Marketplace
SL Nusbaum Realty Co
Escrow Agent for Monticello Marketplace
PO Box 3580
Norfolk, VA 23514-3580

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$16,582.89

---

**3.169**

**Nonpriority creditor's name and mailing address**
MOWMentum
240 Hollywood Farm Road
Fredericksburg, VA 22405

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$366.00

---

**3.170**

**Nonpriority creditor's name and mailing address**
Nicole Almeida
2050 Mount View Rd
Marriottsville, MD 21104

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,426.25

---

**3.171**

**Nonpriority creditor's name and mailing address**
NYSLIFE
711 Ginesi Dr
Morganville, NJ 07751

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _07/29/2025_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$30,607.00

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,133.30 |
|---|---|---|---|

Oakton Limited Partnership LLP
Redwood Commercial Management
5900 Fort Drive Suite 400
Centreville, VA 20121-2413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,680.00 |
|---|---|---|---|

Pascale Christiansen
500 Tunnel Court
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.00 |
|---|---|---|---|

Paul DeRemigis
3 Banat Court
Baltimore, MD 21237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/17/2025

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,357.01 |
|---|---|---|---|

PB Mares LLP
701 Town Center Dr Suite 900
Newport News, VA 23606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.50 |
|---|---|---|---|

Penelope Lare
20819 Wallingford Square
104
Potomac Falls, VA 20165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

Personnel Evaluation Inc Multi Sites
11138 W Greenfield Ave
Milwaukee, WI 53214-2362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,522.88 |
|---|---|---|---|

Peter Pauper Press Inc
3 International Dr
Suite 310
Rye Brook, NY 10573-7501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/02/2024

Basis for the claim: _

Last 4 digits of account number  0247

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,478.77 |
|---|---|---|---|

Piedmont Service Group
616 Industrial Avenue
Greensboro, NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|--------|------------------------|------------------------|-------------|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address**
Pipp Mobile Storage Systems Inc
2966 WILSON NW
WALKER, MI 49544

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$19,758.62

---

**3.181** | **Nonpriority creditor's name and mailing address**
Pomeroy Technologies LLC
PO Box 7410512
Chicago, IL 60674

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$75,383.18

---

**3.182** | **Nonpriority creditor's name and mailing address**
Potter   Company
1604 Hilltop West Shopping Center
STE 202
Virginia Beach, VA 23451

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$10,182.54

---

**3.183** | **Nonpriority creditor's name and mailing address**
PR Valley LP   Water 58
PO BOX 373828
CLEVELAND, OH 44193

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$247.05

---

**3.184** | **Nonpriority creditor's name and mailing address**
Precious Moments Company
4105 Chapel Road
Carthage, MO 64836

**Date(s) debt was incurred** 12/17/2024
**Last 4 digits of account number** 3262

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$41,249.10

---

**3.185** | **Nonpriority creditor's name and mailing address**
Primitives by Kathy
1817 William Penn Way
Lancaster, PA 17601

**Date(s) debt was incurred** 01/17/2025
**Last 4 digits of account number** 4140

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$25,605.60

---

**3.186** | **Nonpriority creditor's name and mailing address**
PRISA LHC LLC   Harbor View East
7 Giralda Farms
Madison, NJ 07940

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$10,652.21

---

**3.187** | **Nonpriority creditor's name and mailing address**
Prisa LHC Llc Greenbrier Market Center
PRLHC Greenbrier MC 106818
PO Box 978500
Dallas, TX 75397-8500

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No   ☐ Yes

$11,980.99

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,257.60

Pumpernickel Press
508 jack enders
Berryville, VA 22611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _08/15/2024_

**Basis for the claim:** _

**Last 4 digits of account number** _2062_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,143.33

Quilling Card LLC
47 Mellen St C1
Framingham, MA 01702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _06/05/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $44,233.20

Rain Jewelry Collection
460 Hillside Ave
Needham, MA 02494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _01/06/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _1192_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,301.88

Reston North Point Village LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,863.45

Retirement Planners
7639 Leesburg Pike
Falls Church, VA 22043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $970.00

Rhonda Kelley
756 Marvin Ave
Norfolk, VA 23518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,794.35

Rifle Paper Co
558 W New England Ave
Suite 150
Winter Park, FL 32789

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/02/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _4658_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,925.38

Roanoke Cave Springs
CO Brixmor Property Group
PO BOX 645324
Cincinnati, OH 45264-5324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _1401_

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.196** Nonpriority creditor's name and mailing address
Rockstep Christiansburg LLC
782 New River Road
Christiansburg, VA 24073

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,657.56

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.197** Nonpriority creditor's name and mailing address
Rocky Mount Magnolia Real Estate and Ma
9525 Birkdale Crossing Drive
Huntersville, NC 28078

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,333.46

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.198** Nonpriority creditor's name and mailing address
Rollingwood SC TSCG
1945 Old Gallows Rd
Suite 300
Vienna, VA 22182

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,600.71

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.199** Nonpriority creditor's name and mailing address
Russell Stover
4900 Oak Street
Kansas City, MO 64112-2702

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,229.69

**Date(s) debt was incurred** 07/28/2025

**Last 4 digits of account number** 0510

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.200** Nonpriority creditor's name and mailing address
Samantha Chicas
18325 Lost Knife Circle
Apt 304
Montgomery Village, MD 20886

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$848.75

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.201** Nonpriority creditor's name and mailing address
Sana Farooqi
1863 Norhurst Way N
Catonsville, MD 21228

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,575.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.202** Nonpriority creditor's name and mailing address
Sara Pashaei
8401 PINEY POINT CT
MANASSAS, VA 20110

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$728.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.203** Nonpriority creditor's name and mailing address
Sarah Gordon
16 Lord Fairfax Drive
Fredericksburg, VA 22405

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$573.75

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,181.45**

SCT Rio Hill LLC
Attn   TSCG
PO Box 6298
Hicksville, NY 11802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.75**

Shantie Alicea
1131 University W Blvd
apt 1717
Silver Spring, MD 20902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$707.50**

Sharalyn Detroy
7832 Thackara rd
Pasadena, MD 21122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.25**

Shawntia Campbell
931 Battery Road
Waynesboro, VA 22980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$963.38**

Sheila Bibb
309 Walnut Dr
Timberville, VA 22853

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,289.03**

Silver Forest Inc
40 Industrial Drive
Bellows Falls, VT 05101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/10/2025

Basis for the claim: _

Last 4 digits of account number  0679

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,462.98**

Simon   Schuster
PO Box 70660
Chicago, IL 60873-0660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/05/2025

Basis for the claim: _

Last 4 digits of account number  7579

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,112.90**

Simply Southern
498 Gallimore Dairy Rd
Greensboro, NC 27409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/01/2025

Basis for the claim: _

Last 4 digits of account number  1377

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.212** | **Nonpriority creditor's name and mailing address**
Sophistiplate LLC
790 Atlanta S Pkwy
Suite 100
College Park, GA 30349

**Date(s) debt was incurred** _05/07/2025_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$11,075.30

---

**3.213** | **Nonpriority creditor's name and mailing address**
South Riding Owner LLC
PO Box 640634
Property ID 262810
Pittsburgh, PA 15264-0634

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2002_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$10,377.24

---

**3.214** | **Nonpriority creditor's name and mailing address**
Spoontiques Inc
111 Island Street
Stoughton, MA 02072

**Date(s) debt was incurred** _11/22/2024_

**Last 4 digits of account number** _7847_

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$52,403.00

---

**3.215** | **Nonpriority creditor's name and mailing address**
St Thomas GGCal LLC
co Greenberg Gibbons Commercial
10096 Red Run Blvd Suite 100
Owings Mills, MD 21117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2.06

---

**3.216** | **Nonpriority creditor's name and mailing address**
Stacie Fleig
4100 Poplar Grove Road
Midlothian, VA 23112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,680.00

---

**3.217** | **Nonpriority creditor's name and mailing address**
Stafford Marketplace LLC
PO Box 62045
Dept Code SVAS1332C
Newark, NJ 07101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$15,165.40

---

**3.218** | **Nonpriority creditor's name and mailing address**
Steel Mill   Co Designs
134 Beech Bend Rd
Bowling Green, KY 42101

**Date(s) debt was incurred** _01/27/2025_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$10,886.40

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

**3.219**

**Nonpriority creditor's name and mailing address**
Stonewall Kitchen
2 Stonewall Lane
York, ME 03909

**Date(s) debt was incurred** 03/04/2025

**Last 4 digits of account number** 7481

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$105,667.57

---

**3.220**

**Nonpriority creditor's name and mailing address**
Suffolk Shopping Center Associates LLLP
co S L Nusbaum Realty Co
440 Monticello Ave Suite 1700
Norfolk, VA 23150

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$10,823.09

---

**3.221**

**Nonpriority creditor's name and mailing address**
Sunflower Food Co Inc
7921 Nieman Rd
Lenexa, KS 66214

**Date(s) debt was incurred** 06/03/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$13,816.80

---

**3.222**

**Nonpriority creditor's name and mailing address**
Superior Construction Enterprises LLC
733 E Cumberland St
Lebanon, PA 17042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$17,179.60

---

**3.223**

**Nonpriority creditor's name and mailing address**
Suzanne Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,300.00

---

**3.224**

**Nonpriority creditor's name and mailing address**
Tami Hykes
4316 Oxford Mill Rd
Waxhaw, NC 28173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$3,680.00

---

**3.225**

**Nonpriority creditor's name and mailing address**
TCG Services LLC
145 N Main St
El Dorado, KS 67042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$48,513.08

---

**3.226**

**Nonpriority creditor's name and mailing address**
Terri Wellman
3115 Commerce Place
Apt 11
Burlington, NC 27215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,834.88

---

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.227** | **Nonpriority creditor's name and mailing address**
Terry Little
6031 Little Brook Ct
Clifton, VA 20124

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$815.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**
The Mall in Columbia LLC storage
10300 Little Patuxent Parkway
Columbia, MD 21044

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,237.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7157

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**
The Naked Bee
2261 Market Street
STE 10337
San Francisco, CA 94114

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$36,906.36**

**Date(s) debt was incurred** 11/24/2024

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**
The Peanut Shop
8012 Hankins Industrial Park
Toano, VA 23168

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,586.10**

**Date(s) debt was incurred** 11/15/2024

**Last 4 digits of account number** 7086

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**
Touchland LLC Capacity
100 SE 2nd St
suite 2000
Miami, FL 33131

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$72,930.00**

**Date(s) debt was incurred** 07/11/2025

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address**
Twos Company Inc
500 Saw Mill River Road
Elmsford, NY 10523

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,674.98**

**Date(s) debt was incurred** 02/07/2025

**Last 4 digits of account number** 9148

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address**
Valerie Bilbro
6914 Back Creek Rd
Boones Mill, VA 24065

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$832.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**
Vanessa Viveros
816 Stanley Rd
Portsmouth, VA 23701

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,680.00**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,062.59 |
|---|---|---|---|

Vera Bradley Sales LLC
Attn Accounts Receivable
12420 Stonebridge Rd
Roanoke, IN 46783

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/15/2025

**Basis for the claim:** _

**Last 4 digits of account number** 0135

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,957.72 |
|---|---|---|---|

Village Marketplace LLC
800 Corporate Drive
Suite 305
Fort Lauderdale, FL 33334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 3228

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,470.00 |
|---|---|---|---|

VillaTech Inc
2020 Calamos Ct Suite 280
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,464.37 |
|---|---|---|---|

Virginia Beach Affilliates LLC
55 5th AvenueFloor 15
New York, NY 10003-4301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

Walton   Adams PC
1925 Isaac Newton Square Suite 250
Reston, VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,333.33 |
|---|---|---|---|

Warrenton Development Company
co Waters Retail Group
200 Old Forge Lane Suite 201
Kennett Square, PA 19348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $999.00 |
|---|---|---|---|

Wayne Lishowid
8312 Cypress Mill Road
Baltimore, MD 21236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.242**   **Nonpriority creditor's name and mailing address**
Waynesboro Town Center
CO Chase Properties II Ltd
3333 Richmond Road Suite 320
Beachwood, OH 44122

**Date(s) debt was incurred** _

**Last 4 digits of account number**  M502

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$16,178.07

---

**3.243**   **Nonpriority creditor's name and mailing address**
Wendy Galvez
146 Dunlap Road
Pasadena, MD 21122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$2,143.75

---

**3.244**   **Nonpriority creditor's name and mailing address**
White House Historical Association
PO BOX 27624
Washington, DC 20038-7624

**Date(s) debt was incurred**  07/09/2025

**Last 4 digits of account number**  0020

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$149,930.00

---

**3.245**   **Nonpriority creditor's name and mailing address**
Wockenfuss Candies
6831 Harford Road
Baltimore, MD 21234

**Date(s) debt was incurred**  05/29/2025

**Last 4 digits of account number**  3528

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$11,854.66

---

**3.246**   **Nonpriority creditor's name and mailing address**
Workman Publishing Co Inc
PO Box 21142
New York, NY 10087-1142

**Date(s) debt was incurred**  08/06/2025

**Last 4 digits of account number**  6753

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$10,686.28

---

**3.247**   **Nonpriority creditor's name and mailing address**
Yankee Candle Co
PO Box 416442
Boston, MA 02241-6442

**Date(s) debt was incurred**  11/25/2024

**Last 4 digits of account number**  8523

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$25,639.54

---

**3.248**   **Nonpriority creditor's name and mailing address**
Yeatts Heating Air
PO Box 518
Salem, VA 24153

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$376.91

---

**3.249**   **Nonpriority creditor's name and mailing address**
Yoonique LLC
1761 N New Hampshire Ave
Los Angeles, CA 90027

**Date(s) debt was incurred**  07/23/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$12,480.00

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,466.14 |
|---|---|---|---|

Youngs Inc
735 Thimble Shoals Blvd 100
Newport News, VA 23606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/15/2024

**Basis for the claim:** _

Last 4 digits of account number  3457

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,570.50 |
|---|---|---|---|

Zane Overton
1 Breezy Tree Court
APT G
Timonium, MD 21093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $269.42 |
|---|---|---|---|

Zimmer Development Company
6725 MONUMENT DR
WILMINGTON, NC 28405-4558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 5,100,775.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,100,775.77 |

**Fill in this information to identify the case:**

Debtor name ___Banners of Abingdon LLC___

United States Bankruptcy Court for the: ___DISTRICT OF COLUMBIA___

Case number (if known) ___1:25-bk-378___

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Ashburn, LLC | |
| | State the term remaining | | Ashburn Village Center LLC co Saul Holdings LP PO Box 38042 Baltimore, MD 21297-8042 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Roanoke LLC | |
| | State the term remaining | Two Years and Seven Months | Brixmor Holdings 1 SPE, LLC 450 Lexington Ave. 13th Fl New York, NY 10017 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Manassas II LLC | |
| | State the term remaining | Seven Years | Bull Run Plaza Llc PO Box 25097 Tampa, FL 33622 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Burke, LLC | |
| | State the term remaining | | BurkeTown Plaza LLC PO BOX 30344 TAMPA, FL 33630-3344 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Banners of Abingdon LLC
_____    Case number (if known)    1:25-bk-378
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Banner?s of Rocky Mount VA, LLC | |
|---|---|---|---|
| | State the term remaining | Two Years and Eight Months | Centrex Properties, Inc.<br>c/o Magnolia Real Estate and Management Company, LLC<br>4040 Ed Drive<br>Suite 201<br>Raleigh, NC 27612 |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Woodbridge LLC | |
|---|---|---|---|
| | State the term remaining | | CSB Family Investors, LLC<br>5532 Greystone St<br>Chevy Chase, MD 20815 |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Kamp Washington, LLC | |
|---|---|---|---|
| | State the term remaining | Three and one half years | Fair City HHH LLC<br>225 Asylum Street<br>15th Floor<br>Hartford, CT 06103 |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Fair Lakes, LLC | |
|---|---|---|---|
| | State the term remaining | | Fair Lakes Center Associates II LC<br>PO Box 646001<br>Pittsburgh, PA 15264 |
| | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Fair Oaks, LLC | |
|---|---|---|---|
| | State the term remaining | One Year and Three Months | Fairfax Company of Virginia LLC<br>co Olshan Properties<br>PO BOX   67338<br>Newark, NJ 07101-4007 |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | Banners of Abingdon LLC | | Case number *(if known)* | 1:25-bk-378 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Fairfield Virginia Beach, LLC | |
|---|---|---|---|
| | State the term remaining | | Fairfield Shopping Center |
| | | | NMPC4 Fairfield SC LLC |
| | List the contract number of any government contract | | co New Market Properties LLC |
| | | | 3284 Northside Pkwy Ste 515 |
| | | | Atlanta, GA 30327 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Cosner's Corner Fredericksburg, LLC | |
|---|---|---|---|
| | State the term remaining | | FN Cosner's Corner, LLC |
| | | | 221 McLaws Cir |
| | List the contract number of any government contract | | Williamsburg, VA 23185 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Newport News, LLC | |
|---|---|---|---|
| | State the term remaining | One and One Half Years | Francis P. Notsworthy, Jr. |
| | | | 19379 High Bluff Lane |
| | List the contract number of any government contract | | Barhamsville, VA 23011 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Commonwealth Midlothian, LLC | |
|---|---|---|---|
| | State the term remaining | | Francis P. Notsworthy, Jr. |
| | | | 19379 High Bluff Lane |
| | List the contract number of any government contract | | Barhamsville, VA 23011 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Central Park Fredericksburg, LLC | |
|---|---|---|---|
| | State the term remaining | Five Months | Francis P. Notsworthy, Jr. |
| | | | 19379 High Bluff Lane |
| | List the contract number of any government contract | | Barhamsville, VA 23011 |

Debtor 1    Banners of Abingdon LLC

First Name            Middle Name            Last Name

Case number (*if known*)    1:25-bk-378

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Gainesville, LLC | |
| | State the term remaining | Three and one half years | Gateway Center IV, L.C. c/o Lincoln Property Group 7524 Iron Bar Lane Gainesville, VA 20155 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Bradlee Center, LLC | |
| | State the term remaining | Two and One Half Years | GRI Bradlee, LLC c/o First Washington Realty, Inc. 7200 Wisconsin Avenue, Suite 600 Attn: General Counsel Bethesda, MD 20814 |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Various non-exclusive account and sub-licensing agreements allowing for use of Hallmark Gold Crown and Hallmark trademarks, providing for the sale of Hallmark merchandise, and permitting the debtors to carry on business as Hallmark-branded stores | |
| | State the term remaining | Various | Hallmark Marketing Company LLC Gold Crown Administration 2501 McGee Kansas City, MO 64141 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Banners of Abingdon LLC
_____
First Name          Middle Name          Last Name

Case number (*if known*)    1:25-bk-378

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | Sublease of nine retail locations, including (i) Apple Blossom Mall in Winchester, VA; (ii) Columbus Village East in Virginia Beach, VA; (iii) Greenbrier Market Center in Chesapeake, VA; (iv) New River Valley Mall in Christiansburg, VA; and (v) Valley Mall in Harrisonburg, VA. LBPO Management LLC is the counterparty to the sublease. |  |
| State the term remaining |  |  |
| List the contract number of any government contract | | Hallmark Retail, LLC<br>2501 McGee Trafficway<br>Kansas City, MO 64108 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | Banners of Hilltop Virginia Beach, LLC |  |
| State the term remaining |  |  |
| List the contract number of any government contract | | Hilltop West Parcel 8 Associates, LLC<br>1604 Hilltop West Shopping Center<br>Suite 202<br>Virginia Beach, VA 23451 |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | Point-of-sale systems lease agreement (in name of LBPO Management, LLC) |  |
| State the term remaining |  |  |
| List the contract number of any government contract | | Huntington Technology Finance<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | Banners of Leesburg, LLC |  |
| State the term remaining | Nine Years |  |
| List the contract number of any government contract | | Leesburg Plaza LLC<br>co Rappaport Management Company<br>8405 Greensboro Drive 8th Floor<br>McLean, VA 22102-5121 |

| Debtor 1 | Banners of Abingdon LLC | | | Case number (*if known*) | 1:25-bk-378 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Lynchburg, LLC | |
|---|---|---|---|
| | State the term remaining | Four Months | Lynchburg Rivercrest Realty |
| | | | Lynchburg Wards Crossing LLC |
| | List the contract number of any government contract | | PO Box 604049 |
| | | | Charlotte, NC 28260-4049 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Williamsburg LLC | |
|---|---|---|---|
| | State the term remaining | | Monticello Marketplace |
| | | | SL Nusbaum Realty Co |
| | | | Escrow Agent for Monticello Marketplace |
| | List the contract number of any government contract | | PO Box 3580 |
| | | | Norfolk, VA 23514-3580 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Oakton, LLC | |
|---|---|---|---|
| | State the term remaining | One Year and Eight Months | Oakton Limited Partnership LLP |
| | | | Redwood Commercial Management |
| | List the contract number of any government contract | | 5900 Fort Drive Suite 400 |
| | | | Centreville, VA 20121-2413 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Suffolk, LLC | |
|---|---|---|---|
| | State the term remaining | | |
| | | | PR Harbour View East, LLC |
| | List the contract number of any government contract | | 7 Giralda Farms |
| | | | Madison, NJ 07940 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Henrico LLC | |
|---|---|---|---|
| | State the term remaining | | PR II/RP Ridge Shoppig Center LLC |
| | | | 1945 Old Gallows Rd. |
| | List the contract number of any government contract | | Suite 300 |
| | | | Vienna, VA 22182 |

Debtor 1    Banners of Abingdon LLC
    First Name            Middle Name           Last Name

Case number (*if known*)    1:25-bk-378

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of Dulles Town, Inc.

    State the term remaining

    List the contract number of any government contract

REEP-RTL DTC VA LLC
51 Madison Avenue
New York, NY 10010

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of Reston, Inc.

    State the term remaining — Eight and one half years

    List the contract number of any government contract

Reston North Point Village LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — Banners of Charlottesville LLC

    State the term remaining — Five Years and Seven Months

    List the contract number of any government contract

SCT Rio Hill LLC
Attn    TSCG
PO Box 6298
Hicksville, NY 11802

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of South Riding LLC

    State the term remaining

    List the contract number of any government contract

South Riding Owner LLC
PO Box 640634
Property ID 262810
Pittsburgh, PA 15264-0634

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of Stafford, LLC

    State the term remaining

    List the contract number of any government contract

Stafford Marketplace LLC
PO Box 62045
Dept Code SVAS1332C
Newark, NJ 07101

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Banners of Abingdon LLC | | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Commonwealth Midlothian LLC | |
|---|---|---|---|
| | State the term remaining | | Village Associates, L.L.C. 4901 Dickens Rd. |
| | List the contract number of any government contract | _____ | Suite 100 Richmond, VA 23230 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Warrenton, LLC | |
|---|---|---|---|
| | State the term remaining | | Warrenton Development Company co Waters Retail Group |
| | List the contract number of any government contract | _____ | 200 Old Forge Lane Suite 201 Kennett Square, PA 19348 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Waynesboro LLC | |
|---|---|---|---|
| | State the term remaining | | Waynesboro Town Center CO Chase Properties II Ltd |
| | List the contract number of any government contract | _____ | 3333 Richmond Road Suite 320 Beachwood, OH 44122 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Banners of York River, LLC | |
|---|---|---|---|
| | State the term remaining | | York River Crossing Associates, L.L.C. 735 Thimble Shoals Blvd. |
| | List the contract number of any government contract | _____ | Suite 100 Newport News, VA 23606 |

**Fill in this information to identify the case:**

Debtor name ___Banners of Abingdon LLC___

United States Bankruptcy Court for the: ___DISTRICT OF COLUMBIA___

Case number (if known) ___1:25-bk-378___

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | South Riding Owner LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.30___ |
| 2.2 A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | Fair City HHH LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.7___ |
| 2.3 A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | BurkeTown Plaza LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.4___ |
| 2.4 A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | York River Crossing Associates, L.L.C. | ☐ D _____ ☐ E/F _____ ☒ G ___2.35___ |
| 2.5 A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | Fair Lakes Center Associates II LC | ☐ D _____ ☐ E/F _____ ☒ G ___2.8___ |
| 2.6 A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | PR Harbour View East, LLC | ☐ D _____ ☐ E/F _____ ☒ G ___2.25___ |

| Debtor | Banners of Abingdon LLC | Case number *(if known)* | 1:25-bk-378 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Waynesboro Town Center | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.34___ |
| 2.8 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Brixmor Holdings 1 SPE, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.2___ |
| 2.9 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Leesburg Plaza LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.21___ |
| 2.10 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Reston North Point Village LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.28___ |
| 2.11 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | REEP-RTL DTC VA LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.27___ |
| 2.12 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Ashburn Village Center LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.13 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Gateway Center IV, L.C. | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.15___ |

# United States Bankruptcy Court
### District of Columbia

In re   Banners of Abingdon LLC

Debtor(s)

Case No.   1:25-bk-378

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| A & S, Inc.<br>443 North Frederick Avenue<br>Gaithersburg, MD 20877 | | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   October 13, 2025

Signature   /s/  Michael Postal

Michael Postal

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.