| Site | Total | Hallmark | Allied |
|---|---|---|---|
| 157 | 146,795 | 93,041 | 53,754 |
| 160 | 174,548 | 121,301 | 53,247 |
| 162 | 156,510 | 97,937 | 58,573 |
| 165 | 201,030 | 114,027 | 87,003 |
| 166 | 233,944 | 121,590 | 112,354 |
| 167 | 152,870 | 94,733 | 58,137 |
| 169 | 211,498 | 103,966 | 107,532 |
| 170 | 220,565 | 98,615 | 121,949 |
| 171 | 216,364 | 104,829 | 111,534 |
| 228 | 235,157 | 132,317 | 102,840 |
| 229 | 223,221 | 121,396 | 101,825 |
| 231 | 187,518 | 111,085 | 76,433 |
| 232 | 184,096 | 108,187 | 75,909 |
| 236 | 176,956 | 103,484 | 73,472 |
| 237 | 218,573 | 108,558 | 110,015 |
| 238 | 205,757 | 125,956 | 79,800 |
| 239 | 222,288 | 119,899 | 102,389 |
| 241 | 300,928 | 197,544 | 103,384 |
| 243 | 191,223 | 121,647 | 69,575 |
| 357 | 161,696 | 101,467 | 60,229 |
| 598 | 150,190 | 108,960 | 41,230 |
| 602 | 178,406 | 109,459 | 68,947 |
| 603 | 193,861 | 115,129 | 78,732 |
| 1403 | 168,475 | 99,521 | 68,954 |
| 1452 | 171,528 | 117,961 | 53,566 |
| 1620 | 282,726 | 171,985 | 110,741 |
| 1785 | 224,972 | 144,161 | 80,811 |
| 1786 | 197,359 | 124,108 | 73,252 |
| 1787 | 189,319 | 135,996 | 53,323 |
| 1789 | 292,471 | 182,386 | 110,084 |
| 1793 | 223,953 | 139,288 | 84,665 |
| 1818 | 180,993 | 99,046 | 81,947 |
| 1822 | 218,759 | 112,852 | 105,908 |
| 1825 | 207,014 | 133,004 | 74,010 |
| 1828 | 241,457 | 149,774 | 91,684 |
| 1938 | 183,104 | 112,941 | 70,163 |
| 1940 | 226,557 | 129,091 | 97,466 |
| 1941 | 175,078 | 89,176 | 85,902 |
| 1948 | 179,237 | 114,943 | 64,293 |
| **TOTALS** | 7,906,995 | 4,691,360 | 3,215,635 |