UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

    BANNERS OF ABINGDON, LLC, *et al.,*

    Debtors.[1]

Chapter 11

Case No. 25-00378-ELG

### **REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Tracy Peters, Credit Manager, on behalf of Caspari, Inc., files this Request for Notice pursuant to Rule 2002 (g) and (i) of the Federal Rules of Bankruptcy and Procedure hereby requests that Caspari, Inc. be added to the official mailing matrix and service lists of this case. Caspari, Inc. further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

    Tracy Peters, Credit Manager
    Caspari, Inc.
    99 Cogwheel Lane
    Seymour, Connecticut 06483
    Email: tpisacane@hgcaspari.com
    Telephone: 1-800-227-7274 x4319
    Fax: 203-888-0246

---

[1] 1 The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Federal Rules of Bankruptcy and Procedure, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, or otherwise.

Dated: October 14, 2025

Respectfully submitted,

CASPARI, INC.

By: /s/ Tracy Peters
Tracy Peters, Credit Manager
Caspari, Inc.
99 Cogwheel Lane
Seymour, Connecticut 06483
Email: tpisacane@hgcaspari.com
Telephone: 1-800-227-7274 x4319
Fax: 203-888-0246