| Date | Recipient | Amount |
|---|---|---|
| 9/27/2024 | Leonard Banner | $ 11,500 |
| 9/30/2024 | Leonard Banner | $ 20,000 |
| 10/17/2024 | Leonard Banner | $ 282,000 |
| 10/21/2024 | Leonard Banner | $ 15,000 |
| 10/28/2024 | Leonard Banner | $ 11,000 |
| 11/12/2024 | Leonard Banner | $ 20,000 |
| 11/21/2024 | Leonard Banner | $ 5,000 |
| 12/2/2024 | Leonard Banner | $ 12,000 |
| 12/2/2024 | Leonard Banner | $ 15,000 |
| 12/13/2024 | Leonard Banner | $ 22,000 |
| 12/18/2024 | Leonard Banner | $ 3,000 |
| 12/23/2024 | Leonard Banner | $ 10,000 |
| 12/30/2024 | Leonard Banner | $ 15,000 |
| 12/30/2024 | Leonard Banner | $ 11,000 |
| 1/15/2025 | Leonard Banner | $ 30,000 |
| 1/27/2025 | Leonard Banner | $ 11,000 |
| 1/27/2025 | Leonard Banner | $ 20,000 |
| 2/3/2025 | Leonard Banner | $ 12,000 |
| 2/18/2025 | Leonard Banner | $ 25,000 |
| 2/28/2025 | Leonard Banner | $ 15,000 |
| 3/3/2025 | Leonard Banner | $ 20,000 |
| 3/26/2025 | Leonard Banner | $ 8,000 |
| 3/28/2025 | Leonard Banner | $ 21,000 |
| 3/28/2025 | Leonard Banner | $ 8,000 |
| 4/17/2025 | Leonard Banner | $ 10,000 |
| 4/25/2025 | Leonard Banner | $ 20,000 |
| 5/2/2025 | Leonard Banner | $ 10,000 |
| 5/13/2025 | Leonard Banner | $ 25,000 |
| 5/28/2025 | Leonard Banner | $ 25,000 |
| 6/27/2025 | Leonard Banner | $ 35,000 |
| 7/1/2025 | Leonard Banner | $ 7,000 |
| 7/8/2025 | Leonard Banner | $ 32,500 |
| 8/8/2025 | Leonard Banner | $ 12,000 |
| 8/8/2025 | Leonard Banner | $ 8,200 |
| 8/29/2025 | Leonard Banner | $ 25,000 |
| 9/3/2025 | Leonard Banner | $ 10,200 |
| Plus W2 | | $ 104,000 |
| | | $ 946,400 |