| Date | Beneficiary | Amount | Beneficiary |
|---|---|---:|---|
| 12/4/2024 | Michael Postal | $ 2,500 | Jeff Cohen |
| 12/9/2024 | Michael Postal | $ 35,000 | James R Cudney II |
| 12/10/2024 | Michael Postal | $ 35,000 | James R Cudney II |
| 12/20/2024 | Michael Postal | $ 2,500 | Jeff Cohen |
| 1/2/2025 | Michael Postal | $ 59,189 | Kim Sperling |
| 1/21/2025 | Michael Postal | $ 12,500 | Anjon Jones |
| 1/31/2025 | Michael Postal | $ 12,500 | Anjon Jones |
| 1/31/2025 | Michael Postal | $ 2,500 | Jeff Cohen |
| 2/6/2025 | Michael Postal | $ 20,000 | Anjon Jones |
| 2/13/2025 | Michael Postal | $ 2,000 | Anjon Jones |
| 2/21/2025 | Michael Postal | $ 5,000 | Anjon Jones |
| 2/28/2025 | Michael Postal | $ 12,500 | Anjon Jones |
| 2/28/2025 | Michael Postal | $ 2,500 | Jeff Cohen |
| 3/7/2025 | Michael Postal | $ 15,600 | James R Cudney II |
| 3/28/2025 | Michael Postal | $ 2,500 | Jeff Cohen |
| 3/31/2025 | Michael Postal | $ 12,500 | Anjon Jones |
| 4/3/2025 | Michael Postal | $ 2,000 | Anjon Jones |
| 4/10/2025 | Michael Postal | $ 6,330 | James R Cudney II |
| 4/24/2025 | Michael Postal | $ 1,500 | Anjon Jones |
| 4/29/2025 | Michael Postal | $ 14,500 | Anjon Jones |
| 5/13/2025 | Michael Postal | $ 10,000 | Anjon Jones |
| 5/29/2025 | Michael Postal | $ 12,500 | Anjon Jones |
| 5/29/2025 | Michael Postal | $ 7,500 | James R Cudney II |
| 5/29/2025 | Michael Postal | $ 5,000 | Jeff Cohen |
| 6/6/2025 | Michael Postal | $ 12,000 | Anjon Jones |
| 6/13/2025 | Michael Postal | $ 5,000 | Anjon Jones |
| 6/18/2025 | Michael Postal | $ 7,500 | James R Cudney II |
| 6/18/2025 | Michael Postal | $ 5,000 | Anjon Jones |
| 6/25/2025 | Michael Postal | $ 1,500 | Jeff Cohen |
| 6/27/2025 | Michael Postal | $ 7,500 | Anjon Jones |
| 7/1/2025 | Michael Postal | $ 7,000 | Anjon Jones |
| 7/25/2025 | Michael Postal | $ 20,000 | Anjon Jones |
| 7/25/2025 | Michael Postal | $ 1,500 | Jeff Cohen |
| 7/31/2025 | Michael Postal | $ 15,500 | Anjon Jones |
| 8/14/2025 | Michael Postal | $ 2,000 | Anjon Jones |
| 8/21/2025 | Michael Postal | $ 8,000 | Anjon Jones |
| 8/21/2025 | Michael Postal | $ 1,500 | Jeff Cohen |
| 8/29/2025 | Michael Postal | $ 14,500 | Anjon Jones |
| Plus W2 | | $ 104,000 | |
| | | $ 506,119 | |