UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

**Banners of Abingdon LLC et al.,**　　　　　　　　　Case No. 25-378-ELG
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

　　　**Debtors.**

## NOTICE OF APPEARANCE

The Law Offices of David A. Greer, PLC, by its principal, David A. Greer, hereby gives notice of its appearance as attorney for Monticello Marketplace Associates, L.L.C., and Suffolk Shopping Center Associates, LLC, each a creditor and party in interest in this bankruptcy case, and a lessor of commercial real estate under an unexpired lease.

Request is hereby made for service of all notices and pleadings and other materials filed in this proceeding. Such notices should be sent to the following; e-mail is acceptable:

David A. Greer, Esquire
The Law Offices of David A. Greer PLC
500 East Main Street, Suite 1225
Norfolk, VA  23510
dgreer@davidgreerlaw.com
Telephone:  757-227-5155
Facsimile:  757-227-5158

THE LAW OFFICES OF DAVID A. GREER, PLC

October 15, 2025　　　　　　　　　　　/s/ David A. Greer
　　　　　　　　　　　　　　　　　　　　David A. Greer

---

1 The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing *Notice of Appearance* will be served via electronic service to all parties on the Court's electronic service list this 15th day of October, 2025.

                          /s/David A. Greer
                            David A. Greer

David A. Greer (VSB #24128)
The Law Offices of David A. Greer, PLC
500 East Main Street, Suite 1225
Norfolk, VA  23510
Telephone:  (757) 227-5155
Facsimile:  (757) 227-5158
Email:  Dgreer@davidgreerlaw.com
*Attorney for Listed Landlords*

P: docs/hallmarkall/NOA