# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

Banners of Abingdon, LLC., *et al.*,[1]

        Debtors.

Case No. 25-00378-ELG

Chapter 11 (Jointly Administered)

### UNITED STATES TRUSTEE'S WITNESS LIST
### FOR OCTOBER 22, 2025 HEARING ON MOTION TO DISMISS
### BANNERS OF ABINGDON, LLC
### AND TRANSFER OR DISMISS ALL REMAINING CASES

Matthew W. Cheney, Acting United States Trustee for Region 4, by and through his undersigned counsel, provides the following list of witnesses regarding his Motion to Dismiss Banners of Abingdon, LLC and Transfer or Dismiss all remaining Cases:

1.      List of Witnesses the U.S. Trustee may call if need arises.

    A.  Michael Postal, Debtor Designee

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

Michael T. Freeman, Esq., AUST
Kristen L. Eustis, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176

2.      The U.S. Trustee reserves the right to call any additional witnesses identified or called by the Debtor or any other party in interest, and the right to call any additional witnesses as identified or as otherwise necessary as impeachment or rebuttal witnesses.

Date: October 16, 2025

MATTHEW W. CHENEY
Acting United States Trustee for Region 4

By: /s/ Kenneth N. Whitehurst, III

Kenneth N. Whitehurst, III, Esq.
Assistant U.S. Trustee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2025, I caused a true and correct copy of the foregoing

to be served electronically upon all parties that have opted to receive notice via NextGen CM/ECF

in this case.

<u>/s/ Kenneth N. Whitehurst, III</u>