# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re: | |
|---|---|
| Banners of Abingdon, LLC., *et al.*,[1] <br> Debtors. | Case No. 25-00378-ELG <br> Chapter 11 (Jointly Administered) |

## UNITED STATES TRUSTEE'S EXHIBIT LIST
## FOR OCTOBER 22, 2025 HEARING ON MOTION TO DISMISS
## BANNERS OF ABINGDON, LLC
## AND TRANSFER OR DISMISS ALL REMAINING CASES

Matthew W. Cheney, Acting United States Trustee for Region 4, by and through his undersigned counsel, provides the following list of exhibits regarding his Motion to Dismiss Banners of Abingdon, LLC and Transfer or Dismiss all remaining Cases:

| **Exhibit** | **Identified** | **Admitted** | **Description** |
|---|---|---|---|
| 1. | | | Voluntary Petition (Dkt. 1) |
| 2. | | | Schedules (Dkt. 88) |
| 3. | | | Statement of Financial Affairs (Dkt. 91) |
| 4. | | | Banners Hallmark Website: https://www.bannershallmark.com/pages/contact-us |
| 5. | | | Photograph: 443 Frederick Road, Gaithersburg, MD |
| 6. | | | Maryland Articles of Organization: Banners of Abingdon, LLC |

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

| | |
|---|---|
| Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919 <br> Office of the U.S. Trustee <br> 200 Granby Street, Room 625 <br> Norfolk, VA  23510 <br> (757) 441-6012 | Michael T. Freeman, Esq., AUST <br> Kristen L. Eustis, Esq. <br> Office of the U.S. Trustee <br> 1725 Duke Street, Suite 650 <br> Alexandria, VA 22314 <br> (703) 557-7176 |

| | | | |
|---|---|---|---|
| 7. | | | Maryland Articles of Cancellation (August 29, 2025): Banners of Abingdon, LLC |
| 8. | | | Washington DC Registration of Foreign Entity (August 31, 2025): Banners of Abingdon, LLC |
| 9. | | | Maryland Resolution to Change Registered Agent (August 26, 2025): LBPO Management LLC |
| 10. | | | Maryland Resolution to Change Registered Agent (August 26, 2025): A&S, Inc. |
| 11. | | | Virginia State Corporation Commission Business Entity Search Summary showing "Banners of" entities and their Principal Place of Business |

The U.S. Trustee reserves the right to amend, correct or supplement this list prior to the hearing on its Motion if circumstances warrant. The U.S. Trustee further reserves the right to use any exhibit identified by the Debtor or other parties in interest and to submit additional exhibits for impeachment and/or rebuttal purposes.

Date: October 16, 2025                MATTHEW W. CHENEY
                                      Acting United States Trustee for Region 4

                                      By: /s/ Kenneth N. Whitehurst, III

                                      Kenneth N. Whitehurst, III, Esq.
                                      Assistant U.S. Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, I caused a true and correct copy of the foregoing to be served electronically upon all parties that have opted to receive notice via NextGen CM/ECF in this case.

<u>/s/ Kenneth N. Whitehurst, III</u>