**Fill in this information to identify the case:**

Debtor name    Banners of Abingdon LLC

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   1:25-bk-378

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended Schedule _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 13, 2025     **X** /s/  Michael Postal
                                Signature of individual signing on behalf of debtor

                                Michael Postal
                                Printed name

                                Authorized Agent
                                  Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Banners of Abingdon LLC

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:25-bk-378

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................   $ _____0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................   $ ___9,570,285.41

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................   $ ___9,570,285.41

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ ___15,104,089.81

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................   +$ ___5,100,775.77

4.   **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b     $ ___20,204,865.58

**Fill in this information to identify the case:**

Debtor name    Banners of Abingdon LLC

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:25-bk-378

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Capital One (in name of Banner Management Corp) | | | $15,471.01 |
| 3.2. | Truist (in name of 74 Store Management LLC) | | | $9,687.34 |
| 3.3. | Bank of America (in name of LBPO Management LLC) | | | $3,789.03 |
| 3.4. | PNC (in name of Banners of Long Gate LLC) | | | $8,171.15 |
| 3.5. | M&T (in name of LBPO Management LLC) | | | $4,334.66 |
| 3.6. | Burke and Herbert (in name of LBPO Management LLC) | | | $2,250.63 |
| 3.7. | BayPort Credit Union (in name of Banners of York River LLC) | | | $1,840.56 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.8. | Sandy Spring Bank (now known as Atlantic Union Bank) - Held in name of LBPO Management, LLC | Checking | | $335,053.19 |
| 3.9. | PNC Bank (held in name of LBPO Management LLC) | | | $18,753.86 |

**4.** **Other cash equivalents** *(Identify all)*

| | | | | |
|---|---|---|---|---|
| 4.1. | Divvy Prepaid Credit Card (in name of LBPO Management, LLC) | | | $94,041.98 |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$493,393.41

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** Hallmark product inventory (see attached list) | | $4,691,360.00 | | $4,691,360.00 |

| Debtor | Banners of Abingdon LLC | | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Non-Hallmark product inventory (see attached list) | | $3,215,635.00 | $3,215,635.00 |

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**

Add lines 19 through 22.    Copy the total to line 84.

$7,906,995.00

**24.**    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** <br> Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk | $0.00 | | $1,911.00 |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G) | $0.00 | | $800,000.00 |
| Approximately 10-15 computers, approximately 40-45 printers, printing paper and ink, label printers, approx. four desks and chairs not present in stores, paperclips, staples and staplers, pens, notepads, and other de minimis value computer and office accessories | $0.00 | | $9,500.00 |

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

$811,411.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  2023 Hyundai Santa Fe | $0.00 | | $21,766.00 |
| 47.2.  2023 Isuzu Truck | $0.00 | | $15,000.00 |
| 47.3.  2022 Hyundai Santa Fe | $0.00 | | $18,061.00 |
| 47.4.  2022 Hyundai Santa Fe | $0.00 | | $17,238.00 |
| 47.5.  2024 Kona | $0.00 | | $30,788.00 |
| 47.6.  2025 Hyundai Tucson | $0.00 | | $29,837.00 |
| 47.7.  2023 Range Rover | $0.00 | | $68,317.00 |
| 47.8.  2024 Ram Promaster | $0.00 | | $45,059.00 |
| 47.9.  2023 Hyundai Santa Fe | $0.00 | | $21,727.00 |
| 47.10.  2024 Hyundai Kona | $0.00 | | $26,111.00 |
| 47.11.  2019 Jeep Renegade | $0.00 | | $9,264.00 |
| 47.12.  2025 Hyundai Santa Fe | $0.00 | | $36,671.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.13. | 2023 Hyundai Santa Fe | $0.00 | $18,646.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

   Add lines 47 through 50.   Copy the total to line 87.

   $358,485.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☒ No.   Go to Part 10.
   ☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.   Go to Part 11.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** https://www.bannershallmark.com/ | $0.00 | | $1.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $1.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No

| Debtor | Banners of Abingdon LLC | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
The debtors believe they likely hold claims against one or more third parties, including one or more of the debtors having rights stemming from the sale of various retail locations in Maryland and elsewhere. These rights will continue to be assessed on as go-forward basis by the debtors and their counsel.                                                Unknown

**Nature of claim**
**Amount requested**                    $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**                                                $0.00

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number *(If known)* | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

<div style="background:black;color:white;">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $493,393.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,906,995.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $811,411.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $358,485.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,570,285.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,570,285.41 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Banners of Abingdon LLC

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   1:25-bk-378

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

Part 1: **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** Ally | Describe debtor's property that is subject to a lien<br>2024 Ram Promaster | | $45,059.13 | $45,059.00 |

Creditor's Name

Po Box 380902
Minneapolis, MN 55438

Creditor's mailing address

Describe the lien
Purchase Money Security

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** Crown MAC | Describe debtor's property that is subject to a lien<br>Hallmark product inventory (see attached list); Non-Hallmark product inventory (see attached list); Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk; Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G); https://www.bannershallmark.com/ | | $5,350,168.00 | $8,708,907.00 |

Creditor's Name

7619 Sheridan Rd
Kenosha, WI 53143

Creditor's mailing address

Describe the lien

nancy.warmoth@fs-llc.com

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| 1. Hallmark Marketing Company LLC | ☐ Unliquidated |
| 2. PNC Bank NA | ☐ Disputed |
| 3. Crown MAC | |

---

| 2.3 | Hallmark Marketing Company LLC | | $6,436,457.00 | $8,708,907.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | Hallmark product inventory (see attached list); Non-Hallmark product inventory (see attached list); Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk; Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G); https://www.bannershallmark.com/ | | |
| | Gold Crown Administration 2501 McGee Kansas City, MO 64141 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.2 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | Hyundai Motor Finance | | $190,069.84 | $220,845.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | 2023 Hyundai Santa Fe; 2022 Hyundai Santa Fe; 2022 Hyundai Santa Fe; 2024 Kona; 2025 Hyundai Tucson ; 2023 Hyundai Santa Fe; 2024 Hyundai Kona; 2025 Hyundai Santa Fe; 2023 Hyundai Santa Fe | | |
| | PO Box 650805 Dallas, TX 75265 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Purchase Money Security | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☒ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.5 | Land Rover Financial Group | **Describe debtor's property that is subject to a lien** | $67,661.84 | $68,317.00 |
|---|---|---|---|---|

Creditor's Name

c/o Chase
PO Box 650351
Dallas, TX 75265

2023 Range Rover

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | PNC Bank NA | **Describe debtor's property that is subject to a lien** | $3,014,674.00 | $8,735,832.01 |
|---|---|---|---|---|

Creditor's Name

PNC (in name of Banners of Long Gate LLC); PNC Bank (held in name of LBPO Management LLC); Hallmark product inventory (see attached list); Non-Hallmark product inventory (see attached list); Desks (one per store, being sole non-inventory item in each store being asserted to not be as fixture and, as such, to not be an asset of the correlative landlord) - 39 desks at $49.00 per desk; Point of sale systems (some owned - which are scheduled here - while others are leased and shown on Schedule G); https://www.bannershallmark.com/

130 South Bond Street
Bel Air, MD 21014

Creditor's mailing address

**Describe the lien**

steven.chambers@pnc.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$15,104,089.81

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Banners of Abingdon LLC

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:25-bk-378

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Commonwealth of Virginia<br>1957 Westmoreland Street<br>Richmond, VA 23230 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address<br>DC Office of Tax and Revenue<br>1101 4th St., SW<br>#270<br>Washington, DC 20024 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|--------|-------------------------|------------------------|-------------|
|        | Name                    |                        |             |

| 2.4 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|-----|----|----|----|----|

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>301 MM LLC<br>5324 43Rd St Nw<br>Washington, DC 20015 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|-----|----|----|----|
| | **Date(s) debt was incurred** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>Alarm Services of Maryland Inc<br>PO Box 6334<br>Ellicott City, MD 21042 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,834.55 |
|-----|----|----|----|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>Alexis Hairston<br>12401 Brickyard Blvd<br>1028<br>Beltsville, MD 20705 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,446.25 |
|-----|----|----|----|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>Alexis Peres<br>6660 Upland Circle<br>Fayetteville, PA 17222 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $918.00 |
|-----|----|----|----|
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Allied Products<br>1420 Kansas Avenue<br>Kansas City, MO 64127 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,005.68 |
|-----|----|----|----|
| | **Date(s) debt was incurred** 10/14/2024 | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** 3866 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>American Mills<br>2806 W Lake of the Isles Pkwy<br>Minneapolis, MN 55416 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,764.00 |
|-----|----|----|----|
| | **Date(s) debt was incurred** 01/17/2025 | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | $157,439.68 |
| | American Paper   Plastic Company | |
| | 19 Kiesland CT | |
| | Hamilton, OH 45015 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | $1,018.75 |
| | Angela Earhart | |
| | 26431 Eleys Ford Road | |
| | Richardsville, VA 22736 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | $1,176.00 |
| | Angela Morris | |
| | 54 Kite Pl | |
| | Waynesboro, VA 22980 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | $1,101.00 |
| | Angela Thomas | |
| | 1420 Barnett St | |
| | Rock Hill, SC 29732 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | $1,165.00 |
| | Angie Blasco | |
| | 2002 Regency Drive | |
| | Suffolk, VA 23434 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | $1,049.63 |
| | Anita Cook | |
| | 56 Wildcat Cove | |
| | Waynesboro, VA 22980 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | $11,260.21 |
| | Annapolis Harbour Center Associates LLC | |
| | co Lerner Corp | |
| | 2000 Tower Oaks Blvd 8th Floor | |
| | Rockville, MD 20852-4208 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | $2,135.00 |
| | Anne Folio | |
| | 8460 Angwin Place | |
| | Charlotte, NC 28262 | |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | **Nonpriority creditor's name and mailing address**
Antoinette Wilson
2658 Wintergreen Road
Cove City, NC 28523

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,276.25

---

**3.16** | **Nonpriority creditor's name and mailing address**
Appriss Retail DBA Sysrepublic Inc
PO Box 639138
Cincinnati, OH 45263-9138

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$21,000.00

---

**3.17** | **Nonpriority creditor's name and mailing address**
Ashburn Village Center LLC
co Saul Holdings LP
PO Box 38042
Baltimore, MD 21297-8042

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$618.13

---

**3.18** | **Nonpriority creditor's name and mailing address**
Ashers Chocolate
PO Box 950001875
Philadelphia, PA 19195-1875

**Date(s) debt was incurred** 06/17/2025
**Last 4 digits of account number** 2841

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,569.26

---

**3.19** | **Nonpriority creditor's name and mailing address**
Aurora World Inc
8820 Mercury Lane
Pico Rivera, CA 90660

**Date(s) debt was incurred** 01/10/2025
**Last 4 digits of account number** 4140

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$58,114.56

---

**3.20** | **Nonpriority creditor's name and mailing address**
Avanti Press
PO Box 67000
Dept 210401
Detroit, MI 48267-2104

**Date(s) debt was incurred** 02/10/2025
**Last 4 digits of account number** 5216

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$50,021.36

---

**3.21** | **Nonpriority creditor's name and mailing address**
Azya Williams
1422 Larkview Drive
Virginia Beach, VA 23454

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,630.00

---

**3.22** | **Nonpriority creditor's name and mailing address**
Backd Finwise
1949 S IH 35 Frontage Rd
Austin, TX 78760

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$900,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|
| | Bedford Window Cleaning Co | ☐ Contingent | |
| | 308 Jane Randolph St | ☐ Unliquidated | |
| | Forest, VA 24551 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,316.48 |
|---|---|---|---|
| | Benjamin Office Supply Services inc | ☐ Contingent | |
| | 758 E GUDE DRIVE | ☐ Unliquidated | |
| | ROCKVILLE, MD 20850 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,244.00 |
|---|---|---|---|
| | Bissingers Handcrafted Chocolatier | ☐ Contingent | |
| | 5025 PATTISON AVE | ☐ Unliquidated | |
| | SAINT LOUIS, MO 63110 | ☐ Disputed | |
| | **Date(s) debt was incurred** 05/06/2025 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4078 | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.25 |
|---|---|---|---|
| | Brenda Antoniak | ☐ Contingent | |
| | 49 Woodbine Drive | ☐ Unliquidated | |
| | Colonial Beach, VA 22443 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.00 |
|---|---|---|---|
| | Briana Stanley | ☐ Contingent | |
| | 6227 heather glen dr | ☐ Unliquidated | |
| | Suffolk, VA 23435 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,779.34 |
|---|---|---|---|
| | Bull Run Plaza Llc | ☐ Contingent | |
| | PO Box 25097 | ☐ Unliquidated | |
| | Tampa, FL 33622 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.87 |
|---|---|---|---|
| | Bull Run Plaza LLC      water | ☐ Contingent | |
| | 8405 Greensboro Dr Ste 830 | ☐ Unliquidated | |
| | Mc Lean, VA 22102 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,503.77 |
|---|---|---|---|
| | BurkeTown Plaza LLC | ☐ Contingent | |
| | PO BOX 30344 | ☐ Unliquidated | |
| | TAMPA, FL 33630-3344 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,680.00 |
|---|---|---|---|

Calvin Lopez
7704 Notees Ln
Kernersville, NC 27284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,871.84 |
|---|---|---|---|

Cannon Hill Logistics
PO BOX 3851
FREDERICK, MD 21705-3851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _2435_

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $596.00 |
|---|---|---|---|

Carpet and Vacuum Expo
7715 Tuckerman Lane
Potomac, MD 20854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45,063.45 |
|---|---|---|---|

Carson Home Accents
189 Foreman Road
Freeport, PA 16229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _01/09/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _7471_

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $128,011.94 |
|---|---|---|---|

Caspari Inc
99 Cogwheel Lane
Seymour, CT 06483

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/29/2024_

**Basis for the claim:** _

**Last 4 digits of account number** _2757_

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,485.00 |
|---|---|---|---|

Cathy Dickinson
402 E 11Th Avenue
Ranson, WV 25438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,911.25 |
|---|---|---|---|

Cathy Jager
2103 Deer Meadow Lane
Midlothian, VA 23112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,132.00 |
|---|---|---|---|

Chastity Carr
2408 Timberland Hills DR
Newton, NC 28658

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?　☒ No　☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|--------|-------------------------|------------------------|-------------|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>Cher Lake<br>327 Maryland Avenue<br>Portsmouth, VA 23707 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,782.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>Cheryl Crum<br>1511 Regency Woods Road<br>101<br>Henrico, VA 23238 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,630.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>Cheryl Domingue<br>123 Glenwood Rd<br>Hampton, VA 23669 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,275.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Cheryl Murphy<br>306 Jordan Crossing Ave<br>Jamestown, NC 27282 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,630.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Christian Everett<br>9119 Manchester Rd<br>311<br>Silver Spring, MD 20901-4137 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $831.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Christina OKeefe<br>5225 Lowery Downs<br>Virginia Beach, VA 23464 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,423.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>City of Fredericksburg<br>City Treasurer<br>PO BOX 644   City Hall<br>Fredericksburg, VA 22404-0644 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,788.78 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,628.12**
City of Newport News
Marty G Eubank Treasurer
City of Newport News
PO BOX 975
Newport News, VA 23607-0975

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,533.80**
City of Virginia Beach CO Banners Hallm
Commissioner Of The Revenue City Hall
2401 Courthouse Drive
Virginia Beach, VA 23456-9002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8523

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,461.78**
Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.30**
Complete Solutions   Sourcing
PO Box 5383
Deptford, NJ 08096

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6036

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,244.00**
Corporate Services Consultants LLC
1015 N Gay St
PO Box 1048
Dandridge, TN 37725

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$274.84**
Cosners Corner Owners Assoc
Attn CBC Property Management
990 Bragg Road
Fredericksburg, VA 22407

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,058.54**
Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address**
Crossroads Original Designs dba Blossom
115 Crossroads Boulevard
Bucyrus, OH 44820

**Date(s) debt was incurred** 09/27/2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$53,059.20

---

**3.54** | **Nonpriority creditor's name and mailing address**
Crystal Hill
4796 First Court Road
Virginia Beach, VA 23455

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,378.13

---

**3.55** | **Nonpriority creditor's name and mailing address**
Cynthia Williams
4752 Westland
apt B
Halethorpe, MD 21227

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$848.75

---

**3.56** | **Nonpriority creditor's name and mailing address**
Dania Contreras
14478 Rustling Leaves Lane
Centreville, VA 20121

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$984.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
Danielle Cutlip
3133 Copenhaver RD
Street, MD 21154

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$2,100.00

---

**3.58** | **Nonpriority creditor's name and mailing address**
Danielle Santamore
53 Creekstone Drive
Newport News, VA 23603

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$585.63

---

**3.59** | **Nonpriority creditor's name and mailing address**
Deana Bonilla
8414 vision ln
Walkersville, MD 21793

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,012.38

---

**3.60** | **Nonpriority creditor's name and mailing address**
Debbie Stout
712 Ontario Street
Havre de Grace, MD 21078

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$918.00

---

| Debtor | Banners of Abingdon LLC | Case number *(if known)* | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.61**

**Nonpriority creditor's name and mailing address**
Dede Cole
344 Donald Circle
Forest Hill, MD 21050

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$1,471.25

---

**3.62**

**Nonpriority creditor's name and mailing address**
Demdaco
PO Box 803314
Kansas City, MO 64180-3314

**Date(s) debt was incurred** 06/18/2025
**Last 4 digits of account number** 1130

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$82,433.96

---

**3.63**

**Nonpriority creditor's name and mailing address**
Designer Greetings Inc
PO Box 1477
Edison, NJ 08818

**Date(s) debt was incurred** 09/16/2024
**Last 4 digits of account number** 0053

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$38,542.39

---

**3.64**

**Nonpriority creditor's name and mailing address**
Divaris   Ridge shopping Center Owner LL
4525 Main Street
Suite 900
Virginia Beach, VA 23462

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$8,000.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
Donna Donlin
20162 Braeton Bay Terr
Apt 103
Ashburn, VA 20147

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$893.38

---

**3.66**

**Nonpriority creditor's name and mailing address**
Donna Najibi
504 Lake Vista Drive
Forest, VA 24551

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$1,109.00

---

**3.67**

**Nonpriority creditor's name and mailing address**
DuraSeal Inc
PO Box 743
Forest, VA 24551

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$15,161.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
E   S Pets
725 Broadway Ave
Holbrook, NY 11741

**Date(s) debt was incurred** 02/03/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No  ☐ Yes

$50,733.75

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

Ed Scott
235 Mary Jane Lane
Bel Air, MD 21015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,147.13**

Ela Wilson
3200 Grumman Sq
203
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$854.00**

Else Koprowicz
128 Maloy Dr
Winchester, VA 22602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,614.38**

Emilee Pratt
551 Greenbriar Drive
Culpeper, VA 22701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,741.00**

Enesco LLC
500 Park Boulevard Ste 1300
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/17/2025

**Last 4 digits of account number** 3262

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,190.75**

Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260-2961

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/14/2025

**Last 4 digits of account number** 3423

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,141.91**

Expressive Design Group Inc
49 Garfield St
Holyoke, MA 01040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/16/2024

**Last 4 digits of account number** 0102

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.85**

Fahlo LLC
201 Chatham St
Suite 2
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/04/2024

**Last 4 digits of account number** ___

Basis for the claim: ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,603.05 |
|---|---|---|---|

Fair City HHH LLC
225 Asylum Street
15th Floor
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,325.91 |
|---|---|---|---|

Fair Lakes Center Associates II LC
PO Box 646001
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0702

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,463.50 |
|---|---|---|---|

Fairfax Company of Virginia LLC
co Olshan Properties
PO BOX 67338
Newark, NJ 07101-4007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 7699

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,999.97 |
|---|---|---|---|

Fairfield Shopping Center
NMPC4 Fairfield SC LLC
co New Market Properties LLC
3284 Northside Pkwy Ste 515
Atlanta, GA 30327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $880.25 |
|---|---|---|---|

Farrah Howard
2254 48th Street NW
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187.83 |
|---|---|---|---|

Federal Realty Kingstowne storage
Lockbox 3426
PO Box 8500
Philadelphia, PA 19178-3426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00 |
|---|---|---|---|

Federal Realty OP LPSpecialty Leasing
PO Box 8500
Lockbox 3426
Philadelphia, PA 19178-3426

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.84** | Nonpriority creditor's name and mailing address
Federal Realty Virginia Gateway Plaza I
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-9320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$19,853.67

---

**3.85** | Nonpriority creditor's name and mailing address
Federal RealtyKingstowne Shopping Cente
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-8500

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1105

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$40,940.26

---

**3.86** | Nonpriority creditor's name and mailing address
FedEx Express
PO Box 371461
Pittsburgh, PA 15250-7461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$39,791.84

---

**3.87** | Nonpriority creditor's name and mailing address
Fishers Popcorn of Delaware Inc
37081 Coastal Hwy
Fenwick Island, DE 19944

**Date(s) debt was incurred** 07/10/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$18,718.88

---

**3.88** | Nonpriority creditor's name and mailing address
Foulston
1551 N Waterfront Parkway Suite 100
Wichita, KS 67206-4466

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8055

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$8,513.22

---

**3.89** | Nonpriority creditor's name and mailing address
Fragrances of Ireland
668 N Coast Hwy Suite 1207
Laguna Beach, CA 92651-1513

**Date(s) debt was incurred** 07/16/2025

**Last 4 digits of account number** BA58

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$33,555.49

---

**3.90** | Nonpriority creditor's name and mailing address
Ganz USA LLC
PO Box 530
Buffalo, NY 14240-0530

**Date(s) debt was incurred** 02/12/2025

**Last 4 digits of account number** 4000

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$177,207.63

---

**3.91** | Nonpriority creditor's name and mailing address
Godiva Chocolatier Inc
PO Box 74008044
Chicago, IL 60674-8044

**Date(s) debt was incurred** 04/29/2025

**Last 4 digits of account number** 4098

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$213,072.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address<br>Graphique<br>9 State Street<br>Woburn, MA 01801 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,409.92 |
|---|---|---|---|
| | Date(s) debt was incurred  08/13/2025 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address<br>Greta Wagner<br>4 Helen Drive<br>Newport News, VA 23602 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,643.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address<br>Guardian Life Insurance<br>PO Box 824454<br>Philadelphia, PA 19182-4454 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $419.14 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  9458 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address<br>H2O To Go<br>5821 Ward Court<br>Virginia Beach, VA 23455 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18.68 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address<br>Hailey Hartley<br>516 Northwood Circle<br>Cross Junction, VA 22625 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,435.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address<br>Harford Mall Business Trust<br>CBL 0623<br>PO Box 955607<br>Saint Louis, MO 63195 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address<br>Heather Grizzle<br>14 Jefferson Drive<br>Potomac Falls, VA 20165 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,012.38 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address<br>Heather Hanson<br>105 W Myrtle St<br>Alexandria, VA 22301 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,013.25 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,943.00 |
|---|---|---|---|
| | Heather Salyer<br>217 Capital Lane<br>Forest, VA 24551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|
| | Hilary Snyder<br>6409 Deerskin Drive<br>Fredericksburg, VA 22407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.38 |
|---|---|---|---|
| | Hilary Snyder<br>6409 Deerskin Drive<br>Fredericksburg, VA 22407 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | Hill Management Services Inc<br>11350 McCormick Road<br>EP III Suite 301<br>Hunt Valley, MD 21031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _7102_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,815.00 |
|---|---|---|---|
| | Husteads Canvas Creations Inc<br>628 W 24th Street<br>Norfolk, VA 23517 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,336.55 |
|---|---|---|---|
| | IF USA LLC<br>4350 Bryson Blvd<br>Florence, AL 35630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _02/09/2025_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _6311_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,412.71 |
|---|---|---|---|
| | Intelex USA<br>105 Prairie Lakes Road<br>Unit C<br>East Dundee, IL 60118-9137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _06/16/2025_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _6319_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|
| | Itria Ventures LLC<br>co Corporation Service Company<br>251 Little Falls Grove<br>Wilmington, DE 19808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|--------|-------------------------|------------------------|-------------|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,139.38 |
|-------|---|---|---|

Jackie Fillmore
11320 Winston
Newport News, VA 23601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,418.00 |
|-------|---|---|---|

James Long
12624 Terrymill Drive
Herndon, VA 20170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00 |
|-------|---|---|---|

Janice Barry
7848 Milkshed Pl
Elkridge, MD 21075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,100.00 |
|-------|---|---|---|

Janie Gabrielson
2155 Aspen Ridge Ct
Apt 204
Winston Salem, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,901.00 |
|-------|---|---|---|

Jennifer Hickman
4025 Palmetto Drive
Rock Hill, SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,101.00 |
|-------|---|---|---|

Jennifer McLellan
1739 Donlee Dr
Blacksburg, VA 24060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,300.00 |
|-------|---|---|---|

Jennifer Sheriff
10821 Buttercup Place
Apt 303
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,950.00 |
|-------|---|---|---|

Jennifer Smith
14822 Statler Dr
Woodbridge, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

Jennifer Smith
8019 Ashland Avenue
Apt 8
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,968.75 |
|---|---|---|---|

Jennifer Smith
14822 Statler Dr
Woodbridge, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,968.75 |
|---|---|---|---|

Jennifer Smith
8019 Ashland Avenue
Apt 8
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,256.00 |
|---|---|---|---|

Jessica Melone
4730 Baileys Lake Rd NW
NW apt 206
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.00 |
|---|---|---|---|

Jonathan Herold
8034 Mike Mundle Lane
Mechanicsville, VA 23111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,339.63 |
|---|---|---|---|

Julia Shultz
5506 Whitfield Court
Fairfax, VA 22031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

Julie Nilson
17055 Hampton Trace Road
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,206.00 |
|---|---|---|---|

Karen Kyle
5730 YEAGERTOWN RD
New Market, MD 21774

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,874.56 |
|---|---|---|---|
| | Karma | | |
| | 4302 Ironton Ave | ☐ Contingent | |
| | Lubbock, TX 79407 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 01/21/2025 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 11KA | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,487.50 |
|---|---|---|---|
| | Karolyn Stober | | |
| | 108 Chasewood Ct | ☐ Contingent | |
| | Vinton, VA 24179 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $919.00 |
|---|---|---|---|
| | Kathleen Nichols | | |
| | 3321 Lawrence Dr | ☐ Contingent | |
| | Carrsville, VA 23315 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,760.00 |
|---|---|---|---|
| | Kathy Carter | | |
| | 4072 Parkside Meadows Court | ☐ Contingent | |
| | Winston Salem, NC 27127 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $978.00 |
|---|---|---|---|
| | Katie Potee | | |
| | 2430 Brunswick Road | ☐ Contingent | |
| | Halethorpe, MD 21227 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $533.00 |
|---|---|---|---|
| | Katrina Guardado | | |
| | 333 South Glebe Road | | |
| | Apt 306 | ☐ Contingent | |
| | Arlington, VA 22204 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00 |
|---|---|---|---|
| | Kayla Racz | | |
| | 800 Greenbrier Court | ☐ Contingent | |
| | Edgewood, MD 21040 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.25 |
|---|---|---|---|
| | Kellyn Sutton | | |
| | 389 James Ct | ☐ Contingent | |
| | High Point, NC 27265 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.132** | **Nonpriority creditor's name and mailing address**
Kellytoy USA Inc
PO Box 738667
Dallas, TX 75373-8667

**Date(s) debt was incurred** 02/26/2025

**Last 4 digits of account number** 2415

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$67,924.08

---

**3.133** | **Nonpriority creditor's name and mailing address**
Ken Matthews Garden Center
4921 George Washington Hwy
Yorktown, VA 23692-2509

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$229.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
Kentlands Square LLC
7501 Wisconsin Avenue
Suite 1500e Attn Gilka Siles
Bethesda, MD 20814

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$30,588.29

---

**3.135** | **Nonpriority creditor's name and mailing address**
Keter Environmental Services Inc
PO Box 417468
Boston, MA 02241-7468

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,384.42

---

**3.136** | **Nonpriority creditor's name and mailing address**
Kiarra Goodman
14 Breezy Tree Ct
Apt D
Timonium, MD 21093

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$754.50

---

**3.137** | **Nonpriority creditor's name and mailing address**
Kim Peres
6660 Upland Circle
Fayetteville, PA 17222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,157.00

---

**3.138** | **Nonpriority creditor's name and mailing address**
Lanette Trimnell
301 Old Bell Rd
Charlotte, NC 28270

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$625.00

---

**3.139** | **Nonpriority creditor's name and mailing address**
Latifa Sahraoui
3940 Persimmon Drive
T1
Fairfax, VA 22031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$485.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

**3.140** Nonpriority creditor's name and mailing address
Laura Cole
344 Donald Circle
Forest Hill, MD 21050

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$533.00

---

**3.141** Nonpriority creditor's name and mailing address
Lauren James
6238 Satinwood Drive
Columbia, MD 21044

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$1,308.75

---

**3.142** Nonpriority creditor's name and mailing address
Lauren Payne
23 Longview Cir
Fishersville, VA 22939

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$803.00

---

**3.143** Nonpriority creditor's name and mailing address
Leesburg Plaza LLC
co Rappaport Management Company
8405 Greensboro Drive 8th Floor
McLean, VA 22102-5121

Date(s) debt was incurred _
Last 4 digits of account number  3547

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$49.10

---

**3.144** Nonpriority creditor's name and mailing address
Lenox Corporation
1414 Radcliffe Street
Bristol, PA 19007

Date(s) debt was incurred  10/03/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$7,177.14

---

**3.145** Nonpriority creditor's name and mailing address
Leonard Banner
1702 Captains Way
Jupiter, FL 33477

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$9,615.38

---

**3.146** Nonpriority creditor's name and mailing address
Leslie Nagy
143 Northway
Severna Park, MD 21146

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$848.75

---

**3.147** Nonpriority creditor's name and mailing address
Life is Good
48 Friars   Drive
Hudson, NH 03051

Date(s) debt was incurred  11/13/2024
Last 4 digits of account number  6398

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$40,658.53

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,184.08
Linde Gas   Equipment Inc formerly Praxa
PO Box 382000
Pittsburgh, PA 15250-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,086.00
Lisette Brosan
1414 point O woods
Arnold, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,440.00
Lori Sharpe
19 Forsythia Lane
Bear, DE 19701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $556.88
Lucy Mastantuono
5400 Sandy Point Lane
Clifton, VA 20124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,037.57
Lynchburg Rivercrest Realty
Lynchburg Wards Crossing LLC
PO Box 604049
Charlotte, NC 28260-4049

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,425.94
Macerich EQ Limited Partnership
SM Valley Mall LLC
Dept   880467
PO Box 29650
Phoenix, AZ 85038-9650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,303.66
Malden International Designs
19 Cowan Drive
Middleboro, MA 02346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  03/24/2025

**Last 4 digits of account number**  NNER

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $650.00
Marco Property Services
PO Box 4849
Midlothian, VA 23112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $937.50 |
| | Margaret Wilhoit | | |
| | 14605 Frisco Ct | ☐ Contingent | |
| | Woodbridge, VA 22193 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.00 |
| | Mary Peters | | |
| | 6401 Rock Forest Drive | ☐ Contingent | |
| | 205 | ☐ Unliquidated | |
| | Bethesda, MD 20817 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $984.38 |
| | Mary Stickney | | |
| | 8218 Green Ice Drive | ☐ Contingent | |
| | Pasadena, MD 21122 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,630.00 |
| | Mary Thompson | | |
| | 106 Split Oak Way | ☐ Contingent | |
| | New Bern, NC 28562 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $421.42 |
| | Mayflower Apple Blossom LP | | |
| | 14183 Collection Center Dr | ☐ Contingent | |
| | Chicago, IL 60693-0141 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** _8561_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
| | Mayflower Apple Blossom LP Storage | | |
| | Apple Blossom Mall Attn Management Offi | | |
| | 1850 Apple Blossom Dr | ☐ Contingent | |
| | Winchester, VA 22601 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** _N179_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,226.21 |
| | Mayflower Distributing Company Inc | | |
| | 1155 Medallion Drive | ☐ Contingent | |
| | Mendota Heights, MN 55120 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _02/14/2025_ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** _4794_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00 |
| | Mendy Pratt | | |
| | 551 Greenbriar Drive | ☐ Contingent | |
| | Culpeper, VA 22701 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.164** | **Nonpriority creditor's name and mailing address**
Meredith Chaney
10412 Old Bridge Lane
Charlotte, NC 28269

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,837.50

---

**3.165** | **Nonpriority creditor's name and mailing address**
Michael Postal
1801 16th Street NW
Apt 606
Washington, DC 20009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$5,769.23

---

**3.166** | **Nonpriority creditor's name and mailing address**
Michelle Alvarez
9515 Ashleyville Turn
Midlothian, VA 23112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$970.00

---

**3.167** | **Nonpriority creditor's name and mailing address**
Mike Vaccarelli
7694 Dorchester Blvd
Hanover, MD 21076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,426.25

---

**3.168** | **Nonpriority creditor's name and mailing address**
Monticello Marketplace
SL Nusbaum Realty Co
Escrow Agent for Monticello Marketplace
PO Box 3580
Norfolk, VA 23514-3580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$16,582.89

---

**3.169** | **Nonpriority creditor's name and mailing address**
MOWMentum
240 Hollywood Farm Road
Fredericksburg, VA 22405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$366.00

---

**3.170** | **Nonpriority creditor's name and mailing address**
Nicole Almeida
2050 Mount View Rd
Marriottsville, MD 21104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,426.25

---

**3.171** | **Nonpriority creditor's name and mailing address**
NYSLIFE
711 Ginesi Dr
Morganville, NJ 07751

**Date(s) debt was incurred** 07/29/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$30,607.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,133.30**

Oakton Limited Partnership LLP
Redwood Commercial Management
5900 Fort Drive Suite 400
Centreville, VA 20121-2413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,680.00**

Pascale Christiansen
500 Tunnel Court
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$266.00**

Paul DeRemigis
3 Banat Court
Baltimore, MD 21237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/17/2025

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,357.01**

PB Mares LLP
701 Town Center Dr Suite 900
Newport News, VA 23606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,312.50**

Penelope Lare
20819 Wallingford Square
104
Potomac Falls, VA 20165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$153.00**

Personnel Evaluation Inc Multi Sites
11138 W Greenfield Ave
Milwaukee, WI 53214-2362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,522.88**

Peter Pauper Press Inc
3 International Dr
Suite 310
Rye Brook, NY 10573-7501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/02/2024

**Basis for the claim:** _

Last 4 digits of account number  0247

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,478.77**

Piedmont Service Group
616 Industrial Avenue
Greensboro, NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,758.62 |
|---|---|---|---|
| | Pipp Mobile Storage Systems Inc<br>2966 WILSON NW<br>WALKER, MI 49544 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,383.18 |
|---|---|---|---|
| | Pomeroy Technologies LLC<br>PO Box 7410512<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,182.54 |
|---|---|---|---|
| | Potter   Company<br>1604 Hilltop West Shopping Center<br>STE 202<br>Virginia Beach, VA 23451 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $247.05 |
|---|---|---|---|
| | PR Valley LP   Water 58<br>PO BOX 373828<br>CLEVELAND, OH 44193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41,249.10 |
|---|---|---|---|
| | Precious Moments Company<br>4105 Chapel Road<br>Carthage, MO 64836 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 12/17/2024 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 3262 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,605.60 |
|---|---|---|---|
| | Primitives by Kathy<br>1817 William Penn Way<br>Lancaster, PA 17601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 01/17/2025 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4140 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,652.21 |
|---|---|---|---|
| | PRISA LHC LLC   Harbor View East<br>7 Giralda Farms<br>Madison, NJ 07940 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,980.99 |
|---|---|---|---|
| | Prisa LHC Llc Greenbrier Market Center<br>PRLHC Greenbrier MC 106818<br>PO Box 978500<br>Dallas, TX 75397-8500 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.188**

**Nonpriority creditor's name and mailing address**
Pumpernickel Press
508 jack enders
Berryville, VA 22611

**Date(s) debt was incurred** 08/15/2024

**Last 4 digits of account number** 2062

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$18,257.60

---

**3.189**

**Nonpriority creditor's name and mailing address**
Quilling Card LLC
47 Mellen St C1
Framingham, MA 01702

**Date(s) debt was incurred** 06/05/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,143.33

---

**3.190**

**Nonpriority creditor's name and mailing address**
Rain Jewelry Collection
460 Hillside Ave
Needham, MA 02494

**Date(s) debt was incurred** 01/06/2025

**Last 4 digits of account number** 1192

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$44,233.20

---

**3.191**

**Nonpriority creditor's name and mailing address**
Reston North Point Village LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$22,301.88

---

**3.192**

**Nonpriority creditor's name and mailing address**
Retirement Planners
7639 Leesburg Pike
Falls Church, VA 22043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,863.45

---

**3.193**

**Nonpriority creditor's name and mailing address**
Rhonda Kelley
756 Marvin Ave
Norfolk, VA 23518

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$970.00

---

**3.194**

**Nonpriority creditor's name and mailing address**
Rifle Paper Co
558 W New England Ave
Suite 150
Winter Park, FL 32789

**Date(s) debt was incurred** 05/02/2025

**Last 4 digits of account number** 4658

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$28,794.35

---

**3.195**

**Nonpriority creditor's name and mailing address**
Roanoke Cave Springs
CO Brixmor Property Group
PO BOX 645324
Cincinnati, OH 45264-5324

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1401

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$15,925.38

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.196** | **Nonpriority creditor's name and mailing address**
Rockstep Christiansburg LLC
782 New River Road
Christiansburg, VA 24073

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$9,657.56

---

**3.197** | **Nonpriority creditor's name and mailing address**
Rocky Mount Magnolia Real Estate and Ma
9525 Birkdale Crossing Drive
Huntersville, NC 28078

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$6,333.46

---

**3.198** | **Nonpriority creditor's name and mailing address**
Rollingwood SC TSCG
1945 Old Gallows Rd
Suite 300
Vienna, VA 22182

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$8,600.71

---

**3.199** | **Nonpriority creditor's name and mailing address**
Russell Stover
4900 Oak Street
Kansas City, MO 64112-2702

**Date(s) debt was incurred** 07/28/2025
**Last 4 digits of account number** 0510

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$17,229.69

---

**3.200** | **Nonpriority creditor's name and mailing address**
Samantha Chicas
18325 Lost Knife Circle
Apt 304
Montgomery Village, MD 20886

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$848.75

---

**3.201** | **Nonpriority creditor's name and mailing address**
Sana Farooqi
1863 Norhurst Way N
Catonsville, MD 21228

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,575.00

---

**3.202** | **Nonpriority creditor's name and mailing address**
Sara Pashaei
8401 PINEY POINT CT
MANASSAS, VA 20110

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$728.00

---

**3.203** | **Nonpriority creditor's name and mailing address**
Sarah Gordon
16 Lord Fairfax Drive
Fredericksburg, VA 22405

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

$573.75

---

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

**3.204** | **Nonpriority creditor's name and mailing address**
SCT Rio Hill LLC
Attn  TSCG
PO Box 6298
Hicksville, NY 11802

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

$19,181.45

---

**3.205** | **Nonpriority creditor's name and mailing address**
Shantie Alicea
1131 University W Blvd
apt 1717
Silver Spring, MD 20902

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,395.75

---

**3.206** | **Nonpriority creditor's name and mailing address**
Sharalyn Detroy
7832 Thackara rd
Pasadena, MD 21122

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

$707.50

---

**3.207** | **Nonpriority creditor's name and mailing address**
Shawntia Campbell
931 Battery Road
Waynesboro, VA 22980

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

$1,461.25

---

**3.208** | **Nonpriority creditor's name and mailing address**
Sheila Bibb
309 Walnut Dr
Timberville, VA 22853

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

$963.38

---

**3.209** | **Nonpriority creditor's name and mailing address**
Silver Forest Inc
40 Industrial Drive
Bellows Falls, VT 05101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/10/2025
**Basis for the claim:** _

**Last 4 digits of account number** 0679
Is the claim subject to offset? ☒ No ☐ Yes

$78,289.03

---

**3.210** | **Nonpriority creditor's name and mailing address**
Simon   Schuster
PO Box 70660
Chicago, IL 60873-0660

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/05/2025
**Basis for the claim:** _

**Last 4 digits of account number** 7579
Is the claim subject to offset? ☒ No ☐ Yes

$10,462.98

---

**3.211** | **Nonpriority creditor's name and mailing address**
Simply Southern
498 Gallimore Dairy Rd
Greensboro, NC 27409

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/01/2025
**Basis for the claim:** _

**Last 4 digits of account number** 1377
Is the claim subject to offset? ☒ No ☐ Yes

$40,112.90

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,075.30**

Sophistiplate LLC
790 Atlanta S Pkwy
Suite 100
College Park, GA 30349

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 05/07/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,377.24**

South Riding Owner LLC
PO Box 640634
Property ID 262810
Pittsburgh, PA 15264-0634

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 2002

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,403.00**

Spoontiques Inc
111 Island Street
Stoughton, MA 02072

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 11/22/2024

**Basis for the claim:** _

**Last 4 digits of account number** 7847

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.06**

St Thomas GGCal LLC
co Greenberg Gibbons Commercial
10096 Red Run Blvd Suite 100
Owings Mills, MD 21117

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,680.00**

Stacie Fleig
4100 Poplar Grove Road
Midlothian, VA 23112

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,165.40**

Stafford Marketplace LLC
PO Box 62045
Dept Code SVAS1332C
Newark, NJ 07101

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,886.40**

Steel Mill   Co Designs
134 Beech Bend Rd
Bowling Green, KY 42101

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** 01/27/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105,667.57 |
|---|---|---|---|

Stonewall Kitchen
2 Stonewall Lane
York, ME 03909

**Date(s) debt was incurred** 03/04/2025

**Last 4 digits of account number** 7481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,823.09 |
|---|---|---|---|

Suffolk Shopping Center Associates LLLP
co S L Nusbaum Realty Co
440 Monticello Ave Suite 1700
Norfolk, VA 23150

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,816.80 |
|---|---|---|---|

Sunflower Food Co Inc
7921 Nieman Rd
Lenexa, KS 66214

**Date(s) debt was incurred** 06/03/2025

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,179.60 |
|---|---|---|---|

Superior Construction Enterprises LLC
733 E Cumberland St
Lebanon, PA 17042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|

Suzanne Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,680.00 |
|---|---|---|---|

Tami Hykes
4316 Oxford Mill Rd
Waxhaw, NC 28173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,513.08 |
|---|---|---|---|

TCG Services LLC
145 N Main St
El Dorado, KS 67042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,834.88 |
|---|---|---|---|

Terri Wellman
3115 Commerce Place
Apt 11
Burlington, NC 27215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $815.00 |
|---|---|---|---|

Terry Little
6031 Little Brook Ct
Clifton, VA 20124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,237.00 |
|---|---|---|---|

The Mall in Columbia LLC storage
10300 Little Patuxent Parkway
Columbia, MD 21044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7157_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,906.36 |
|---|---|---|---|

The Naked Bee
2261 Market Street
STE 10337
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/24/2024_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,586.10 |
|---|---|---|---|

The Peanut Shop
8012 Hankins Industrial Park
Toano, VA 23168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/15/2024_

**Last 4 digits of account number** _7086_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72,930.00 |
|---|---|---|---|

Touchland LLC Capacity
100 SE 2nd St
suite 2000
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _07/11/2025_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,674.98 |
|---|---|---|---|

Twos Company Inc
500 Saw Mill River Road
Elmsford, NY 10523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _02/07/2025_

**Last 4 digits of account number** _9148_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $832.00 |
|---|---|---|---|

Valerie Bilbro
6914 Back Creek Rd
Boones Mill, VA 24065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,680.00 |
|---|---|---|---|

Vanessa Viveros
816 Stanley Rd
Portsmouth, VA 23701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

**3.235**

**Nonpriority creditor's name and mailing address**
Vera Bradley Sales LLC
Attn Accounts Receivable
12420 Stonebridge Rd
Roanoke, IN 46783

Date(s) debt was incurred  04/15/2025

Last 4 digits of account number  0135

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$98,062.59**

---

**3.236**

**Nonpriority creditor's name and mailing address**
Village Marketplace LLC
800 Corporate Drive
Suite 305
Fort Lauderdale, FL 33334

Date(s) debt was incurred  _

Last 4 digits of account number  3228

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,957.72**

---

**3.237**

**Nonpriority creditor's name and mailing address**
VillaTech Inc
2020 Calamos Ct Suite 280
Naperville, IL 60563

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$8,470.00**

---

**3.238**

**Nonpriority creditor's name and mailing address**
Virginia Beach Affilliates LLC
55 5th AvenueFloor 15
New York, NY 10003-4301

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,464.37**

---

**3.239**

**Nonpriority creditor's name and mailing address**
Walton    Adams PC
1925 Isaac Newton Square Suite 250
Reston, VA 20190

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$840.00**

---

**3.240**

**Nonpriority creditor's name and mailing address**
Warrenton Development Company
co Waters Retail Group
200 Old Forge Lane Suite 201
Kennett Square, PA 19348

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$13,333.33**

---

**3.241**

**Nonpriority creditor's name and mailing address**
Wayne Lishowid
8312 Cypress Mill Road
Baltimore, MD 21236

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$999.00**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Banners of Abingdon LLC | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|
| | Name | | |

---

**3.242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,178.07**

Waynesboro Town Center
CO Chase Properties II Ltd
3333 Richmond Road Suite 320
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** M502

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,143.75**

Wendy Galvez
146 Dunlap Road
Pasadena, MD 21122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149,930.00**

White House Historical Association
PO BOX 27624
Washington, DC 20038-7624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/09/2025

**Basis for the claim:** _

**Last 4 digits of account number** 0020

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,854.66**

Wockenfuss Candies
6831 Harford Road
Baltimore, MD 21234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/29/2025

**Basis for the claim:** _

**Last 4 digits of account number** 3528

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,686.28**

Workman Publishing Co Inc
PO Box 21142
New York, NY 10087-1142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/06/2025

**Basis for the claim:** _

**Last 4 digits of account number** 6753

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,639.54**

Yankee Candle Co
PO Box 416442
Boston, MA 02241-6442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/25/2024

**Basis for the claim:** _

**Last 4 digits of account number** 8523

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$376.91**

Yeatts Heating Air
PO Box 518
Salem, VA 24153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,480.00**

Yoonique LLC
1761 N New Hampshire Ave
Los Angeles, CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/23/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | Name | | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,466.14 |
|---|---|---|---|

Youngs Inc
735 Thimble Shoals Blvd 100
Newport News, VA 23606

Date(s) debt was incurred  10/15/2024

Last 4 digits of account number  3457

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.50 |
|---|---|---|---|

Zane Overton
1 Breezy Tree Court
APT G
Timonium, MD 21093

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.42 |
|---|---|---|---|

Zimmer Development Company
6725 MONUMENT DR
WILMINGTON, NC 28405-4558

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,100,775.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,100,775.77 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Banners of Abingdon LLC

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   1:25-bk-378

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Banner's of Ashburn, LLC |
| State the term remaining | Ashburn Village Center LLC co Saul Holdings LP PO Box 38042 Baltimore, MD 21297-8042 |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | Banners of Roanoke LLC |
| State the term remaining   Two Years and Seven Months | Brixmor Holdings 1 SPE, LLC 450 Lexington Ave. 13th Fl New York, NY 10017 |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | Banners of Manassas II LLC |
| State the term remaining   Seven Years | Bull Run Plaza Llc PO Box 25097 Tampa, FL 33622 |
| List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | Banners of Burke, LLC |
| State the term remaining | BurkeTown Plaza LLC PO BOX 30344 TAMPA, FL 33630-3344 |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Banners of Abingdon LLC | | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Banner?s of Rocky Mount VA, LLC | |
|---|---|---|---|
| | State the term remaining | Two Years and Eight Months | Centrex Properties, Inc.<br>c/o Magnolia Real Estate and Management Company, LLC<br>4040 Ed Drive<br>Suite 201<br>Raleigh, NC 27612 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Woodbridge LLC | |
|---|---|---|---|
| | State the term remaining | | CSB Family Investors, LLC<br>5532 Greystone St<br>Chevy Chase, MD 20815 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Kamp Washington, LLC | |
|---|---|---|---|
| | State the term remaining | Three and one half years | Fair City HHH LLC<br>225 Asylum Street<br>15th Floor<br>Hartford, CT 06103 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Fair Lakes, LLC | |
|---|---|---|---|
| | State the term remaining | | Fair Lakes Center Associates II LC<br>PO Box 646001<br>Pittsburgh, PA 15264 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Fair Oaks, LLC | |
|---|---|---|---|
| | State the term remaining | One Year and Three Months | Fairfax Company of Virginia LLC<br>co Olshan Properties<br>PO BOX 67338<br>Newark, NJ 07101-4007 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



| Debtor 1 | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Fairfield Virginia Beach, LLC | |
| | State the term remaining | | Fairfield Shopping Center NMPC4 Fairfield SC LLC co New Market Properties LLC 3284 Northside Pkwy Ste 515 Atlanta, GA 30327 |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Cosner's Corner Fredericksburg, LLC | |
| | State the term remaining | | FN Cosner's Corner, LLC 221 McLaws Cir Williamsburg, VA 23185 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Newport News, LLC | |
| | State the term remaining | One and One Half Years | Francis P. Notsworthy, Jr. 19379 High Bluff Lane Barhamsville, VA 23011 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Commonwealth Midlothian, LLC | |
| | State the term remaining | | Francis P. Notsworthy, Jr. 19379 High Bluff Lane Barhamsville, VA 23011 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Central Park Fredericksburg, LLC | |
| | State the term remaining | Five Months | Francis P. Notsworthy, Jr. 19379 High Bluff Lane Barhamsville, VA 23011 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Banners of Abingdon LLC | | | Case number *(if known)* | 1:25-bk-378 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Gainesville, LLC | |
| | State the term remaining | Three and one half years | Gateway Center IV, L.C. c/o Lincoln Property Group 7524 Iron Bar Lane Gainesville, VA 20155 |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Bradlee Center, LLC | |
| | State the term remaining | Two and One Half Years | GRI Bradlee, LLC c/o First Washington Realty, Inc. 7200 Wisconsin Avenue, Suite 600 Attn: General Counsel Bethesda, MD 20814 |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Various non-exclusive account and sub-licensing agreements allowing for use of Hallmark Gold Crown and Hallmark trademarks, providing for the sale of Hallmark merchandise, and permitting the debtors to carry on business as Hallmark-branded stores | |
| | State the term remaining | Various | Hallmark Marketing Company LLC Gold Crown Administration 2501 McGee Kansas City, MO 64141 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

Sublease of nine retail locations, including (i) Apple Blossom Mall in Winchester, VA; (ii) Columbus Village East in Virginia Beach, VA; (iii) Greenbrier Market Center in Chesapeake, VA; (iv) New River Valley Mall in Christiansburg, VA; and (v) Valley Mall in Harrisonburg, VA. LBPO Management LLC is the counterparty to the sublease.

State the term remaining

List the contract number of any government contract

Hallmark Retail, LLC
2501 McGee Trafficway
Kansas City, MO 64108

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

Banners of Hilltop Virginia Beach, LLC

State the term remaining

List the contract number of any government contract

Hilltop West Parcel 8 Associates, LLC
1604 Hilltop West Shopping Center
Suite 202
Virginia Beach, VA 23451

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

Point-of-sale systems lease agreement (in name of LBPO Management, LLC)

State the term remaining

List the contract number of any government contract

Huntington Technology Finance
2285 Franklin Road
Bloomfield Hills, MI 48302

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

Banners of Leesburg, LLC

State the term remaining    Nine Years

List the contract number of any government contract

Leesburg Plaza LLC
co Rappaport Management Company
8405 Greensboro Drive 8th Floor
McLean, VA 22102-5121

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    Banners of Abingdon LLC                              Case number *(if known)*    1:25-bk-378

       First Name                    Middle Name                  Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.**   State what the contract or lease is for and the nature of the debtor's interest     Banners of Lynchburg, LLC

State the term remaining     Four Months              Lynchburg Rivercrest Realty

List the contract number of any government contract                      Lynchburg Wards Crossing LLC
PO Box 604049
Charlotte, NC 28260-4049

**2.23.**   State what the contract or lease is for and the nature of the debtor's interest     Banners of Williamsburg LLC

State the term remaining                        Monticello Marketplace
SL Nusbaum Realty Co

List the contract number of any government contract                      Escrow Agent for Monticello Marketplace
PO Box 3580
Norfolk, VA 23514-3580

**2.24.**   State what the contract or lease is for and the nature of the debtor's interest     Banner's of Oakton, LLC

State the term remaining     One Year and Eight Months       Oakton Limited Partnership LLP

List the contract number of any government contract                      Redwood Commercial Management
5900 Fort Drive Suite 400
Centreville, VA 20121-2413

**2.25.**   State what the contract or lease is for and the nature of the debtor's interest     Banners of Suffolk, LLC

State the term remaining

List the contract number of any government contract                      PR Harbour View East, LLC
7 Giralda Farms
Madison, NJ 07940

**2.26.**   State what the contract or lease is for and the nature of the debtor's interest     Banners of Henrico LLC

State the term remaining                        PR II/RP Ridge Shoppig Center LLC
1945 Old Gallows Rd.

List the contract number of any government contract                      Suite 300
Vienna, VA 22182

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

| Debtor 1 | Banners of Abingdon LLC | | Case number (if known) | 1:25-bk-378 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of Dulles Town, Inc.

State the term remaining

List the contract number of any government contract

REEP-RTL DTC VA LLC
51 Madison Avenue
New York, NY 10010

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of Reston, Inc.

State the term remaining — Eight and one half years

List the contract number of any government contract

Reston North Point Village LLC
co Lerner Corp
2000 Tower Oaks Blvd 8th Floor
Rockville, MD 20852-4208

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — Banners of Charlottesville LLC

State the term remaining — Five Years and Seven Months

List the contract number of any government contract

SCT Rio Hill LLC
Attn   TSCG
PO Box 6298
Hicksville, NY 11802

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of South Riding LLC

State the term remaining

List the contract number of any government contract

South Riding Owner LLC
PO Box 640634
Property ID 262810
Pittsburgh, PA 15264-0634

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — Banner's of Stafford, LLC

State the term remaining

List the contract number of any government contract

Stafford Marketplace LLC
PO Box 62045
Dept Code SVAS1332C
Newark, NJ 07101

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | Banners of Abingdon LLC | | | Case number *(if known)* | 1:25-bk-378 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Commonwealth Midlothian LLC |
|---|---|---|
| | State the term remaining | Village Associates, L.L.C. |
| | List the contract number of any government contract | 4901 Dickens Rd. Suite 100 Richmond, VA 23230 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Banner's of Warrenton, LLC |
|---|---|---|
| | State the term remaining | Warrenton Development Company co Waters Retail Group |
| | List the contract number of any government contract | 200 Old Forge Lane Suite 201 Kennett Square, PA 19348 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Banners of Waynesboro LLC |
|---|---|---|
| | State the term remaining | Waynesboro Town Center CO Chase Properties II Ltd |
| | List the contract number of any government contract | 3333 Richmond Road Suite 320 Beachwood, OH 44122 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Banners of York River, LLC |
|---|---|---|
| | State the term remaining | York River Crossing Associates, L.L.C. |
| | List the contract number of any government contract | 735 Thimble Shoals Blvd. Suite 100 Newport News, VA 23606 |

**Fill in this information to identify the case:**

Debtor name    Banners of Abingdon LLC

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    1:25-bk-378

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | South Riding Owner LLC | ☐ D _____ ☐ E/F _____ ☒ G __2.30__ |
| 2.2 | A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | Fair City HHH LLC | ☐ D _____ ☐ E/F _____ ☒ G __2.7__ |
| 2.3 | A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | BurkeTown Plaza LLC | ☐ D _____ ☐ E/F _____ ☒ G __2.4__ |
| 2.4 | A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | York River Crossing Associates, L.L.C. | ☐ D _____ ☐ E/F _____ ☒ G __2.35__ |
| 2.5 | A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | Fair Lakes Center Associates II LC | ☐ D _____ ☐ E/F _____ ☒ G __2.8__ |
| 2.6 | A & S, Inc. | 443 North Frederick Avenue Gaithersburg, MD 20877 | PR Harbour View East, LLC | ☐ D _____ ☐ E/F _____ ☒ G __2.25__ |

| Debtor | Banners of Abingdon LLC | | Case number *(if known)* | 1:25-bk-378 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Waynesboro Town Center | ☐ D _____<br>☐ E/F _____<br>☒ G __2.34__ |
| 2.8 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Brixmor Holdings 1 SPE, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.2__ |
| 2.9 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Leesburg Plaza LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.21__ |
| 2.10 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Reston North Point Village LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.28__ |
| 2.11 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | REEP-RTL DTC VA LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.27__ |
| 2.12 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Ashburn Village Center LLC | ☐ D _____<br>☐ E/F _____<br>☒ G __2.1__ |
| 2.13 | A & S, Inc. | 443 North Frederick Avenue<br>Gaithersburg, MD 20877 | Gateway Center IV, L.C. | ☐ D _____<br>☐ E/F _____<br>☒ G __2.15__ |

# United States Bankruptcy Court
## District of Columbia

In re  Banners of Abingdon LLC

Debtor(s)

Case No.  1:25-bk-378

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| A & S, Inc.<br>443 North Frederick Avenue<br>Gaithersburg, MD 20877 | | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  October 13, 2025

Signature  /s/ Michael Postal

Michael Postal

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.