# About Us

Banner's is a family owned and operated card and gift Specialty Company dating back to the 1970's. From its early beginning as a card, gift and stationery store, it has grown into a very well respected Hallmark Gold Crown Chain.

Banner's Corporate Headquarters is located in Gaithersburg, Maryland. Our senior management and staff have hundreds of years of retail experience. Through the years, we have grown from one store to a chain of 39 Hallmark Gold Crown Stores in Virginia.

Banner's President and CEO, Leonard Banner, has been involved in this business over 45 years. He has served in the past as a member of the Hallmark Gold Crown Advisory Board. Our stores have been honored with numerous awards which include the Hallmark Gold Crown Retail Excellence Award. Banner's Gold Crown Hallmark Stores are among the finest in the country.

In order to bring the Hallmark image to life in a world–class specialty retail environment, our core values that guide us are:

- First and foremost respect, value and serve the customer
- Embody excellence and pride in all we do
- Recognize and respect individual creativity, initiative, and ability
- Conduct ourselves ethically and morally at all times

These values enable us to enhance and enrich relationships with our customers, communities, Hallmark and individual stores.

If there is something we can help you with, please email Rob at

robert.holley@bannermgmt.com



**Menu**

Blog
About Us
Customer Service
Shipping Policy
Refund Policy

**Get in touch**

+1 301 670 4140

**Follow us**

**We accept**

© 2025 Banner's Hallmark    Powered by Shopify