

## (/Home.aspx/index)

Mayor Muriel Bowser

311 Online (https://311.dc.gov)     Agency Directory (https://dc.gov/directory)

Online Services (https://dc.gov/online-services)     Accessibility (https://dc.gov/page/dcgov-accessibility-policy)

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# Banners of Abingdon LLC - Initial File Number: C00008509783

Main     Reports     Trade Names     Beneficial Owners

Entity Info

**Business Name**
Banners of Abingdon

**Suffix**
LLC

**Registration / Effective Date**
8/31/2025

**Commencement Date**
8/29/2025

**Entity Status**
Active

**Foreign Name**

Banners of Abingdon LLC

**Date of Organization**

12/06/2023

**State**

Maryland

**Country**

USA

## Business Address

**Line1**

1801 16th Street Northwest

**Line2**

606

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20009 |

## Agent

**Is non-commercial Registered Agent?**

Yes

**Name**

Michael A Postal

## Address

**Line1**

1801 16th Street Northwest

**Line2**

606

| **City** | **State** | **Zip** |
| --- | --- | --- |
| Washington | District of Columbia | 20009 |

**Email**

mikepostal@tenacitygroup.com

**Return to Home**

**District News**

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)
- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov/events)
- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)
- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

**District Initiatives**

- Green DC (https://green.dc.gov)
- Grade DC (https://grade.dc.gov)
- Age-Friendly DC (https://agefriendly.dc.gov)
- Sustainable DC (https://sustainable.dc.gov)
- Connect DC (https://connect.dc.gov)
- Great Streets (https://greatstreets.dc.gov)

- Ready DC (https://ready.dc.gov)

**About DC**

- Open DC (https://open.dc.gov)
- Budget (https://cfo.dc.gov/budget)
- Emancipation (https://emancipation.dc.gov)
- Consumer Protection (https://oag.dc.gov/consumer-protection)
- Contracts (https://dc.gov/contracts)
- Property Quest (https://propertyquest.dc.gov)
- Track DC (https://track.dc.gov)

**Contact Us**

- Agency Director (https://directory.dc.gov)
- Call 311 (https://311.dc.gov)
- Contact the Mayor (https://dcforms.dc.gov/webform/executive-office-mayor-ask-mayor)
- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)
- FOIA Requests (https://foia.dc.gov)
- Report Website Problems (https://dcforms.dc.gov/webform/problems-dc-government-website)
- Send Feedback (https://feedback.dc.gov)