# RESOLUTION
## TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

Business Name: LBPO MANAGEMENT LLC (W18023960)　　　　　　　State of Formation: MD

**Change Principal Office Address**

From:　　　　　　　　　　　　　　　　　　　　　To:

**Change Resident Agent Name and Address**

From: LEONARD BANNER　　　　　　　　　　　　　To: EDWARD SCOTT

　　7131 ARLINGTON ROAD　　　　　　　　　　　　　　443 NORTH FREDERICK AVENUE
　　APARTMENT #429　　　　　　　　　　　　　　　　GAITHERSBURG, MD 20877
　　BETHESDA, MD 20814

---

I certify under penalties of perjury the foregoing is true.　　Signed: EDWARD SCOTT, AUTHORIZED PERSON

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Officer/Authorized Person/Partner*

I hereby consent to my designation in this document as resident agent for this entity.　　Signed:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Resident Agent*

Signed: EDWARD SCOTT　　　　　　　　　　　　　　Signed:

　　　　　　　　　　　　　　　*Resident Agent*　　　　　　　　　　　　　　　*Resident Agent*

Signed:　　　　　　　　　　　　　　　　　　　　Signed:

　　　　　　　　　　　　　　　*Resident Agent*　　　　　　　　　　　　　　　*Resident Agent*

MARYLAND DEPARTMENT OF ASSESSMENTS & TAXATION　　700 EAST PRATT STREET, 2ND FLR, STE 2700, BALTIMORE, MARYLAND 21202



SDAT80.1

Page 1 of 1