# RESOLUTION
## TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

Business Name: A & S, INC. (D00612176)    State of Formation: MD

**Change Principal Office Address**

From:    To:

**Change Resident Agent Name and Address**

From: LEONARD BANNER    To: EDWARD SCOTT

443 NORTH FREDERICK AVENUE
GAITHERSBURG, MD 20877

---

I certify under penalties of perjury the foregoing is true.    Signed: EDWARD SCOTT, OFFICER

*Officer/Authorized Person/Partner*

I hereby consent to my designation in this document as resident agent for this entity.    Signed:

*Resident Agent*

Signed: EDWARD SCOTT    Signed:

*Resident Agent*    *Resident Agent*

Signed:    Signed:

*Resident Agent*    *Resident Agent*



MARYLAND DEPARTMENT OF ASSESSMENTS & TAXATION    700 EAST PRATT STREET, 2ND FLR, STE 2700, BALTIMORE, MARYLAND 21202

SDAT80.1