| Entity ID | Entity Name | Name Type | Entity Type | Principal Office Address | RA Name | Status |
|---|---|---|---|---|---|---|
| S1435587 | BANNER'S OF ASHBURN, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S1045675 | BANNER'S OF BRADLEE CENTER, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S1045691 | BANNER'S OF BURKE, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S2101857 | BANNER'S OF CENTREVILLE, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | | Inactive |
| S4680403 | BANNER'S OF CULPEPER, L.L.C. | Legal Name | Limited Liability Company | 443 N Frederick Avenue, Gaithersburg, MD, 20877 - 0000, USA | | Inactive |
| 07595754 | BANNER'S OF DULLES TOWN VIRGINIA, INC. | Former Name | Stock Corporation | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 07595754 | BANNER'S OF DULLES TOWN, INC. | Legal Name | Stock Corporation | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| F1383571 | BANNER'S OF DULLES TOWN, INC. | Legal Name | Stock Corporation | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | JEFFREY J FAIRFIELD | Inactive |
| S0765919 | BANNER'S OF FAIR OAKS, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S2693770 | BANNER'S OF GAINESVILLE, L.L.C. | Legal Name | Limited Liability Company | 443 NORTH FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S3024355 | BANNER'S OF KAMP WASHINGTON, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S0761066 | BANNER'S OF MANASSAS, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | JEFFREY J FAIRFIELD | Inactive |
| S6868212 | BANNER'S OF OAKTON, LLC | Legal Name | Limited Liability Company | 443 north frederick avenue, gaithersburg, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S0417271 | BANNER'S OF PENTAGON ROW, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | JEFFREY J FAIRFIELD | Inactive |
| 07595697 | BANNER'S OF RESTON VIRGINIA, INC. | Former Name | Stock Corporation | 443 N Frederick Ave, GAITHERSBURG, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 07595697 | BANNER'S OF RESTON, INC. | Legal Name | Stock Corporation | 443 N Frederick Ave, GAITHERSBURG, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| S3760321 | BANNER'S OF SOUTH RIDING, LLC | Legal Name | Limited Liability Company | 443 North Frederick Avenue, Gaithersburg, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| S7646575 | BANNER'S OF STAFFORD, LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | Evan M. Stepanick | Active |
| S0407769 | BANNER'S OF TYSONS I, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | JEFFREY J FAIRFIELD | Inactive |
| S2914952 | BANNER'S OF WARRENTON, L.L.C. | Legal Name | Limited Liability Company | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | Evan M. Stepanick | Active |
| 07595721 | BANNER'S OF WORLDGATE VIRGINIA, INC. | Former Name | Stock Corporation | | JEFFREY J FAIRFIELD | Inactive |
| 07595721 | BANNER'S OF WORLDGATE, INC. | Legal Name | Stock Corporation | | JEFFREY J FAIRFIELD | Inactive |

| ID | Name | Name Type | Entity Type | Address | Registered Agent | Status |
|---|---|---|---|---|---|---|
| F1383480 | BANNER'S OF WORLDGATE, INC. | Legal Name | Stock Corporation | 443 N FREDERICK AVE, GAITHERSBURG, MD, 20877 - 0000, USA | JEFFREY J FAIRFIELD | Inactive |
| S8347017 | BANNERS OF BURLINGTON NC LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| S8346902 | BANNERS OF CENTRAL PARK FREDERICKSBURG LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | Evan M. Stepanick | Active |
| 11480956 | Banners of Charlottesville LLC | Legal Name | Limited Liability Company | 1980 Rio Hill Ctr, Charlottesville, VA, 22901 - 1144, USA | Evan M. Stepanick | Active |
| 11211344 | Banners of Chesapeake VA LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 11211342 | Banners of Christiansburg VA LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 11211343 | Banners of Columbus Village VA Beach LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| S8346779 | BANNERS OF COMMONWEALTH MIDLOTHIAN LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | Evan M. Stepanick | Active |
| S8346985 | BANNERS OF COSNER'S CORNER FREDERICKSBURG LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| S8423438 | BANNERS OF FAIR LAKES LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | Evan M. Stepanick | Active |
| S8346811 | BANNERS OF FAIRFIELD VIRGINIA BEACH LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| 11211341 | Banners of Harrisonburg VA LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 11293698 | Banners of Henrico LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| S8346860 | BANNERS OF HILLTOP VIRGINIA BEACH LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| 11472489 | Banners of Kingstowne LLC | Legal Name | Limited Liability Company | 5840 Kingstowne Ctr, Alexandria, VA, 22315 - 5733, USA | Evan M. Stepanick | Active |
| 11682822 | Banners of Leesburg LLC | Legal Name | Limited Liability Company | 512 E Market St, Leesburg Plaza, Leesburg, VA, 20176 - 4112, USA | Evan M. Stepanick | Active |
| 11111820 | Banners of Lynchburg LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 11448639 | Banners of Manassas II LLC | Legal Name | Limited Liability Company | 11750 Sudley Manor Dr, Manassas, VA, 20109, USA | Evan Stepanick | Active |
| S8346738 | BANNERS OF NEWPORT NEWS LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| F1173246 | BANNERS OF RESTON, INC. | Legal Name | Stock Corporation | 443 NORTH FREDERICK AVENUE, GAITHERSBURG, MD, 20877 - 0000, USA | JEFFREY J FAIRFIELD | Inactive |
| 11420333 | Banners of Roanoke LLC | Legal Name | Limited Liability Company | 3971 Brambleton Ave Ste 2A/03A, Roanoke, VA, 24018 - 6402, USA | Evan M. Stepanick | Active |
| 11452256 | Banners of Rocky Mount VA LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 11211347 | Banners of Spots Towne Center LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Inactive |
| 11632938 | Banners of Suffolk II LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| 11280014 | Banners of Suffolk LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| S8346993 | BANNERS OF VILLAGE MARKETPLACE MIDLOTHIAN LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| 11420327 | Banners of Waynesboro LLC | Legal Name | Limited Liability Company | 801 Town Center Dr Ste D, Waynesboro, VA, 22980 - 9265, USA | Evan M. Stepanick | Active |

| | | | | | | |
|---|---|---|---|---|---|---|
| S8346894 | BANNERS OF WILLIAMSBURG LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| 11211340 | Banners of Winchester LLC | Legal Name | Limited Liability Company | 443 N Frederick Ave, Gaithersburg, MD, 20877 - 2405, USA | Evan M. Stepanick | Active |
| S8346969 | BANNERS OF WOODBRIDGE LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |
| 08266876 | BANNERS OF WORSHIP (BOW), INC. | Legal Name | Stock Corporation | 497 LYNNS LN, WAKE, VA, 23176 - 0000, USA | LINDA A HENDERSON | Inactive |
| S8346845 | BANNERS OF YORK RIVER LLC | Legal Name | Limited Liability Company | 443 frederick avenue, gaithersburg, MD, 20878 - 0000, USA | WALTON & ADAMS, P.C. | Active |