# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-378 (ELG) |
| BANNERS OF ABINGDON LLC, *et al.*[1] | Chapter 11 |
| Debtors. | Jointly Administered |

### JOINDER BY NMP-C4 FAIRFIELD S/C, LLC IN SUPPORT OF LANDLORDS' OBJECTIONS TO THE DEBTORS' MOTION FOR LEAVE TO INCUR POST-PETITION DEBTS AND USE OF CASH COLLATERAL

NMP-C4 Fairfield S/C, LLC ("Landlord"), by and through its undersigned counsel, files this Joinder in Support of Landlords' Objections to the above-captioned debtors (the "Debtors") Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral, and in support states as follows:

1. On or about September 15, 2023, the Debtors filed their Motion for Leave to Incur Post Petition Debts and Use Cash Collateral (Docket No. 6) (the "DIP Motion").

2. On or about September 25, 2025, the Court entered separate orders granting the DIP Motion on an interim basis (Docket Nos. 47 and 48). On or about October 6, 2025, Federal Realty OP LP, Federal Realty Partners, L.P., CP Venture Two LLC, and PR Harbour View East,

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Baners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC

LLC filed their Objection to the Motion for Leave to Incur Post-Petition Debts and Use of Cash Collateral (Docket No. 70) (the "Federal Realty Objection"), and other landlords filed similar objections to the DIP Motion and joinders to the foregoing objections. Subsequently, the Court held a further interim hearing on the DIP Motion on October 9, 2025, and upon information and belief, the Debtors were supposed to submit further revised proposed orders as well as a further revised budget for the DIP Motion. Upon information and belief, the Debtors have not yet filed or submitted further revised orders or a further revised budget.

3. Landlord is a party to an unexpired lease of non-residential real properties with one of the Debtors (Banners of Fairfield Virginia Beach LLC) for the Debtors' lease of property located at 5242 Fairfield Shopping Center in Virginia Beach, VA 23464. To date, Landlord has not been paid September 2025 stub rent nor any October 2025 rent, nor is it apparent or clear that the Debtors have any intent to pay Landlord its September stub rent or October rent (with related charges) anytime soon. Landlord's counsel has reached out to Debtors' counsel several times to inquire about payment of post-petition rent to Landlord, with no success whatsoever.

4. Landlord hereby joins in all of the arguments set forth in the Federal Realty Objection, and all other objections and joinders filed by landlords, which oppose the relief requested in the DIP Motion until and unless the Debtors can prove that they can specifically budget for and will pay all landlords all post-petition rent due under their leases with Debtors by an imminent date certain.

WHEREFORE, for all of the reasons set forth in all of the landlords' objections and joinders filed regarding the DIP Motion, Landlord respectfully requests that the Court enter an order that denies the relief requested in the DIP Motion until and unless the Debtors provide a

realistic budget that includes timely payment of post-petition rent and related charges to all landlords, as well as proof that they can make the payments required under such budget, and that grants such other and further relief as is just and proper.

Dated:  October 21, 2025

/s/ Karen C. Bifferato
Karen C. Bifferato (DE Bar No. 3279)
CONNOLLY GALLAGHER LLP
1201 N. Market St., 20th Floor
Wilmington, DE 19801
(302) 757-7300
kbifferato@connollygallagher.com

*Attorneys for Landlord*

3