## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on October 21, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner listed below.

                */s/ Karen C. Bifferato*
                Karen C. Bifferato (DE 3279)

**VIA ELECTRONIC MAIL**

Maurice B. VerStandig, Esq.
THE BELMONT FIRM
mac@dcbankruptcy.com