## WEEKLY CASH FLOW PROJECTION

| | 9/22/25 | 9/29/25 | 10/6/25 | 10/13/25 | 10/20/25 | 10/27/25 | 11/3/25 | 11/10/25 | 11/17/25 | 11/24/25 | 12/1/25 | 12/8/25 | 12/15/25 | 12/22/25 | 12/29/25 | 1/5/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Beginning Cash Balance** | 10,000 | 247,356 | 180,188 | 287,302 | 229,190 | 538,783 | 215,989 | 528,181 | 214,580 | 92,149 | 157,111 | 1,032,712 | 1,646,145 | 358,380 | 26,188 | 2,491,969 |
| **Cash Inflows** | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| Hallmark Sales | 244,565 | 251,305 | 280,715 | 681,905 | 601,679 | 445,578 | 389,275 | 589,922 | 661,197 | 676,382 | 850,328 | 1,107,851 | 1,291,146 | 1,515,715 | 1,469,919 | 493,142 |
| Allied Sales | 251,907 | 262,027 | 278,704 | 315,754 | 330,679 | 312,171 | 330,824 | 473,410 | 505,544 | 605,836 | 771,286 | 930,788 | 1,307,636 | 1,808,809 | 1,592,750 | 428,453 |
| Actual Sales +/- | - | - | - | 44,372 | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP - Additional DIP | | 2,782,659 | 417,341 | 1,100,000 | | | | | | | | - | (3,547,133) | (1,226,500) | | |
| DIP - Mike's Family | | | | | | 500,000 | | | | | | | | (1,090,000) | | |
| Missed Sales | (148,942) | (153,999) | (167,826) | (99,766) | (65,265) | (53,042) | (50,407) | (74,433) | (81,672) | (89,755) | (113,513) | (142,705) | (181,915) | (232,717) | (214,387) | (64,512) |
| **TOTAL CASH RECEIPTS** | 347,530 | 3,141,991 | 808,934 | 2,542,266 | 867,093 | 1,204,706 | 669,692 | 988,899 | 1,085,069 | 1,192,462 | 1,508,100 | 1,895,934 | (1,130,265) | 775,307 | 2,848,282 | 857,083 |
| **Cash Disbursements** | | | | | | | | | | | | | | | | |
| Hallmark | | 2,782,659 | 417,341 | 1,100,000 | | 250,000 | | 250,000 | 250,000 | 250,000 | 125,000 | 250,000 | | 250,000 | | |
| Allied Cash Payments | 59,667 | 33,671 | 131,886 | 850,000 | 475,000 | 900,000 | 100,000 | 350,000 | 700,000 | 350,000 | 125,000 | 250,000 | | 200,000 | | |
| Rent (R) | | | | 262,366 | | | 175,000 | 175,000 | 100,000 | | 225,000 | 225,000 | | | 225,000 | 225,000 |
| Payroll_Hourly Wages (P) | | 302,975 | | 320,512 | | 370,000 | | 370,000 | | 370,000 | | 400,000 | | 500,000 | | 500,000 |
| Vendor Discounts | | | | | | (75,000) | | | | | | | | | | |
| General & Admin._Prof Fees | | | 6,952 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| General & Administrative_Other (GA) | 50,507 | 89,854 | 145,641 | 60,000 | 75,000 | 75,000 | 75,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| **TOTAL CASH DISBURSEMENTS** | 110,174 | 3,209,159 | 701,820 | 2,600,378 | 557,500 | 1,527,500 | 357,500 | 1,302,500 | 1,207,500 | 1,127,500 | 632,500 | 1,282,500 | 157,500 | 1,107,500 | 382,500 | 882,500 |
| **NET CASH FLOW** | 237,356 | (67,168) | 107,114 | (58,112) | 309,593 | (322,794) | 312,192 | (313,601) | (122,431) | 64,962 | 875,600 | 613,434 | (1,287,765) | (332,193) | 2,465,782 | (25,417) |
| **ENDING CASH BALANCE** | 247,356 | 180,188 | 287,302 | 229,190 | 538,783 | 215,989 | 528,181 | 214,580 | 92,149 | 157,111 | 1,032,712 | 1,646,145 | 358,380 | 26,188 | 2,491,969 | 2,466,553 |
| AVERAGE MISS | -30.00% | | | -10.00% | -7.00% | | | | | | | | | | | |

* MP DIP footnote - $500,000 has been funded.  $1,500,000 is available. The Debtor will request funding as needed depending on the timing of Allied product payments.

## ACTUAL WEEKLY CASH FLOW

| | | | | |
|---|---|---|---|---|
| **Beginning Cash Balance** | 10,000 | | | |
| **Cash Inflows** | Week 1 | Week 2 | Week 3 | Week 3 |
| Hallmark Sales | 186,004 | 186,358 | 207,861 | 711,505 |
| Allied Sales | 181,281 | 194,299 | 187,025 | 172,075 |
| DIP - Additional DIP | | | | |
| DIP - Mike's Family | | | | |
| Missed Sales | | | | |
| **TOTAL CASH RECEIPTS** | 367,285 | 380,657 | 394,886 | 883,580 |
| **Cash Disbursements** | | | | |
| Hallmark | | | | |
| Allied Cash Payments | 59,667 | 33,671 | 131,886 | |
| Rent (R) | | | | |
| Payroll_Hourly Wages (P) | | | | |
| Payroll_Manager's Salary (P) | | | | |
| Vendor Discounts | | | | |
| Supplies (SUP) | | | | |
| Advertising (ADV) | | | | |
| Tax & License (TL) | | | | |
| Repairs & Maintenance (RM) | | | | |
| Extra Hallmkark Past due catch up | | | | |
| Miscellaneous (M) $3M Past Due Pd by 7/31 | | | | |
| General & Admin._Prof Fees | | | 6,952 | |
| General & Administrative_Other (GA) | 50,507 | 89,854 | 145,641 | |
| Debt Service_Interest (INT) | | | | |
| Debt Service_Principal | | | | |
| Chapter 11 Plan Rents | | | | |
| Chapter 11 Plan UnSecured | | | | |
| Chapter 11 Plan Secured | | | 16,215 | |
| Hallmark Term Interest | | | | |
| Hallmark Term Principal | | | | |
| Working Capital Repayment | | | | |
| **TOTAL CASH DISBURSEMENTS** | 110,174 | 123,525 | 300,694 | - |
| **NET CASH FLOW** | 257,111 | 257,132 | 94,192 | 883,580 |
| **ENDING CASH BALANCE** | 267,111 | 257,132 | 94,192 | 883,580 |