The order below is hereby signed.

Signed: October 23 2025



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

**In re:**

    **Banners of Abingdon LLC, et al.,**
        **Debtors.**

**Case No. 25-00378-ELG**
**Chapter 11**
**Jointly Administered**

## ORDER DENYING MOTION TO DISMISS CASE

On October 22, 2025, the Court held an evidentiary hearing (the "Hearing") on the *Motion to Dismiss Banners of Abingdon, LLC and Transfer or Dismiss All Remaining Cases* (the "Motion") (ECF No. 37) filed by the Office of the United States Trustee, and the responses thereto.

Upon consideration of the evidence and arguments of counsel, and for the reasons stated on the record at the Hearing, it is **ORDERED** that:

1.    The Motion is **DENIED**.

2.    The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: recipients of electronic notice.