Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**PRAECIPE ATTACHING PROPOSED ORDERS**

Come now Banners of Abingdon, LLC, the substantively consolidated debtor herein, by and through undersigned counsel, and attaches hereto copies of four proposed orders being uploaded of even date herewith, with said orders (i) extending cash collateral on an interim basis; (ii) re-extending cash collateral on an interim basis; (iii) approving, on a final basis, the DIP loan

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

of Michael Postal; and (iv) approving, on a final basis, the DIP loan of Hallmark Marketing Company, LLC ("Hallmark").

It bears emphasis that these orders have *not* been endorsed by anyone other than counsel for the debtor.

It also bears emphasis that at least one of the proposed orders is significantly at odds—in terms of both length and substance—with the language proposed by a creditor in this case. The delay in uploading an order previously was based on an effort to compromise such language. The proposed order being uploaded herewith does not reflect the fruits of such compromise negotiations. It is reasonably anticipated the creditor may have issues with the language of the proposed order. If the creditor (or anyone else) wishes to file a competing proposed order, and this Honorable Court is so inclined, the debtor would welcome occasion to have a hearing on the form of order to be accepted and ultimately signed off upon by this Honorable Court.

        Respectfully submitted,

Dated: October 24, 2025    By:    /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.
        Bar No. MD18071
        The Belmont Firm
        1050 Connecticut Avenue, NW
        Suite 500
        Washington, DC 20036
        Phone: (202) 991-1101
        mac@dcbankruptcy.com
        *Counsel for the Debtors*

*[Certificate of Service on Following Page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig