# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0090−1 | User: admin | Date Created: 10/27/2025 |
| Case: 25−00378−ELG | Form ID: pdf001 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      U. S. Trustee for Region Four      USTPRegion04.DC.ECF@USDOJ.GOV
aty      Maurice Belmont VerStandig      mac@mbvesq.com

TOTAL: 2