## WEEKLY BUDGET VARIANCE

| | 9/22/2025 Week 1 | | | 9/29/2025 Week 2 | | | 10/6/2025 Week 3 | | | 10/13/2025 Week 4 | | | 10/20/2025 Week 5 | | | 10/27/2025 Week 6 | | | 11/3/2025 Week 7 | | | 11/10/2025 Week 8 | | | 11/17/2025 Week 9 | | | 11/24/2025 Week 10 | | | 12/1/2025 Week 11 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL CASH RECEIPTS | 347,530 | 367,285 | 5.7% | 359,332 | 380,657 | 5.9% | 391,593 | 394,886 | 0.8% | 897,893 | 883,580 | -1.6% | 867,093 | 730,420 | -15.8% | 704,706 | - | | 576,079 | - | | 850,666 | - | | 933,393 | - | | 1,153,996 | - | | 1,459,452 | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rent | - | - | | - | - | | - | - | | 262,366 | 262,366 | 0.0% | - | - | | 491,000 | - | | - | - | | - | - | | - | - | | 491,000 | - | | - | - | |
| Payroll | - | - | | 302,975 | 302,975 | 0.0% | - | - | | 320,512 | 320,512 | 0.0% | - | - | | 353,000 | - | | - | - | | 370,000 | - | | - | - | | 370,000 | - | | - | - | |
| Merchant Services | - | - | | - | - | | 60,000 | 62,285 | 3.8% | - | - | | - | - | | 55,551 | - | | - | - | | - | - | | - | - | | 68,597 | - | | - | - | |
| General & Admin._Prof Fees | 7,500 | - | -51.7% | 7,500 | 16,215 | 116.2% | 7,500 | 6,952 | -7.3% | 7,500 | - | | 7,500 | - | -60.5% | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | |
| General & Administrative | 75,000 | 36,236 | | 75,000 | 79,421 | 5.9% | 15,000 | 47,438 | 216.3% | 150,000 | 95,564 | -36.3% | 150,000 | 59,179 | | 95,000 | - | | 150,000 | - | | 150,000 | - | | 150,000 | - | | 80,000 | - | | 150,000 | - | |
| TOTAL CASH DISBURSEMENTS | 82,500 | 36,236 | -56.1% | 385,475 | 398,611 | 3.4% | 82,500 | 116,675 | 41.4% | 740,378 | 678,442 | -8.4% | 157,500 | 59,179 | -62.4% | 1,002,051 | - | | 157,500 | - | | 527,500 | - | | 157,500 | - | | 1,017,097 | - | | 157,500 | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENDING CASH BALANCE BEFORE DIP | 275,030 | 341,049 | 24.0% | 248,887 | 323,095 | 29.8% | 501,671 | 544,996 | 8.6% | 620,715 | 711,663 | 14.7% | 980,308 | 1,032,904 | 5.4% | 207,963 | - | | 626,542 | - | | 349,708 | - | | 825,600 | - | | 212,500 | - | | 1,414,452 | - | |

## CUMMALATIVE BUDGET VARIANCE

| | Forecast | Actual | Var% |
|---|---|---|---|
| TOTAL CASH RECEIPTS | 2,863,442 | 2,756,828 | -3.9% |
| | | | |
| **Cash Disbursements** | | | |
| Rent | 262,366 | 262,366 | 0.0% |
| Payroll | 623,487 | 623,487 | 0.0% |
| Merchant Services | 60,000 | 62,285 | 3.7% |
| General & Admin._Prof Fees | 37,500 | 23,167 | -61.9% |
| General & Administrative | 465,000 | 317,838 | -46.3% |
| TOTAL CASH DISBURSEMENTS | 1,448,353 | 1,289,143 | -12.4% |
| | | | |
| ENDING CASH BALANCE BEFORE DIP | 2,626,611 | 2,953,708 | 11.1% |

|  | 12/8/2025 | | | 12/15/2025 | | | 12/22/2025 | | | 12/29/2025 | | | 1/5/2026 | | | 1/12/2026 | | | 1/19/2026 | | | 1/26/2026 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Week 12 | | | Week 13 | | | Week 14 | | | Week 15 | | | Week 16 | | | Week 17 | | | Week 18 | | | Week 19 | | |
| **Beginning Cash Balance** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** | **Forecast** | **Actual** | **Var%** |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 1,834,774 | - | | 2,338,904 | - | | 2,992,072 | - | | 2,756,402 | - | | 829,436 | - | | 508,410 | - | | 443,323 | - | | 469,464 | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | | | | | | | |
| Rent | - | - | | - | - | | - | - | | 491,000 | - | | - | - | | - | - | | - | - | | 491,000 | - | |
| Payroll | 400,000 | - | | - | - | | 500,000 | - | | 201,017 | - | | 500,000 | - | | - | - | | 370,000 | - | | - | - | |
| Merchant Services | - | - | | - | - | | - | - | | 201,017 | - | | - | - | | - | - | | - | - | | 95,718 | - | |
| General & Admin._Prof Fees | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | |
| General & Administrative | 150,000 | - | | 150,000 | - | | 150,000 | - | | 50,000 | - | | 150,000 | - | | 75,000 | - | | 75,000 | - | | 75,000 | - | |
| **TOTAL CASH DISBURSEMENTS** | 557,500 | - | | 157,500 | - | | 657,500 | - | | 749,517 | - | | 657,500 | - | | 82,500 | - | | 452,500 | - | | 669,218 | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **ENDING CASH BALANCE BEFORE DIP** | 2,316,726 | - | | 4,248,131 | - | | 2,785,569 | - | | 2,275,954 | - | | 2,197,890 | - | | 2,623,800 | - | | 2,364,623 | - | | 2,164,870 | - | |
| | 11 | 11 | 11 | 12 | 12 | 12 | 13 | 13 | 13 | 14 | 14 | 14 | 15 | 15 | 15 | 16 | 16 | 16 | 17 | 17 | 17 | 18 | 18 | 18 |

|  |
|---|
| **TOTAL CASH RECEIPTS** |
| |
| **Cash Disbursements** |
| Rent |
| Payroll |
| Merchant Services |
| General & Admin._Prof Fees |
| General & Administrative |
| **TOTAL CASH DISBURSEMENTS** |
| |
| **ENDING CASH BALANCE BEFORE DIP** |