# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:  )<br>  )<br>  ) | Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*[1],  )<br>  ) | Chapter 11 |
| Debtors.  )<br>  ) |  |

## MOTION FOR ADMISSION *PRO HAC VICE*

Neil E. McCullagh, hereby moves this Court for an Order of admission *pro hac vice* in the above-captioned matter on behalf of Village Marketplace, LLC pursuant to LCvR 83.2  This Motion is accompanied by a Declaration for *Pro Hac Vice Admission*.  As identified in the Declaration, a certificate of good standing has been requested from the Commonwealth of Virginia and is forthcoming.

Dated:  November 5, 2025

/s/ Neil E. McCullagh
Neil E. McCullagh, Esq. (VSB No. 39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
Email:   nmccullagh@spottsfain.com

*Counsel for Village Marketplace, LLC*

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.