# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 25-00243-ELG |
| Banners of Abingdon, LLC, *et al.*, | ) Chapter 7 |
|  | ) |
| Debtor. | ) |
|  | ) |

### ORDER GRANTING ADMISSION *PRO HAC VICE* FOR NEIL E. MCCULLAGH

Upon consideration of the Motion for Admission *pro hac vice* of Neil E. McCullagh, it is hereby **ORDERED** that the Motion is **GRANTED.**

Neil E. McCullagh is hereby admitted to this Court *pro hac vice,* for the limited purpose of appearing and participating in this action as *pro hac vice* counsel for Banners of Abingdon, LLC.

**IT IS SO ORDERED.**

End of Order