The order below is hereby signed.

Signed: November 6 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*, | ) Chapter 11<br>) |
| Debtor. | )<br>) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* FOR NEIL E. MCCULLAGH**

Upon consideration of the Motion for Admission *pro hac vice* of Neil E. McCullagh, it is hereby **ORDERED** that the Motion is **GRANTED.**

Neil E. McCullagh is hereby admitted to this Court *pro hac vice,* for the limited purpose of appearing and participating in this action as *pro hac vice* counsel for Village Marketplace, LLC.

**IT IS SO ORDERED.**

End of Order