**<u>Exhibit B</u>**

# Lease Ledger

## Lease Information

**Leonard Banner**
**Banners of Village Marketplace Midlothian LLC**
443 N. Frederick Avenue
Gaithersburg , MD , 20877

| Field | Value |
|---|---|
| Date | 11/04/2025 |
| Lease Id | bhallmk |
| Property | vmp |
| Location | Village Marketplace LLC |
| Assigned Space(s) | 13112, 13114 |
| Customer | |
| ICS Code | |
| Lease Type | Retail |
| Sales Category | General Merchandise |
| Lease Term | From  03/01/2022  To  02/29/2032 |
| Lease Area | 5,700(Gross Lease) |
| Monthly Rent | 8075.00 |
| Office Phone | (804)379-5699 |
| Fax No | |
| E-Mail | Invoices@bannermgmt.com |

| Date | Description | Unit | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | **Balance Forward** | | | | **(0.01)** |
| 08/01/25 | CAM Rent (08/2025) | 13112,13114 | 1,389.38 | | 1,389.37 |
| 08/01/25 | Rent Income (08/2025) | 13112,13114 | 8,075.00 | | 9,464.37 |
| 08/08/25 | ACH | | | 11,504.00 | (2,039.63) |
| 09/01/25 | CAM Rent (09/2025) | 13112,13114 | 1,389.38 | | (650.25) |
| 09/01/25 | Rent Income (09/2025) | 13112,13114 | 8,075.00 | | 7,424.75 |
| 09/16/25 | Late Fee (5% of $7,424.75) :Reversed by Charge Ctrl# 33895 | | 371.24 | | 7,795.99 |
| 09/16/25 | :Reverse Charge Ctrl#32942 Reverse per DZ | | (371.24) | | 7,424.75 |
| 10/01/25 | CAM Rent (10/2025) | 13112,13114 | 1,389.38 | | 8,814.13 |
| 10/01/25 | Rent Income (10/2025) | 13112,13114 | 8,075.00 | | 16,889.13 |
| 11/01/25 | CAM Rent (11/2025) | 13112,13114 | 1,389.38 | | 18,278.51 |
| 11/01/25 | Rent Income (11/2025) | 13112,13114 | 8,075.00 | | 26,353.51 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 26,353.51 | 0.00 | 0.00 | 0.00 | 26,353.51 |

Tuesday, November 4, 2025