**<u>Exhibit C</u>**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*, [1] | ) ) | Chapter 11 |
| Debtor. | ) ) ) |  |

### ORDER GRANTING
### MOTION OF VILLAGE MARKETPLACE, LLC TO COMPEL IMMEDIATE PAYMENT OF OCTOBER AND NOVEMBER 2025 RENT AND COMMON AREA MAINTENANCE CHARGES PURSUANT TO 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)

Upon consideration of the *Motion of Village Marketplace, LLC to Compel Immediate Payment of October and November 2025 Rent and Common Area Maintenance Charges Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (this "Motion"), and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

---

Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
*Counsel for Village Marketplace, LLC*

1. The Motion is GRANTED.

2. Pursuant to sections 105(a), 365(d)(3), and 503(b)(1)(A) of the Bankruptcy Code, the Debtors are directed to immediately pay Village Marketplace, LLC (a) $18,928.76 in rent and CAM charges for October and November 2025, and (b) attorney fees in the amount of [to be determined].

3. Pursuant to sections 105(a), 365(d)(3), and 503(b)(1)(A), the Debtors shall also pay all rents and other charges due under its lease with Village Marketplace, LLC as and when the same become due and payable until such lease is assumed or rejected.

4. This order shall be without prejudice to Village Marketplace, LLC's right to seek allowance and payment of further claims against the Debtors' estates, including, but not limited to, rent due for September 2025 and claims arising from any rejection of the Lease.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.