**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: | )<br>)<br>) Case No. 25-00378-ELG |
| Banners of Abingdon, LLC, *et al.*,<sup>1</sup> | ) Chapter 11<br>) |
| Debtor. | ) **Objection Deadline: December 1, 2025**<br>) **Hearing Date and Time: December 10, 2025, at 10:00 a.m.** |

**NOTICE OF**
**MOTION OF VILLAGE MARKETPLACE, LLC TO COMPEL IMMEDIATE**
**PAYMENT OF OCTOBER AND NOVEMBER 2025 RENT AND COMMON AREA**
**MAINTENANCE CHARGES PURSUANT TO 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)**

  **PLEASE TAKE NOTICE** that Village Marketplace, LLC, through undersigned counsel, has filed its *Motion of Village Marketplace, LLC to Compel Immediate Payment of October and November 2025 Rent and Common Area Maintenance Charges Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (the "Motion") with United States Bankruptcy Court for the District of Columbia (the "Court").

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Columbia, and filed with the Bankruptcy Court on or before **December 1, 2025 (the "Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

---

Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Village Marketplace, LLC*

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **December 10, 2025, at 10:00 a.m. (ET) (the "Hearing")** before the Honorable Elizabeth L. Gunn, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001.  The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government.  All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING**.

Date: November 7, 2025 　　　　　　　　　　VILLAGE MARKETPLACE, LLC

　　　　　　　　　　　　　　　　　　　　　By: /s/ Neil E. McCullagh
　　　　　　　　　　　　　　　　　　　　　　　　Counsel

Neil E. McCullagh, Esquire (VSB #39027)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
*Counsel for Village Marketplace, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served by first class mail, postage prepaid, and/or electronic means, this 7th day of November 2025, to the following, constituting all necessary parties:

Banners of Abingdon LLC
1801 16th Street NorthwestUnit 606
Washington, DC 20009
*Debtor*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
*Debtor's Counsel*

Christianna Annette Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste. B PMB 24
Fargo, ND 58102-4246
*Debtor's Counsel*

Kenneth N. Whitehurst, III
Norfolk Federal Building
200 Granby Street, Room 625
Norfolk, VA 23451
*U.S. Trustee*

American Paper Plastic Company
19 Kiesland CT
Hamilton, OH 45015

Backd Finwise
1945 S IH 35
Frontage Road
Austin, TX 78760

Caspari Inc.
99 Cogwheel Lane
Seymour, CT 06483

Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166

Crown MAC
7619 Sheridan Rd
Kenosha, WI 53143

Demdaco
P.O. Box 803314
Kansas City, MO 64180-3314

Enesco LLC
500 Park Boulevard, Ste 1300
Itasca, IL 60143

Ganz USA LLC
P.O. Box 530
Buffalo, NY 14240-0530

Godiva Chocolatier Inc.
P.O. Box 74008044
Chicago, IL 60674-8044

Hallmark Marketing Company LLC
Gold Crown Administration
2501 McGee
Kansas City, MO 64141

Itria Ventures LLC
c/o Corporation Service Company
251 Little Falls Grove
Wilmington, DE 19808

Kellytoy USA Inc.
P.O. Box 738667
Dallas, TX 75373-8667

3

| | |
|---|---|
| PNC Bank NA<br>130 South Bond Street<br>Bel Air, MD 21014 | Pomeroy Technologies LLC<br>P.O. Box 7410512<br>Chicago, IL 60674 |
| Silver Forest Inc.<br>490 Industrial Drive<br>Bellows Falls, VT 05101 | Stonewall Kitchen<br>2 Stonewall Lane<br>York, ME 03909 |
| Touchland LLC<br>Capacity<br>100 SE 2nd Street, Suite 2000<br>Miami, FL 33131 | Vera Bradley Sales LLC<br>Attn: Accounts Receivable<br>12420 Stonebridge Rd<br>Roanoke, IN 46783 |
| White House Historical Association<br>P.O. Box 27624<br>Washington, DC 20038-7624 | Youngs Inc<br>735 Thimble Shoals Blvd 100<br>Newport News, VA 23606 |
| Darrell W. Clark<br>Bradley D. Jones<br>STINSON LLP<br>1775 Pennsylvania Ave., NW, Suite 800<br>Washington, DC 20006 | Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD 21202 |
| John D. Sadler<br>BALLARD SPAHR LLP<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006 | Leslie C. Heilman<br>Erin L. Williamson<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 |
| Stephen A. Metz<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814 | Leon Koutsouftikis<br>Magruder Cook Koutsouftikis & Palanzi<br>1889 Preston White Drive, Suite 200<br>Reston, VA 20191 |
| C. Kevin Kobbe<br>DLA Piper LLP (US)<br>650 South Exeter Street, Suite 1100<br>Baltimore, MD 2120 | E. Andrew Burcher<br>Walsh, Colucci, Lubeley & Walsh, P.C.<br>3410 Prince William Parkway, Suite 300<br>Prince William, VA 22192 |
| Addison J. Chappell<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Floor<br>Baltimore, MD 21202 | Catherine B. Harrington<br>Miles & Stockbridge P.C.<br>11 N. Washington Street, Suite 700<br>Rockville, MD 20850 |

| | |
|---|---|
| Christopher A. Glaser<br>Jackson & Campbell, P.C.<br>2300 N Street, N.W., Suite 300<br>Washington, DC 20037 | Adrien C. Pickard<br>Barclay Damon LLP<br>1742 N Street, N.W.<br>Washington, DC 20036 |
| Kevin M. Newman<br>Barclay Damon LLP<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202 | Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas, Suite 2310<br>New York, NY 10020 |
| Christianna A. Cathcart<br>The Belmont Firm<br>1050 Connecticut Avenue, NW, Suite 500<br>Washington, DC 20036 | Tracy Peters, Credit Manager<br>Caspari, Inc.<br>99 Cogwheel Lane<br>Seymour, CT 06483 |
| David A. Greer<br>The Law Offices of David A. Greer, PLC<br>500 East Main Street, Suite 1225<br>Norfolk, VA 23510 | Adam Nathe<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402 |
| Steven M. Wallace<br>Goldenberg Heller & Antognoli, P.C.<br>2227 South State Route 157<br>Edwardsville, IL 62025 | Karen C. Bifferato<br>CONNOLLY GALLAGHER LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801 |

/s/ Neil E. McCullagh