Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE ATTACHING PROPOSED ORDER**

Comes now Banners of Abingdon, LLC, the substantively consolidated debtor herein (the "Debtor"), by and through undersigned counsel, and attached hereto a proposed order approving, on a final basis, the DIP loan of Hallmark Marketing Company, LLC ("Hallmark"), inclusive of a credit agreement appended thereto as an exhibit.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

This is shared in the interests of allowing other parties in interest occasion to review the proposed order. While the Debtor and Hallmark are in accord on the terms of the order and credit agreement, Hallmark's final approval of a budget—also to be an exhibit to the proposed order—has not yet been obtained, and the parties are continuing to work cooperatively on the finalization of such a budget.

The Debtor will be prepared to further address this matter at a hearing of even date. The Debtor does *not* anticipate all parties will have occasion to review this proposed order before the hearing and will be prepared to further discuss timing issues at the hearing.

                                Respectfully submitted,

Dated: November 12, 2025        By:    /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig, Esq.
                                                    Bar No. MD18071
                                                    The Belmont Firm
                                                    1050 Connecticut Avenue, NW
                                                    Suite 500
                                                    Washington, DC 20036
                                                    Phone: (202) 991-1101
                                                    mac@dcbankruptcy.com
                                                    *Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                        /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig