## WEEKLY BUDGET VARIANCE

| | 9/22/2025 | | | 9/29/2025 | | | 10/6/2025 | | | 10/13/2025 | | | 10/20/2025 | | | 10/27/2025 | | | 11/3/2025 | | | 11/10/2025 | | | 11/17/2025 | | | 11/24/2025 | | | 12/1/2025 | | | 12/8/2025 | | | 12/15/2025 | | | 12/22/2025 | | | 12/29/2025 | | | 1/5/2026 | | | 1/12/2026 | | | 1/19/2026 | | | 1/26/2026 | | |
| | Week 1 | | | Week 2 | | | Week 3 | | | Week 4 | | | Week 5 | | | Week 6 | | | Week 7 | | | Week 8 | | | Week 9 | | | Week 10 | | | Week 11 | | | Week 12 | | | Week 13 | | | Week 14 | | | Week 15 | | | Week 16 | | | Week 17 | | | Week 18 | | | Week 19 | | |
| Beginning Cash Balance | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% | Forecast | Actual | Var% |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL CASH RECEIPTS | 347,530 | 367,285 | 5.7% | 359,332 | 380,657 | 5.9% | 391,593 | 394,886 | 0.8% | 897,893 | 883,580 | -1.6% | 867,093 | 730,420 | -15.8% | 704,706 | 562,262 | -20.2% | 669,692 | 509,410 | -23.9% | 850,666 | 819,779 | -3.6% | 758,381 | - | | 833,441 | - | | 1,297,291 | - | | 1,630,911 | - | | 2,079,026 | - | | 2,659,619 | - | | 2,450,135 | - | | 737,276 | - | | 413,083 | - | | 360,200 | - | | 339,058 | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rent | - | - | | - | - | | - | - | | 262,366 | 262,366 | 0.0% | - | - | | 400,000 | 43,827 | -89.0% | 91,000 | 54,600 | -40.0% | - | 340,680 | #DIV/0! | - | - | | 400,000 | - | | 91,000 | - | | - | - | | - | - | | - | - | | 491,000 | - | | - | - | | - | - | | - | - | | 491,000 | - | |
| Payroll | - | - | | 302,975 | 302,975 | 0.0% | - | - | | 320,512 | 320,512 | 0.0% | - | - | | 353,000 | 352,359 | -0.2% | - | - | | 370,000 | 326,793 | -11.7% | - | - | | 370,000 | - | | - | - | | 400,000 | - | | - | - | | 500,000 | - | | - | - | | 500,000 | - | | - | - | | 370,000 | - | | - | - | |
| Merchant Services | - | - | | - | - | | 60,000 | 62,285 | 3.8% | - | - | | - | - | | 55,551 | - | | - | 45,564 | #DIV/0! | - | - | | 7,500 | - | | 68,597 | - | | - | - | | - | - | | - | - | | 201,017 | - | | - | - | | - | - | | - | - | | 95,718 | - | |
| General & Admin._Prof Fees | 7,500 | - | | 7,500 | 16,215 | 116.2% | 7,500 | 6,952 | -7.3% | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | | 7,500 | - | |
| General & Administrative | 75,000 | 36,236 | -51.7% | 75,000 | 79,421 | 5.9% | 15,000 | 47,438 | 216.3% | 150,000 | 95,564 | -36.3% | 150,000 | 100,174 | -33.2% | 95,000 | 50,610 | -46.7% | 150,000 | 38,452 | -74.4% | 150,000 | 63,527 | -57.6% | 150,000 | - | | 80,000 | - | | 150,000 | - | | 150,000 | - | | 150,000 | - | | 150,000 | - | | 50,000 | - | | 150,000 | - | | 75,000 | - | | 75,000 | - | | 75,000 | - | |
| TOTAL CASH DISBURSEMENTS | 82,500 | 36,236 | -56.1% | 385,475 | 398,611 | 3.4% | 82,500 | 116,675 | 41.4% | 740,378 | 678,442 | -8.4% | 157,500 | 100,174 | -36.4% | 911,051 | 446,796 | -51.0% | 248,500 | 138,616 | -44.2% | 527,500 | 731,000 | 38.6% | 157,500 | - | | 926,097 | - | | 248,500 | - | | 557,500 | - | | 157,500 | - | | 657,500 | - | | 749,517 | - | | 657,500 | - | | 82,500 | - | | 452,500 | - | | 609,218 | - | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENDING CASH BALANCE BEFORE DIP | 275,030 | 341,049 | 24.0% | 248,897 | 323,095 | 29.8% | 501,671 | 544,996 | 8.6% | 620,715 | 683,407 | 10.1% | 980,308 | 1,592,596 | 62.5% | 523,963 | 1,578,456 | 201.3% | 945,155 | 1,501,131 | 58.8% | 1,168,321 | 1,472,475 | 26.0% | 1,469,202 | - | | 676,547 | - | | 1,625,338 | - | | 2,573,748 | - | | 4,245,275 | - | | 6,247,394 | - | | 3,868,879 | - | | 2,515,405 | - | | 2,845,988 | - | | 2,753,688 | - | | 2,423,528 | - | |

## CUMMALATIVE BUDGET VARIANCE

| | Forecast | Actual | Var% |
|---|---|---|---|
| TOTAL CASH RECEIPTS | 4,237,840 | 3,828,500 | -10.7% |
| | | | |
| **Cash Disbursements** | | | |
| Rent | 753,366 | 701,473 | -7.4% |
| Payroll | 1,346,487 | 1,302,639 | -3.4% |
| Merchant Services | 115,551 | 107,849 | -7.1% |
| General & Admin._Prof Fees | 60,000 | 23,167 | -159.0% |
| General & Administrative | 860,000 | 511,422 | -68.2% |
| TOTAL CASH DISBURSEMENTS | 1,448,353 | 1,330,138 | -8.9% |
| | | | |
| ENDING CASH BALANCE BEFORE DIP | 2,626,611 | 3,485,144 | 24.6% |

## WEEKLY CASH FLOW PROJECTION

| | 9/22/25 | 9/29/25 | 10/6/25 | 10/13/25 | 10/20/25 | 10/27/25 | 11/3/25 | 11/10/25 | 11/17/25 | 11/24/25 | 12/1/25 | 12/8/25 | 12/15/25 | 12/22/25 | 12/29/25 | 1/5/26 | 1/12/26 | 1/19/26 | 1/26/26 | 2/2/26 | 2/9/26 | 2/16/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 | Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 |
| **Beginning Cash Balance** | 10,000 | 275,030 | 192,577 | 463,200 | 270,715 | 730,308 | 523,963 | 845,155 | 868,321 | 769,202 | 576,547 | 1,500,338 | 2,323,748 | 4,245,275 | 2,168,261 | 2,435,629 | 2,515,405 | 2,845,988 | 2,753,688 | 2,423,528 | 2,397,233 | 2,724,965 |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | | | | | |
| Hallmark Sales | 244,565 | 251,305 | 280,715 | 681,905 | 601,679 | 445,578 | 389,275 | 589,922 | 661,197 | 676,382 | 850,328 | 1,107,851 | 1,515,715 | 1,469,919 | 493,142 | 321,874 | 267,105 | 242,294 | 317,197 | 336,321 | 562,827 | |
| Allied Sales | 251,907 | 262,027 | 278,704 | 315,754 | 330,679 | 312,171 | 330,824 | 473,410 | 505,544 | 605,836 | 771,286 | 930,788 | 1,307,636 | 1,808,809 | 1,592,750 | 428,453 | 313,639 | 287,049 | 279,333 | 307,733 | 294,805 | 611,062 |
| Missed Sales | (148,942) | (153,999) | (167,826) | (99,766) | (65,265) | (53,042) | (50,407) | (212,666) | (408,359) | (448,776) | (324,323) | (407,728) | (519,757) | (664,905) | (612,534) | (184,319) | (222,430) | (193,954) | (182,569) | (218,726) | (220,894) | (410,861) |
| **TOTAL CASH RECEIPTS** | 347,530 | 359,332 | 391,593 | 897,893 | 867,093 | 704,706 | 669,692 | 850,666 | 758,381 | 833,441 | 1,297,291 | 1,630,911 | 2,079,026 | 2,659,619 | 2,450,135 | 737,276 | 413,083 | 360,200 | 339,058 | 406,205 | 410,232 | 763,028 |
| AVERAGE MISS | -30.00% | -30.00% | -30.00% | -10.00% | -7.00% | -7.00% | -7.00% | -20.00% | -35.00% | -20.00% | -20.00% | -20.00% | -20.00% | -20.00% | -20.00% | -20.00% | -35.00% | -35.00% | -35.00% | -35.00% | -35.00% | -35.00% |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | | | | | |
| Rent | | | | 262,366 | | 400,000 | | 91,000 | | | 400,000 | | 91,000 | | 491,000 | | | | 491,000 | | | |
| Payroll | | 302,975 | | 320,512 | | 353,000 | | 370,000 | | | 370,000 | | 400,000 | | 500,000 | | 500,000 | | 370,000 | | 350,000 | |
| Merchant Services | | | 60,000 | | | 55,551 | | | | | 68,597 | | | | 201,017 | | | 95,718 | | | | |
| General & Admin._Prof Fees | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| General & Administrative | 75,000 | 75,000 | 15,000 | 150,000 | 150,000 | 95,000 | 150,000 | 150,000 | 150,000 | 80,000 | 150,000 | 150,000 | 150,000 | 150,000 | 50,000 | 150,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| **TOTAL CASH DISBURSEMENTS** | 82,500 | 385,475 | 82,500 | 740,378 | 157,500 | 911,051 | 248,500 | 527,500 | 157,500 | 926,097 | 248,500 | 557,500 | 157,500 | 657,500 | 749,517 | 657,500 | 82,500 | 452,500 | 669,218 | 432,500 | 82,500 | 482,500 |
| **NET CASH FLOW** | 265,030 | (26,143) | 309,093 | 157,515 | 709,593 | (206,345) | 421,192 | 323,166 | 600,881 | (92,655) | 1,048,791 | 1,073,411 | 1,921,526 | 2,002,119 | 1,700,618 | 79,776 | 330,583 | (92,300) | (330,160) | (26,296) | 327,732 | 280,528 |
| **ENDING CASH BALANCE BEFORE DIP** | 275,030 | 248,887 | 501,671 | 620,715 | 980,308 | 523,963 | 945,155 | 1,168,321 | 1,469,202 | 676,547 | 1,625,338 | 2,573,748 | 4,245,275 | 6,247,394 | 3,868,879 | 2,515,405 | 2,845,988 | 2,753,688 | 2,423,528 | 2,397,233 | 2,724,965 | 3,005,493 |
| **DIP Inflow** | | | | | | | | | | | | | | | | | | | | | | |
| DIP - Additional DIP | | 2,782,659 | 217,341 | | | | | | 1,300,000 | | | | | (3,334,133) | (1,433,250) | | | | | | | |
| DIP - MP | | | | 500,000 | | | | | | | | | | (545,000) | | | | | | | | |
| **TOTAL DIP INFLOW** | - | 2,782,659 | 217,341 | 500,000 | - | - | - | - | 1,300,000 | - | - | - | - | (3,879,133) | (1,433,250) | - | - | - | - | - | - | - |
| **Product Purchases** | | | | | | | | | | | | | | | | | | | | | | |
| Hallmark | | 2,782,659 | 217,341 | | | | | | 1,700,000 | | | | | | | | | | | | | |
| Allied Cash Payments | | 56,310 | 38,471 | 850,000 | 250,000 | | 100,000 | 300,000 | 300,000 | 100,000 | 125,000 | 250,000 | | 200,000 | | | | | | | | |
| **TOTAL Product Purchases** | - | 2,838,969 | 255,812 | 850,000 | 250,000 | - | 100,000 | 300,000 | 2,000,000 | 100,000 | 125,000 | 250,000 | - | 200,000 | - | - | - | - | - | - | - | - |
| **NET CASH FLOW** | | (56,310) | (38,471) | (350,000) | (250,000) | - | (100,000) | (300,000) | (700,000) | (100,000) | (125,000) | (250,000) | - | (4,079,133) | (1,433,250) | - | - | - | - | - | - | - |
| **ENDING CASH BALANCE** | 275,030 | 192,577 | 463,200 | 270,715 | 730,308 | 523,963 | 845,155 | 868,321 | 769,202 | 576,547 | 1,500,338 | 2,323,748 | 4,245,275 | 2,168,261 | 2,435,629 | 2,515,405 | 2,845,988 | 2,753,688 | 2,423,528 | 2,397,233 | 2,724,965 | 3,005,493 |

* Revenue attributed to Hallmark $1.1m DIP is conditioned upon timely shipment of agreed orders

## PROJECTED INVENTORY

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Inventory** | | | | | | | | | | | | | | | |
| Hallmark | 4,407,504 | 4,310,625 | 6,993,876 | 7,103,759 | 6,745,687 | 6,415,323 | 6,155,372 | 5,923,909 | 5,635,000 | 7,073,435 | 6,814,147 | 6,397,710 | 5,870,728 | 5,276,570 | 4,611,639 | 3,712,123 |
| Allied | 3,325,480 | 3,251,398 | 3,231,380 | 3,188,872 | 3,918,561 | 4,032,373 | 3,904,427 | 3,852,889 | 3,985,493 | 4,144,614 | 4,071,780 | 3,912,602 | 3,841,658 | 3,387,476 | 2,981,717 | 2,337,152 |
| **Total** | 7,732,984 | 7,562,022 | 10,225,257 | 10,292,631 | 10,664,248 | 10,447,696 | 10,059,798 | 9,776,798 | 9,620,493 | 11,218,049 | 10,885,928 | 10,310,312 | 9,712,386 | 8,664,046 | 7,593,357 | 6,049,275 |
| **Purchases** | | | | | | | | | | | | | | | | |
| Hallmark | 0 | 2,782,659 | 217,341 | 0 | 0 | 0 | 0 | 0 | 1,700,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Allied | 0 | 56,310 | 38,471 | 850,000 | 250,000 | 0 | 100,000 | 300,000 | 300,000 | 100,000 | 125,000 | 250,000 | 0 | 200,000 | 0 | 0 |
| **Total** | 0 | 2,838,969 | 255,812 | 850,000 | 250,000 | 0 | 100,000 | 300,000 | 2,000,000 | 100,000 | 125,000 | 250,000 | 0 | 200,000 | 0 | 0 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| Hallmark | 96,879 | 99,407 | 107,458 | 358,072 | 330,364 | 259,951 | 231,463 | 288,909 | 261,565 | 259,288 | 416,437 | 526,982 | 594,159 | 664,930 | 899,517 | 376,161 |
| Allied | 74,082 | 76,328 | 80,979 | 120,312 | 136,188 | 127,946 | 151,537 | 167,396 | 140,880 | 172,833 | 284,178 | 320,945 | 454,182 | 605,759 | 644,565 | 208,711 |
| **Total** | 170,962 | 175,735 | 188,437 | 478,384 | 466,552 | 387,898 | 383,000 | 456,305 | 402,444 | 432,121 | 700,615 | 847,926 | 1,048,340 | 1,270,689 | 1,544,082 | 584,871 |
| **Ending Inventory** | | | | | | | | | | | | | | | | |
| Hallmark | 4,310,625 | 6,993,876 | 7,103,759 | 6,745,687 | 6,415,323 | 6,155,372 | 5,923,909 | 5,635,000 | 7,073,435 | 6,814,147 | 6,397,710 | 5,870,728 | 5,276,570 | 4,611,639 | 3,712,123 | 3,335,962 |
| Allied | 3,251,398 | 3,231,380 | 3,188,872 | 3,918,561 | 4,032,373 | 3,904,427 | 3,852,889 | 3,985,493 | 4,144,614 | 4,071,780 | 3,912,602 | 3,841,658 | 3,387,476 | 2,981,717 | 2,337,152 | 2,128,442 |
| **Total** | 7,562,022 | 10,225,257 | 10,292,631 | 10,664,248 | 10,447,696 | 10,059,798 | 9,776,798 | 9,620,493 | 11,218,049 | 10,885,928 | 10,310,312 | 9,712,386 | 8,664,046 | 7,593,357 | 6,049,275 | 5,464,404 |

## HISTORICAL INVENTORY

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Inventory** | | | | | | | | | | | | | | | |
| Hallmark | 8,626,405 | 9,391,367 | 10,107,472 | 10,214,574 | 10,381,317 | 10,244,638 | 10,381,498 | 10,522,500 | 10,349,641 | 10,221,767 | 9,739,205 | 9,311,788 | 8,653,572 | 7,521,998 | 6,443,102 | 6,104,169 |
| Allied | 7,318,287 | 7,483,554 | 7,772,748 | 8,071,850 | 8,690,995 | 9,035,379 | 9,165,932 | 9,157,441 | 9,168,462 | 9,112,887 | 8,833,124 | 8,554,089 | 8,108,521 | 7,524,205 | 6,746,193 | 6,580,380 |
| Total | 15,944,691 | 16,874,920 | 17,880,221 | 18,286,425 | 19,072,312 | 19,280,017 | 19,547,429 | 19,679,941 | 19,518,102 | 19,334,654 | 18,572,329 | 17,865,877 | 16,762,093 | 15,046,204 | 13,189,294 | 12,684,549 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| Hallmark | 138,399 | 142,010 | 153,512 | 397,858 | 355,230 | 279,518 | 248,885 | 361,136 | 402,408 | 398,904 | 520,546 | 658,727 | 742,698 | 831,163 | 1,124,396 | 470,201 |
| % | 57% | 57% | 55% | 58% | 59% | 63% | 64% | 61% | 61% | 59% | 61% | 59% | 58% | 55% | 76% | 95% |
| Allied | 105,832 | 109,040 | 115,684 | 133,679 | 146,438 | 137,577 | 162,944 | 209,245 | 216,738 | 265,898 | 355,223 | 401,181 | 567,727 | 757,199 | 805,706 | 260,888 |
| % | 42% | 42% | 42% | 42% | 44% | 44% | 49% | 44% | 43% | 44% | 46% | 43% | 43% | 42% | 51% | 61% |
| Total | 244,231 | 251,049 | 269,196 | 531,537 | 501,669 | 417,094 | 411,828 | 570,381 | 619,145 | 664,802 | 875,769 | 1,059,908 | 1,310,425 | 1,588,361 | 1,930,102 | 731,089 |

| | 9/22/25 | 9/29/25 | 10/6/25 | 10/13/25 | 10/20/25 | 10/27/25 | 11/3/25 | 11/10/25 | 11/17/25 | 11/24/25 | 12/1/25 | 12/8/25 | 12/15/25 | 12/22/25 | 12/29/25 | 1/5/26 | 1/12/26 | 1/19/26 | 1/26/26 | 2/2/26 | 2/9/26 | 2/16/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 | Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 |
| **ACTUAL WEEKLY RESULTS** | | | | | | | | | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | 10,000 | 341,049 | 266,785 | 478,269 | 962,350 | 1,462,989 | 1,130,337 | 1,383,696 | 1,075,267 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | | | | | |
|   Hallmark Sales | 186,004 | 186,358 | 207,861 | 711,505 | 550,551 | 393,309 | 323,186 | 506,449 | | | | | | | | | | | | | | |
|   Allied Sales | 181,281 | 194,299 | 187,025 | 172,075 | 179,869 | 168,953 | 186,224 | 313,330 | | | | | | | | | | | | | | |
|   Missed Sales | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 367,285 | 380,657 | 394,886 | 883,580 | 730,420 | 562,262 | 509,410 | 819,779 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | | | | | |
|   Rent | | | | 262,366 | | 43,827 | 54,600 | 340,680 | | | | | | | | | | | | | | |
|   Payroll | | 302,975 | | 320,512 | | 352,359 | | 326,793 | | | | | | | | | | | | | | |
|   Merchant Services | | | 62,285 | | | | 45,564 | | | | | | | | | | | | | | | |
|   General & Admin._Prof Fees | | 16,215 | 6,952 | | | | | | | | | | | | | | | | | | | |
|   General & Administrative | 36,236 | 79,421 | 47,438 | 95,564 | 100,174 | 50,610 | 38,452 | 63,527 | | | | | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | 36,236 | 398,611 | 116,675 | 678,442 | 100,174 | 446,796 | 138,616 | 731,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **NET CASH FLOW** | 331,049 | (17,954) | 278,211 | 205,138 | 630,246 | 115,466 | 370,794 | 88,779 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **ENDING CASH BALANCE BEFORE DIP** | 341,049 | 323,095 | 544,996 | 683,407 | 1,592,596 | 1,578,456 | 1,501,131 | 1,472,475 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **ACTUAL WEEKLY RESULTS** | | | | | | | | | | | | | | | | | | | | | | |
| **DIP Inflow** | | | | | | | | | | | | | | | | | | | | | | |
|   DIP - Additional DIP | | 2,782,659 | 217,341 | | | | | | | | | | | | | | | | | | | |
|   DIP - MP | | | | 500,000 | | | | | | | | | | | | | | | | | | |
| **TOTAL DIP INFLOW** | | 2,782,659 | 217,341 | 500,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Product Purchases** | | | | | | | | | | | | | | | | | | | | | | |
|   Hallmark | | 2,782,659 | 217,341 | | | | | | | | | | | | | | | | | | | |
|   Allied Cash Payments | | 56,310 | 66,727 | 221,057 | 129,607 | 448,119 | 117,435 | 397,208 | | | | | | | | | | | | | | |
| **TOTAL Product Purchases** | | 2,838,969 | 284,068 | 221,057 | 129,607 | 448,119 | 117,435 | 397,208 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **NET CASH FLOW** | | (56,310) | (66,727) | 278,943 | (129,607) | (448,119) | (117,435) | (397,208) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **ENDING CASH BALANCE** | 341,049 | 266,785 | 478,269 | 962,350 | 1,462,989 | 1,130,337 | 1,383,696 | 1,075,267 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | | | | | | | | WEEKLY BUDGET VARIANCE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/22/25 | 9/29/25 | 10/6/25 | 10/13/25 | 10/20/25 | 10/27/25 | 11/3/25 | 11/10/25 | 11/17/25 | 11/24/25 | 12/1/25 | 12/8/25 | 12/15/25 | 12/22/25 | 12/29/25 | 1/5/26 | 1/12/26 | 1/19/26 | 1/26/26 | 2/2/26 | 2/9/26 | 2/16/26 |
| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 | Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 |
| **Beginning Cash Balance** | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Inflows** | | | | | | | | | | | | | | | | | | | | | | | |
| Hallmark Sales | -23.9% | -25.8% | -26.0% | 4.3% | -8.5% | -11.7% | -17.0% | -14.1% | | | | | | | | | | | | | | | |
| Allied Sales | -28.0% | -25.8% | -32.9% | -45.5% | -45.6% | -45.9% | -43.7% | -33.8% | | | | | | | | | | | | | | | |
| Missed Sales | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 5.7% | 5.9% | 0.8% | -1.6% | -15.8% | -20.2% | -23.9% | -3.6% | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | | | | | | |
| Rent | | | | 0.0% | | -89.0% | -40.0% | #DIV/0! | | | | | | | | | | | | | | | |
| Payroll | | 0.0% | | 0.0% | | -0.2% | | -11.7% | | | | | | | | | | | | | | | |
| Merchant Services | | | 3.8% | | | | #DIV/0! | | | | | | | | | | | | | | | | |
| General & Admin._Prof Fees | | 116.2% | -7.3% | | | | | | | | | | | | | | | | | | | | |
| General & Administrative | -51.7% | 5.9% | 216.3% | -36.3% | -33.2% | -46.7% | -74.4% | -57.6% | | | | | | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | -56.1% | 3.4% | 41.4% | -8.4% | -36.4% | -51.0% | -44.2% | 38.6% | | | | | | | | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | | | | | | | | | | | | | | | | |
| **ENDING CASH BALANCE BEFORE DIP** | 24.0% | 29.8% | 8.6% | 10.1% | 62.5% | 201.3% | 58.8% | 26.0% | | | | | | | | | | | | | | | |
| | WEEKLY PRODUCT PROJECTION - subject to cash availability, product needs and availability, and timing | | | | | | | | | | | | | | | | | | | | | | |
| DIP Inflow | | | | | | | | | | | | | | | | | | | | | | | |
| DIP - Additional DIP | | | | | | | | | | | | | | | | | | | | | | | |
| DIP - MP | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL DIP INFLOW** | | | | | | | | | | | | | | | | | | | | | | | |
| Product Purchases | | | | | | | | | | | | | | | | | | | | | | | |
| Hallmark | | | | | | | | | | | | | | | | | | | | | | | |
| Allied Cash Payments | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL Product Purchases** | | | | | | | | | | | | | | | | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | | | | | | | | | | | | | | | | |
| **ENDING CASH BALANCE** | | | | | | | | | | | | | | | | | | | | | | | |