Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE REGARDING PROPOSED ORDER**

Please take notice that Banners of Abingdon, LLC, the substantively consolidated debtor herein (the "Debtor"), has submitted to the United States Bankruptcy Court for the District of Columbia a proposed final order addressing the Debtor's use of cash collateral and entry into a debtor-in-possession financing arrangement with Hallmark Marketing Company, LLC

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

("Hallmark"). A hearing on approval of the proposed order is set for Wednesday, November 19, 2025, at 2:00 pm prevailing Eastern Time, in-person and via Zoom. Those wishing to participate via Zoom may obtain credentials by e-mailing Gunn_Hearings@dcb.uscourts.gov.

The proposed final order may be viewed online at https://acrobat.adobe.com/id/urn:aaid:sc:us:72b696c5-f332-4003-97e5-59d6e7aef912

The proposed credit agreement may be viewed online at https://acrobat.adobe.com/id/urn:aaid:sc:US:a6b1a59a-864f-44c8-a155-86a9c34c6fc7

The Debtor's proposed budget may be viewed online at https://acrobat.adobe.com/id/urn:aaid:sc:US:cbfb6611-0401-450c-b92b-13f8edcf3e02

Respectfully submitted,

Dated: November 13, 2025     By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent to each of the 20 largest unsecured, non-insider creditors in this case, via overnight US Mail, postage prepaid, *except* no hard copy is being sent to those parties whose counsel is receiving notice via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig