The order below is hereby signed.

Signed: November 12 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER SUBSTANTIVELY CONSOLIDATING DEBTORS AND ESTATES**

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

Upon consideration of the Motion to Jointly Administer and Substantively Consolidate Bankruptcy Estates for All Purposes (the "Motion"), DE #5, the evidence adduced thereupon at a hearing on September 17, 2025 and, subsequently, the further evidence adduced thereupon at a hearing on October 22, 2025, the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that this Honorable Court's foregoing order of joint administration (the "Joint Administration Order"), DE #28, remains in full force and effect except to the extent expressly modified herein; and it is further

ORDERED, that the various debtors' estates in these jointly administered cases be, and hereby are, SUBSTANTIVELY CONSOLIDATED, such that the debts of each debtor shall be the debts of the substantively consolidated debtor, the assets of each debtor shall be the assets of the substantively consolidated debtor, and the contractual obligations of each debtor shall be the contractual obligations of the substantively debtor, with the debtors being regarded as a single entity for all purposes in connection with these cases; and it is further

ORDERED, that quarterly fees payable to the US Trustee shall be computed based on the financial activities of the consolidated debtor.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtors*

Seen and Objected:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

United States Bankruptcy Court

District of Columbia

In re:     Case No. 25-00378-ELG

Banners of Abingdon LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Nov 12, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Banners of Abingdon LLC, 1801 16th Street NorthwestUnit 606, Washington, DC 20009-3365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Nathe | on behalf of Creditor Hallmark Marketing Company  LLC adam.nathe@stinson.com, mpl.lssteam5@stinson.com |
| Addison J. Chappell | on behalf of Creditor Bull Run Plaza  LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor Leesburg Plaza  LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor South Riding Owner  LLC achappell@milesstockbridge.com |
| Adrien Pickard | on behalf of Creditor Rivercrest Realty Associates  LLC and its affiliate Lynchburg (Wards Crossing), LLC apickard@barclaydamon.com |
| Augustus Curtis | |

Case 25-00378-ELG   Doc 132   Filed 11/14/25   Entered 11/15/25 00:05:09   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: pdf001 | Total Noticed: 1 |

Augustus Curtis
    on behalf of Creditor Burketown Plaza LLC augie.curtis@offitkurman.com

    on behalf of Creditor Stafford Marketplace LLC augie.curtis@offitkurman.com

Bradley David Jones
    on behalf of Creditor Hallmark Marketing Company LLC brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com

C. Kevin Kobbe
    on behalf of Creditor Itria Ventures LLC kevin.kobbe@us.dlapiper.com DLAPiper@ecfxmail.com

Catherine Brady DiFazio Harrington
    on behalf of Creditor Leesburg Plaza LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
    on behalf of Creditor Bull Run Plaza LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
    on behalf of Creditor South Riding Owner LLC charrington@milesstockbridge.com

Christianna Annette Cathcart
    on behalf of Debtor In Possession Banners of Abingdon LLC christianna@dakotabankruptcy.com

Christopher A. Glaser
    on behalf of Creditor PR II/RP Ridge Shopping Center LLC cglaser@jackscamp.com iluaces@jackscamp.com;statum@jackscamp.com

Christopher A. Glaser
    on behalf of Creditor CSB Family Investors LLC cglaser@jackscamp.com, iluaces@jackscamp.com;statum@jackscamp.com

Eugene A Burcher
    on behalf of Creditor Fair City HHH L.L.C. eaburcher@thelandlawyers.com

John D. Sadler
    on behalf of Creditor Federal Realty Partners L.P. Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

John D. Sadler
    on behalf of Creditor Federal Realty OP LP Sadlerj@ballardspahr.com andersonn@ballardspahr.com

John D. Sadler
    on behalf of Creditor CP Venture Two LLC Sadlerj@ballardspahr.com andersonn@ballardspahr.com

John D. Sadler
    on behalf of Creditor PR Harbour View East LLC Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

Karen C. Bifferato
    on behalf of Creditor NMP-C4 Fairfield S/C LLC kbifferato@connollygallagher.com

Kenneth N Whitehurst, III
    on behalf of U.S. Trustee U. S. Trustee for Region Four kenneth.n.whitehurst@usdoj.gov

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Leonidas Koutsouftikis
    on behalf of Creditor GRI Bradlee LLC lkouts@mckplaw.com, mcook@magruderpc.com

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Banners of Abingdon LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor PNC Bank N.A. mnord@gebsmith.com

Neil E. McCullagh
    on behalf of Creditor Village Marketplace LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;churley@spottsfain.com;jwest@spottsfain.com;rwestermann@spottsfain.com

Stephen A. Metz
    on behalf of Creditor Ashburn Village Center LLC smetz@offitkurman.com mmargulies@offitkurman.com

Steven Wallace
    on behalf of Creditor Gold Crown Managers Acceptance Corp steven@ghalaw.com denise@ghalaw.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 30