**UNITED STATES BANKRUPTCY COURT**
**DISTRICY OF COLUMBIA**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Banners of Abingdon LLC., *et al.,*[1] | ) | Case No. 25-00378 (ELG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | **)** | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned cases on behalf of creditor Brixmor Holdings 1 SPE, LLC (the "Landlord").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Landlord requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses and further request to be added to any Master Service List maintained in these cases:

> Robert L. LeHane
> Jennifer Raviele
> **KELLEY DRYE & WARREN LLP**
> 3 World Trade Center
> 175 Greenwich Street
> New York, NY 10007
> Tel: (212) 808-7800
> Fax: (212) 808-7897
> E-mail:  KDWBankruptcyDepartment@kelleydrye.com
> rlehane@kelleydrye.com
> jraviele@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlords': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated: November 18, 2025

*/s/ Robert L. LeHane*
**KELLEY DRYE & WARREN LLP**
Robert L. LeHane
Jennifer Raviele
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) -808-7573
Fax: (212)-808-7897
Email: rlehane@kelleydrye.com
        jraviele@kelleydrye.com

*Counsel for Brixmor Holdings 1 SPE, LLC*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on November 18, 2025, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

                */s/ Robert L. LeHane*
                Robert L. LeHane