# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-00378 (ELG) |
| BANNERS OF ABINGDON LLC, *et al.*[1] | Chapter 11 |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION PRO HAC VICE
### (Robert L. LeHane)

Pursuant to Local Bankruptcy Rule 2090-1(b), Robert. L. LeHane (the "Movant") respectfully moves his admission to appear pro hac vice in the above-captioned Chapter 11 case as counsel for Brixmor Holdings 1 SPE, LLC. In support of this Motion, the Movant states as follows:

1. The Movant is an attorney and partner with Kelley Drye & Warren, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007, telephone number (212) 808-7573, email rlehane@kelleydrye.com. The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the Bar of the State of New York (admitted 1999) and the Bar of the State of New Jersey (admitted in 1998).

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Baners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC

1

3. During the two years immediately preceding the filing of this motion, Movant has not applied to be admitted pro hac vice in this Court.

4. The Movant has never been disciplined by any bar.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

7. The $100.00 fee for admission pro hac vice will be paid electronically through the Court's CM/ECF system.

Dated: November 18, 2025

/s/ *Robert L. LeHane*
Robert L. LeHane, Esq. (NY 2937761/NJ 43371998)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808- 7800
rlehane@kelleydrye.com
Attorney for Brixmor Holdings 1 SPE, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 18, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case.

/s/ *Robert L. LeHane*
Robert L. LeHane (NY 2937761/NJ 43371998)