# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-00378 (ELG) |
| BANNERS OF ABINGDON LLC, *et al.*[1] | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
### (Robert L. LeHane)

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Robert L. LeHane as counsel for Brixmor Holdings 1 SPE, LLC, and his declaration in support thereof, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and Robert L. LeHane is **ADMITTED** pro hac vice to appear in the above-captioned chapter 11 case and associated adversary proceedings.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Baners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC

I ASK FOR THIS:

By: /s/ *Robert L. LeHane*
Robert L. LeHane, Esq. (pro hac vice pending)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808- 7800
rlehane@kelleydrye.com
*Counsel for Brixmor Holdings 1 SPE, LLC*