# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **NEIL EDWARD MCCULLAGH** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **NEIL EDWARD MCCULLAGH** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 11, 1995**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued November 20, 2025

DaVida M. Davis
**Director of Regulatory Compliance**