The order below is hereby signed.

Signed: November 19 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-378 (ELG) |
| BANNERS OF ABINGDON LLC, *et al.*[1] | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
### (Jennifer D. Raviele)

This Court having considered the Motion for Admission Pro Hac Vice (the "Motion") filed by Jennifer D. Raviele as counsel for Brixmor Holdings 1 SPE, LLC, and her declaration in support thereof, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and Jennifer D. Raviele is **ADMITTED** pro hac vice to appear in the above-captioned chapter 11 case and associated adversary proceedings.

I ASK FOR THIS:

By: /s/ *Jennifer D. Raviele*
Jennifer D. Raviele, Esq. (*pro hac vice* pending)
KELLEY DRYE & WARREN LLP
3 World Trade Center

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Baners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC

175 Greenwich Street
New York, NY 10007
(212) 808-7800
jraviele@kelleydrye.com
*Counsel for Brixmor Holdings 1 SPE, LLC*

United States Bankruptcy Court
District of Columbia

In re:  Case No. 25-00378-ELG
Banners of Abingdon LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Nov 19, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

**Recip ID**    **Recipient Name and Address**
+      Jennifer D. Raviele, KELLEY DRYE & WARREN LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Nathe | on behalf of Creditor Hallmark Marketing Company LLC adam.nathe@stinson.com, mpl.lssteam5@stinson.com |
| Addison J. Chappell | on behalf of Creditor Bull Run Plaza LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor Leesburg Plaza LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor South Riding Owner LLC achappell@milesstockbridge.com |
| Adrien Pickard | on behalf of Creditor Rivercrest Realty Associates LLC and its affiliate Lynchburg (Wards Crossing), LLC apickard@barclaydamon.com |
| Augustus Curtis | |

Case 25-00378-ELG    Doc 143    Filed 11/21/25    Entered 11/22/25 00:05:06    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Burketown Plaza LLC augie.curtis@offitkurman.com |
| Augustus Curtis | |
| | on behalf of Creditor Stafford Marketplace LLC augie.curtis@offitkurman.com |
| Bradley David Jones | |
| | on behalf of Creditor Hallmark Marketing Company LLC brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com |
| C. Kevin Kobbe | |
| | on behalf of Creditor Itria Ventures LLC kevin.kobbe@us.dlapiper.com DLAPiper@ecfxmail.com |
| Catherine Brady DiFazio Harrington | |
| | on behalf of Creditor Leesburg Plaza LLC charrington@milesstockbridge.com |
| Catherine Brady DiFazio Harrington | |
| | on behalf of Creditor Bull Run Plaza LLC charrington@milesstockbridge.com |
| Catherine Brady DiFazio Harrington | |
| | on behalf of Creditor South Riding Owner LLC charrington@milesstockbridge.com |
| Christianna Annette Cathcart | |
| | on behalf of Debtor In Possession Banners of Abingdon LLC christianna@dakotabankruptcy.com |
| Christopher A. Glaser | |
| | on behalf of Creditor PR II/RP Ridge Shopping Center LLC cglaser@jackscamp.com iluaces@jackscamp.com;statum@jackscamp.com |
| Christopher A. Glaser | |
| | on behalf of Creditor CSB Family Investors LLC cglaser@jackscamp.com, iluaces@jackscamp.com;statum@jackscamp.com |
| Eugene A Burcher | |
| | on behalf of Creditor Fair City HHH L.L.C. eaburcher@thelandlawyers.com |
| John D. Sadler | |
| | on behalf of Creditor Federal Realty Partners L.P. Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| John D. Sadler | |
| | on behalf of Creditor Federal Realty OP LP Sadlerj@ballardspahr.com andersonn@ballardspahr.com |
| John D. Sadler | |
| | on behalf of Creditor CP Venture Two LLC Sadlerj@ballardspahr.com andersonn@ballardspahr.com |
| John D. Sadler | |
| | on behalf of Creditor PR Harbour View East LLC Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| Karen C. Bifferato | |
| | on behalf of Creditor NMP-C4 Fairfield S/C LLC kbifferato@connollygallagher.com |
| Kenneth N Whitehurst, III | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four kenneth.n.whitehurst@usdoj.gov |
| Kristen S. Eustis | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Leonidas Koutsouftikis | |
| | on behalf of Creditor GRI Bradlee LLC lkouts@mckplaw.com, mcook@magruderpc.com |
| Maurice Belmont VerStandig | |
| | on behalf of Debtor In Possession Banners of Abingdon LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | |
| | on behalf of Creditor PNC Bank N.A. mnord@gebsmith.com |
| Neil E. McCullagh | |
| | on behalf of Creditor Village Marketplace LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;churley@spottsfain.com;jwest@spottsfain.com;rwestermann@spottsfain.com |
| Robert L. LeHane | |
| | on behalf of Creditor Brixmor Holdings 1 SPE LLC rlehane@kelleydrye.com |
| Stephen A. Metz | |
| | on behalf of Creditor Ashburn Village Center LLC smetz@offitkurman.com mmargulies@offitkurman.com |
| Steven Wallace | |
| | on behalf of Creditor Gold Crown Managers Acceptance Corp steven@ghalaw.com denise@ghalaw.com;swallacelegal@gmail.com |
| U. S. Trustee for Region Four | |
| | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 31