**22NTCHRG**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

---

In Re:
Banners of Abingdon LLC

Case No.: 25−00378−ELG
Chapter 11
Judge: Elizabeth L. Gunn

---

Notice is hereby given that a hearing will be held on

A STATUS HEARING

on 1/7/2026 at 2:00 PM in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

Angela D. Caesar
U.S. Bankruptcy Court
BY: am

Copies To:
Recipients of Electronic Notifications;
Debtor;
Appointed Trustee;
All Creditors.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 25-00378-ELG

Banners of Abingdon LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 9
Date Rcvd: Nov 20, 2025      Form ID: ntchrg      Total Noticed: 271

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Banners of Abingdon LLC, 1801 16th Street NorthwestUnit 606, Washington, DC 20009-3365 |
| cr | + | Ashburn Village Center LLC, C/o Stephen A. Metz, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| cr | + | Bull Run Plaza, LLC, c/o Addison J. Chappell, Esquire, Miles & Stockbridge P.C., 100 Light Street, 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | CSB Family Investors, LLC, c/o Christopher A. Glaser, Esq., Jackson & Campbell, PC, 2300 N Street, NW, Suite 300, Washington, DC 20037-1194 |
| cr | + | Gold Crown Managers Acceptance Corp, c/o Steven M. Wallace, 2227 S. State Route 157, Edwardsville, IL 62025-3646 |
| cr | + | Leesburg Plaza, LLC, c/o Addison J. Chappell, Esquire, Miles & Stockbridge P.C., 100 Light Street, 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | Monticello Marketplace and Suffolk SC, c/o Law Offices of David A. Greer PLC, 500 E. Main St Suite 1225, Norfolk, VA 23510-2274 |
| cr | | PNC Bank, N.A., c/o Michael D. Nord, Gebhardt & Smith LLP, Suite 2200, Baltimore, MD 21202 |
| cr | + | PR II/RP Ridge Shopping Center LLC, c/o Christopher A. Glaser, Esq., Jackson & Campbell, PC, 2300 N Street, NW, Suite 300, Washington, DC 20037-1194 |
| cr | + | South Riding Owner, LLC, c/o Addison J. Chappell, Esquire, Miles & Stockbridge P.C., 100 Light Street, 7th Fl., Baltimore, MD 21202 US 21202-1153 |
| cr | + | Village Marketplace, LLC, c/o Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 790589 | #+ | 301 MM LLC, 5324 43Rd St Nw, Washington, DC 20015-2008 |
| 790590 | + | Alarm Services of Maryland Inc, PO Box 6334, Ellicott City, MD 21042-0334 |
| 790591 | + | Alexis Hairston, 12401 Brickyard Blvd, 1028, Beltsville, MD 20705-1346 |
| 790592 | + | Alexis Peres, 6660 Upland Circle, Fayetteville, PA 17222-9722 |
| 790593 | + | Allied Products, 1420 Kansas Avenue, Kansas City, MO 64127-2135 |
| 790594 | + | American Mills, 2806 W Lake of the Isles Pkwy, Minneapolis, MN 55416-4338 |
| 790596 | + | Angela Earhart, 26431 Eleys Ford Road, Richardsville, VA 22736-1724 |
| 790597 | + | Angela Morris, 54 Kite Pl, Waynesboro, VA 22980-9438 |
| 790598 | + | Angela Thomas, 1420 Barnett St, Rock Hill, SC 29732-2333 |
| 790599 | + | Angie Blasco, 2002 Regency Drive, Suffolk, VA 23434-1800 |
| 790600 | + | Anita Cook, 56 Wildcat Cove, Waynesboro, VA 22980-9368 |
| 790601 | + | Annapolis Harbour Center Associates LLC, co Lerner Corp, 2000 Tower Oaks Blvd 8th Floor, Rockville, MD 20852-4284 |
| 790602 | + | Anne Folio, 8460 Angwin Place, Charlotte, NC 28262-6490 |
| 790603 | + | Antoinette Wilson, 2658 Wintergreen Road, Cove City, NC 28523-9216 |
| 790604 | | Appriss Retail DBA Sysrepublic Inc, PO Box 639138, Cincinnati, OH 45263-9138 |
| 790605 | | Ashburn Village Center LLC, co Saul Holdings LP, PO Box 38042, Baltimore, MD 21297-8042 |
| 790606 | | Ashers Chocolate, PO Box 950001875, Philadelphia, PA 19195-1875 |
| 790607 | + | Aurora World Inc, 8820 Mercury Lane, Pico Rivera, CA 90660-6706 |
| 790608 | | Avanti Press, PO Box 67000, Dept 210401, Detroit, MI 48267-2104 |
| 790609 | + | Azya Williams, 1422 Larkview Drive, Virginia Beach, VA 23454-5665 |
| 790610 | | Backd Finwise, 1949 S IH 35 Frontage Rd, Austin, TX 78760 |
| 790611 | + | Bedford Window Cleaning Co, 308 Jane Randolph St, Forest, VA 24551-1221 |
| 790612 | + | Benjamin Office Supply Services inc, 758 E GUDE DRIVE, ROCKVILLE, MD 20850-1328 |
| 790613 | + | Bissingers Handcrafted Chocolatier, 5025 PATTISON AVE, SAINT LOUIS, MO 63110-2037 |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 9 |
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

| | | |
|---|---|---|
| 790614 | + | Brenda Antoniak, 49 Woodbine Drive, Colonial Beach, VA 22443-3635 |
| 790615 | + | Briana Stanley, 6227 heather glen dr, Suffolk, VA 23435-3133 |
| 790617 | + | Bull Run Plaza LLC water, 8405 Greensboro Dr Ste 830, Mc Lean, VA 22102-5121 |
| 790616 | + | Bull Run Plaza Llc, PO Box 25097, Tampa, FL 33622-5097 |
| 790618 | | BurkeTown Plaza LLC, PO BOX 30344, TAMPA, FL 33630-3344 |
| 801857 | + | CSB Family Investors, LLC, c/o Christopher A. Glaser, Esq., Jackson & Campbell, P.C., 2300 N Street, N.W., Suite 300, Washington, DC 20037-1194 |
| 790619 | + | Calvin Lopez, 7704 Notees Ln, Kernersville, NC 27284-9086 |
| 790620 | | Cannon Hill Logistics, PO BOX 3851, FREDERICK, MD 21705-3851 |
| 790621 | + | Carpet and Vacuum Expo, 7715 Tuckerman Lane, Potomac, MD 20854-3266 |
| 790622 | + | Carson Home Accents, 189 Foreman Road, Freeport, PA 16229-1797 |
| 790623 | + | Caspari Inc, 99 Cogwheel Lane, Seymour, CT 06483-3900 |
| 801858 | + | Caspari, Inc, Attn: Tracy Peters, 99 Cogwheel Lane, Seymour, CT 06483-3900 |
| 790624 | + | Cathy Dickinson, 402 E 11Th Avenue, Ranson, WV 25438-1742 |
| 790625 | + | Cathy Jager, 2103 Deer Meadow Lane, Midlothian, VA 23112-4137 |
| 790626 | #+ | Chastity Carr, 2408 Timberland Hills DR, Newton, NC 28658-8552 |
| 790627 | + | Cher Lake, 327 Maryland Avenue, Portsmouth, VA 23707-1714 |
| 790628 | + | Cheryl Crum, 1511 Regency Woods Road, 101, Henrico, VA 23238-4518 |
| 790629 | + | Cheryl Domingue, 123 Glenwood Rd, Hampton, VA 23669-1823 |
| 790630 | + | Cheryl Murphy, 306 Jordan Crossing Ave, Jamestown, NC 27282-9873 |
| 802927 | + | Chocolate chocolate chocolate Company, 5025 Pattison Avenue, Saint Louis, MO 63110-2037 |
| 790631 | | Christian Everett, 9119 Manchester Rd, 311, Silver Spring, MD 20901-4137 |
| 790632 | + | Christina OKeefe, 5225 Lowery Downs, Virginia Beach, VA 23464-5615 |
| 790633 | | City of Fredericksburg, City Treasurer, PO BOX 644 City Hall, Fredericksburg, VA 22404-0644 |
| 790634 | | City of Newport News, Marty G Eubank Treasurer, City of Newport News PO BOX 975, Newport News, VA 23607-0975 |
| 790635 | | City of Virginia Beach CO Banners Hallm, Commissioner Of The Revenue City Hall, 2401 Courthouse Drive, Virginia Beach, VA 23456-9002 |
| 790636 | + | Commercial Express HVAC, 44931 Falcon Pl, Sterling, VA 20166-9572 |
| 790637 | + | Complete Solutions Sourcing, PO Box 5383, Deptford, NJ 08096-0383 |
| 790638 | + | Corporate Services Consultants LLC, 1015 N Gay St, PO Box 1048, Dandridge, TN 37725-1048 |
| 790639 | + | Cosners Corner Owners Assoc, Attn CBC Property Management, 990 Bragg Road, Fredericksburg, VA 22407-6979 |
| 790640 | | Coyote Logistics LLC, PO Box 742636, Atlanta, GA 30374-2636 |
| 790641 | + | Crossroads Original Designs dba Blossom, 115 Crossroads Boulevard, Bucyrus, OH 44820-1362 |
| 790642 | + | Crown MAC, 7619 Sheridan Rd, Kenosha, WI 53143-1519 |
| 790643 | + | Crystal Hill, 4796 First Court Road, Virginia Beach, VA 23455-2846 |
| 790644 | + | Cynthia Williams, 4752 Westland, apt B, Halethorpe, MD 21227-1331 |
| 790645 | + | Dania Contreras, 14478 Rustling Leaves Lane, Centreville, VA 20121-2272 |
| 790646 | + | Danielle Cutlip, 3133 Copenhaver RD, Street, MD 21154-1644 |
| 790647 | + | Danielle Santamore, 53 Creekstone Drive, Newport News, VA 23603-1363 |
| 790648 | + | Deana Bonilla, 8414 vision ln, Walkersville, MD 21793-7814 |
| 790649 | + | Debbie Stout, 712 Ontario Street, Havre de Grace, MD 21078-2730 |
| 790650 | + | Dede Cole, 344 Donald Circle, Forest Hill, MD 21050-1308 |
| 790652 | + | Designer Greetings Inc, PO Box 1477, Edison, NJ 08818-1477 |
| 790653 | + | Divaris Ridge shopping Center Owner LL, 4525 Main Street, Suite 900, Virginia Beach, VA 23462-3431 |
| 790654 | + | Donna Donlin, 20162 Braeton Bay Terr, Apt 103, Ashburn, VA 20147-2616 |
| 790655 | + | Donna Najibi, 504 Lake Vista Drive, Forest, VA 24551-1974 |
| 790656 | + | DuraSeal Inc, PO Box 743, Forest, VA 24551-0743 |
| 790657 | + | E S Pets, 725 Broadway Ave, Holbrook, NY 11741-4905 |
| 790658 | + | Ed Scott, 235 Mary Jane Lane, Bel Air, MD 21015-1645 |
| 790659 | #+ | Ela Wilson, 3200 Grumman Sq, 203, Virginia Beach, VA 23452-6939 |
| 790660 | + | Else Koprowicz, 128 Maloy Dr, Winchester, VA 22602-6528 |
| 790661 | + | Emilee Pratt, 551 Greenbriar Drive, Culpeper, VA 22701-3257 |
| 790662 | + | Enesco LLC, 500 Park Boulevard Ste 1300, Itasca, IL 60143-1258 |
| 790663 | | Evergreen Enterprises, PO Box 602961, Charlotte, NC 28260-2961 |
| 790664 | + | Expressive Design Group Inc, 49 Garfield St, Holyoke, MA 01040-5407 |
| 790678 | ++ | FRAGRANCES OF IRELAND, 668 N COAST HWY PMB 1207, LAGUNA BEACH CA 92651-1513 address filed with court:, Fragrances of Ireland, 668 N Coast Hwy Suite 1207, Laguna Beach, CA 92651-1513 |
| 790665 | + | Fahlo LLC, 201 Chatham St, Suite 2, Sanford, NC 27330-4395 |
| 790666 | + | Fair City HHH, L.L.C., c/o HHH Properties Corp., 4001 Williamsburg Court,, Fairfax, VA 22032-1139 |
| 790667 | + | Fair Lakes Center Associates II LC, PO Box 646001, Pittsburgh, PA 15264-6001 |
| 790668 | | Fairfax Company of Virginia LLC, co Olshan Properties, PO BOX 67338, Newark, NJ 07101-4007 |
| 790669 | | Fairfield Shopping Center, NMPC4 Fairfield SC LLC, co New Market Properties LLC 3284 Norths, Atlanta, GA 30327 |
| 790670 | + | Farrah Howard, 2254 48th Street NW, Washington, DC 20007-1035 |

| District/off: 0090-1 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

| | | |
|---|---|---|
| 790671 | | Federal Realty Kingstowne storage, Lockbox 3426, PO Box 8500, Philadelphia, PA 19178-3426 |
| 790672 | | Federal Realty OP LPSpecialty Leasing, PO Box 8500, Lockbox 3426, Philadelphia, PA 19178-3426 |
| 790673 | | Federal Realty Virginia Gateway Plaza I, Lockbox 9320, PO Box 8500, Philadelphia, PA 19178-9320 |
| 790674 | | Federal RealtyKingstowne Shopping Cente, Lockbox 9320, PO Box 8500, Philadelphia, PA 19178-8500 |
| 790676 | + | Fishers Popcorn of Delaware Inc, 37081 Coastal Hwy, Fenwick Island, DE 19944-4057 |
| 790677 | | Foulston, 1551 N Waterfront Parkway Suite 100, Wichita, KS 67206-4466 |
| 790680 | | Godiva Chocolatier Inc, PO Box 74008044, Chicago, IL 60674-8044 |
| 790682 | + | Greta Wagner, 4 Helen Drive, Newport News, VA 23602-3320 |
| 790683 | | Guardian Life Insurance, PO Box 824454, Philadelphia, PA 19182-4454 |
| 790685 | + | Hailey Hartley, 516 Northwood Circle, Cross Junction, VA 22625-2532 |
| 790686 | + | Hallmark Marketing Company LLC, Gold Crown Administration, 2501 McGee, Kansas City, MO 64108-2615 |
| 790687 | + | Harford Mall Business Trust, CBL 0623, PO Box 955607, Saint Louis, MO 63195-5607 |
| 790688 | + | Heather Grizzle, 14 Jefferson Drive, Potomac Falls, VA 20165-8626 |
| 790689 | + | Heather Hanson, 105 W Myrtle St, Alexandria, VA 22301-2424 |
| 790690 | + | Heather Salyer, 217 Capital Lane, Forest, VA 24551-2032 |
| 790691 | + | Hilary Snyder, 6409 Deerskin Drive, Fredericksburg, VA 22407-6368 |
| 790692 | + | Hill Management Services Inc, 11350 McCormick Road, EP III Suite 301, Hunt Valley, MD 21031-1002 |
| 790693 | + | Husteads Canvas Creations Inc, 628 W 24th Street, Norfolk, VA 23517-1208 |
| 790694 | + | IF USA LLC, 4350 Bryson Blvd, Florence, AL 35630-7317 |
| 790695 | + | Intelex USA, 105 Prairie Lakes Road, Unit C, East Dundee, IL 60118-9133 |
| 790696 | + | Itria Ventures LLC, co Corporation Service Company, 251 Little Falls Grove, Wilmington, DE 19808-1674 |
| 801719 | + | JDM Ent. Inc., DBA Bedford Window Cleaning, 308 Jane Randolph St., Forest, VA 24551-1221 |
| 790697 | + | Jackie Fillmore, 11320 Winston, Newport News, VA 23601-2267 |
| 790698 | + | James Long, 12624 Terrymill Drive, Herndon, VA 20170-2872 |
| 790699 | + | Janice Barry, 7848 Milkshed Pl, Elkridge, MD 21075-6130 |
| 790700 | + | Janie Gabrielson, 2155 Aspen Ridge Ct, Apt 204, Winston Salem, NC 27103-6868 |
| 790701 | + | Jennifer Hickman, 4025 Palmetto Drive, Rock Hill, SC 29732-9678 |
| 790702 | + | Jennifer McLellan, 1739 Donlee Dr, Blacksburg, VA 24060-6007 |
| 790703 | + | Jennifer Sheriff, 10821 Buttercup Place, Apt 303, Manassas, VA 20109-5616 |
| 790704 | + | Jennifer Smith, 14822 Statler Dr, Woodbridge, VA 22193-3128 |
| 790706 | + | Jessica Melone, 4730 Baileys Lake Rd NW, NW apt 206, Concord, NC 28027-8560 |
| 790707 | + | Jonathan Herold, 8034 Mike Mundle Lane, Mechanicsville, VA 23111-5913 |
| 790708 | + | Julia Shultz, 5506 Whitfield Court, Fairfax, VA 22032-3845 |
| 790709 | + | Julie Nilson, 17055 Hampton Trace Road, Huntersville, NC 28078-6452 |
| 790710 | + | Karen Kyle, 5730 YEAGERTOWN RD, New Market, MD 21774-6333 |
| 790711 | + | Karma, 4302 Ironton Ave, Lubbock, TX 79407-3736 |
| 790712 | + | Karolyn Stober, 108 Chasewood Ct, Vinton, VA 24179-4446 |
| 790713 | + | Kathleen Nichols, 3321 Lawrence Dr, Carrsville, VA 23315-2520 |
| 790714 | + | Kathy Carter, 4072 Parkside Meadows Court, Winston Salem, NC 27127-7476 |
| 790715 | + | Katie Potee, 2430 Brunswick Road, Halethorpe, MD 21227-3013 |
| 790716 | + | Katrina Guardado, 333 South Glebe Road, Apt 306, Arlington, VA 22204-1654 |
| 790717 | + | Kayla Racz, 800 Greenbrier Court, Edgewood, MD 21040-2414 |
| 790718 | + | Kellyn Sutton, 389 James Ct, High Point, NC 27265-2159 |
| 790719 | | Kellytoy USA Inc, PO Box 738667, Dallas, TX 75373-8667 |
| 790720 | | Ken Matthews Garden Center, 4921 George Washington Hwy, Yorktown, VA 23692-2509 |
| 790721 | + | Kentlands Square LLC, 7501 Wisconsin Avenue, Suite 1500e Attn Gilka Siles, Bethesda, MD 20814-6519 |
| 790723 | + | Kiarra Goodman, 14 Breezy Tree Ct, Apt D, Timonium, MD 21093-1226 |
| 790724 | + | Kim Peres, 6660 Upland Circle, Fayetteville, PA 17222-9722 |
| 790725 | + | Lanette Trimnell, 301 Old Bell Rd, Charlotte, NC 28270-2793 |
| 790726 | + | Latifa Sahraoui, 3940 Persimmon Drive, T1, Fairfax, VA 22031-4165 |
| 790727 | + | Laura Cole, 344 Donald Circle, Forest Hill, MD 21050-1308 |
| 790728 | + | Lauren James, 6238 Satinwood Drive, Columbia, MD 21044-3606 |
| 790729 | + | Lauren Payne, 23 Longview Cir, Fishersville, VA 22939-2004 |
| 790730 | + | Leesburg Plaza LLC, co Rappaport Management Company, 8405 Greensboro Drive 8th Floor, McLean, VA 22102-5104 |
| 790731 | + | Lenox Corporation, 1414 Radcliffe Street, Bristol, PA 19007-5496 |
| 790732 | + | Leonard Banner, 1702 Captains Way, Jupiter, FL 33477-4045 |
| 790733 | + | Leslie Nagy, 143 Northway, Severna Park, MD 21146-2707 |
| 790734 | + | Life is Good, 48 Friars Drive, Hudson, NH 03051-4900 |
| 790735 | | Linde Gas Equipment Inc formerly Praxa, PO Box 382000, Pittsburgh, PA 15250-8000 |
| 790736 | + | Lisette Brosan, 1414 point O woods, Arnold, MD 21012-2375 |
| 790737 | + | Lori Sharpe, 19 Forsythia Lane, Bear, DE 19701-6301 |
| 790738 | + | Lucy Mastantuono, 5400 Sandy Point Lane, Clifton, VA 20124-0944 |
| 790739 | | Lynchburg Rivercrest Realty, Lynchburg Wards Crossing LLC, PO Box 604049, Charlotte, NC 28260-4049 |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 9 |
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

| | | |
|---|---|---|
| 790756 | + | MOWMentum, 240 Hollywood Farm Road, Fredericksburg, VA 22405-3709 |
| 790740 | + | Macerich EQ Limited Partnership, SM Valley Mall LLC, Dept 880467 PO Box 29650, Phoenix, AZ 85038-9650 |
| 790741 | + | Malden International Designs, 19 Cowan Drive, Middleboro, MA 02346-3700 |
| 790742 | + | Marco Property Services, PO Box 4849, Midlothian, VA 23112-0015 |
| 790743 | + | Margaret Wilhoit, 14605 Frisco Ct, Woodbridge, VA 22193-2030 |
| 790744 | + | Mary Peters, 6401 Rock Forest Drive, 205, Bethesda, MD 20817-7903 |
| 790745 | + | Mary Stickney, 8218 Green Ice Drive, Pasadena, MD 21122-3868 |
| 790746 | + | Mary Thompson, 106 Split Oak Way, New Bern, NC 28562-9008 |
| 790747 | | Mayflower Apple Blossom LP, 14183 Collection Center Dr, Chicago, IL 60693-0141 |
| 790748 | + | Mayflower Apple Blossom LP Storage, Apple Blossom Mall Attn Management Offi, 1850 Apple Blossom Dr, Winchester, VA 22601-5187 |
| 790749 | + | Mayflower Distributing Company Inc, 1155 Medallion Drive, Mendota Heights, MN 55120-1220 |
| 790750 | + | Mendy Pratt, 551 Greenbriar Drive, Culpeper, VA 22701-3257 |
| 790751 | #+ | Meredith Chaney, 10412 Old Bridge Lane, Charlotte, NC 28269-8156 |
| 790752 | + | Michael Postal, 1801 16th Street NW, Apt 606, Washington, DC 20009-3324 |
| 790753 | + | Michelle Alvarez, 9515 Ashleyville Turn, Midlothian, VA 23112-1690 |
| 790754 | + | Mike Vaccarelli, 7694 Dorchester Blvd, Hanover, MD 21076-2061 |
| 790755 | | Monticello Marketplace, SL Nusbaum Realty Co, Escrow Agent for Monticello Marketplace, Norfolk, VA 23514-3580 |
| 790758 | + | NYSLIFE, 711 Ginesi Dr, Morganville, NJ 07751-1235 |
| 790757 | + | Nicole Almeida, 2050 Mount View Rd, Marriottsville, MD 21104-1636 |
| 790759 | | Oakton Limited Partnership LLP, Redwood Commercial Management, 5900 Fort Drive Suite 400, Centreville, VA 20121-2413 |
| 790762 | + | PB Mares LLP, 701 Town Center Dr Suite 900, Newport News, VA 23606-4287 |
| 802228 | + | PNC Bank, National Association, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 790771 | + | PR Valley LP Water 58, PO BOX 373828, CLEVELAND, OH 44193-0001 |
| 790775 | + | PRISA LHC LLC Harbor View East, 7 Giralda Farms, Madison, NJ 07940-1051 |
| 790760 | + | Pascale Christiansen, 500 Tunnel Court, Chesapeake, VA 23320-3181 |
| 790761 | + | Paul DeRemigis, 3 Banat Court, Baltimore, MD 21237-4507 |
| 790763 | + | Penelope Lare, 20819 Wallingford Square, 104, Potomac Falls, VA 20165-7302 |
| 790764 | | Personnel Evaluation Inc Multi Sites, 11138 W Greenfield Ave, Milwaukee, WI 53214-2362 |
| 790765 | | Peter Pauper Press Inc, 3 International Dr, Suite 310, Rye Brook, NY 10573-7501 |
| 790767 | + | Pipp Mobile Storage Systems Inc, 2966 WILSON DR. NW, WALKER, MI 49534-7592 |
| 790769 | + | Pomeroy Technologies LLC, PO Box 7410512, Chicago, IL 60674-0512 |
| 790770 | + | Potter Company, 1604 Hilltop West Shopping Center, STE 202, Virginia Beach, VA 23451-6131 |
| 790773 | + | Primitives by Kathy, 1817 William Penn Way, Lancaster, PA 17601-5830 |
| 790774 | | Prisa LHC LLC Greenbrier Market Center, PRLHC Greenbrier MC 106818, PO Box 978500, Dallas, TX 75397-8500 |
| 790776 | + | Pumpernickel Press, 508 jack enders, Berryville, VA 22611-1538 |
| 790778 | + | Rain Jewelry Collection, 460 Hillside Ave, Needham, MA 02494-1224 |
| 790779 | + | Reston North Point Village LLC, co Lerner Corp, 2000 Tower Oaks Blvd 8th Floor, Rockville, MD 20852-4284 |
| 790780 | + | Retirement Planners, 7639 Leesburg Pike, Falls Church, VA 22043-2520 |
| 790781 | + | Rhonda Kelley, 756 Marvin Ave, Norfolk, VA 23518-2508 |
| 790782 | + | Rifle Paper Co, 558 W New England Ave, Suite 150, Winter Park, FL 32789-4254 |
| 802851 | + | Rifle Paper Co., Michael S. Provenzale, Esq., 215 N. Eola Drive, Orlando, FL 32801-2028 |
| 790783 | | Roanoke Cave Springs, CO Brixmor Property Group, PO BOX 645324, Cincinnati, OH 45264-5324 |
| 790784 | + | Rockstep Christiansburg LLC, 782 New River Road, Christiansburg, VA 24073-6503 |
| 790785 | + | Rocky Mount Magnolia Real Estate and Ma, 9525 Birkdale Crossing Drive, Huntersville, NC 28078-8458 |
| 790786 | + | Rollingwood SC TSCG, 1945 Old Gallows Rd, Suite 300, Vienna, VA 22182-3931 |
| 790792 | + | SCT Rio Hill LLC, Attn TSCG, PO Box 6298, Hicksville, NY 11802-6298 |
| 790788 | + | Samantha Chicas, 18325 Lost Knife Circle, Apt 304, Montgomery Village, MD 20886-0306 |
| 790789 | + | Sana Farooqi, 1863 Norhurst Way N, Catonsville, MD 21228-4123 |
| 790790 | + | Sara Pashaei, 8401 PINEY POINT CT, MANASSAS, VA 20110-4633 |
| 790791 | + | Sarah Gordon, 16 Lord Fairfax Drive, Fredericksburg, VA 22405-2969 |
| 790793 | + | Shantie Alicea, 1131 University W Blvd, apt 1717, Silver Spring, MD 20902-3312 |
| 790794 | + | Sharalyn Detroy, 7832 Thackara rd, Pasadena, MD 21122-3645 |
| 790795 | + | Shawntia Campbell, 931 Battery Road, Waynesboro, VA 22980-1786 |
| 790796 | + | Sheila Bibb, 309 Walnut Dr, Timberville, VA 22853-9710 |
| 801734 | + | Silver Forest, BARR Credit Services, 3444 N Country Club Rd., Suite 200, Tucson, AZ 85716-0815 |
| 790798 | + | Simon Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 790800 | | Sophistiplate LLC, 790 Atlanta S Pkwy, Suite 100, College Park, GA 30349 |
| 790801 | | South Riding Owner LLC, PO Box 640634, Property ID 262810, Pittsburgh, PA 15264-0634 |
| 790803 | + | St Thomas GGCal LLC, co Greenberg Gibbons Commercial, 10096 Red Run Blvd Suite 100, Owings Mills, MD 21117-4632 |
| 790804 | + | Stacie Fleig, 4100 Poplar Grove Road, Midlothian, VA 23112-4738 |
| 790805 | + | Stafford Marketplace LLC, PO Box 62045, Dept Code SVAS1332C, Newark, NJ 07101-8061 |
| 790806 | + | Steel Mill Co Designs, 134 Beech Bend Rd, Bowling Green, KY 42101-7602 |

Case 25-00378-ELG   Doc 144   Filed 11/22/25   Entered 11/23/25 00:04:28   Desc
Imaged Certificate of Notice   Page 6 of 10

| District/off: 0090-1 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

| | | |
|---|---|---|
| 790807 | + | Stonewall Kitchen, 2 Stonewall Lane, York, ME 03909-1665 |
| 790808 | + | Suffolk Shopping Center Associates LLLP, co S L Nusbaum Realty Co, 440 Monticello Ave Suite 1700, Norfolk, VA 23510-2670 |
| 790809 | + | Sunflower Food Co Inc, 7921 Nieman Rd, Lenexa, KS 66214-1565 |
| 790810 | + | Superior Construction Enterprises LLC, 733 E Cumberland St, Lebanon, PA 17042-8138 |
| 790811 | + | Suzanne Carter, 4072 Parkside Meadows Court, Winston Salem, NC 27127-7476 |
| 790813 | + | TCG Services LLC, 145 N Main St, El Dorado, KS 67042-2017 |
| 790812 | + | Tami Hykes, 4316 Oxford Mill Rd, Waxhaw, NC 28173-0019 |
| 790814 | + | Terri Wellman, 3115 Commerce Place, Apt 11, Burlington, NC 27215-4304 |
| 790815 | + | Terry Little, 6031 Little Brook Ct, Clifton, VA 20124-1022 |
| 790816 | + | The Mall in Columbia LLC storage, 10300 Little Patuxent Parkway, Columbia, MD 21044-7007 |
| 790818 | + | The Peanut Shop, 8012 Hankins Industrial Park, Toano, VA 23168-9259 |
| 790819 | + | Touchland LLC Capacity, 100 SE 2nd St, suite 2000, Miami, FL 33131-2101 |
| 790821 | + | Valerie Bilbro, 6914 Back Creek Rd, Boones Mill, VA 24065-2020 |
| 790822 | + | Vanessa Viveros, 816 Stanley Rd, Portsmouth, VA 23701-1917 |
| 790823 | + | Vera Bradley Sales LLC, Attn Accounts Receivable, 12420 Stonebridge Rd, Roanoke, IN 46783-9300 |
| 790825 | + | VillaTech Inc, 2020 Calamos Ct Suite 280, Naperville, IL 60563-3284 |
| 790824 | + | Village Marketplace LLC, 800 Corporate Drive, Suite 305, Fort Lauderdale, FL 33334-3618 |
| 790826 | | Virginia Beach Affilliates LLC, 55 5th AvenueFloor 15, New York, NY 10003-4301 |
| 790827 | + | Walton Adams PC, 1925 Isaac Newton Square Suite 250, Reston, VA 20190-5024 |
| 790828 | + | Warrenton Development Company, co Waters Retail Group, 200 Old Forge Lane Suite 201, Kennett Square, PA 19348-1920 |
| 790829 | + | Wayne Lishowid, 8312 Cypress Mill Road, Baltimore, MD 21236-5580 |
| 790830 | + | Waynesboro Town Center, CO Chase Properties II Ltd, 3333 Richmond Road Suite 320, Beachwood, OH 44122-4198 |
| 790831 | + | Wendy Galvez, 146 Dunlap Road, Pasadena, MD 21122-3033 |
| 790832 | | White House Historical Association, PO BOX 27624, Washington, DC 20038-7624 |
| 790833 | + | Wockenfuss Candies, 6831 Harford Road, Baltimore, MD 21234-7716 |
| 790834 | | Workman Publishing Co Inc, PO Box 21142, New York, NY 10087-1142 |
| 790835 | | Yankee Candle Co, PO Box 416442, Boston, MA 02241-6442 |
| 790836 | + | Yeatts Heating Air, PO Box 518, Salem, VA 24153-0518 |
| 790837 | + | Yoonique LLC, 1761 N New Hampshire Ave, Los Angeles, CA 90027-4207 |
| 790838 | + | Youngs Inc, 735 Thimble Shoals Blvd 100, Newport News, VA 23606-4255 |
| 790839 | + | Zane Overton, 1 Breezy Tree Court, APT G, Timonium, MD 21093-1225 |
| 790840 | | Zimmer Development Company, 6725 MONUMENT DR, WILMINGTON, NC 28405-4558 |

TOTAL: 252

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kwillis@barclaydamon.com | Nov 20 2025 22:13:00 | Rivercrest Realty Associates, LLC and its affiliat, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| 790593 | + | Email/Text: kpatten@alliedmaterials.com | Nov 20 2025 22:13:00 | Allied Products, 1420 Kansas Avenue, Kansas City, MO 64127-2135 |
| 790595 | + | Email/Text: vincekuhlman@apaper.com | Nov 20 2025 22:13:00 | American Paper Plastic Company, 19 Kiesland CT, Hamilton, OH 45015-1375 |
| 790601 | + | Email/Text: pmay@lerner.com | Nov 20 2025 22:13:00 | Annapolis Harbour Center Associates LLC, co Lerner Corp, 2000 Tower Oaks Blvd 8th Floor, Rockville, MD 20852-4284 |
| 790605 | | Email/Text: karen.walsh@saulcenters.com | Nov 20 2025 22:13:00 | Ashburn Village Center LLC, co Saul Holdings LP, PO Box 38042, Baltimore, MD 21297-8042 |
| 790636 | + | Email/Text: ar@ce-hvac.com | Nov 20 2025 22:13:00 | Commercial Express HVAC, 44931 Falcon Pl, Sterling, VA 20166-9572 |
| 790641 | + | Email/Text: luann@crossroadsfamily.com | Nov 20 2025 22:13:00 | Crossroads Original Designs dba Blossom, 115 Crossroads Boulevard, Bucyrus, OH 44820-1362 |
| 803115 | + | Email/Text: arsupport@demdaco.com | Nov 20 2025 22:13:00 | DD TRADERS, INC., DEMDACO, 5000 W. 134TH STREET, LEAWOOD, KS 66209-7806 |
| 790651 | | Email/Text: arsupport@demdaco.com | Nov 20 2025 22:13:00 | Demdaco, PO Box 803314, Kansas City, MO 64180-3314 |

Case 25-00378-ELG   Doc 144   Filed 11/22/25   Entered 11/23/25 00:04:28   Desc
Imaged Certificate of Notice   Page 7 of 10

| District/off: 0090-1 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

| | | | | |
|---|---|---|---|---|
| 790662 | + | Email/Text: creditdept@enesco.com | Nov 20 2025 22:13:00 | Enesco LLC, 500 Park Boulevard Ste 1300, Itasca, IL 60143-1258 |
| 790678 | | Email/Text: accounts@inis.com | Nov 20 2025 22:13:00 | Fragrances of Ireland, 668 N Coast Hwy Suite 1207, Laguna Beach, CA 92651-1513 |
| 790665 | + | Email/Text: ap@myfahlo.com | Nov 20 2025 22:13:00 | Fahlo LLC, 201 Chatham St, Suite 2, Sanford, NC 27330-4395 |
| 790675 | ^ | MEBN | Nov 20 2025 22:06:07 | FedEx Express, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 790677 | | Email/Text: swead@foulston.com | Nov 20 2025 22:13:00 | Foulston, 1551 N Waterfront Parkway Suite 100, Wichita, KS 67206-4466 |
| 790679 | | Email/Text: carolb@ganz.com | Nov 20 2025 22:13:00 | Ganz USA LLC, PO Box 530, Buffalo, NY 14240-0530 |
| 801268 | + | Email/Text: carolb@ganz.com | Nov 20 2025 22:13:00 | Gaz USA, LLC, c/o Carol Bonigut, 60 Industrial Pkwy #043, Cheektowaga, NY 14227-2774 |
| 790681 | + | Email/Text: _credit@graphiquedefrance.com | Nov 20 2025 22:13:00 | Graphique, 9 State Street, Woburn, MA 01801-2050 |
| 790686 | + | Email/Text: bankruptcynotices@hallmark.com | Nov 20 2025 22:13:00 | Hallmark Marketing Company LLC, Gold Crown Administration, 2501 McGee, Kansas City, MO 64108-2615 |
| 790693 | + | Email/Text: pat@husteadscanvas.com | Nov 20 2025 22:13:00 | Husteads Canvas Creations Inc, 628 W 24th Street, Norfolk, VA 23517-1208 |
| 790694 | + | Email/Text: accounting@ifusa.com | Nov 20 2025 22:13:00 | IF USA LLC, 4350 Bryson Blvd, Florence, AL 35630-7317 |
| 790720 | | Email/Text: lori@kenmatthewsgardencenter.com | Nov 20 2025 22:13:00 | Ken Matthews Garden Center, 4921 George Washington Hwy, Yorktown, VA 23692-2509 |
| 790722 | ^ | MEBN | Nov 20 2025 22:06:07 | Keter Environmental Services Inc, PO Box 417468, Boston, MA 02241-7468 |
| 790734 | + | Email/Text: knewberry@lifeisgood.com | Nov 20 2025 22:13:00 | Life is Good, 48 Friars Drive, Hudson, NH 03051-4900 |
| 790766 | | Email/Text: accountsreceivable@piedmontsg.com | Nov 20 2025 22:13:00 | Piedmont Service Group, 616 Industrial Avenue, Greensboro, NC 27406 |
| 790768 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2025 22:13:00 | PNC Bank NA, 130 South Bond Street, Bel Air, MD 21014 |
| 790765 | | Email/Text: ACCOUNTING@PETERPAUPER.COM | Nov 20 2025 22:13:00 | Peter Pauper Press Inc, 3 International Dr, Suite 310, Rye Brook, NY 10573-7501 |
| 790772 | + | Email/Text: sheila.wood@preciousmoments.com | Nov 20 2025 22:13:00 | Precious Moments Company, 4105 Chapel Road, Carthage, MO 64836-8848 |
| 790773 | + | Email/Text: ar@primitivesbykathy.com | Nov 20 2025 22:13:00 | Primitives by Kathy, 1817 William Penn Way, Lancaster, PA 17601-5830 |
| 790777 | | Email/Text: accounting@quillingcard.com | Nov 20 2025 22:13:00 | Quilling Card LLC, 47 Mellen St C1, Framingham, MA 01702 |
| 790779 | + | Email/Text: pmay@lerner.com | Nov 20 2025 22:13:00 | Reston North Point Village LLC, co Lerner Corp, 2000 Tower Oaks Blvd 8th Floor, Rockville, MD 20852-4284 |
| 790782 | + | Email/Text: valerie.reynolds@riflepaperco.com | Nov 20 2025 22:13:00 | Rifle Paper Co, 558 W New England Ave, Suite 150, Winter Park, FL 32789-4254 |
| 790787 | + | Email/Text: AP1@rstover.com | Nov 20 2025 22:13:00 | Russell Stover, 4900 Oak Street, Kansas City, MO 64112-2927 |
| 790799 | | Email/Text: ar@simplysouthern.com | Nov 20 2025 22:13:00 | Simply Southern, 498 Gallimore Dairy Rd, Greensboro, NC 27409 |
| 790797 | + | Email/Text: chellus@sfvt.com | | |

Case 25-00378-ELG   Doc 144   Filed 11/22/25   Entered 11/23/25 00:04:28   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0090-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 20 2025 22:13:00 | Silver Forest Inc, 40 Industrial Drive, Bellows Falls, VT 05101-3122 |
| 790798 | + | Email/Text: Melanie.Valente@simonandschuster.com | Nov 20 2025 22:13:00 | Simon Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 790802 | + | Email/Text: nsnapper@spoontiques.com | Nov 20 2025 22:13:00 | Spoontiques Inc, 111 Island Street, Stoughton, MA 02072-1401 |
| 790817 | | Email/Text: accounting@nakedbee.bz | Nov 20 2025 22:13:00 | The Naked Bee, 2261 Market Street, STE 10337, San Francisco, CA 94114 |
| 790820 | | Email/Text: LStrassman@TwosCompany.com | Nov 20 2025 22:13:00 | Twos Company Inc, 500 Saw Mill River Road, Elmsford, NY 10523 |
| 790827 | + | Email/Text: estepanick@walton-adams.com | Nov 20 2025 22:13:00 | Walton Adams PC, 1925 Isaac Newton Square Suite 250, Reston, VA 20190-5024 |
| 790833 | + | Email/Text: janice.wmotter@gmail.com | Nov 20 2025 22:13:00 | Wockenfuss Candies, 6831 Harford Road, Baltimore, MD 21234-7716 |
| 790840 | | Email/Text: HerbertZimmer@zdc.com | Nov 20 2025 22:13:00 | Zimmer Development Company, 6725 MONUMENT DR, WILMINGTON, NC 28405-4558 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Brixmor Holdings 1 SPE, LLC |
| cr | | Burketown Plaza, LLC |
| cr | | CP Venture Two LLC |
| cr | | Federal Realty OP LP |
| cr | | Federal Realty Partners, L.P. |
| cr | | GRI Bradlee, LLC |
| cr | | Hallmark Marketing Company, LLC |
| cr | | Itria Ventures LLC |
| cr | | NMP-C4 Fairfield S/C, LLC |
| cr | | PR Harbour View East, LLC |
| cr | | Stafford Marketplace, LLC |
| cr | *+ | Caspari, Inc, 99 Cogwheel Lane, Seymour, CT 06483-3900 |
| cr | *+ | Fair City HHH, L.L.C., c/o HHH Properties Corp., 4001 Williamsburg Court,, Fairfax, VA 22032-1139 |
| 802570 | ##+ | Austin Business Finance, LLC, 4853 Williams Dr., #111, Austin, TX 78633-2327 |
| 802569 | ##+ | Austin Business Finance, LLC, 4853 Williams Dr., #111, Georgetown, TX 78633-2327 |
| 790684 | ##+ | H2O To Go, 5821 Ward Court, Virginia Beach, VA 23455-3312 |
| 790705 | ##+ | Jennifer Smith, 8019 Ashland Avenue, Apt 8, Manassas, VA 20109-8019 |

TOTAL: 11 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025                              Signature:     /s/Gustava Winters

Case 25-00378-ELG    Doc 144    Filed 11/22/25    Entered 11/23/25 00:04:28    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0090-1 | User: admin | Page 8 of 9 |
| --- | --- | --- |
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Nathe | on behalf of Creditor Hallmark Marketing Company LLC adam.nathe@stinson.com, mpl.lssteam5@stinson.com |
| Addison J. Chappell | on behalf of Creditor South Riding Owner LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor Bull Run Plaza LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor Leesburg Plaza LLC achappell@milesstockbridge.com |
| Adrien Pickard | on behalf of Creditor Rivercrest Realty Associates LLC and its affiliate Lynchburg (Wards Crossing), LLC apickard@barclaydamon.com |
| Augustus Curtis | on behalf of Creditor Stafford Marketplace LLC augie.curtis@offitkurman.com |
| Augustus Curtis | on behalf of Creditor Burketown Plaza LLC augie.curtis@offitkurman.com |
| Bradley David Jones | on behalf of Creditor Hallmark Marketing Company LLC brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com |
| C. Kevin Kobbe | on behalf of Creditor Itria Ventures LLC kevin.kobbe@us.dlapiper.com DLAPiper@ecfxmail.com |
| Catherine Brady DiFazio Harrington | on behalf of Creditor Leesburg Plaza LLC charrington@milesstockbridge.com |
| Catherine Brady DiFazio Harrington | on behalf of Creditor Bull Run Plaza LLC charrington@milesstockbridge.com |
| Catherine Brady DiFazio Harrington | on behalf of Creditor South Riding Owner LLC charrington@milesstockbridge.com |
| Christianna Annette Cathcart | on behalf of Debtor In Possession Banners of Abingdon LLC christianna@dakotabankruptcy.com |
| Christopher A. Glaser | on behalf of Creditor CSB Family Investors LLC cglaser@jackscamp.com, iluaces@jackscamp.com;statum@jackscamp.com |
| Christopher A. Glaser | on behalf of Creditor PR II/RP Ridge Shopping Center LLC cglaser@jackscamp.com iluaces@jackscamp.com;statum@jackscamp.com |
| Eugene A Burcher | on behalf of Creditor Fair City HHH L.L.C. eaburcher@thelandlawyers.com |
| John D. Sadler | on behalf of Creditor Federal Realty Partners L.P. Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| John D. Sadler | on behalf of Creditor Federal Realty OP LP Sadlerj@ballardspahr.com andersonn@ballardspahr.com |
| John D. Sadler | on behalf of Creditor CP Venture Two LLC Sadlerj@ballardspahr.com andersonn@ballardspahr.com |
| John D. Sadler | on behalf of Creditor PR Harbour View East LLC Sadlerj@ballardspahr.com, andersonn@ballardspahr.com |
| Karen C. Bifferato | on behalf of Creditor NMP-C4 Fairfield S/C LLC kbifferato@connollygallagher.com |
| Kenneth N Whitehurst, III | on behalf of U.S. Trustee U. S. Trustee for Region Four kenneth.n.whitehurst@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Leonidas Koutsouftikis | on behalf of Creditor GRI Bradlee LLC lkouts@mckplaw.com, mcook@magruderpc.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 9 of 9 |
| Date Rcvd: Nov 20, 2025 | Form ID: ntchrg | Total Noticed: 271 |

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Banners of Abingdon LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor PNC Bank N.A. mnord@gebsmith.com

Neil E. McCullagh
    on behalf of Creditor Village Marketplace LLC nmccullagh@spottsfain.com,
    eanderson@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;churley@spottsfain.com;jwest@spottsfain.com;rwestermann@spottsfain.com

Robert L. LeHane
    on behalf of Creditor Brixmor Holdings 1 SPE LLC rlehane@kelleydrye.com

Stephen A. Metz
    on behalf of Creditor Ashburn Village Center LLC smetz@offitkurman.com mmargulies@offitkurman.com

Steven Wallace
    on behalf of Creditor Gold Crown Managers Acceptance Corp steven@ghalaw.com
    denise@ghalaw.com;swallacelegal@gmail.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 31