The order below is hereby signed.

Signed: December 15 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | |
| Banners of Abingdon, LLC, *et al.*,[1] | Case No. 25-00378-ELG<br>Chapter 11 |
| Debtor. | |

## CONSENT ORDER RESOLVING
## MOTION OF VILLAGE MARKETPLACE, LLC TO COMPEL IMMEDIATE PAYMENT OF OCTOBER AND NOVEMBER 2025 RENT AND COMMON AREA MAINTENANCE CHARGES PURSUANT TO 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)

This day came Village Marketplace, LLC upon the *Motion of Village Marketplace, LLC to Compel Immediate Payment of October and November 2025 Rent and Common Area*

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

*Maintenance Charges Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (Docket No. 124), which was filed November 7, 2025 (the "Motion"), and represented to the Court that (a) the deadline to object to the Motion, December 1, 2025, has expired, (b) no objections to the Motion have been filed, (c) subsequent to the filing of the Motion, Village Marketplace, LLC received payment of the $18,928.76 in rent and CAM charges for October and November 2025 demanded in the Motion, and (d) the Debtors are in agreement with the other relief requested in the Motion – namely, an order directing that they pay all rents and other charges due under their lease with Village Marketplace, LLC as and when the same become due and payable until such lease is assumed or rejected, and that the Debtors pay $3,000.00 to Village Marketplace, LLC for attorney fees incurred in connection with the Motion.  Upon consideration of the Motion and the foregoing representations, it is hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a), 365(d)(3), and 503(b)(1)(A) of the Bankruptcy Code, the Debtors pay all rents and other charges due under its lease with Village Marketplace, LLC as and when the same become due and payable until such lease is assumed or rejected.

3. The Debtors shall also pay Village Marketplace, LLC attorney fees in the amount of $3,000.00.

4. This order shall be without prejudice to Village Marketplace, LLC's right to seek allowance and payment of further claims against the Debtors' estates, including, but not limited to, claims arising from any rejection of the Lease.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.

I ASK FOR THIS:

/s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Village Marketplace, LLC*

SEEN AND AGREED:

/s/ Maurice VerStandig
Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for the Debtors*