UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:

Debtor. ANITA HANSON

_____, Plaintiff,

v.

_____, Defendant.

Case No. _____

Chapter _____

A.P. No. _____

**FILED**
JAN - 7 2026
Clerk, U.S. District and
Bankruptcy Courts

## MOTION

ANITA HANSON (name) hereby moves the Court for the following relief:

PLEASE REMOVE THE FOLLOWING ADDRESS: 105 WEST MYRTLE ST, ALEXANDRIA, VA 22301 FROM THE MAILING LIST. THIS ADDRESS HAS NO ASSOCIATION WITH THE ADRESSEE: HEATHER HANSON

Date: 01/07/2026

Signature: Anita R. Hanson

Name (Printed): ANITA R. HANSON

Address: 105 W. MYRTLE ST ALEXANDRIA, VA 22301

Phone Number: (202) 438-5030

Email: 3amhanson@comcast.net