Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD

NOTICE IS HEREBY GIVEN that the debtor has filed a motion to extend the exclusivity

period, in which only the debtor may file a plan of reorganization, to and through January 23, 2026.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the

Application or if you would like the Court to consider your views, then ON OR BEFORE

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

FEBRUARY 26, 2026, you must file and serve a written objection to the motion. The objection

must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave.,

N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned.

The objection must contain a complete specification of the factual and legal grounds upon which

it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the

Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for March 4, 2026 at 10:00 AM.

The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact

Gunn_Hearings@dcb.uscourts.gov.


Respectfully submitted,

Dated: January 20, 2026          By:     /s/ Maurice B. VerStandig
                                         Maurice B. VerStandig, Esq.
                                         Bar No. MD18071
                                         The Belmont Firm
                                         1050 Connecticut Avenue, NW
                                         Suite 500
                                         Washington, DC 20036
                                         Phone: (202) 991-1101
                                         mac@dcbankruptcy.com
                                         *Counsel for the Substantively Consolidated Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2026, a copy of the foregoing was

served electronically upon filing via the ECF system, with copies being sent to all parties receiving

electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig