| Name | Proof of Claim # | Claim Amount | Secured, Non-Admin Amount | Admin Amount | Class |
|---|---|---|---|---|---|
| 301 MM LLC | | $50,000.00 | $0.00 | $0.00 | 5 |
| Alarm Services of Maryland Inc | | $9,834.55 | $0.00 | $0.00 | 5 |
| Alexis Hairston | | $1,446.25 | $0.00 | $0.00 | 6 |
| Alexis Peres | | $918.00 | $0.00 | $0.00 | 6 |
| Allied Products | | $22,005.68 | $0.00 | $0.00 | 5 |
| American Mills | | $43,764.00 | $0.00 | $0.00 | 5 |
| American Paper Plastic Company | | $157,439.68 | $0.00 | $0.00 | 5 |
| Angela Earhart | | $1,018.75 | $0.00 | $0.00 | 6 |
| Angela Morris | | $1,176.00 | $0.00 | $0.00 | 6 |
| Angela Thomas | | $1,101.00 | $0.00 | $0.00 | 6 |
| Angie Blasco | | $1,165.00 | $0.00 | $0.00 | 6 |
| Anita Cook | | $1,049.63 | $0.00 | $0.00 | 6 |
| Annapolis Harbour Center Associates LLC | | $11,260.21 | $0.00 | $0.00 | 4 |
| Anne Folio | | $2,135.00 | $0.00 | $0.00 | 6 |
| Antoinette Wilson | | $1,276.25 | $0.00 | $0.00 | 6 |
| Appriss Retail DBA Sysrepublic Inc | | $21,000.00 | $0.00 | $0.00 | 5 |
| Ashburn Village Center LLC | | $618.13 | $0.00 | $0.00 | 4 |
| Ashers Chocolate | | $3,569.26 | $0.00 | $0.00 | 5 |
| Aurora World Inc | | $58,114.56 | $0.00 | $0.00 | 5 |
| Avanti Press | | $50,021.36 | $0.00 | $0.00 | 5 |
| Azya Williams | | $1,630.00 | $0.00 | $0.00 | 6 |
| Backd Finwise | 10 | $840,000.00 | $0.00 | $0.00 | 5 |
| Bedford Window Cleaning Co | | $85.00 | $0.00 | $0.00 | 5 |
| Benjamin Office Supply Services inc | | $4,316.48 | $0.00 | $0.00 | 5 |
| Bissingers Handcrafted Chocolatier | | $8,244.00 | $0.00 | $0.00 | 5 |
| Brenda Antoniak | | $606.25 | $0.00 | $0.00 | 6 |
| Briana Stanley | | $678.00 | $0.00 | $0.00 | 6 |
| Bull Run Plaza Llc | | $13,779.34 | $0.00 | $0.00 | 4 |
| Bull Run Plaza LLC  water | | $18.87 | $0.00 | $0.00 | 4 |
| BurkeTown Plaza LLC | | $17,503.77 | $0.00 | $0.00 | 4 |
| Calvin Lopez | | $3,680.00 | $0.00 | $0.00 | 6 |
| Cannon Hill Logistics | | $2,871.84 | $0.00 | $0.00 | 5 |
| Carpet and Vacuum Expo | | $596.00 | $0.00 | $0.00 | 5 |
| Carson Home Accents | | $45,063.45 | $0.00 | $0.00 | 5 |
| Caspari Inc | | $128,011.94 | $0.00 | $0.00 | 5 |
| Cathy Dickinson | | $1,485.00 | $0.00 | $0.00 | 6 |
| Cathy Jager | | $2,911.25 | $0.00 | $0.00 | 6 |
| Chastity Carr | | $1,132.00 | $0.00 | $0.00 | 6 |
| Cher Lake | | $1,782.00 | $0.00 | $0.00 | 6 |
| Cheryl Crum | | $1,630.00 | $0.00 | $0.00 | 6 |
| Cheryl Domingue | | $2,275.00 | $0.00 | $0.00 | 6 |
| Cheryl Murphy | | $1,630.00 | $0.00 | $0.00 | 6 |
| Chocolate Chocolate Chocolate Company | 14 | $8,244.00 | $0.00 | $0.00 | 5 |
| Christian Everett | | $831.00 | $0.00 | $0.00 | 6 |
| Christina OKeefe | | $2,423.00 | $0.00 | $0.00 | 6 |
| City of Fredericksburg | | $3,788.78 | $0.00 | $0.00 | 5 |
| City of Newport News | | $5,628.12 | $0.00 | $0.00 | 5 |
| City of Virginia Beach CO Banners Hallm | | $5,533.80 | $0.00 | $0.00 | 5 |
| Commercial Express HVAC | 17 | $5,529.00 | $0.00 | $0.00 | 5 |
| Complete Solutions  Sourcing | | $684.30 | $0.00 | $0.00 | 5 |
| Corporate Services Consultants LLC | | $2,244.00 | $0.00 | $0.00 | 5 |
| Cosners Corner Owners Assoc | | $274.84 | $0.00 | $0.00 | 4 |
| Coyote Logistics LLC | | $3,058.54 | $0.00 | $0.00 | 5 |
| Crossroads Original Designs dba Blossom | | $53,059.20 | $0.00 | $0.00 | 5 |
| Crystal Hill | | $1,378.13 | $0.00 | $0.00 | 6 |
| CSB Family Investors, LLC | 5 | $38,362.90 | $0.00 | $0.00 | 4 |
| Cynthia Williams | | $848.75 | $0.00 | $0.00 | 6 |
| Dania Contreras | | $984.00 | $0.00 | $0.00 | 6 |
| Danielle Cutlip | | $2,100.00 | $0.00 | $0.00 | 6 |
| Danielle Santamore | | $585.63 | $0.00 | $0.00 | 6 |
| Deana Bonilla | | $1,012.38 | $0.00 | $0.00 | 6 |
| Debbie Stout | | $918.00 | $0.00 | $0.00 | 6 |
| Dede Cole | | $1,471.25 | $0.00 | $0.00 | 6 |
| Demdaco | 15 | $68,214.23 | $0.00 | $0.00 | 5 |
| Designer Greetings Inc | | $38,542.39 | $0.00 | $0.00 | 5 |
| Divaris  Ridge shopping Center Owner LL | | $8,000.00 | $0.00 | $0.00 | 4 |
| Donna Donlin | | $893.38 | $0.00 | $0.00 | 6 |
| Donna Najibi | | $1,109.00 | $0.00 | $0.00 | 6 |
| DuraSeal Inc | | $15,161.00 | $0.00 | $0.00 | 5 |
| E  S Pets | | $50,733.75 | $0.00 | $0.00 | 5 |

| Name | Proof of Claim # | Claim Amount | Secured, Non-Admin Amount | Admin Amount | Class |
|---|---|---|---|---|---|
| Ed Scott | | $8,000.00 | $0.00 | $0.00 | 6 |
| Ela Wilson | | $1,147.13 | $0.00 | $0.00 | 6 |
| Else Koprowicz | | $854.00 | $0.00 | $0.00 | 6 |
| Emilee Pratt | | $1,614.38 | $0.00 | $0.00 | 6 |
| Enesco LLC | | $84,741.00 | $0.00 | $0.00 | 5 |
| Evergreen Enterprises | | $16,190.75 | $0.00 | $0.00 | 5 |
| Expressive Design Group Inc | | $58,141.91 | $0.00 | $0.00 | 5 |
| Fahlo LLC | | $11,500.85 | $0.00 | $0.00 | 5 |
| Fair City HHH LLC | 16 | $10,767.68 | $0.00 | $0.00 | 4 |
| Fair Lakes Center Associates II LC | | $13,325.91 | $0.00 | $0.00 | 4 |
| Fairfax Company of Virginia LLC | | $10,463.50 | $0.00 | $0.00 | 4 |
| Fairfield Shopping Center | | $9,999.97 | $0.00 | $0.00 | 4 |
| Farrah Howard | | $880.25 | $0.00 | $0.00 | 6 |
| Federal Realty Kingstowne storage | | $187.83 | $0.00 | $0.00 | 4 |
| Federal Realty OP LPSpecialty Leasing | | $1,080.00 | $0.00 | $0.00 | 4 |
| Federal Realty Virginia Gateway Plaza I | | $19,853.67 | $0.00 | $0.00 | 4 |
| Federal RealtyKingstowne Shopping Cente | | $40,940.26 | $0.00 | $0.00 | 4 |
| FedEx Express | | $39,791.84 | $0.00 | $0.00 | 5 |
| Fishers Popcorn of Delaware Inc | | $18,718.88 | $0.00 | $0.00 | 5 |
| Foulston | | $8,513.22 | $0.00 | $0.00 | 5 |
| Fragrances of Ireland | | $33,555.49 | $0.00 | $0.00 | 5 |
| Ganz USA LLC | 1 | $176,606.28 | $0.00 | $0.00 | 5 |
| Godiva Chocolatier Inc | | $213,072.00 | $0.00 | $0.00 | 5 |
| Gold Crown Managers Acceptance Corp. | | $2,606,723.41 | $2,606,723.41 | $0.00 | 3.1 |
| Gold Crown Managers Acceptance Corp. | | $2,743,444.59 | $2,743,444.59 | $0.00 | 3.2 |
| Graphique | | $18,409.92 | $0.00 | $0.00 | 5 |
| Greta Wagner | | $1,643.00 | $0.00 | $0.00 | 6 |
| Guardian Life Insurance | | $419.14 | $0.00 | $0.00 | 5 |
| H2O To Go | | $18.68 | $0.00 | $0.00 | 5 |
| Hailey Hartley | | $1,435.00 | $0.00 | $0.00 | 6 |
| Hallmark Marketing Company LLC | | $6,948,973.85 | $0.00 | $6,948,973.85 | 2 |
| Harford Mall Business Trust | | $500.00 | $0.00 | $0.00 | 4 |
| Heather Grizzle | | $1,012.38 | $0.00 | $0.00 | 6 |
| Heather Hanson | | $1,013.25 | $0.00 | $0.00 | 6 |
| Heather Salyer | | $1,943.00 | $0.00 | $0.00 | 6 |
| Hilary Snyder | | $2,100.00 | $0.00 | $0.00 | 6 |
| Hilary Snyder | | $1,320.38 | $0.00 | $0.00 | 6 |
| Hill Management Services Inc | | $150.00 | $0.00 | $0.00 | 4 |
| Husteads Canvas Creations Inc | | $6,815.00 | $0.00 | $0.00 | 5 |
| IF USA LLC | | $17,336.55 | $0.00 | $0.00 | 5 |
| Intelex USA | | $13,412.71 | $0.00 | $0.00 | 5 |
| Itria Ventures LLC | 18 | $374,999.96 | $0.00 | $0.00 | 5 |
| Jackie Fillmore | | $1,139.38 | $0.00 | $0.00 | 6 |
| James Long | | $2,418.00 | $0.00 | $0.00 | 6 |
| Janice Barry | | $600.00 | $0.00 | $0.00 | 6 |
| Janie Gabrielson | | $2,100.00 | $0.00 | $0.00 | 6 |
| JDM Ent. Inc. | 3 | $85.00 | $0.00 | $0.00 | 5 |
| Jennifer Hickman | | $1,901.00 | $0.00 | $0.00 | 6 |
| Jennifer McLellan | | $1,101.00 | $0.00 | $0.00 | 6 |
| Jennifer Sheriff | | $1,300.00 | $0.00 | $0.00 | 6 |
| Jennifer Smith | | $1,950.00 | $0.00 | $0.00 | 6 |
| Jennifer Smith | | $1,950.00 | $0.00 | $0.00 | 6 |
| Jennifer Smith | | $1,968.75 | $0.00 | $0.00 | 6 |
| Jennifer Smith | | $1,968.75 | $0.00 | $0.00 | 6 |
| Jessica Melone | | $1,256.00 | $0.00 | $0.00 | 6 |
| Jonathan Herold | | $1,394.00 | $0.00 | $0.00 | 6 |
| Julia Shultz | | $1,339.63 | $0.00 | $0.00 | 6 |
| Julie Nilson | | $2,100.00 | $0.00 | $0.00 | 6 |
| Karen Kyle | | $1,206.00 | $0.00 | $0.00 | 6 |
| Karma | | $33,874.56 | $0.00 | $0.00 | 5 |
| Karolyn Stober | | $1,487.50 | $0.00 | $0.00 | 6 |
| Kathleen Nichols | | $919.00 | $0.00 | $0.00 | 6 |
| Kathy Carter | | $2,760.00 | $0.00 | $0.00 | 6 |
| Katie Potee | | $978.00 | $0.00 | $0.00 | 6 |
| Katrina Guardado | | $533.00 | $0.00 | $0.00 | 6 |
| Kayla Racz | | $1,157.00 | $0.00 | $0.00 | 6 |
| Kellyn Sutton | | $1,031.25 | $0.00 | $0.00 | 6 |
| Kellytoy USA Inc | | $67,924.08 | $0.00 | $0.00 | 5 |
| Ken Matthews Garden Center | | $229.00 | $0.00 | $0.00 | 5 |
| Kentlands Square LLC | | $30,588.29 | $0.00 | $0.00 | 4 |

| Name | Proof of Claim # | Claim Amount | Secured, Non-Admin Amount | Admin Amount | Class |
|---|---|---|---|---|---|
| Keter Environmental Services Inc | | $2,384.42 | $0.00 | $0.00 | 5 |
| Kiarra Goodman | | $754.50 | $0.00 | $0.00 | 6 |
| Kim Peres | | $1,157.00 | $0.00 | $0.00 | 6 |
| Lanette Trimnell | | $625.00 | $0.00 | $0.00 | 6 |
| Latifa Sahraoui | | $485.00 | $0.00 | $0.00 | 6 |
| Laura Cole | | $533.00 | $0.00 | $0.00 | 6 |
| Lauren James | | $1,308.75 | $0.00 | $0.00 | 6 |
| Lauren Payne | | $803.00 | $0.00 | $0.00 | 6 |
| Leesburg Plaza LLC | | $49.10 | $0.00 | $0.00 | 4 |
| Lenox Corporation | | $7,177.14 | $0.00 | $0.00 | 5 |
| Leonard Banner | | $9,615.38 | $0.00 | $0.00 | 6 |
| Leslie Nagy | | $848.75 | $0.00 | $0.00 | 6 |
| Life is Good | | $40,658.53 | $0.00 | $0.00 | 5 |
| Linde Gas Equipment Inc formerly Praxa | | $2,184.08 | $0.00 | $0.00 | 5 |
| Lisette Brosan | | $1,086.00 | $0.00 | $0.00 | 6 |
| Lori Sharpe | | $2,440.00 | $0.00 | $0.00 | 6 |
| Lucy Mastantuono | | $556.88 | $0.00 | $0.00 | 6 |
| Lynchburg Rivercrest Realty | | $3,037.57 | $0.00 | $0.00 | 4 |
| Macerich EQ Limited Partnership | | $11,425.94 | $0.00 | $0.00 | 4 |
| Malden International Designs | | $67,303.66 | $0.00 | $0.00 | 5 |
| Marco Property Services | | $650.00 | $0.00 | $0.00 | 5 |
| Margaret Wilhoit | | $937.50 | $0.00 | $0.00 | 6 |
| Mary Peters | | $1,157.00 | $0.00 | $0.00 | 6 |
| Mary Stickney | | $984.38 | $0.00 | $0.00 | 6 |
| Mary Thompson | | $1,630.00 | $0.00 | $0.00 | 6 |
| Mayflower Apple Blossom LP | | $421.42 | $0.00 | $0.00 | 4 |
| Mayflower Apple Blossom LP Storage | | $275.00 | $0.00 | $0.00 | 4 |
| Mayflower Distributing Company Inc | | $2,226.21 | $0.00 | $0.00 | 5 |
| Mendy Pratt | | $1,625.00 | $0.00 | $0.00 | 6 |
| Meredith Chaney | | $1,837.50 | $0.00 | $0.00 | 6 |
| Michael Postal | | $5,769.23 | $0.00 | $0.00 | 6 |
| Michelle Alvarez | | $970.00 | $0.00 | $0.00 | 6 |
| Mike Vaccarelli | | $1,426.25 | $0.00 | $0.00 | 6 |
| Monticello Marketplace | | $16,582.89 | $0.00 | $0.00 | 4 |
| MOWMentum | | $366.00 | $0.00 | $0.00 | 5 |
| Nicole Almeida | | $1,426.25 | $0.00 | $0.00 | 6 |
| NYSLIFE | | $30,607.00 | $0.00 | $0.00 | 5 |
| Oakton Limited Partnership LLP | | $11,133.30 | $0.00 | $0.00 | 4 |
| Pascale Christiansen | | $3,680.00 | $0.00 | $0.00 | 6 |
| Paul DeRemigis | | $266.00 | $0.00 | $0.00 | 5 |
| PB Mares LLP | | $18,357.01 | $0.00 | $0.00 | 5 |
| Penelope Lare | | $1,312.50 | $0.00 | $0.00 | 6 |
| Personnel Evaluation Inc Multi Sites | | $153.00 | $0.00 | $0.00 | 5 |
| Peter Pauper Press Inc | | $23,522.88 | $0.00 | $0.00 | 5 |
| Piedmont Service Group | | $9,478.77 | $0.00 | $0.00 | 5 |
| Pipp Mobile Storage Systems Inc | 7 & 8 | $19,758.62 | $0.00 | $0.00 | 5 |
| PNC Bank NA | 9 | $2,407,878.93 | $0.00 | $0.00 | 1.2 |
| PNC Bank NA | 9 | $543,000.00 | $543,000.00 | $0.00 | 1.1 |
| Pomeroy Technologies LLC | | $75,383.18 | $0.00 | $0.00 | 5 |
| Potter Company | | $10,182.54 | $0.00 | $0.00 | 4 |
| PR Valley LP Water 58 | | $247.05 | $0.00 | $0.00 | 4 |
| Precious Moments Company | | $41,249.10 | $0.00 | $0.00 | 5 |
| Primitives by Kathy | 11 & 12 | $10,029.60 | $0.00 | $0.00 | 5 |
| PRISA LHC LLC Harbor View East | | $10,652.21 | $0.00 | $0.00 | 4 |
| Prisa LHC LLC Greenbrier Market Center | | $11,980.99 | $0.00 | $0.00 | 4 |
| Pumpernickel Press | | $18,257.60 | $0.00 | $0.00 | 5 |
| Quilling Card LLC | | $7,143.33 | $0.00 | $0.00 | 5 |
| Rain Jewelry Collection | | $44,233.20 | $0.00 | $0.00 | 5 |
| Reston North Point Village LLC | | $22,301.88 | $0.00 | $0.00 | 4 |
| Retirement Planners | | $2,863.45 | $0.00 | $0.00 | 5 |
| Rhonda Kelley | | $970.00 | $0.00 | $0.00 | 6 |
| Rifle Paper Co | 13 | $28,493.07 | $0.00 | $0.00 | 5 |
| Roanoke Cave Springs | | $15,925.38 | $0.00 | $0.00 | 4 |
| Rockstep Christiansburg LLC | | $9,657.56 | $0.00 | $0.00 | 4 |
| Rocky Mount Magnolia Real Estate and Ma | | $6,333.46 | $0.00 | $0.00 | 4 |
| Russell Stover | | $17,229.69 | $0.00 | $0.00 | 5 |
| Samantha Chicas | | $848.75 | $0.00 | $0.00 | 6 |
| Sana Farooqi | | $1,575.00 | $0.00 | $0.00 | 6 |
| Sara Pashaei | | $728.00 | $0.00 | $0.00 | 6 |
| Sarah Gordon | | $573.75 | $0.00 | $0.00 | 6 |

| Name | Proof of Claim # | Claim Amount | Secured, Non-Admin Amount | Admin Amount | Class |
|---|---|---|---|---|---|
| SCT Rio Hill LLC | | $19,181.45 | $0.00 | $0.00 | 4 |
| Shantie Alicea | | $1,395.75 | $0.00 | $0.00 | 6 |
| Sharalyn Detroy | | $707.50 | $0.00 | $0.00 | 6 |
| Shawntia Campbell | | $1,461.25 | $0.00 | $0.00 | 6 |
| Sheila Bibb | | $963.38 | $0.00 | $0.00 | 6 |
| Silver Forest Inc | 4 | $78,289.03 | $0.00 | $0.00 | 5 |
| Simon Schuster | | $10,462.98 | $0.00 | $0.00 | 5 |
| Simply Southern | | $40,112.90 | $0.00 | $0.00 | 5 |
| Sophistiplate LLC | | $11,075.30 | $0.00 | $0.00 | 5 |
| South Riding Owner LLC | | $10,377.24 | $0.00 | $0.00 | 4 |
| Spoontiques Inc | | $52,403.00 | $0.00 | $0.00 | 5 |
| St Thomas GGCal LLC | | $2.06 | $0.00 | $0.00 | 4 |
| Stacie Fleig | | $3,680.00 | $0.00 | $0.00 | 6 |
| Stafford Marketplace LLC | | $15,165.40 | $0.00 | $0.00 | 4 |
| Steel Mill Co Designs | | $10,886.40 | $0.00 | $0.00 | 5 |
| Stonewall Kitchen | 2 | $196,308.00 | $0.00 | $0.00 | 5 |
| Suffolk Shopping Center Associates LLLP | | $10,823.09 | $0.00 | $0.00 | 4 |
| Sunflower Food Co Inc | | $13,816.80 | $0.00 | $0.00 | 5 |
| Superior Construction Enterprises LLC | | $17,179.60 | $0.00 | $0.00 | 5 |
| Suzanne Carter | | $1,300.00 | $0.00 | $0.00 | 6 |
| Tami Hykes | | $3,680.00 | $0.00 | $0.00 | 6 |
| TCG Services LLC | | $48,513.08 | $0.00 | $0.00 | 5 |
| Terri Wellman | | $1,834.88 | $0.00 | $0.00 | 6 |
| Terry Little | | $815.00 | $0.00 | $0.00 | 6 |
| The Mall in Columbia LLC storage | | $3,237.00 | $0.00 | $0.00 | 4 |
| The Naked Bee | | $36,906.36 | $0.00 | $0.00 | 5 |
| The Peanut Shop | | $22,586.10 | $0.00 | $0.00 | 5 |
| Touchland LLC Capacity | | $72,930.00 | $0.00 | $0.00 | 5 |
| Twos Company Inc | | $35,674.98 | $0.00 | $0.00 | 5 |
| Valerie Bilbro | | $832.00 | $0.00 | $0.00 | 6 |
| Vanessa Viveros | | $3,680.00 | $0.00 | $0.00 | 6 |
| Vera Bradley Sales LLC | | $98,062.59 | $0.00 | $0.00 | 5 |
| Village Marketplace LLC | | $6,957.72 | $0.00 | $0.00 | 4 |
| VillaTech Inc | | $8,470.00 | $0.00 | $0.00 | 5 |
| Virginia Beach Affilliates LLC | | $9,464.37 | $0.00 | $0.00 | 4 |
| Walton Adams PC | | $840.00 | $0.00 | $0.00 | 5 |
| Warrenton Development Company | | $13,333.33 | $0.00 | $0.00 | 4 |
| Wayne Lishowid | | $999.00 | $0.00 | $0.00 | 6 |
| Waynesboro Town Center | | $16,178.07 | $0.00 | $0.00 | 4 |
| Wendy Galvez | | $2,143.75 | $0.00 | $0.00 | 6 |
| White House Historical Association | | $149,930.00 | $0.00 | $0.00 | 5 |
| Wockenfuss Candies | 6 | $11,854.66 | $0.00 | $0.00 | 5 |
| Workman Publishing Co Inc | | $10,686.28 | $0.00 | $0.00 | 5 |
| Yankee Candle Co | | $25,639.54 | $0.00 | $0.00 | 5 |
| Yeatts Heating Air | | $376.91 | $0.00 | $0.00 | 5 |
| Yoonique LLC | | $12,480.00 | $0.00 | $0.00 | 5 |
| Youngs Inc | | $67,466.14 | $0.00 | $0.00 | 5 |
| Zane Overton | | $1,570.50 | $0.00 | $0.00 | 6 |
| Zimmer Development Company | | $269.42 | $0.00 | $0.00 | 4 |