Case 25-00378-ELG   Doc 157-3   Filed 01/23/26   Entered 01/23/26 20:42:49   Desc
Exhibit A-B - Cash Flow Projections   Page 1 of 2

1/23/2026

## MONTHLY CASH FLOW PROJECTION

| | Jan-26 Forecast | Feb-26 Forecast | Mar-26 Forecast | Apr-26 Forecast | May-26 Forecast | Jun-26 Forecast | Jul-26 Forecast | Aug-26 Forecast | Sep-26 Forecast | Oct-26 Forecast | Nov-26 Forecast | Dec-26 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 2,000,000 | 1,791,195 | 2,169,329 | 1,487,138 | 740,655 | 1,537,640 | 887,160 | 1,586,928 | 1,363,254 | 219,061 | 436,055 | 36,897 |
| **Cash Inflows** | | | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 2,250,000 | 2,631,557 | 1,724,913 | 2,313,116 | 3,542,547 | 2,331,249 | 3,213,378 | 2,133,768 | 2,097,937 | 4,019,891 | 5,449,728 | 9,350,000 |
| **Cash Disbursements** | | | | | 5% | 5% | 10% | 5% | 5% | 5% | 10% | 10% |
| Hallmark | 767,099 | 502,812 | 674,273 | 983,478 | 647,199 | 851,545 | 592,375 | 582,427 | 1,115,998 | 1,444,178 | 2,477,750 | 655,875 |
| Allied Cash Payments | 509,206 | 333,771 | 447,588 | 652,841 | 429,616 | 565,262 | 393,223 | 386,620 | 740,808 | 958,657 | 1,644,750 | 435,375 |
| Rent **(R)** | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 | 480,000 |
| Payroll_Hourly Wages **(P)** | 650,000 | 700,000 | 650,000 | 650,000 | 650,000 | 650,000 | 700,000 | 650,000 | 650,000 | 650,000 | 725,000 | 900,000 |
| Vendor Discounts | | (150,000) | | | (150,000) | | | (150,000) | | | (150,000) | |
| Allied A/P | | | | | | | | | | | | 2,000,000 |
| Shrink | | | | | | | | | | | | 1,231,743 |
| General & Administrative_Other **(GA)** | 202,500 | 236,840 | 155,242 | 208,180 | 303,647 | 199,821 | 262,913 | 182,894 | 179,823 | 344,562 | 445,887 | 765,000 |
| Chapter 11 Plan Rents | | | | 159,600 | 159,600 | 159,600 | 159,600 | | | | | |
| Chapter 11 Plan Unsecured | | | | | | | | | | | | 250,000 |
| Hallmark | | | | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 67,500 | 1,200,000 |
| Crown MAC | | | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 358,000 |
| PNC | | | | | | | | | | | | 13,491 |
| Chapter 11 Plan Secured | - | - | - | 75,500 | 75,500 | 75,500 | 75,500 | 75,500 | 75,500 | 75,500 | 75,500 | 1,571,491 |
| **TOTAL CASH DISBURSEMENTS** | 2,458,805 | 2,253,423 | 2,407,103 | 3,059,600 | 2,745,562 | 2,981,729 | 2,513,610 | 2,357,441 | 3,242,130 | 3,802,897 | 5,848,887 | 8,289,484 |
| NET CASH FLOW | (208,805) | 378,134 | (682,190) | (746,484) | 796,985 | (650,480) | 699,768 | (223,673) | (1,144,193) | 216,994 | (399,159) | 1,060,516 |
| **ENDING CASH BALANCE** | 1,791,195 | 2,169,329 | 1,487,138 | 740,655 | 1,537,640 | 887,160 | 1,586,928 | 1,363,254 | 219,061 | 436,055 | 36,897 | 1,097,413 |

## ANNUAL CASH FLOW PROJECTION

| | 2026 Forecast | 2027 Forecast | 2028 Forecast | 2029 Forecast | 2030 Forecast | 2031 Forecast | 2032 Forecast | 2033 Forecast | 2034 Forecast | 2035 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 1,097,413 | 1,097,413 | 678,163 | 969,098 | 1,210,147 | 2,342,223 | 4,889,658 | 7,164,420 | 9,552,426 | 12,057,071 |
| **Cash Inflows** | | | | | | | | | | |
| **TOTAL CASH RECEIPTS** | 41,058,084 | 42,289,826 | 43,558,521 | 44,865,277 | 46,211,235 | 47,597,572 | 49,025,499 | 50,496,264 | 52,011,152 | 53,571,487 |
| **Cash Disbursements** | | | | | | | | | | |
| Hallmark | 11,295,010 | 11,633,861 | 11,982,876 | 12,342,363 | 12,712,634 | 13,094,013 | 13,486,833 | 13,891,438 | 14,308,181 | 14,737,426 |
| Allied Cash Payments | 7,497,717 | 7,722,648 | 7,954,328 | 8,192,958 | 8,438,746 | 8,691,909 | 8,952,666 | 9,221,246 | 9,497,883 | 9,782,820 |
| Rent **(R)** | 5,760,000 | 5,932,800 | 6,110,784 | 6,294,108 | 6,482,931 | 6,677,419 | 6,877,741 | 7,084,073 | 7,296,596 | 7,515,494 |
| Payroll_Hourly Wages **(P)** | 8,225,000 | 8,471,750 | 8,725,903 | 8,987,680 | 9,257,310 | 9,535,029 | 9,821,080 | 10,115,713 | 10,419,184 | 10,731,759 |
| Vendor Discounts | (600,000) | (618,000) | (636,540) | (655,636) | (675,305) | (695,564) | (716,431) | (737,924) | (760,062) | (782,864) |
| Allied A/P | 1,000,000 | 1,030,000 | 1,060,900 | 1,092,727 | 1,125,509 | 1,159,274 | 1,194,052 | 1,229,874 | 1,266,770 | 1,304,773 |
| Shrink | 1,231,743 | 1,268,695 | 1,306,756 | 1,345,958 | 1,386,337 | 1,427,927 | 1,470,765 | 1,514,888 | 1,560,335 | 1,607,145 |
| General & Administrative_Other **(GA)** | 3,487,310 | 3,591,930 | 3,699,687 | 3,810,678 | 3,924,998 | 4,042,748 | 4,164,031 | 4,288,952 | 4,417,620 | 4,550,149 |
| Chapter 11 Plan Rents | | | | | | | | | | |
| Chapter 11 Plan Unsecured | 250,000 | 250,000 | 250,000 | 500,000 | 500,000 | 1,000,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,727,364 |
| Hallmark | 1,740,000 | 2,542,500 | 1,970,000 | 1,825,000 | 1,037,606 | - | | | | |
| Crown MAC | 422,000 | 721,000 | 681,000 | 726,500 | 726,500 | 76,911 | | | | |
| PNC | 13,491 | 161,893 | 161,893 | 161,893 | 161,893 | 40,472 | | | | |
| Chapter 11 Plan Secured | 2,175,491 | 3,425,393 | 2,812,893 | 2,713,393 | 1,925,999 | 117,383 | - | - | - | - |
| **TOTAL CASH DISBURSEMENTS** | 40,322,271 | 42,709,076 | 43,267,587 | 44,624,228 | 45,079,159 | 45,050,138 | 46,750,737 | 48,108,259 | 49,506,507 | 51,174,067 |
| **NET CASH FLOW** | 735,813 | (419,250) | 290,934 | 241,049 | 1,132,077 | 2,547,435 | 2,274,762 | 2,388,005 | 2,504,645 | 2,397,420 |
| **ENDING CASH BALANCE** | 1,097,413 | 678,163 | 969,098 | 1,210,147 | 2,342,223 | 4,889,658 | 7,164,420 | 9,552,426 | 12,057,071 | 14,454,491 |