| Pmt Date | Beginning Bal | Payment 1 | Payment 2 | Interest | Ending Bal | Monthly Change | Cumulative Payments |
|---|---|---|---|---|---|---|---|
| 4/1/2026 | $7,220,974 | $67,500 | $0 | $65,574 | $7,219,047 | $0 | $67,500 |
| 5/1/2026 | $7,219,047 | $67,500 | $0 | $65,556 | $7,217,103 | ($1,944) | $135,000 |
| 6/1/2026 | $7,217,103 | $67,500 | $0 | $65,538 | $7,215,141 | ($1,962) | $202,500 |
| 7/1/2026 | $7,215,141 | $67,500 | $0 | $65,520 | $7,213,161 | ($1,980) | $270,000 |
| 8/1/2026 | $7,213,161 | $67,500 | $0 | $65,502 | $7,211,163 | ($1,998) | $337,500 |
| 9/1/2026 | $7,211,163 | $67,500 | $0 | $65,484 | $7,209,147 | ($2,016) | $405,000 |
| 10/1/2026 | $7,209,147 | $67,500 | $0 | $65,465 | $7,207,112 | ($2,035) | $472,500 |
| 11/1/2026 | $7,207,112 | $67,500 | $0 | $65,446 | $7,205,058 | ($2,054) | $540,000 |
| 12/1/2026 | $7,205,058 | $0 | $1,200,000 | $55,046 | $6,060,105 | ($1,144,954) | $1,740,000 |
| 1/1/2027 | $6,060,105 | $67,500 | $0 | $54,932 | $6,047,537 | ($12,568) | $1,807,500 |
| 2/1/2027 | $6,047,537 | $67,500 | $0 | $54,817 | $6,034,854 | ($12,683) | $1,875,000 |
| 3/1/2027 | $6,034,854 | $67,500 | $0 | $54,701 | $6,022,055 | ($12,799) | $1,942,500 |
| 4/1/2027 | $6,022,055 | $67,500 | $0 | $54,583 | $6,009,138 | ($12,917) | $2,010,000 |
| 5/1/2027 | $6,009,138 | $67,500 | $0 | $54,465 | $5,996,103 | ($13,035) | $2,077,500 |
| 6/1/2027 | $5,996,103 | $67,500 | $0 | $54,346 | $5,982,949 | ($13,154) | $2,145,000 |
| 7/1/2027 | $5,982,949 | $67,500 | $0 | $54,225 | $5,969,674 | ($13,275) | $2,212,500 |
| 8/1/2027 | $5,969,674 | $67,500 | $0 | $54,103 | $5,956,277 | ($13,397) | $2,280,000 |
| 9/1/2027 | $5,956,277 | $67,500 | $0 | $53,980 | $5,942,757 | ($13,520) | $2,347,500 |
| 10/1/2027 | $5,942,757 | $67,500 | $0 | $53,857 | $5,929,114 | ($13,643) | $2,415,000 |
| 11/1/2027 | $5,929,114 | $67,500 | $0 | $53,731 | $5,915,345 | ($13,769) | $2,482,500 |
| 12/1/2027 | $5,915,345 | $0 | $1,800,000 | $37,724 | $4,153,069 | ($1,762,276) | $4,282,500 |
| 1/1/2028 | $4,153,069 | $70,000 | $0 | $37,428 | $4,120,497 | ($32,572) | $4,352,500 |
| 2/1/2028 | $4,120,497 | $70,000 | $0 | $37,130 | $4,087,627 | ($32,870) | $4,422,500 |
| 3/1/2028 | $4,087,627 | $70,000 | $0 | $36,828 | $4,054,455 | ($33,172) | $4,492,500 |
| 4/1/2028 | $4,054,455 | $70,000 | $0 | $36,524 | $4,020,979 | ($33,476) | $4,562,500 |
| 5/1/2028 | $4,020,979 | $70,000 | $0 | $36,217 | $3,987,197 | ($33,783) | $4,632,500 |
| 6/1/2028 | $3,987,197 | $70,000 | $0 | $35,908 | $3,953,104 | ($34,092) | $4,702,500 |
| 7/1/2028 | $3,953,104 | $70,000 | $0 | $35,595 | $3,918,699 | ($34,405) | $4,772,500 |
| 8/1/2028 | $3,918,699 | $70,000 | $0 | $35,280 | $3,883,979 | ($34,720) | $4,842,500 |
| 9/1/2028 | $3,883,979 | $70,000 | $0 | $34,961 | $3,848,941 | ($35,039) | $4,912,500 |
| 10/1/2028 | $3,848,941 | $70,000 | $0 | $34,640 | $3,813,581 | ($35,360) | $4,982,500 |
| 11/1/2028 | $3,813,581 | $70,000 | $0 | $34,316 | $3,777,897 | ($35,684) | $5,052,500 |
| 12/1/2028 | $3,777,897 | $0 | $1,200,000 | $23,631 | $2,601,528 | ($1,176,369) | $6,252,500 |
| 1/1/2029 | $2,601,528 | $75,000 | $0 | $23,160 | $2,549,688 | ($51,840) | $6,327,500 |
| 2/1/2029 | $2,549,688 | $75,000 | $0 | $22,685 | $2,497,372 | ($52,315) | $6,402,500 |
| 3/1/2029 | $2,497,372 | $75,000 | $0 | $22,205 | $2,444,577 | ($52,795) | $6,477,500 |
| 4/1/2029 | $2,444,577 | $75,000 | $0 | $21,721 | $2,391,298 | ($53,279) | $6,552,500 |
| 5/1/2029 | $2,391,298 | $75,000 | $0 | $21,233 | $2,337,531 | ($53,767) | $6,627,500 |
| 6/1/2029 | $2,337,531 | $75,000 | $0 | $20,740 | $2,283,271 | ($54,260) | $6,702,500 |
| 7/1/2029 | $2,283,271 | $75,000 | $0 | $20,242 | $2,228,514 | ($54,758) | $6,777,500 |
| 8/1/2029 | $2,228,514 | $75,000 | $0 | $19,741 | $2,173,254 | ($55,259) | $6,852,500 |
| 9/1/2029 | $2,173,254 | $75,000 | $0 | $19,234 | $2,117,488 | ($55,766) | $6,927,500 |
| 10/1/2029 | $2,117,488 | $75,000 | $0 | $18,723 | $2,061,211 | ($56,277) | $7,002,500 |
| 11/1/2029 | $2,061,211 | $75,000 | $0 | $18,207 | $2,004,418 | ($56,793) | $7,077,500 |
| 12/1/2029 | $2,004,418 | $0 | $1,000,000 | $9,207 | $1,013,625 | ($990,793) | $8,077,500 |
| 1/1/2030 | $1,013,625 | $75,000 | $0 | $8,604 | $947,229 | ($66,396) | $8,152,500 |
| 2/1/2030 | $947,229 | $75,000 | $0 | $7,995 | $880,225 | ($67,005) | $8,227,500 |
| 3/1/2030 | $880,225 | $75,000 | $0 | $7,381 | $812,606 | ($67,619) | $8,302,500 |
| 4/1/2030 | $812,606 | $0 | $812,606 | $0 | $0 | ($812,606) | $9,115,106 |