| Date | Interest (8%) | Payment | Principal Balance | Total Debt |
|---|---|---|---|---|
| 9/14/2025 | $0.00 | $0.00 | $543,000.00 | $543,000.00 |
| 10/1/2025 | $2,023.23 | $0.00 | $543,000.00 | $545,023.23 |
| 11/1/2025 | $3,689.42 | $0.00 | $543,000.00 | $548,712.66 |
| 12/1/2025 | $3,570.41 | $0.00 | $543,000.00 | $552,283.07 |
| 1/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $555,972.49 |
| 2/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $559,661.92 |
| 3/1/2026 | $3,332.38 | $0.00 | $543,000.00 | $562,994.30 |
| 4/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $566,683.73 |
| 5/1/2026 | $3,570.41 | $0.00 | $543,000.00 | $570,254.14 |
| 6/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $573,943.56 |
| 7/1/2026 | $3,570.41 | $0.00 | $543,000.00 | $577,513.97 |
| 8/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $581,203.40 |
| 9/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $584,892.82 |
| 10/1/2026 | $3,570.41 | $0.00 | $543,000.00 | $588,463.23 |
| 11/1/2026 | $3,689.42 | $0.00 | $543,000.00 | $592,152.66 |
| 12/1/2026 | $3,570.41 | ($13,491.08) | $543,000.00 | $582,231.99 |
| 1/1/2027 | $3,689.42 | ($13,491.08) | $543,000.00 | $572,430.33 |
| 2/1/2027 | $3,689.42 | ($13,491.08) | $543,000.00 | $562,628.68 |
| 3/1/2027 | $3,332.38 | ($13,491.08) | $543,000.00 | $552,469.98 |
| 4/1/2027 | $3,689.42 | ($13,491.08) | $542,668.33 | $542,668.33 |
| 5/1/2027 | $3,568.23 | ($13,491.08) | $532,745.48 | $532,745.48 |
| 6/1/2027 | $3,619.75 | ($13,491.08) | $522,874.15 | $522,874.15 |
| 7/1/2027 | $3,438.08 | ($13,491.08) | $512,821.14 | $512,821.14 |
| 8/1/2027 | $3,484.37 | ($13,491.08) | $502,814.44 | $502,814.44 |
| 9/1/2027 | $3,416.38 | ($13,491.08) | $492,739.74 | $492,739.74 |
| 10/1/2027 | $3,239.93 | ($13,491.08) | $482,488.59 | $482,488.59 |
| 11/1/2027 | $3,278.28 | ($13,491.08) | $472,275.79 | $472,275.79 |
| 12/1/2027 | $3,105.38 | ($13,491.08) | $461,890.09 | $461,890.09 |
| 1/1/2028 | $3,138.32 | ($13,491.08) | $451,537.33 | $451,537.33 |
| 2/1/2028 | $3,067.98 | ($13,491.08) | $441,114.23 | $441,114.23 |
| 3/1/2028 | $2,803.79 | ($13,491.08) | $430,426.94 | $430,426.94 |
| 4/1/2028 | $2,924.54 | ($13,491.08) | $419,860.41 | $419,860.41 |
| 5/1/2028 | $2,760.73 | ($13,491.08) | $409,130.05 | $409,130.05 |
| 6/1/2028 | $2,779.84 | ($13,491.08) | $398,418.81 | $398,418.81 |
| 7/1/2028 | $2,619.74 | ($13,491.08) | $387,547.48 | $387,547.48 |
| 8/1/2028 | $2,633.20 | ($13,491.08) | $376,689.59 | $376,689.59 |
| 9/1/2028 | $2,559.43 | ($13,491.08) | $365,757.94 | $365,757.94 |
| 10/1/2028 | $2,404.98 | ($13,491.08) | $354,671.84 | $354,671.84 |
| 11/1/2028 | $2,409.83 | ($13,491.08) | $343,590.59 | $343,590.59 |
| 12/1/2028 | $2,259.23 | ($13,491.08) | $332,358.73 | $332,358.73 |
| 1/1/2029 | $2,258.22 | ($13,491.08) | $321,125.87 | $321,125.87 |

| Date | Interest (8%) | Payment | Principal Balance | Total Debt |
| --- | --- | --- | --- | --- |
| 2/1/2029 | $2,181.90 | ($13,491.08) | $309,816.69 | $309,816.69 |
| 3/1/2029 | $1,901.34 | ($13,491.08) | $298,226.95 | $298,226.95 |
| 4/1/2029 | $2,026.31 | ($13,491.08) | $286,762.18 | $286,762.18 |
| 5/1/2029 | $1,885.56 | ($13,491.08) | $275,156.66 | $275,156.66 |
| 6/1/2029 | $1,869.56 | ($13,491.08) | $263,535.14 | $263,535.14 |
| 7/1/2029 | $1,732.83 | ($13,491.08) | $251,776.89 | $251,776.89 |
| 8/1/2029 | $1,710.70 | ($13,491.08) | $239,996.51 | $239,996.51 |
| 9/1/2029 | $1,630.66 | ($13,491.08) | $228,136.09 | $228,136.09 |
| 10/1/2029 | $1,500.07 | ($13,491.08) | $216,145.09 | $216,145.09 |
| 11/1/2029 | $1,468.60 | ($13,491.08) | $204,122.61 | $204,122.61 |
| 12/1/2029 | $1,342.18 | ($13,491.08) | $191,973.71 | $191,973.71 |
| 1/1/2030 | $1,304.37 | ($13,491.08) | $179,786.99 | $179,786.99 |
| 2/1/2030 | $1,221.57 | ($13,491.08) | $167,517.48 | $167,517.48 |
| 3/1/2030 | $1,028.05 | ($13,491.08) | $155,054.45 | $155,054.45 |
| 4/1/2030 | $1,053.52 | ($13,491.08) | $142,616.89 | $142,616.89 |
| 5/1/2030 | $937.75 | ($13,491.08) | $130,063.57 | $130,063.57 |
| 6/1/2030 | $883.72 | ($13,491.08) | $117,456.21 | $117,456.21 |
| 7/1/2030 | $772.31 | ($13,491.08) | $104,737.44 | $104,737.44 |
| 8/1/2030 | $711.64 | ($13,491.08) | $91,958.00 | $91,958.00 |
| 9/1/2030 | $624.81 | ($13,491.08) | $79,091.73 | $79,091.73 |
| 10/1/2030 | $520.06 | ($13,491.08) | $66,120.71 | $66,120.71 |
| 11/1/2030 | $449.26 | ($13,491.08) | $53,078.89 | $53,078.89 |
| 12/1/2030 | $349.01 | ($13,491.08) | $39,936.82 | $39,936.82 |
| 1/1/2031 | $271.35 | ($13,491.08) | $26,717.09 | $26,717.09 |
| 2/1/2031 | $181.53 | ($13,491.08) | $13,407.54 | $13,407.54 |
| 3/1/2031 | $82.28 | ($13,489.82) | $0.00 | $0.00 |
| Total | $158,534.90 | ($701,534.90) | | |