| Date | Interest (8%) | Payment | Principal Balance | Total Debt |
|---|---|---|---|---|
| 9/14/2025 | $0.00 | $0.00 | $2,606,723.41 | $2,606,723.41 |
| 10/1/2025 | $9,712.72 | $0.00 | $2,606,723.41 | $2,616,436.13 |
| 11/1/2025 | $17,711.44 | $0.00 | $2,606,723.41 | $2,634,147.57 |
| 12/1/2025 | $17,140.10 | $0.00 | $2,606,723.41 | $2,651,287.67 |
| 1/1/2026 | $17,711.44 | $0.00 | $2,606,723.41 | $2,668,999.10 |
| 2/1/2026 | $17,711.44 | $0.00 | $2,606,723.41 | $2,686,710.54 |
| 3/1/2026 | $15,997.43 | $0.00 | $2,606,723.41 | $2,702,707.97 |
| 4/1/2026 | $17,711.44 | ($8,000.00) | $2,606,723.41 | $2,712,419.40 |
| 5/1/2026 | $17,140.10 | ($8,000.00) | $2,606,723.41 | $2,721,559.50 |
| 6/1/2026 | $17,711.44 | ($8,000.00) | $2,606,723.41 | $2,731,270.94 |
| 7/1/2026 | $17,140.10 | ($8,000.00) | $2,606,723.41 | $2,740,411.03 |
| 8/1/2026 | $17,711.44 | ($8,000.00) | $2,606,723.41 | $2,750,122.47 |
| 9/1/2026 | $17,711.44 | ($8,000.00) | $2,606,723.41 | $2,759,833.91 |
| 10/1/2026 | $17,140.10 | ($8,000.00) | $2,606,723.41 | $2,768,974.01 |
| 11/1/2026 | $17,711.44 | ($8,000.00) | $2,606,723.41 | $2,778,685.44 |
| 12/1/2026 | $17,140.10 | ($8,000.00) | $2,606,723.41 | $2,787,825.54 |
| 12/31/2026 | $17,140.10 | ($350,000.00) | $2,454,965.64 | $2,454,965.64 |
| 2/1/2027 | $17,218.39 | ($36,000.00) | $2,436,184.03 | $2,436,184.03 |
| 3/1/2027 | $14,950.83 | ($36,000.00) | $2,415,134.86 | $2,415,134.86 |
| 4/1/2027 | $16,409.68 | ($36,000.00) | $2,395,544.54 | $2,395,544.54 |
| 5/1/2027 | $15,751.53 | ($36,000.00) | $2,375,296.07 | $2,375,296.07 |
| 6/1/2027 | $16,139.00 | ($36,000.00) | $2,355,435.06 | $2,355,435.06 |
| 7/1/2027 | $15,487.79 | ($36,000.00) | $2,334,922.86 | $2,334,922.86 |
| 8/1/2027 | $15,864.68 | ($36,000.00) | $2,314,787.54 | $2,314,787.54 |
| 9/1/2027 | $15,727.87 | ($36,000.00) | $2,294,515.41 | $2,294,515.41 |
| 10/1/2027 | $15,087.22 | ($36,000.00) | $2,273,602.63 | $2,273,602.63 |
| 11/1/2027 | $15,448.04 | ($36,000.00) | $2,253,050.67 | $2,253,050.67 |
| 12/1/2027 | $14,814.58 | ($36,000.00) | $2,231,865.25 | $2,231,865.25 |
| 12/31/2027 | $14,675.28 | ($325,000.00) | $1,921,540.53 | $1,921,540.53 |
| 2/1/2028 | $13,477.11 | ($36,000.00) | $1,899,017.64 | $1,899,017.64 |
| 3/1/2028 | $12,070.47 | ($36,000.00) | $1,875,088.11 | $1,875,088.11 |
| 4/1/2028 | $12,740.32 | ($36,000.00) | $1,851,828.43 | $1,851,828.43 |
| 5/1/2028 | $12,176.41 | ($36,000.00) | $1,828,004.84 | $1,828,004.84 |
| 6/1/2028 | $12,420.42 | ($36,000.00) | $1,804,425.25 | $1,804,425.25 |
| 7/1/2028 | $11,864.71 | ($36,000.00) | $1,780,289.97 | $1,780,289.97 |
| 8/1/2028 | $12,096.22 | ($36,000.00) | $1,756,386.18 | $1,756,386.18 |
| 9/1/2028 | $11,933.80 | ($36,000.00) | $1,732,319.99 | $1,732,319.99 |
| 10/1/2028 | $11,390.60 | ($36,000.00) | $1,707,710.58 | $1,707,710.58 |
| 11/1/2028 | $11,603.07 | ($36,000.00) | $1,683,313.66 | $1,683,313.66 |
| 12/1/2028 | $11,068.36 | ($36,000.00) | $1,658,382.02 | $1,658,382.02 |

| Date | Interest (8%) | Payment | Principal Balance | Total Debt |
|---|---|---|---|---|
| 12/31/2028 | $10,904.43 | ($285,000.00) | $1,384,286.45 | $1,384,286.45 |
| 2/1/2029 | $9,708.97 | ($36,500.00) | $1,357,495.42 | $1,357,495.42 |
| 3/1/2029 | $8,330.93 | ($36,500.00) | $1,329,326.35 | $1,329,326.35 |
| 4/1/2029 | $9,032.14 | ($36,500.00) | $1,301,858.49 | $1,301,858.49 |
| 5/1/2029 | $8,560.17 | ($36,500.00) | $1,273,918.65 | $1,273,918.65 |
| 6/1/2029 | $8,655.67 | ($36,500.00) | $1,246,074.32 | $1,246,074.32 |
| 7/1/2029 | $8,193.37 | ($36,500.00) | $1,217,767.68 | $1,217,767.68 |
| 8/1/2029 | $8,274.15 | ($36,500.00) | $1,189,541.83 | $1,189,541.83 |
| 9/1/2029 | $8,082.37 | ($36,500.00) | $1,161,124.20 | $1,161,124.20 |
| 10/1/2029 | $7,634.79 | ($36,500.00) | $1,132,258.99 | $1,132,258.99 |
| 11/1/2029 | $7,693.16 | ($36,500.00) | $1,103,452.14 | $1,103,452.14 |
| 12/1/2029 | $7,255.58 | ($36,500.00) | $1,074,207.72 | $1,074,207.72 |
| 12/31/2029 | $7,063.28 | ($325,000.00) | $756,271.00 | $756,271.00 |
| 2/1/2030 | $5,304.26 | ($36,500.00) | $725,075.26 | $725,075.26 |
| 3/1/2030 | $4,449.78 | ($36,500.00) | $693,025.04 | $693,025.04 |
| 4/1/2030 | $4,708.77 | ($36,500.00) | $661,233.81 | $661,233.81 |
| 5/1/2030 | $4,347.84 | ($36,500.00) | $629,081.65 | $629,081.65 |
| 6/1/2030 | $4,274.31 | ($36,500.00) | $596,855.96 | $596,855.96 |
| 7/1/2030 | $3,924.53 | ($36,500.00) | $564,280.49 | $564,280.49 |
| 8/1/2030 | $3,834.02 | ($36,500.00) | $531,614.50 | $531,614.50 |
| 9/1/2030 | $3,612.07 | ($36,500.00) | $498,726.57 | $498,726.57 |
| 10/1/2030 | $3,279.30 | ($36,500.00) | $465,505.87 | $465,505.87 |
| 11/1/2030 | $3,162.89 | ($36,500.00) | $432,168.76 | $432,168.76 |
| 12/1/2030 | $2,841.66 | ($36,500.00) | $398,510.41 | $398,510.41 |
| 12/31/2030 | $2,620.34 | ($325,000.00) | $76,130.76 | $76,130.76 |
| 2/1/2031 | $533.96 | ($36,500.00) | $40,164.71 | $40,164.71 |
| 3/1/2031 | $246.49 | ($40,411.20) | $0.00 | $0.00 |
| Total | $747,187.79 | ($3,353,911.20) | | |