Richard. A. DuBose, III (Federal Bar No.: 27847)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5039
Email: rdubo@gebsmith.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| Banners of Abingdon, LLC, *et al.* | * | Case No. 25-00378-ELG |
| Debtors. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that PNC Bank, National Association hereby enters its appearance in the above-captioned case by and through its counsel, Richard A. DuBose, III and Gebhardt & Smith LLP, and such counsel hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, or email addresses indicated below:

Richard A. DuBose, III
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5039
Email: rdubo@gebsmith.com

Dated: January 26, 2026                    Respectfully submitted,
                                           */s/ Richard A. DuBose, III*
                                           Richard A. DuBose, III
                                           Federal Bar No.: 27847
                                           Gebhardt & Smith LLP
                                           One South Street, Suite 2200

Baltimore, Maryland 21202
Tel: (410) 385-5039
Email: rdubo@gebsmith.com
*Counsel for PNC Bank,*
*National Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January 2026, I caused the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers to be sent electronically via the CM/ECF Electronic Filing System to all counsel of record.

/s/ Richard A. DuBose
Richard A. DuBose