Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**<u>NOTICE OF PROPOSED DISCLOSURE STATEMENT AND HEARING THEREUPON</u>**

NOTICE IS HEREBY GIVEN that the debtor has filed a proposed disclosure statement in this case. The disclosure statement may be viewed online at: [INSERT LIVE LINK HERE]

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to approve the disclosure statement or if you would like the Court to consider your views, then ON OR BEFORE

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

FEBRUARY 16, 2026, you must file and serve a written objection. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on approval of the disclosure statement has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for February 18, 2026 at 11:00 AM. The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: [DATE]          By:    /s/ Maurice B. VerStandig
                              Maurice B. VerStandig, Esq.
                              Bar No. MD18071
                              The Belmont Firm
                              1050 Connecticut Avenue, NW
                              Suite 500
                              Washington, DC 20036
                              Phone: (202) 991-1101
                              mac@dcbankruptcy.com
                              *Counsel for the Substantively Consolidated Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this [DATE], a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig