IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING MOTION TO
SHORTEN TIME AND ESTABLISH PROCEDURES**

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

Upon consideration of the Motion to Shorten Time and Establish Procedures for Approval of Disclosure Statement, Solicitation of Plan Votes, and Hearing on Confirmation of Plan (the "Motion"), any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the debtor shall cause the notice attached to the Motion as Exhibit A to be served on all parties on the mailing matrix on or before January 30, 2026; and it is further

ORDERED, that any objection to approval of the disclosure statement shall be filed on or before February 16, 2026; and it is further

ORDERED, that a hearing on approval of the disclosure statement will be held on February 18, 2026 if any party objects to the same (with the hearing subject to being cancelled, through entry of a written order approving the disclosure statement, should no party in interest timely object); and it is further

ORDERED, that the debtor shall cause the notice attached to the Motion as Exhibit B to be served on all parties on the mailing matrix on or before February 20, 2026; and it is further

ORDERED, that any objections to confirmation of the Plan be filed on or before March 1, 2026; and it is further

ORDERED, that any ballots cast, on the plan, be returned to counsel—via e-mail—on or before March 1, 2026; and it is further

ORDERED, that the debtor file a tally of ballots on or before March 2, 2026; and it is further

ORDERED, that a hearing on confirmation of the Plan will be held on March 3, 2026 at 11:00 am prevailing eastern time, via hybrid means

2

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*