UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| IN RE: | CASE NO: 25-378 |
|---|---|
| BANNERS OF ABINGDON, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 162 |

On 1/30/2026, I did cause a copy of the following documents, described below,

Notice of Disclosure Statement Hearing ECF Docket Reference No. 162

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/30/2026

/s/ Maurice VerStandig
Maurice VerStandig  18071

The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
301-444-4600
mac@mbvesq.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>BANNERS OF ABINGDON, LLC | CASE NO: 25-378<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 162 |

On 1/30/2026, a copy of the following documents, described below,

Notice of Disclosure Statement Hearing ECF Docket Reference No. 162

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/30/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD  20854

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-378<br>DISTRICT OF DISTRICT OF COLUMBIA<br>THU JAN 29 13-12-55 PST 2026 | ASHBURN VILLAGE CENTER LLC<br>CO STEPHEN A METZ  ESQ<br>OFFIT KURMAN  PA<br>7501 WISCONSIN AVE  SUITE 1000W<br>BETHESDA  MD 20814-6604 | BANNERS OF ABINGDON LLC<br>1801 16TH STREET NORTHWEST<br>UNIT 606<br>WASHINGTON  DC 20009-3324 |

EXCLUDE

(U)BRIXMOR HOLDINGS 1 SPE  LLC

BULL RUN PLAZA  LLC
CO ADDISON J CHAPPELL  ESQUIRE
MILES  STOCKBRIDGE PC
100 LIGHT STREET  7TH FL
BALTIMORE  MD 21202-1153

EXCLUDE

(U)BURKETOWN PLAZA  LLC

EXCLUDE

(U)CP VENTURE TWO LLC

CSB FAMILY INVESTORS  LLC
CO CHRISTOPHER A GLASER  ESQ
JACKSON  CAMPBELL  PC
2300 N STREET  NW  SUITE 300
WASHINGTON  DC 20037-1194

CASPARI  INC
99 COGWHEEL LANE
SEYMOUR  CT 06483-3900

FAIR CITY HHH  LLC
CO HHH PROPERTIES CORP
4001 WILLIAMSBURG COURT
FAIRFAX  VA 22032-1139

EXCLUDE

(U)FEDERAL REALTY OP LP

EXCLUDE

(U)FEDERAL REALTY PARTNERS  LP

EXCLUDE

(U)GRI BRADLEE  LLC

GOLD CROWN MANAGERS ACCEPTANCE CORP
CO STEVEN M WALLACE
2227 S STATE ROUTE 157
EDWARDSVILLE  IL 62025-3646

EXCLUDE

(U)HALLMARK MARKETING COMPANY  LLC

EXCLUDE

(U)ITRIA VENTURES LLC

LEESBURG PLAZA  LLC
CO ADDISON J CHAPPELL  ESQUIRE
MILES  STOCKBRIDGE PC
100 LIGHT STREET  7TH FL
BALTIMORE  MD 21202-1153

MONTICELLO MARKETPLACE AND SUFFOLK SC
CO LAW OFFICES OF DAVID A GREER PLC
500 E MAIN ST SUITE 1225
NORFOLK  VA 23510-2274

EXCLUDE

(U)NMPC4 FAIRFIELD SC  LLC

PNC BANK  NA
CO MICHAEL D NORD
GEBHARDT  SMITH LLP
SUITE 2200
BALTIMORE  MD 21202

EXCLUDE

(U)PR HARBOUR VIEW EAST  LLC

PR IIRP RIDGE SHOPPING CENTER LLC
CO CHRISTOPHER A GLASER  ESQ
JACKSON  CAMPBELL  PC
2300 N STREET  NW  SUITE 300
WASHINGTON  DC 20037-1194

RIVERCREST REALTY ASSOCIATES  LLC AND ITS AF
CO BARCLAY DAMON LLP
ATTN KEVIN M NEWMAN
BARCLAY DAMON TOWER
125 EAST JEFFERSON STREET
SYRACUSE  NY 13202-2515

SOUTH RIDING OWNER  LLC
CO ADDISON J CHAPPELL  ESQUIRE
MILES  STOCKBRIDGE PC
100 LIGHT STREET  7TH FL
BALTIMORE  MD 21202-1153

EXCLUDE

(U)STAFFORD MARKETPLACE  LLC

VILLAGE MARKETPLACE  LLC
CO SPOTTS FAIN PC
411 E FRANKLIN STREET
SUITE 600
RICHMOND  VA 23219-2200

WASHINGTON  DC
E BARRETT PRETTYMAN U S COURTHOUSE
333 CONSTITUTION AVE  NW 1225
WASHINGTON  DC 20001-2802

301 MM LLC
5324 43RD ST NW
WASHINGTON  DC 20015-2008

ALARM SERVICES OF MARYLAND INC
PO BOX 6334
ELLICOTT CITY  MD 21042-0334

ALEXIS HAIRSTON
12401 BRICKYARD BLVD
1028
BELTSVILLE  MD 20705-1346

ALEXIS PERES
6660 UPLAND CIRCLE
FAYETTEVILLE  PA 17222-9722

ALLIED PRODUCTS
1420 KANSAS AVENUE
KANSAS CITY  MO 64127-2135

AMERICAN MILLS
2806 W LAKE OF THE ISLES PKWY
MINNEAPOLIS  MN 55416-4338

AMERICAN PAPER PLASTIC COMPANY
19 KIESLAND CT
HAMILTON  OH 45015-1375

ANGELA EARHART
26431 ELEYS FORD ROAD
RICHARDSVILLE  VA 22736-1724

ANGELA MORRIS
54 KITE PL
WAYNESBORO  VA 22980-9438

ANGELA THOMAS
1420 BARNETT ST
ROCK HILL  SC 29732-2333

ANGIE BLASCO
2002 REGENCY DRIVE
SUFFOLK  VA 23434-1800

ANITA COOK
56 WILDCAT COVE
WAYNESBORO  VA 22980-9368

ANNAPOLIS HARBOUR CENTER ASSOCIATES LLC
CO LERNER CORP
2000 TOWER OAKS BLVD 8TH FLOOR
ROCKVILLE  MD 20852-4284

ANNE FOLIO
8460 ANGWIN PLACE
CHARLOTTE  NC 28262-6490

ANTOINETTE WILSON
2658 WINTERGREEN ROAD
COVE CITY  NC 28523-9216

APPRISS INC
CO JOY KLEISINGER  FBT GIBBONS LLP
301 E FOURTH STREET  SUITE 3300
CINCINNATI  OH 45202-4257

APPRISS RETAIL DBA SYSREPUBLIC INC
PO BOX 639138
CINCINNATI  OH 45263-9138

EXCLUDE

(D)ASHBURN VILLAGE CENTER LLC
CO STEPHEN A METZ  ESQ
OFFIT KURMAN  PA
7501 WISCONSIN AVE  SUITE 1000W
BETHESDA  MD 20814-6604

ASHBURN VILLAGE CENTER LLC
CO SAUL HOLDINGS LP
PO BOX 38042
BALTIMORE  MD 21297-8042

ASHERS CHOCOLATE
PO BOX 950001875
PHILADELPHIA  PA 19195-1875

AURORA WORLD INC
8820 MERCURY LANE
PICO RIVERA  CA 90660-6706

AUSTIN BUSINESS FINANCE  LLC
4853 WILLIAMS DR  111
AUSTIN  TX 78633-2327

AUSTIN BUSINESS FINANCE  LLC
4853 WILLIAMS DR  111
GEORGETOWN  TX 78633-2327

AVANTI PRESS
PO BOX 67000
DEPT 210401
DETROIT  MI 48267-2104

AZYA WILLIAMS
1422 LARKVIEW DRIVE
VIRGINIA BEACH  VA 23454-5665

BACKD FINWISE
1949 S IH 35 FRONTAGE RD
AUSTIN  TX 78760

BEDFORD WINDOW CLEANING CO
308 JANE RANDOLPH ST
FOREST  VA 24551-1221

BENJAMIN OFFICE SUPPLY SERVICES INC
758 E GUDE DRIVE
ROCKVILLE  MD 20850-1328

BISSINGERS HANDCRAFTED CHOCOLATIER
5025 PATTISON AVE
SAINT LOUIS  MO 63110-2037

BRENDA ANTONIAK
49 WOODBINE DRIVE
COLONIAL BEACH  VA 22443-3635


BRIANA STANLEY
6227 HEATHER GLEN DR
SUFFOLK  VA 23435-3133

BRIXMOR HOLDINGS 1 SPE  LLC
CO KELLEY DRYE  WARREN LLP
3 WORLD TRADE CENTER
175 GREENWICH ST
NEW YORK  NY 10007-2759

BULL RUN PLAZA LLC WATER
8405 GREENSBORO DR STE 830
MC LEAN  VA 22102-5121


BULL RUN PLAZA LLC
PO BOX 25097
TAMPA  FL 33622-5097

BULL RUN PLAZA  LLC
CO MILES  STOCKBRIDGE PC
ATTN CATHERINE HARRINGTON
915 MEETING ST  SUITE 1110
NORTH BETHESDA  MD 20852-2384

BURKETOWN PLAZA LLC
PO BOX 30344
TAMPA  FL 33630-3344


CP VENTURE TWO LLC
CO DUSTIN P BRANCH  ESQ
BALLARD SPAHR LLP
2029 CENTURY PARK EAST  SUITE 1400
LOS ANGELES  CA 90067-2915

CSB FAMILY INVESTORS  LLC
CO CHRISTOPHER A GLASER  ESQ
JACKSON  CAMPBELL  PC
2300 N STREET  NW  SUITE 300
WASHINGTON  DC 20037-1194

CALVIN LOPEZ
7704 NOTEES LN
KERNERSVILLE  NC 27284-9086


CANNON HILL LOGISTICS
PO BOX 3851
FREDERICK  MD 21705-3851

CARPET AND VACUUM EXPO
7715 TUCKERMAN LANE
POTOMAC  MD 20854-3266

CARSON HOME ACCENTS
189 FOREMAN ROAD
FREEPORT  PA 16229-1797


EXCLUDE

(D)CASPARI INC
99  COGWHEEL LANE
SEYMOUR  CT 06483-3900

CASPARI  INC
ATTN TRACY PETERS
99 COGWHEEL LANE
SEYMOUR  CT 06483-3900

CATHY DICKINSON
402 E 11TH AVENUE
RANSON  WV 25438-1742


CATHY JAGER
2103 DEER MEADOW LANE
MIDLOTHIAN  VA 23112-4137

CHASTITY CARR
2408 TIMBERLAND HILLS DR
NEWTON  NC 28658-8552

CHER LAKE
327 MARYLAND AVENUE
PORTSMOUTH  VA 23707-1714


CHERYL CRUM
1511 REGENCY WOODS ROAD
101
HENRICO  VA 23238-4518

CHERYL DOMINGUE
123 GLENWOOD RD
HAMPTON  VA 23669-1823

CHERYL MURPHY
306 JORDAN CROSSING AVE
JAMESTOWN  NC 27282-9873


CHOCOLATE CHOCOLATE CHOCOLATE COMPANY
5025 PATTISON AVENUE
SAINT LOUIS  MO 63110-2037

CHRISTIAN EVERETT
9119 MANCHESTER RD
311
SILVER SPRING  MD 20901-4137

CHRISTINA OKEEFE
5225 LOWERY DOWNS
VIRGINIA BEACH  VA 23464-5615

```
CITY OF FREDERICKSBURG              CITY OF NEWPORT NEWS                CITY OF VIRGINIA BEACH CO BANNERS HALLM
CITY TREASURER                      MARTY G EUBANK TREASURER            COMMISSIONER OF THE REVENUE CITY HALL
PO BOX 644  CITY HALL               CITY OF NEWPORT NEWS PO BOX 975     2401 COURTHOUSE DRIVE
FREDERICKSBURG  VA 22404-0644       NEWPORT NEWS  VA 23607-0975         VIRGINIA BEACH  VA 23456-9002


COMMERCIAL EXPRESS HVAC             COMPLETE SOLUTIONS SOURCING         CORPORATE SERVICES CONSULTANTS LLC
44931 FALCON PL                     PO BOX 5383                         1015 N GAY ST
STERLING  VA 20166-9572             DEPTFORD  NJ 08096-0383             PO BOX 1048
                                                                        DANDRIDGE  TN 37725-1048


COSNERS CORNER OWNERS ASSOC         COYOTE LOGISTICS LLC                CROSSROADS ORIGINAL DESIGNS DBA BLOSSOM
ATTN CBC PROPERTY MANAGEMENT        PO BOX 742636                       115 CROSSROADS BOULEVARD
990 BRAGG ROAD                      ATLANTA  GA 30374-2636              BUCYRUS  OH 44820-1362
FREDERICKSBURG  VA 22407-6979


CROWN MAC                           CRYSTAL HILL                        CYNTHIA WILLIAMS
7619 SHERIDAN RD                    4796 FIRST COURT ROAD               4752 WESTLAND
KENOSHA  WI 53143-1519              VIRGINIA BEACH  VA 23455-2846       APT B
                                                                        HALETHORPE  MD 21227-1331


DD TRADERS  INC                     DANIA CONTRERAS                     DANIELLE CUTLIP
DEMDACO                             14478 RUSTLING LEAVES LANE          3133 COPENHAVER RD
5000 W 134TH STREET                 CENTREVILLE  VA 20121-2272          STREET  MD 21154-1644
LEAWOOD  KS 66209-7806


DANIELLE SANTAMORE                  DEANA BONILLA                       DEBBIE STOUT
53 CREEKSTONE DRIVE                 8414 VISION LN                      712 ONTARIO STREET
NEWPORT NEWS  VA 23603-1363         WALKERSVILLE  MD 21793-7814         HAVRE DE GRACE  MD 21078-2730


DEDE COLE                           DEMDACO                             DESIGNER GREETINGS INC
344 DONALD CIRCLE                   PO BOX 803314                       PO BOX 1477
FOREST HILL  MD 21050-1308          KANSAS CITY  MO 64180-3314          EDISON  NJ 08818-1477


DIVARIS RIDGE SHOPPING CENTER OWNER LL   DONNA DONLIN                   DONNA NAJIBI
4525 MAIN STREET                    20162 BRAETON BAY TERR              504 LAKE VISTA DRIVE
SUITE 900                           APT 103                             FOREST  VA 24551-1974
VIRGINIA BEACH  VA 23462-3431       ASHBURN  VA 20147-2616


DURASEAL INC                        E S PETS                            ED SCOTT
PO BOX 743                          725 BROADWAY AVE                    235 MARY JANE LANE
FOREST  VA 24551-0743               HOLBROOK  NY 11741-4905             BEL AIR  MD 21015-1645
```

| | | |
|---|---|---|
| ELA WILSON<br>3200 GRUMMAN SQ<br>203<br>VIRGINIA BEACH  VA 23452-6939 | ELSE KOPROWICZ<br>128 MALOY DR<br>WINCHESTER  VA 22602-6528 | EMILEE PRATT<br>551 GREENBRIAR DRIVE<br>CULPEPER  VA 22701-3257 |
| ENESCO LLC<br>500 PARK BOULEVARD STE 1300<br>ITASCA  IL 60143-1258 | EVERGREEN ENTERPRISES<br>PO BOX 602961<br>CHARLOTTE  NC 28260-2961 | EXPRESSIVE DESIGN GROUP INC<br>49 GARFIELD ST<br>HOLYOKE  MA 01040-5407 |
| FAIR LAKES CTR ASSOCIATES II  LLC<br>CO ANDREW B SCHULWOLF  ESQ<br>110 N WASHINGTON ST  NO 300<br>ROCKVILLE  MD 20850-2224 | FAHLO LLC<br>201 CHATHAM ST<br>SUITE 2<br>SANFORD  NC 27330-4395 | EXCLUDE<br>(D)FAIR CITY HHH  LLC<br>CO HHH PROPERTIES CORP<br>4001 WILLIAMSBURG COURT<br>FAIRFAX  VA 22032 1139 |
| FAIR LAKES CENTER ASSOCIATES II LC<br>PO BOX 646001<br>PITTSBURGH  PA 15264-6001 | FAIRFAX COMPANY OF VIRGINIA LLC<br>CO OLSHAN PROPERTIES<br>PO BOX  67338<br>NEWARK  NJ 07101-4007 | FAIRFIELD SHOPPING CENTER<br>NMPC4 FAIRFIELD SC LLC<br>CO NEW MARKET PROPERTIES LLC 3284 NORTHS<br>ATLANTA  GA 30327 |
| FARRAH HOWARD<br>2254 48TH STREET NW<br>WASHINGTON  DC 20007-1035 | FEDEX EXPRESS<br>PO BOX 371461<br>PITTSBURGH  PA 15250-7461 | FEDERAL REALTY KINGSTOWNE STORAGE<br>LOCKBOX 3426<br>PO BOX 8500<br>PHILADELPHIA  PA 19178-3426 |
| FEDERAL REALTY OP LP<br>CO BALLARD SPAHR LLP LESLIE HEILMAN<br>919 N MARKET ST  11TH FLOOR<br>WILMINGTON  DE 19801-3023 | FEDERAL REALTY OP LPSPECIALTY LEASING<br>PO BOX 8500<br>LOCKBOX 3426<br>PHILADELPHIA  PA 19178-3426 | FEDERAL REALTY PARTNERS LP<br>CO BALLARD SPAHR LLP LESLIE HEILMAN<br>919 N MARKET STREET  11TH FLOOR<br>WILMINGTON  DE 980 19801-3023 |
| FEDERAL REALTY VIRGINIA GATEWAY PLAZA I<br>LOCKBOX 9320<br>PO BOX 8500<br>PHILADELPHIA  PA 19178-9320 | FEDERAL REALTYKINGSTOWNE SHOPPING CENTE<br>LOCKBOX 9320<br>PO BOX 8500<br>PHILADELPHIA  PA 19178-8500 | FISHERS POPCORN OF DELAWARE INC<br>37081 COASTAL HWY<br>FENWICK ISLAND  DE 19944-4057 |
| FOULSTON<br>1551 N WATERFRONT PARKWAY SUITE 100<br>WICHITA  KS 67206-4466 | (P)FRAGRANCES OF IRELAND<br>668 N COAST HWY PMB 1207<br>LAGUNA BEACH CA 92651-1513 | GRI BRADLEE  LLC<br>CO MAGRUDER COOK KOUTSOUFTIKIS PALANZI<br>1889 PRESTON WHITE DR  SUITE 200<br>RESTON VA 20191-4368 |
| GANZ USA LLC<br>PO BOX 530<br>BUFFALO  NY 14240-0530 | GAZ USA  LLC<br>CO CAROL BONIGUT<br>60 INDUSTRIAL PKWY 043<br>CHEEKTOWAGA  NY 14227-2774 | GODIVA CHOCOLATIER INC<br>PO BOX 74008044<br>CHICAGO  IL 60674-8044 |

| | | |
|---|---|---|
| GODIVA CHOCOLATIER INC<br>ATTN JACK M DANDREA  ESQ<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND  OHIO 44114-1217 | GOLD CROWN MANAGERS ACCEPTANCE CORP<br>CO STEVEN M WALLACE<br>2227 SOUTH STATE ROUTE 157<br>EDWARDSVILLE  ILLINOIS 62025-3646 | GRAPHIQUE<br>9 STATE STREET<br>WOBURN  MA 01801-2050 |
| GRETA WAGNER<br>4 HELEN DRIVE<br>NEWPORT NEWS  VA 23602-3320 | GUARDIAN LIFE INSURANCE<br>PO BOX 824454<br>PHILADELPHIA  PA 19182-4454 | H2O TO GO<br>5821 WARD COURT<br>VIRGINIA BEACH  VA 23455-3312 |
| HAILEY HARTLEY<br>516 NORTHWOOD CIRCLE<br>CROSS JUNCTION  VA 22625-2532 | HALLMARK MARKETING COMPANY LLC<br>GOLD CROWN ADMINISTRATION<br>2501 MCGEE<br>KANSAS CITY  MO 64108-2615 | HARFORD MALL BUSINESS TRUST<br>CBL 0623<br>PO BOX 955607<br>SAINT LOUIS  MO 63195-5607 |
| HEATHER GRIZZLE<br>14 JEFFERSON DRIVE<br>POTOMAC FALLS  VA 20165-8626 | ~~EXCLUDE~~<br>~~(U)HEATHER HANSON~~ | HEATHER SALYER<br>217 CAPITAL LANE<br>FOREST  VA 24551-2032 |
| HILARY SNYDER<br>6409 DEERSKIN DRIVE<br>FREDERICKSBURG  VA 22407-6368 | HILL MANAGEMENT SERVICES INC<br>11350 MCCORMICK ROAD<br>EP III SUITE 301<br>HUNT VALLEY  MD 21031-1002 | HUSTEADS CANVAS CREATIONS INC<br>628 W 24TH STREET<br>NORFOLK  VA 23517-1208 |
| IF USA LLC<br>4350 BRYSON BLVD<br>FLORENCE  AL 35630-7317 | INTELEX USA<br>105 PRAIRIE LAKES ROAD<br>UNIT C<br>EAST DUNDEE  IL 60118-9133 | ITRIA VENTURES LLC<br>CO DLA PIPER LLP US<br>ATTN C KEVIN KOBBE<br>650 SOUTH EXETER STREET  SUITE 1100<br>BALTIMORE  MD 21202-4576 |
| ITRIA VENTURES LLC<br>CO CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS GROVE<br>WILMINGTON  DE 19808-1674 | JDM ENT INC<br>DBA BEDFORD WINDOW CLEANING<br>308 JANE RANDOLPH ST<br>FOREST  VA 24551-1221 | JACKIE FILLMORE<br>11320 WINSTON<br>NEWPORT NEWS  VA 23601-2267 |
| JAMES LONG<br>12624 TERRYMILL DRIVE<br>HERNDON  VA 20170-2872 | JANICE BARRY<br>7848 MILKSHED PL<br>ELKRIDGE  MD 21075-6130 | JANIE GABRIELSON<br>2155 ASPEN RIDGE CT<br>APT 204<br>WINSTON SALEM  NC 27103-6868 |
| JENNIFER HICKMAN<br>4025 PALMETTO DRIVE<br>ROCK HILL  SC 29732-9678 | JENNIFER MCLELLAN<br>1739 DONLEE DR<br>BLACKSBURG  VA 24060-6007 | JENNIFER SHERIFF<br>10821 BUTTERCUP PLACE<br>APT 303<br>MANASSAS  VA 20109-5616 |

| | | |
|---|---|---|
| JENNIFER SMITH<br>14822 STATLER DR<br>WOODBRIDGE  VA 22193-3128 | JENNIFER SMITH<br>8019 ASHLAND AVENUE<br>APT 8<br>MANASSAS  VA 20109-8019 | JESSICA MELONE<br>4730 BAILEYS LAKE RD NW<br>NW APT 206<br>CONCORD  NC 28027-8560 |
| JONATHAN HEROLD<br>8034 MIKE MUNDLE LANE<br>MECHANICSVILLE  VA 23111-5913 | JULIA SHULTZ<br>5506 WHITFIELD COURT<br>FAIRFAX  VA 22032-3845 | JULIE NILSON<br>17055 HAMPTON TRACE ROAD<br>HUNTERSVILLE  NC 28078-6452 |
| KAREN KYLE<br>5730 YEAGERTOWN RD<br>NEW MARKET  MD 21774-6333 | KARMA<br>4302 IRONTON AVE<br>LUBBOCK  TX 79407-3736 | KAROLYN STOBER<br>108 CHASEWOOD CT<br>VINTON  VA 24179-4446 |
| KATHLEEN NICHOLS<br>3321 LAWRENCE DR<br>CARRSVILLE  VA 23315-2520 | KATHY CARTER<br>4072 PARKSIDE MEADOWS COURT<br>WINSTON SALEM  NC 27127-7476 | KATIE POTEE<br>2430 BRUNSWICK ROAD<br>HALETHORPE  MD 21227-3013 |
| KATRINA GUARDADO<br>333 SOUTH GLEBE ROAD<br>APT 306<br>ARLINGTON  VA 22204-1654 | KAYLA RACZ<br>800 GREENBRIER COURT<br>EDGEWOOD  MD 21040-2414 | KELLYN SUTTON<br>389 JAMES CT<br>HIGH POINT  NC 27265-2159 |
| KELLYTOY USA INC<br>PO BOX 738667<br>DALLAS  TX 75373-8667 | KEN MATTHEWS GARDEN CENTER<br>4921 GEORGE WASHINGTON HWY<br>YORKTOWN  VA 23692-2509 | KENTLANDS SQUARE LLC<br>7501 WISCONSIN AVENUE<br>SUITE 1500E ATTN GILKA SILES<br>BETHESDA  MD 20814-6519 |
| KETER ENVIRONMENTAL SERVICES INC<br>PO BOX 417468<br>BOSTON  MA 02241-7468 | KIARRA GOODMAN<br>14 BREEZY TREE CT<br>APT D<br>TIMONIUM  MD 21093-1226 | KIM PERES<br>6660 UPLAND CIRCLE<br>FAYETTEVILLE  PA 17222-9722 |
| LANETTE TRIMNELL<br>301 OLD BELL RD<br>CHARLOTTE  NC 28270-2793 | LATIFA SAHRAOUI<br>3940 PERSIMMON DRIVE<br>T1<br>FAIRFAX  VA 22031-4165 | LAURA COLE<br>344 DONALD CIRCLE<br>FOREST HILL  MD 21050-1308 |
| LAUREN JAMES<br>6238 SATINWOOD DRIVE<br>COLUMBIA  MD 21044-3606 | LAUREN PAYNE<br>23 LONGVIEW CIR<br>FISHERSVILLE  VA 22939-2004 | LEESBURG PLAZA LLC<br>CO RAPPAPORT MANAGEMENT COMPANY<br>8405 GREENSBORO DRIVE 8TH FLOOR<br>MCLEAN  VA 22102-5104 |

```
LEESBURG PLAZA  LLC                    LENOX CORPORATION                       LEONARD BANNER
CO MILES  STOCKBRIDGE PC               1414 RADCLIFFE STREET                   1702 CAPTAINS WAY
ATTN CATHERINE HARRINGTON              BRISTOL  PA 19007-5496                  JUPITER  FL 33477-4045
915 MEETING STREET  SUITE 1110
NORTH BETHESDA  MD 20852-2384


LESLIE NAGY                            LIFE IS GOOD                            LINDE GAS EQUIPMENT INC FORMERLY PRAXA
143 NORTHWAY                           48 FRIARS   DRIVE                       PO BOX 382000
SEVERNA PARK  MD 21146-2707            HUDSON  NH 03051-4900                   PITTSBURGH  PA 15250-8000


LISETTE BROSAN                         LORI SHARPE                             LUCY MASTANTUONO
1414 POINT O WOODS                     19 FORSYTHIA LANE                       5400 SANDY POINT LANE
ARNOLD  MD 21012-2375                  BEAR  DE 19701-6301                     CLIFTON  VA 20124-0944


LYNCHBURG RIVERCREST REALTY            MOWMENTUM                               MACERICH EQ LIMITED PARTNERSHIP
LYNCHBURG WARDS CROSSING LLC           240 HOLLYWOOD FARM ROAD                 SM VALLEY MALL LLC
PO BOX 604049                          FREDERICKSBURG  VA 22405-3709           DEPT  880467 PO BOX 29650
CHARLOTTE  NC 28260-4049                                                       PHOENIX  AZ 85038-9650


MALDEN INTERNATIONAL DESIGNS           MARCO PROPERTY SERVICES                 MARGARET WILHOIT
19 COWAN DRIVE                         PO BOX 4849                             14605 FRISCO CT
MIDDLEBORO  MA 02346-3700              MIDLOTHIAN  VA 23112-0015               WOODBRIDGE  VA 22193-2030


MARY PETERS                            MARY STICKNEY                           MARY THOMPSON
6401 ROCK FOREST DRIVE                 8218 GREEN ICE DRIVE                    106 SPLIT OAK WAY
205                                    PASADENA  MD 21122-3868                 NEW BERN  NC 28562-9008
BETHESDA  MD 20817-7903


MAYFLOWER APPLE BLOSSOM LP             MAYFLOWER APPLE BLOSSOM LP STORAGE      MAYFLOWER APPLE BLOSSOM  LP
14183 COLLECTION CENTER DR             APPLE BLOSSOM MALL ATTN MANAGEMENT OFFI CO SIMON PROPERTY GROUP  LP
CHICAGO  IL 60693-0141                 1850 APPLE BLOSSOM DR                   225 WEST WASHINGTON STREET
                                       WINCHESTER  VA 22601-5187               INDIANAPOLIS  IN 46204-3435


MAYFLOWER DISTRIBUTING COMPANY INC     MENDY PRATT                             MEREDITH CHANEY
1155 MEDALLION DRIVE                   551 GREENBRIAR DRIVE                    10412 OLD BRIDGE LANE
MENDOTA HEIGHTS  MN 55120-1220         CULPEPER  VA 22701-3257                 CHARLOTTE  NC 28269-8156


MICHAEL POSTAL                         MICHELLE ALVAREZ                        MIKE VACCARELLI
1801 16TH STREET NW                    9515 ASHLEYVILLE TURN                   7694 DORCHESTER BLVD
APT 606                                MIDLOTHIAN  VA 23112-1690               HANOVER  MD 21076-2061
WASHINGTON  DC 20009-3324
```

MONTICELLO MARKETPLACE
SL NUSBAUM REALTY CO
ESCROW AGENT FOR MONTICELLO MARKETPLACE
NORFOLK  VA 23514-3580

MONTICELLO MARKETPLACE ASSOCIATES LLC
CO DAVID A  GREER
500 E MAIN ST SUITE 1225
NORFOLK  VA 23510-2274

NMPC4 FAIRFIELD SC  LLC
CO WILLIAM MCDONALD  ESQ
11250 EL CAMINO REAL  SUITE 200
SAN DIEGO  CA 92130-2677

NYSLIFE
711 GINESI DR
MORGANVILLE  NJ 07751-1235

NICOLE ALMEIDA
2050 MOUNT VIEW RD
MARRIOTTSVILLE  MD 21104-1636

OAKTON LIMITED PARTNERSHIP LLP
REDWOOD COMMERCIAL MANAGEMENT
5900 FORT DRIVE SUITE 400
CENTREVILLE  VA 20121-2413

PB MARES LLP
701 TOWN CENTER DR SUITE 900
NEWPORT NEWS  VA 23606-4287

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC BANK  NATIONAL ASSOCIATION
CO MICHAEL D NORD
GEBHARDT  SMITH LLP
1 SOUTH STREET  SUITE 2200
BALTIMORE  MD 21202-3343

PR HARBOUR VIEW EAST  LLC
CO DUSTIN P BRANCH  ESQ
BALLARD SPAHR LLP
2029 CENTURY PARK EAST  SUITE 1400
LOS ANGELES  CA 90067-2915

PR VALLEY LP WATER 58
PO BOX 373828
CLEVELAND  OH 44193-0001

PRISA LHC LLC HARBOR VIEW EAST
7 GIRALDA FARMS
MADISON  NJ 07940-1051

PASCALE CHRISTIANSEN
500 TUNNEL COURT
CHESAPEAKE  VA 23320-3181

PAUL DEREMIGIS
3 BANAT COURT
BALTIMORE  MD 21237-4507

PENELOPE LARE
20819 WALLINGFORD SQUARE
104
POTOMAC FALLS  VA 20165-7302

PERSONNEL EVALUATION INC MULTI SITES
11138 W GREENFIELD AVE
MILWAUKEE  WI 53214-2362

PETER PAUPER PRESS INC
3 INTERNATIONAL DR
SUITE 310
RYE BROOK  NY 10573-7501

(P)PIEDMONT SERVICE GROUP
1031 NOWELL RD
RALEIGH NC 27607-5130

PIPP MOBILE STORAGE SYSTEMS INC
2966 WILSON DR NW
WALKER  MI 49534-7592

POMEROY TECHNOLOGIES LLC
PO BOX 7410512
CHICAGO  IL 60674-0512

POTTER COMPANY
1604 HILLTOP WEST SHOPPING CENTER
STE 202
VIRGINIA BEACH  VA 23451-6131

PRECIOUS MOMENTS COMPANY
4105 CHAPEL ROAD
CARTHAGE  MO 64836-8848

PRIMITIVES BY KATHY
1817 WILLIAM PENN WAY
LANCASTER  PA 17601-5830

PRISA LHC LLC GREENBRIER MARKET CENTER
PRLHC GREENBRIER MC 106818
PO BOX 978500
DALLAS  TX 75397-8500

PUMPERNICKEL PRESS
508 JACK ENDERS
BERRYVILLE  VA 22611-1538

(P)QUILLING CARD LLC
ATTN JOAN NIERMEYER
47 MELLEN ST
FRAMINGHAM MA 01702-8588

RAIN JEWELRY COLLECTION
460 HILLSIDE AVE
NEEDHAM  MA 02494-1224

```
RESTON NORTH POINT VILLAGE LLC          RETIREMENT PLANNERS                     RHONDA KELLEY
CO LERNER CORP                          7639 LEESBURG PIKE                      756 MARVIN AVE
2000 TOWER OAKS BLVD 8TH FLOOR          FALLS CHURCH  VA 22043-2520             NORFOLK  VA 23518-2508
ROCKVILLE  MD 20852-4284


RIFLE PAPER CO                          RIFLE PAPER CO                          RIO HILL STATION LLC
558 W NEW ENGLAND AVE                   MICHAEL S PROVENZALE  ESQ               CO MONIQUE B DISABATINO
SUITE 150                               215 N EOLA DRIVE                        SAUL EWING LLP
WINTER PARK  FL 32789-4254              ORLANDO  FL 32801-2028                  1201 N MARKET STREET  ST 2300
                                                                                WILMINGTON  DE 19801


ROANOKE CAVE SPRINGS                    ROCKSTEP CHRISTIANSBURG LLC             ROCKY MOUNT MAGNOLIA REAL ESTATE AND MA
CO BRIXMOR PROPERTY GROUP               782 NEW RIVER ROAD                      9525 BIRKDALE CROSSING DRIVE
PO BOX 645324                           CHRISTIANSBURG  VA 24073-6503           HUNTERSVILLE  NC 28078-8458
CINCINNATI  OH 45264-5324


ROLLINGWOOD SC TSCG                     RUSSELL STOVER                          SCT RIO HILL LLC
1945 OLD GALLOWS RD                     4900 OAK STREET                         ATTN  TSCG
SUITE 300                               KANSAS CITY  MO 64112-2927              PO BOX 6298
VIENNA  VA 22182-3931                                                           HICKSVILLE  NY 11802-6298


SAMANTHA CHICAS                         SANA FAROOQI                            SARA PASHAEI
18325 LOST KNIFE CIRCLE                 1863 NORHURST WAY N                     8401 PINEY POINT CT
APT 304                                 CATONSVILLE  MD 21228-4123              MANASSAS  VA 20110-4633
MONTGOMERY VILLAGE  MD 20886-0306


SARAH GORDON                            SHANTIE ALICEA                          SHARALYN DETROY
16 LORD FAIRFAX DRIVE                   1131 UNIVERSITY W BLVD                  7832 THACKARA RD
FREDERICKSBURG  VA 22405-2969           APT 1717                                PASADENA  MD 21122-3645
                                        SILVER SPRING  MD 20902-3312


SHAWNTIA CAMPBELL                       SHEILA BIBB                             SILVER FOREST
931 BATTERY ROAD                        309 WALNUT DR                           BARR CREDIT SERVICES
WAYNESBORO  VA 22980-1786               TIMBERVILLE  VA 22853-9710              3444 N COUNTRY CLUB RD
                                                                                SUITE 200
                                                                                TUCSON  AZ 85716-0815


SILVER FOREST INC                       SIMON SCHUSTER                          (P)SIMPLY SOUTHERN HOLDINGS  LLC
40 INDUSTRIAL DRIVE                     PO BOX 70660                            ATTN ATTN AR
BELLOWS FALLS  VT 05101-3122            CHICAGO  IL 60673-0660                  498 GALLIMORE DAIRY RD
                                                                                GREENSBORO NC 27409-9725


SOPHISTIPLATE LLC                       SOUTH RIDING OWNER LLC                  SOUTH RIDING OWNER  LLC
790 ATLANTA S PKWY                      PO BOX 640634                           CO MILES  STOCKBRIDGE PC
SUITE 100                               PROPERTY ID 262810                      ATTN CATHERINE HARRINGTON
COLLEGE PARK  GA 30349                  PITTSBURGH  PA 15264-0634               915 MEETING ST  SUITE 1110
                                                                                NORTH BETHESDA  MD 20852-2384
```

```
SPOONTIQUES INC                        ST THOMAS GGCAL LLC                    STACIE FLEIG
111 ISLAND STREET                      CO GREENBERG GIBBONS COMMERCIAL        4100 POPLAR GROVE ROAD
STOUGHTON  MA 02072-1401               10096 RED RUN BLVD SUITE 100           MIDLOTHIAN  VA 23112-4738
                                       OWINGS MILLS  MD 21117-4632


STAFFORD MARKETPLACE LLC               STAFFORD MARKETPLACE  LLC              STEEL MILL CO DESIGNS
PO BOX 62045                           CO AUGUSTUS T CURTIS  ESQ              134 BEECH BEND RD
DEPT CODE SVAS1332C                    OFFIT KURMAN  PA                       BOWLING GREEN  KY 42101-7602
NEWARK  NJ 07101-8061                  7501 WISCONSIN AVE  SUITE 1000W
                                       BETHESDA  MD 20814-6604


STONEWALL KITCHEN                      SUFFOLK SHOPPING CENTER ASSOCIATES LLLP  SUNFLOWER FOOD CO INC
2 STONEWALL LANE                       CO S L NUSBAUM REALTY CO                 7921 NIEMAN RD
YORK  ME 03909-1665                    440 MONTICELLO AVE SUITE 1700            LENEXA  KS 66214-1565
                                       NORFOLK  VA 23510-2670


SUPERIOR CONSTRUCTION ENTERPRISES LLC  SUZANNE CARTER                         TCG SERVICES LLC
733 E CUMBERLAND ST                    4072 PARKSIDE MEADOWS COURT            145 N MAIN ST
LEBANON  PA 17042-8138                 WINSTON SALEM  NC 27127-7476           EL DORADO  KS 67042-2017


TAMI HYKES                             TERRI WELLMAN                          TERRY LITTLE
4316 OXFORD MILL RD                    3115 COMMERCE PLACE                    6031 LITTLE BROOK CT
WAXHAW  NC 28173-0019                  APT 11                                 CLIFTON  VA 20124-1022
                                       BURLINGTON  NC 27215-4304


THE MALL IN COLUMBIA LLC STORAGE       (P)THE NAKED BEE                       THE PEANUT SHOP
10300 LITTLE PATUXENT PARKWAY          ATTN ACCOUNTING DEPT                   8012 HANKINS INDUSTRIAL PARK
COLUMBIA  MD 21044-7007                2261 MARKET STREET STE 10337           TOANO  VA 23168-9259
                                       SAN FRANCISCO CA 94114-1612


TOUCHLAND LLC                          TOUCHLAND LLC CAPACITY                 (P)TWOS COMPANY  INC
CO CHURCH  DWIGHT CO INC               100 SE 2ND ST                          ATTN LISA STRASSMAN
ATTN MICHAEL HARDER                    SUITE 2000                             500 SAW MILL RIVER RD
500 CHARLES EWING BLVD                 MIAMI  FL 33131-2101                   ELMSFORD NY 10523-1027
EWING  NJ 08628-3448


U S TRUSTEE FOR REGION FOUR            VALERIE BILBRO                         VANESSA VIVEROS
U S TRUSTEES OFFICE                    6914 BACK CREEK RD                     816 STANLEY RD
1725 DUKE STREET                       BOONES MILL  VA 24065-2020             PORTSMOUTH  VA 23701-1917
SUITE 650
ALEXANDRIA  VA 22314-3489


VERA BRADLEY SALES LLC                 VILLATECH INC                          VILLAGE MARKETPLACE LLC
ATTN ACCOUNTS RECEIVABLE               2020 CALAMOS CT SUITE 280              800 CORPORATE DRIVE
12420 STONEBRIDGE RD                   NAPERVILLE  IL 60563-3284              SUITE 305
ROANOKE  IN 46783-9300                                                        FORT LAUDERDALE  FL 33334-3618
```

```
VILLAGE MARKETPLACE  LLC              VIRGINIA BEACH AFFILLIATES LLC       WALTON ADAMS PC
CO NEIL E MCCULLAGH  ESQ              55 5TH AVENUEFLOOR 15                1925 ISAAC NEWTON SQUARE SUITE 250
SPOTTS FAIN PC                        NEW YORK  NY 10003-4301              RESTON  VA 20190-5024
411 E FRANKLIN ST  STE 600
RICHMOND  VA 23219-2200



WARRENTON DEVELOPMENT COMPANY         WAYNE LISHOWID                       WAYNESBORO TOWN CENTER
CO WATERS RETAIL GROUP                8312 CYPRESS MILL ROAD               CO CHASE PROPERTIES II LTD
200 OLD FORGE LANE SUITE 201          BALTIMORE  MD 21236-5580             3333 RICHMOND ROAD SUITE 320
KENNETT SQUARE  PA 19348-1920                                              BEACHWOOD  OH 44122-4198



WENDY GALVEZ                          WHITE HOUSE HISTORICAL ASSOCIATION   WOCKENFUSS CANDIES
146 DUNLAP ROAD                       PO BOX 27624                         6831 HARFORD ROAD
PASADENA  MD 21122-3033               WASHINGTON  DC 20038-7624            BALTIMORE  MD 21234-7716



WORKMAN PUBLISHING CO INC             YANKEE CANDLE CO                     YEATTS HEATING AIR
PO BOX 21142                          PO BOX 416442                        PO BOX 518
NEW YORK  NY 10087-1142               BOSTON  MA 02241-6442                SALEM  VA 24153-0518



YOONIQUE LLC                          YOUNGS INC                           ZANE OVERTON
1761 N NEW HAMPSHIRE AVE              735 THIMBLE SHOALS BLVD 100          1 BREEZY TREE COURT
LOS ANGELES  CA 90027-4207            NEWPORT NEWS  VA 23606-4255          APT G
                                                                           TIMONIUM  MD 21093-1225


                                      EXCLUDE

ZIMMER DEVELOPMENT COMPANY            (U)ANITA HANSON                      CHRISTIANNA ANNETTE CATHCART
6725 MONUMENT DR                                                           THE BELMONT FIRM
WILMINGTON  NC 28405-4558                                                  1050 CONNECTICUT AVE  NW
                                                                           STE 500
                                                                           WASHINGTON  DC 20036-5304



MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD
114-160
POTOMAC  MD 20854-3976
```