# The VerStandig Law Firm, LLC     INVOICE

9812 Falls Road, #114-160     Invoice # 11090
Potomac, MD 20854     Date: 02/07/2026
     Due On: 03/09/2026

LBPO Management LLC
443 N Frederick Avenue
Gaithersburg, Maryland 20877

## 00583-LBPO Management LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 09/17/2025 | 2.40 | $300.00 | $720.00 |
| Attend and appear on behalf of Debtor at first-day hearing on emergency Chapter 11 filings. | | | | | |
| Maurice VerStandig | Service | 09/17/2025 | 3.50 | $600.00 | $2,100.00 |
| Prepare for first day hearings with client, including negotiations with DIP lenders; Attend first day hearings and argue same (via Zoom); Follow up with client and interested parties following first day hearings (time billed as seamless block since flow of calls and activities did not cease at any relevant interval) | | | | | |
| Maurice VerStandig | Service | 09/18/2025 | 0.50 | $600.00 | $300.00 |
| Draft proposed order on joint administration (0.2); Review proposed edits from counsel for US Trustee and draft detailed e-mail noting specific issues with proposed edits (0.3) | | | | | |
| Maurice VerStandig | Service | 09/24/2025 | 1.30 | $600.00 | $780.00 |
| Review motion to dismiss or transfer venue filed by US Trustee and, while reviewing, begin to assess strategy for opposing same | | | | | |
| Maurice VerStandig | Service | 09/26/2025 | 0.10 | $600.00 | $60.00 |
| Call with M. Nord re lifting of freeze on PNC bank account | | | | | |
| Maurice VerStandig | Service | 09/29/2025 | 0.30 | $600.00 | $180.00 |
| Draft disclosure of compensation for counsel for the debtors, including insertion of notes on spend of pre-petition retainer and footnote mirroring joint administration order | | | | | |
| Maurice VerStandig | Service | 10/05/2025 | 0.40 | $600.00 | $240.00 |

| Description | | | | | |
|---|---|---|---|---|---|
| Detailed e-mail to M. Postal noting obligations for coming week, need to prepare for final cash collateral hearing, work to be done on schedules, and upcoming IDI, while also checking in on sales, DIP financing, rent payments, budgeting, and ornament deliveries | | | | | |
| Maurice VerStandig | Service | 10/06/2025 | 0.30 | $600.00 | $180.00 |
| Calls with M. Postal re rental payments, information needed for schedules, and IDI (3 mins, 2 mins, 12 mins) | | | | | |
| Maurice VerStandig | Service | 10/06/2025 | 0.30 | $600.00 | $180.00 |
| Calls with L. Heilman (4 mins, 10 mins) re October rent, stub rent, and final cash collateral hearing | | | | | |
| Maurice VerStandig | Service | 10/06/2025 | 0.80 | $600.00 | $480.00 |
| Review objections to entry of a final cash collateral order | | | | | |
| Maurice VerStandig | Service | 10/06/2025 | 0.30 | $600.00 | $180.00 |
| Call with B. Jones re cash collateral and DIP final hearing, schedules, delivery of inventory, and open items in cases | | | | | |
| Maurice VerStandig | Service | 10/07/2025 | 1.90 | $600.00 | $1,140.00 |
| Attend initial debtor interview | | | | | |
| Maurice VerStandig | Service | 10/12/2025 | 2.20 | $600.00 | $1,320.00 |
| Review leases to aid in preparation of scheduling of same and identifying of key parties, including review of assignment documents and guarantees | | | | | |
| Maurice VerStandig | Service | 10/13/2025 | 1.10 | $600.00 | $660.00 |
| Calls with M. Postal (54 mins, 8 mins) re data for schedules completion and statement of financial affairs | | | | | |
| Maurice VerStandig | Service | 10/13/2025 | 3.50 | $600.00 | $2,100.00 |
| Continue work on schedules, including review of myriad leases and advancement of efforts to identify existence of assignments thereupon and identities of guarantors thereupon | | | | | |
| Maurice VerStandig | Service | 10/14/2025 | 0.10 | $600.00 | $60.00 |
| Review e-mail from N. McCullagh; Call phone number indicated thereupon; Use alternative number provided by individual answering; Try calling reception; Respond to e-mail with note including cell phone for call back purposes (subject matter of call not known except that relates to cases, per heading of e-mail) | | | | | |
| Maurice VerStandig | Service | 10/14/2025 | 0.10 | $600.00 | $60.00 |
| Review default notice from landlord and place call (leaving voicemail) to C. Glaser re same; Forward notice to M. Postal | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 10/14/2025 | 1.70 | $600.00 | $1,020.00 |
| Outline and begin drafting opposition to US Trustee's motion to dismiss, including introduction and recitation of relevant facts | | | | | |
| Maurice VerStandig | Service | 10/15/2025 | 4.50 | $600.00 | $2,700.00 |
| Continue drafting opposition to motion to dismiss, including legal research undertaken while drafting (portions of brief adopted from similar brief in separate case) | | | | | |
| Maurice VerStandig | Service | 10/19/2025 | 0.20 | $600.00 | $120.00 |
| Detailed e-mail to client re monthly operating report form and needs (0.2); Brief call with client re same (call duration would not change total billable time) | | | | | |
| Christianna Cathcart | Service | 10/21/2025 | 0.80 | $300.00 | $240.00 |
| Review and draft exhibits for monthly operating report, including income, expense, and bank account documentation for trustee compliance | | | | | |
| Maurice VerStandig | Service | 10/21/2025 | 0.30 | $600.00 | $180.00 |
| Call with N. Zluticky re case status, forthcoming hearing, and progress on DIP order and credit agreement | | | | | |
| Maurice VerStandig | Service | 10/21/2025 | 2.50 | $600.00 | $1,500.00 |
| Prepare for hearing on motion to dismiss or transfer venue and hearing on motion for substantive consolidation (preparation done for both motions jointly) | | | | | |
| Maurice VerStandig | Service | 10/21/2025 | 0.20 | $600.00 | $120.00 |
| Call with B. Jones re forthcoming hearing on motion to dismiss or transfer venue | | | | | |
| Maurice VerStandig | Service | 10/21/2025 | 0.60 | $600.00 | $360.00 |
| Call with M. Postal re case status, testimony to be offered on standing during hearing on dismissal/venue transfer motion, sales, and operating report | | | | | |
| Maurice VerStandig | Service | 10/22/2025 | 4.10 | $600.00 | $2,460.00 |
| Attend hearing on motion to dismiss or transfer venue, motion for substantive consolidation, and motion for use of cash collateral (2.3 hours); Wait for case to be called while meeting with client representative and counsel for Hallmark (1.3 hours); Review notes in advance of hearing (.5 hours) | | | | | |
| Maurice VerStandig | Service | 10/25/2025 | 5.20 | $600.00 | $3,120.00 |
| Review potential remedies if Hallmark does not consent to proposed form of order and proposed revisions to credit agreement, including legal research on ▉▉▉▉▉▉ District of Columbia law on ▉▉▉▉▉▉▉▉▉▉, and further research on ▉▉▉▉▉▉▉▉ | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 10/26/2025 | 0.40 | $600.00 | $240.00 |
| Review e-mail and attachments from M. Postal re ███████████████████████████████ ██████ | | | | | |
| Maurice VerStandig | Service | 10/26/2025 | 0.50 | $600.00 | $300.00 |
| Detailed e-mail to M. Postal re ███████████████, fiduciary obligations related to ██████████, potential business decision to ███████ and ramifications thereof on operation ██████████, and need to have ████████████ | | | | | |
| Christianna Cathcart | Service | 10/30/2025 | 0.30 | $300.00 | $90.00 |
| Review objection to proposed order regarding Hallmark DIP financing facility to evaluate asserted issues and potential impact on approval of financing terms. | | | | | |
| Maurice VerStandig | Service | 11/06/2025 | 0.50 | $600.00 | $300.00 |
| Attend continued meeting of creditors (via telephone) | | | | | |
| Christianna Cathcart | Service | 11/06/2025 | 0.50 | $300.00 | $150.00 |
| Appear on behalf of debtor at § 341 meeting of creditors. | | | | | |
| Christianna Cathcart | Service | 11/19/2025 | 0.10 | $300.00 | $30.00 |
| Send email to M. Postal requesting missing documents needed to complete October monthly operating report | | | | | |
| Maurice VerStandig | Service | 11/21/2025 | 0.20 | $600.00 | $120.00 |
| Call with client re status of DIP order, new orders, credit agreement schedules and need to complete same, and next steps | | | | | |
| Maurice VerStandig | Service | 11/21/2025 | 0.10 | $600.00 | $60.00 |
| Call with counsel for Hallmark re status of DIP order | | | | | |
| Maurice VerStandig | Service | 11/22/2025 | 0.10 | $600.00 | $60.00 |
| E-mail to counsel for Hallmark re DIP order status | | | | | |
| Maurice VerStandig | Service | 11/22/2025 | 1.30 | $600.00 | $780.00 |
| Detailed e-mail to client re status of DIP order and requirements under credit agreement, emphasizing core obligations, discussing needs vis a vis schedules and document execution, laying out critical default issues, and addressing timing issue if order is not entered on next business day | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 11/24/2025 | 0.10 | $300.00 | $30.00 |
| Send email to M. Postal requesting clarification and submission of October monthly operating report for Hallmark. | | | | | |
| Maurice VerStandig | Service | 12/05/2025 | 0.10 | $600.00 | $60.00 |
| Call with N. McCullagh re motion to compel and consensual disposition thereof | | | | | |
| Maurice VerStandig | Service | 12/10/2025 | 0.80 | $600.00 | $480.00 |
| Call with M. Postal re MOR, procedure for suggesting lease rejections to Hallmark, need for financial projections, and state of corporate affairs | | | | | |
| Christianna Cathcart | Service | 12/10/2025 | 0.10 | $300.00 | $30.00 |
| Send follow-up email to M. Postal requesting October monthly operating report. | | | | | |
| Maurice VerStandig | Service | 12/15/2025 | 0.10 | $600.00 | $60.00 |
| E-mail to client inquiring re status of MOR and economic projections | | | | | |
| Maurice VerStandig | Service | 12/20/2025 | 0.30 | $600.00 | $180.00 |
| Review FinWise complaint and draft e-mail to counsel for FinWise, noting stay violation and suggesting call to discuss remedy (review of complaint and e-mail billed together because tasks undertaken simultaneously, with review continuing as e-mail drafted) | | | | | |
| Maurice VerStandig | Service | 12/22/2025 | 0.50 | $600.00 | $300.00 |
| Call with counsel for equity re case status, guarantees, plan progress, and next steps | | | | | |
| Maurice VerStandig | Service | 12/23/2025 | 0.10 | $600.00 | $60.00 |
| Review e-mail from counsel for Waynesboro landlord; Forward same to client; Review reply from client and client's AP designee; Review payment status (all billed as single entry to avoid exceeding .1 time interval - occurred in rapid succession) | | | | | |
| Maurice VerStandig | Service | 12/24/2025 | 0.10 | $600.00 | $60.00 |
| Follow up e-mail to D. Frankel re rent payment for Waynesboro | | | | | |
| Christianna Cathcart | Service | 12/24/2025 | 1.90 | $300.00 | $570.00 |
| Review October and November monthly operating reports for completeness and accuracy prior to submission (.6); Draft exhibits for October and November monthly operating reports (1.3) | | | | | |
| Christianna Cathcart | Service | 12/30/2025 | 0.20 | $300.00 | $60.00 |

| Description | Name | Type | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Phone call with A. Hanson regarding incorrect mailing address on petition matrix (.1); Send email to M. Postal requesting correct address for H. Hanson for amended matrix (.1) | Maurice VerStandig | Service | 01/07/2026 | 0.50 | $600.00 | $300.00 |
| Attend status conference (via Zoom) | Maurice VerStandig | Service | 01/07/2026 | 0.10 | $600.00 | $60.00 |
| Call with counsel for Crown MAC re priority of secured claims | Maurice VerStandig | Service | 01/08/2026 | 0.20 | $600.00 | $120.00 |
| Review rent payment records and e-mail same to L. Heilman in response to her e-mail inquiring re same | Maurice VerStandig | Service | 01/12/2026 | 0.20 | $600.00 | $120.00 |
| Call with A. Chappell re anticipated lease rejections and potential area for compromise | Maurice VerStandig | Service | 01/12/2026 | 0.20 | $600.00 | $120.00 |
| Call with B. Jones re plan edits and motion to extend exclusivity | Maurice VerStandig | Service | 01/12/2026 | 0.30 | $600.00 | $180.00 |
| Proofread motion to extend exclusivity and draft accompanying hearing notice in advance of filing | Maurice VerStandig | Service | 01/18/2026 | 0.10 | $600.00 | $60.00 |
| E-mail to M. Postal re status of MOR and need to amend prior MOR | Maurice VerStandig | Service | 01/21/2026 | 0.10 | $600.00 | $60.00 |
| Call with L. Heilman re treatment of leases in plan and assumption of her client's leases | Maurice VerStandig | Service | 01/21/2026 | 0.10 | $600.00 | $60.00 |
| Call with Simon properties re treatment of lease in plan; Follow up e-mail re same | Christianna Cathcart | Service | 01/21/2026 | 0.80 | $300.00 | $240.00 |
| Internal discussion with M. VerStandig regarding Chapter 11 plan structure, feasibility, and strategy for LBPO (.7); Send email to M. Postal requesting December monthly operating report and supporting financial records (.1) | Christianna Cathcart | Service | 01/23/2026 | 2.90 | $300.00 | $870.00 |
| Internal conversation with M. VerStandig regarding strategy for plan of reorganization and disclosure statement negotiations (.3); Review internal emails regarding plan of reorganization and revised disclosure statement | | | | | | |

proposals (.2); Remain on standby to file materials and respond to direction from M. VerStandig regarding potential plan or disclosure filing; monitor status and confirm readiness but no action taken (2.4)

| Christianna Cathcart | Service | 01/26/2026 | 0.20 | $300.00 | $60.00 |

Amend September monthly operating report and send to M. Postal via DocuSign for signature and review prior to filing.

| Christianna Cathcart | Service | 01/28/2026 | 0.60 | $300.00 | $180.00 |

Revise September monthly operating report and send to M. Postal for signature and review prior to filing.

| Maurice VerStandig | Service | 02/03/2026 | 0.30 | $600.00 | $180.00 |

Call with B. Adhikari re monthly operating reports, questions about specific report line items in this case, and whether or not counsel is required to sign as "responsible party" (including time pushing back on assertion counsel should sign in such a capacity)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 10.9 | $300.00 | $3,270.00 |
| Maurice VerStandig | 43.2 | $600.00 | $25,920.00 |
|  |  | **Subtotal** | **$29,190.00** |

## 00584-LBPO Management LLC

## Claims Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/13/2026 | 0.10 | $600.00 | $60.00 |

Call with M. Nord re lien priority; E-mail to S. Wallace to set up call to discuss same

| Maurice VerStandig | Service | 02/02/2026 | 0.60 | $600.00 | $360.00 |

Review e-mail from counsel for landlord for Rio Hill location, as well as accompanying proof of claim and correlative plan language and content of exhibit A to plan (.5); Respond to same e-mail with assurances and forward same to client with inquiry re sum owed (.1)

| Maurice VerStandig | Service | 02/02/2026 | 0.20 | $600.00 | $120.00 |

Review e-mail from Simon Property re Apple Blossom Mall rent cure sum, check same against plan exhibit, and forward to client for additional information

| Maurice VerStandig | Service | 02/02/2026 | 0.20 | $600.00 | $120.00 |

Review e-mail from A. Chappell re assumption language (.1) and call with A. Chappell re same (.1)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 1.1 | $600.00 | $660.00 |
| | | Subtotal | $660.00 |

## 00585-LBPO Management LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 12/20/2025 | 0.30 | $600.00 | $180.00 |

Call with M. Postal re data needed for plan and management of lease rejection damages

| Maurice VerStandig | Service | 12/20/2025 | 1.00 | $600.00 | $600.00 |

Call with M. Postal re financial projections, leases to be marked for rejection, categorization of creditors for classes, treatment of MCA creditor, stay violation with Texas lawsuit, and items needed to complete plan draft

| Maurice VerStandig | Service | 12/20/2025 | 4.90 | $600.00 | $2,940.00 |

Begin drafting plan of reorganization

| Maurice VerStandig | Service | 12/21/2025 | 6.50 | $600.00 | $3,900.00 |

Continue drafting plan, with emphasis on tracking creditors into classes (including review of claims register and juxtaposition to claims indicated on schedules), addressing litigation rights, addressing POS system sale by third party, ensuring compliance with Hallmark loan documents, and addressing rigors of Section 1123

| Maurice VerStandig | Service | 12/22/2025 | 0.30 | $600.00 | $180.00 |

Call with M. Postal re secured treatment of creditor claims in plan

| Maurice VerStandig | Service | 12/22/2025 | 0.20 | $600.00 | $120.00 |

Call with N. Zluticky re plan structure, ████████████████████████, and letter to be sent via e-mail outlining major plan terms

| Maurice VerStandig | Service | 12/22/2025 | 0.80 | $600.00 | $480.00 |

Draft letter to counsel for Hallmark outlining major plan terms and items for discussion

| Maurice VerStandig | Service | 12/22/2025 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with B. Jones re plan drafting, ▮▮▮▮▮▮▮▮▮▮, and case status

| Maurice VerStandig | Service | 12/26/2025 | 4.50 | $600.00 | $2,700.00 |
|---|---|---|---|---|---|

Review and revise draft plan, adding provisions governing security interests, ensuring consistency and thoroughness of definitions, tweaking structure, reviewing financial projections from client, adding bifurcated class for Crown MAC, focusing on rules of interpretation, and reviewing plans from other cases to ensure no pertinent or helpful provisions are missing from extant plan draft

| Maurice VerStandig | Service | 01/04/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

Review exclusivity deadline and 45-day milestone deadline under DIP order, and e-mail counsel for Hallmark re impending nature of both, work on disclosure statement, and potential for a brief extension if mutually desirable

| Maurice VerStandig | Service | 01/04/2026 | 4.30 | $600.00 | $2,580.00 |
|---|---|---|---|---|---|

Begin drafting disclosure statement

| Maurice VerStandig | Service | 01/05/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

Call with M. Nord re case status, potential plan provisions, and forthcoming deadlines

| Maurice VerStandig | Service | 01/08/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with B. Jones re plan redline timing

| Maurice VerStandig | Service | 01/08/2026 | 1.30 | $600.00 | $780.00 |
|---|---|---|---|---|---|

Review redline of plan from counsel for Hallmark (.8); Detailed e-mail to client attaching and analyzing same (.5)

| Maurice VerStandig | Service | 01/09/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with B. Jones re plan provisions, extension of exclusivity, and likely areas in need of resolution

| Maurice VerStandig | Service | 01/09/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

Call with N. Zluticky re plan redline, timeline for turning draft back to Hallmark, substance of revisions and rationale underlying same, need to amend disclosure statement to track same, Hallmark's consent to filing of fee app without prior review, and next steps

| Maurice VerStandig | Service | 01/11/2026 | 0.60 | $600.00 | $360.00 |
|---|---|---|---|---|---|

Call with M. Postal to discuss plan redline and points on which to counter Hallmark (.5); Confirmatory e-mail to M. Postal recapping highlights of same (.1)

| Maurice VerStandig | Service | 01/12/2026 | 1.80 | $600.00 | $1,080.00 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Research and draft motion to extend exclusivity (1.7); E-mail same to counsel for Hallmark, and check Local Rules bridge order provision in furtherance of e-mail and while drafting e-mail (.1) | | | | | |
| Maurice VerStandig | Service | 01/16/2026 | 0.50 | $600.00 | $300.00 |
| Call with N. Zluticky re Hallmark's proposed edits to plan, potential amortization and payment structure to be used in connection with rolled up Hallmark claim, lease rejections, closure of non-lead cases upon confirmation, bifurcation of other secured claims, lien priorities on litigation rights, extension of maturity date to accommodate confirmation hearing, and timeline for reviewing edits and getting plan and disclosure statement on file | | | | | |
| Maurice VerStandig | Service | 01/16/2026 | 0.40 | $600.00 | $240.00 |
| Call with M. Postal re Hallmark requested changes to payment structure and timing in plan, feasibility of same, potential impact on other creditor classes, and timeline for filing | | | | | |
| Maurice VerStandig | Service | 01/17/2026 | 3.50 | $600.00 | $2,100.00 |
| Analyze cash flow projections, secured claims, and potential means of paying specified sum to Hallmark during first three years of plan, including drafting of irregular seasonal amortization schedules alongside updating of cash flow projections while analyzing impact of delayed secured payments on interest accrual alongside potential means of deferring various unsecured payments to latter stages of plan duration | | | | | |
| Maurice VerStandig | Service | 01/17/2026 | 0.40 | $600.00 | $240.00 |
| Calls with M. Postal (19 mins, 3 mins) re plan payment structure, treatment of Crown MAC and PNC as bifurcated claimants, cash management strategy for post-confirmation period, lease rejections, irregular payments aimed at seasonal needs, and status of redline exchange with Hallmark | | | | | |
| Maurice VerStandig | Service | 01/18/2026 | 0.80 | $600.00 | $480.00 |
| Revise plan to reflect changes discussed with counsel for Hallmark and circulate revisions, alongside amortization schedules, to Hallmark for review and comment | | | | | |
| Maurice VerStandig | Service | 01/20/2026 | 0.20 | $600.00 | $120.00 |
| Call with M. Postal re Hallmark's issues with current plan draft and next steps | | | | | |
| Maurice VerStandig | Service | 01/20/2026 | 0.40 | $600.00 | $240.00 |
| Call with N. Zluticky (9 mins and 14 mins, broken up by disconnection but otherwise single call) re Hallmark's concerns about seasonal payments | | | | | |
| Maurice VerStandig | Service | 01/20/2026 | 0.30 | $600.00 | $180.00 |
| Calls with M. Postal re ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | | | | | |
| Maurice VerStandig | Service | 01/21/2026 | 0.10 | $600.00 | $60.00 |

Call with M. Postal re plan negotiations

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/21/2026 | 0.20 | $600.00 | $120.00 |

Call with A. Burcher re intent to reject lease and potential for negotiation of alternate terms

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/22/2026 | 2.10 | $600.00 | $1,260.00 |

Amend ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and proofread same in detail making edits to track internal cross-references; Call with M. Postal (during drafting process) to review specific portions of sensitive language

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/22/2026 | 0.10 | $600.00 | $60.00 |

Call counsel for Hallmark re plan negotiation progress (leave voicemail); E-mail counsel for Hallmark re same

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/22/2026 | 0.70 | $600.00 | $420.00 |

Calls with M. Postal (14 mins, 28 mins) re plan and disclosure statement to be filed if Hallmark's consent is received and provisions to be contained therein, with focus on interest rate, release, anti-refiling language, and payment schedule

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/23/2026 | 0.30 | $600.00 | $180.00 |

Calls with N. Zluticky re redline edits to plan, consent of Hallmark to file same with redline edits accepted and document cleaned up to address typos and consistency issues, and consent to Hallmark to re-insert lease rejection language (12 mins, 1 min)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/23/2026 | 0.40 | $600.00 | $240.00 |

Calls with M. Postal re plan negotiations and new payment timelines (17 mins, 4 mins, 2 mins)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/23/2026 | 3.90 | $600.00 | $2,340.00 |

Review redline plan from Hallmark and assess impact of edits on plan and disclosure statement (.7); Review payment schedule proposed by Hallmark and work to adjust other secured creditor payment schedules accordingly, working with plan projections to ensure the same keeps reorganized debtor with sufficient cash on hand (2.5); Calls with M. Postal re same (10 mins, 1 min [.2]); Review credit agreement and related docket entries to ensure plan compliance with milestones (.5)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/27/2026 | 0.90 | $600.00 | $540.00 |

Draft motion to shorten time and to establish procedures for consideration of disclosure statement and balloting of plan of reorganization

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 01/28/2026 | 0.20 | $600.00 | $120.00 |

Revise proposed procedures order and e-mail same to counsel for US Trustee for endorsement (.2 in the aggregate; with revision taking over 6 minutes)

| Maurice VerStandig | Expense | 01/30/2026 | 1.00 | $346.84 | $346.84 |

Mailing: Mailing of notice of disclosure statement

- Credits Applied: $0.00
= Printing: $113.62
+ Postage: $233.22
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 346.84

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 43.2 | $600.00 | $25,920.00 |
| | | Subtotal | $26,266.84 |

## 00586-LBPO Management LLC

## Financing

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 09/18/2025 | 0.70 | $600.00 | $420.00 |

Call with client, representative of ▮▮▮▮, and counsel for ▮▮▮▮ regarding potential DIP loan facility, anticipated terms thereof, potential to prime extant liens, timing for proceeding, and next steps

| Maurice VerStandig | Service | 09/18/2025 | 0.50 | $600.00 | $300.00 |

Call with ▮▮▮▮ re potential DIP loan from ▮▮▮▮ and logistics of same

| Maurice VerStandig | Service | 09/18/2025 | 0.20 | $600.00 | $120.00 |

Call with ▮▮▮▮ re potential DIP loan from ▮▮▮▮ (0.1); E-mail to ▮▮▮▮ re proposed parameters of same (0.1)

| Maurice VerStandig | Service | 09/18/2025 | 0.20 | $600.00 | $120.00 |

Call with counsel for Hallmark re breakdown in DIP agreement negotiations, ▮▮▮▮ and resultant impasse

| Maurice VerStandig | Service | 09/21/2025 | 0.20 | $600.00 | $120.00 |

Review revised cash collateral budget from client and e-mail same to parties whose endorsement has been sought

on interim order

| Maurice VerStandig | Service | 09/21/2025 | 0.10 | $600.00 | $60.00 |

E-mail to counsel for Hallmark re status of DIP funding negotiations

| Maurice VerStandig | Service | 09/22/2025 | 0.30 | $600.00 | $180.00 |

Call with M. Nord re cash collateral terms, deposit account at PNC Bank and freeze thereof, DIP lending, and adequate protection

| Maurice VerStandig | Service | 09/22/2025 | 0.40 | $600.00 | $240.00 |

Calls with N. Zluticky (11 mins, 12 mins) re revisions to DIP loan term sheet, provisions thereof, details for product shipments, and next steps to secure judicial approval

| Maurice VerStandig | Service | 09/22/2025 | 0.20 | $600.00 | $120.00 |

Draft motion to expedite further hearing on in-kind portion of DIP motion as well as proposed order

| Maurice VerStandig | Service | 09/22/2025 | 0.80 | $600.00 | $480.00 |

Calls with M. Postal re Hallmark revisions to proposed DIP term sheet, including detailed review of terms and potential pitfalls (2 mins, 1 min, 4 mins, 39 minutes)

| Maurice VerStandig | Service | 09/22/2025 | 0.80 | $600.00 | $480.00 |

Review revised Hallmark DIP term sheet, including review of redline and re-review of other terms

| Maurice VerStandig | Service | 09/23/2025 | 0.40 | $600.00 | $240.00 |

Call with M. Postal re cash collateral budget, forthcoming hearing on Hallmark DIP facility, logistics for hearing, and corporate management during pendency of bankruptcy

| Maurice VerStandig | Service | 09/23/2025 | 0.20 | $600.00 | $120.00 |

Exchange emails with counsel for Hallmark re docketing of DIP term sheet and motion to expedite (0.1); proofread motion to expedite and proposed order prior to filing same (0.1); email chambers re docketing of expedited motion (subsumed within prior 0.1)

| Maurice VerStandig | Service | 09/24/2025 | 2.40 | $600.00 | $1,440.00 |

Attend in-person hearing on Hallmark DIP motion and meet with counsel for Hallmark, while conferring with counsel for PNC, throughout recesses during hearing (no charge for travel to or from courthouse, but time is billed from exit of vehicle in parking area to return to vehicle in parking area, with small amount of time being spent clearing security and waiting for case to be called)

| Maurice VerStandig | Service | 09/24/2025 | 0.30 | $600.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| Meet with counsel for Hallmark in advance of hearing to discuss pertinent terms (no charge for unrelated portions of lunch meeting) | | | | | |
| Maurice VerStandig | Service | 09/25/2025 | 2.00 | $600.00 | $1,200.00 |
| Attend hearing on approval of DIP facility with Hallmark, adduce evidence thereupon and argue same (hearing held via Zoom) | | | | | |
| Maurice VerStandig | Service | 09/25/2025 | 2.70 | $600.00 | $1,620.00 |
| Draft proposed orders on financing motion, including review of prior language and notes from ruling at hearing (0.6); Draft accompanying e-mail to endorsing parties setting forth timeline for review of orders, submission of comments, recirculation of orders, offering of endorsements, and upload of final forms of orders (0.1); Draft notice to docket with proposed orders and file same (0.2, with time being unaltered if filing time is excluded); Review comments from various parties and merge same into redline review copies of both orders, assessing impact of pertinent changes and reviewing orders for consistency and cogency (0.8); Call with counsel for various landlords re proposed deletion and case overview (0.3); Recirculate orders for endorsement (0.2); Call with counsel for UST re additional proposed edit (0.1); Call with counsel for Hallmark re edit requested by UST (0.1); Insert endorsements while adding footnote to one order to note final edit and lack of formal review thereof by various stakeholders (0.2); Notify chambers of upload and then review orders once docketed with judge's signature (0.1) | | | | | |
| Maurice VerStandig | Service | 09/25/2025 | 0.60 | $600.00 | $360.00 |
| Prepare for further hearing on Hallmark DIP motion | | | | | |
| Maurice VerStandig | Service | 10/08/2025 | 0.30 | $600.00 | $180.00 |
| Review joinder of Ashburn Village Center to objection to cash collateral and DIP motions (0.2); E-mail S. Metz re same (0.1) | | | | | |
| Maurice VerStandig | Service | 10/18/2025 | 2.30 | $600.00 | $1,380.00 |
| Review proposed DIP order text from Hallmark and edit same | | | | | |
| Maurice VerStandig | Service | 10/19/2025 | 4.10 | $600.00 | $2,460.00 |
| Review proposed credit agreement from Hallmark and redline same | | | | | |
| Maurice VerStandig | Service | 10/19/2025 | 0.20 | $600.00 | $120.00 |
| E-mail to counsel for various parties re status of proposed orders | | | | | |
| Maurice VerStandig | Service | 10/20/2025 | 0.10 | $600.00 | $60.00 |
| E-mail to M. Nord re language preserving portion of PNC lien in first position | | | | | |
| Maurice VerStandig | Service | 10/24/2025 | 0.70 | $600.00 | $420.00 |
| Calls with M. Postal (12 mins, 9 mins, and 17 mins) re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and strategy for proceeding - including strategy for potentially ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |
| Maurice VerStandig | Service | 10/24/2025 | 0.30 | $600.00 | $180.00 |
| Call with B. Jones re redlined form of order from Hallmark and concerns associated therewith | | | | | |
| Maurice VerStandig | Service | 10/24/2025 | 0.30 | $600.00 | $180.00 |
| Draft proposed form of Hallmark DIP order and cover praecipe noting lack of endorsement of Hallmark | | | | | |
| Maurice VerStandig | Service | 10/24/2025 | 0.10 | $600.00 | $60.00 |
| E-mail to counsel for Hallmark (following call with B. Jones) re decision to upload alternate form of proposed order | | | | | |
| Maurice VerStandig | Service | 10/25/2025 | 0.70 | $600.00 | $420.00 |
| Call with M. Postal re dispute with Hallmark re DIP documents, potential for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |
| Maurice VerStandig | Service | 10/25/2025 | 0.90 | $600.00 | $540.00 |
| Draft detailed e-mail to M. Postal re concerns with DIP order and credit agreement, reviewing specific clauses and discussing same in e-mail to client, while also discussing potential go-forward options and alternative paths forward | | | | | |
| Maurice VerStandig | Service | 10/25/2025 | 0.20 | $600.00 | $120.00 |
| Review e-mail from counsel for Hallmark attaching redline of credit agreement and initial review of redline edits thereto | | | | | |
| Maurice VerStandig | Service | 10/26/2025 | 1.00 | $600.00 | $600.00 |
| Zoom meeting with counsel for Hallmark re form of DIP order and form of credit agreement | | | | | |
| Maurice VerStandig | Service | 10/26/2025 | 0.60 | $600.00 | $360.00 |
| Call with M. Postal, following meeting with counsel for Hallmark, re next steps with DIP agreement and order, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |
| Maurice VerStandig | Service | 10/26/2025 | 0.30 | $600.00 | $180.00 |
| Calls with M. Postal (7 mins and 8 mins), in advance of call with counsel for Hallmark, re concerns about form of DIP order and credit agreement, emphasizing ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | |
| Maurice VerStandig | Service | 11/05/2025 | 2.20 | $600.00 | $1,320.00 |
| Review revised form of order and credit agreement from Hallmark, noting potential need for certain changes thereto | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 11/05/2025 | 0.10 | $600.00 | $60.00 |
| Call with N. Zluticky re ▮▮▮▮▮ and forthcoming receipt of redlined documents for review by debtor and counsel | | | | | |
| Maurice VerStandig | Service | 11/05/2025 | 0.30 | $600.00 | $180.00 |
| Call with M. Postal re Hallmark's ▮▮▮▮▮ and next steps, including potential impact of ▮▮▮▮▮ | | | | | |
| Maurice VerStandig | Service | 11/06/2025 | 1.20 | $600.00 | $720.00 |
| Continue review of, and making revisions to, proposed order and credit agreement from Hallmark | | | | | |
| Maurice VerStandig | Service | 11/06/2025 | 0.10 | $600.00 | $60.00 |
| Call with N. Zluticky re scope of carve out in DIP documents | | | | | |
| Maurice VerStandig | Service | 11/08/2025 | 0.40 | $600.00 | $240.00 |
| Review redline of proposed order and credit agreement from counsel for Hallmark and forward same to client, with e-mail to client noting potential issue with ▮▮▮▮▮ and ongoing need to ▮▮▮▮▮ | | | | | |
| Maurice VerStandig | Service | 11/09/2025 | 0.60 | $600.00 | $360.00 |
| Review updated budget and rent payables report from M. Postal and e-mail M. Postal re contents of same and likely need for additions and corrections thereto | | | | | |
| Maurice VerStandig | Service | 11/09/2025 | 0.10 | $600.00 | $60.00 |
| Exchange e-mails with S. Wallace re status of proposed order negotiations | | | | | |
| Maurice VerStandig | Service | 11/10/2025 | 0.40 | $600.00 | $240.00 |
| Call with B. Jones re DIP agreement status and strategy for proceeding at November 12 hearing | | | | | |
| Maurice VerStandig | Service | 11/11/2025 | 0.10 | $600.00 | $60.00 |
| Call with B. Jones re upcoming hearing and timing for upload of proposed order and credit agreement | | | | | |
| Maurice VerStandig | Service | 11/12/2025 | 0.10 | $600.00 | $60.00 |
| Call with M. Nord re status of cash collateral and DIP order, in advance of hearing | | | | | |
| Maurice VerStandig | Service | 11/12/2025 | 0.20 | $600.00 | $120.00 |
| Call with L. Heilman re status of rental payments and one week cash collateral extension, in advance of hearing on | | | | | |

DIP order

| Maurice VerStandig | Service | 11/12/2025 | 0.10 | $600.00 | $60.00 |

Call with B. Jones re positions to be asserted at hearing on DIP order

| Maurice VerStandig | Service | 11/12/2025 | 0.20 | $600.00 | $120.00 |

Call with B. Jones, following hearing on DIP order, re next steps

| Maurice VerStandig | Service | 12/23/2025 | 0.10 | $600.00 | $60.00 |

Calls with N. Zluticky (2 mins) and M. Postal (1 min) re making of payment on DIP facility to Hallmark; Review e-mail from M. Postal re same (less than 3 mins)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 31.3 | $600.00 | $18,780.00 |
|  |  | Subtotal | $18,780.00 |

## 00587-LBPO Management LLC

## Business Operations

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 09/18/2025 | 0.20 | $600.00 | $120.00 |

Review e-mail exchange between client and Hallmark re shipping of goods (0.1); E-mail to counsel for Hallmark re logistics for cash payments (0.1); Forward sent e-mail to client and exchange e-mails with client re same (added time does not increase total time of 0.2)

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.2 | $600.00 | $120.00 |
|  |  | Subtotal | $120.00 |

## 00593-LBPO Management LLC

## Employment and Fee Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|

| Maurice VerStandig | Service | 10/08/2025 | 0.10 | $600.00 | $60.00 |

Attend hearing on application to employ general reorganization counsel and argue same

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.1 | $600.00 | $60.00 |
| | | Subtotal | $60.00 |

| | Total | $75,076.84 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11090 | 03/09/2026 | $75,076.84 | $0.00 | $75,076.84 |
| | | | Outstanding Balance | $75,076.84 |
| | | | Total Amount Outstanding | $75,076.84 |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.