# Mac VerStandig

| | |
|---|---|
| **From:** | Certificate of Service <donotreply3@bkattorneyservices3.com> |
| **Sent:** | Monday, September 29, 2025 11:55 AM |
| **To:** | Mac VerStandig |
| **Subject:** | URGENT: MAILING COMPLETED | CERTIFICATE READY FOR YOU TO FILE | CASE NO: 25-378 | NAME: BANNERS OF ABINGDON, LLC, ET AL |TRACKING NUMBER: 7332382175 |
| **Attachments:** | COS - DIP Orders_with_Docs.pdf |

DO NOT REPLY TO THIS EMAIL.  THIS MAILBOX IS NOT MONITORED. ANY REPLY YOU MAKE WILL NOT BE RECEIVED.

YOU ARE RESPONSIBLE FOR FILING THE ATTACHED CERTIFICATE OF SERVICE WITH YOUR LOCAL COURT!

MAILING COMPLETED
----------------------------
CASE NO: 25-378
 NAME:  BANNERS OF ABINGDON, LLC, ET AL
TRACKING NUMBER:  7332382175

WE APPRECIATE YOUR SKILL IN RECOGNIZING THE VALUE OF OUTSOURCING YOUR MAIL!
Would you please consider referring our service to one of your colleagues?  We would appreciate the new customer and they would appreciate the fact that you turned them onto one of the best office admin tools ever for bankruptcy practitioners. In addition, the larger our client pool gets, the more leverage we we have in purchasing supplies.  This allows us to keep your costs down!

Thank you for using https://urldefense.proofpoint.com/v2/url?u=http-3A__www.certificateofservice.com&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=gA4mhcn7wmtZAg-2NjW2faiTKbBPA1HYiY8KyfZFmh8&e=.  Your business is important to us.  Please find the certificate of service attached hereto. You may now file this certificate on ECF/PACER to prove up your service requirement. PLEASE TAKE NOTE: You are responsible for compliance with all local rules.
Our generic certificate may not satisfy your local rules in which case, you will need to create your own local rule compliance service document and attach our certificate as an exhibit.We apologize for any inconvenience.  If you would like us to work with your local Clerk or Judge, we will be happy to reach out to them.

May we ask you to leave a review of our services at https://urldefense.proofpoint.com/v2/url?u=http-3A__CertificateofService.com&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=Nh1rjISe-rZq2PCD1WlPdXqwF_XUwXIwCr8vUpKeRIY&e=?
If you would, we would be grateful for your positive review of your experience with us.
If you did not have a positive experience, please pick up the phone right now and talk to us.
We would like to have the opportunity to make it right.
LEAVE A GOOGLE REVIEW:  https://urldefense.proofpoint.com/v2/url?u=https-3A__g.page_r_CcTBJYbuMuIdEAg_review&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=b7hxIJKaf7IUuwU0V755fua5IKFfbTu6gJ_fTXbHlLQ&e=.

If you have any questions, please do not hesitate to ask by calling or emailing us at:
helpdesk@bkattorneyservices3.com

YOUR DOCUMENTS ARE NOW IN THE USPS MAILSTREAM.  THEY CANNOT BE PULLED BACK.

INVOICE INFORMATION:
--------------------------------------------------------------------------------

TRACKING NUMBER:7332382175

THIS JOB WAS PROCESSED BY: Mark Pfeifer
Printing Subtotal:  $392.16
-  Credits Applied: $0.00
= Printing: $392.16
+ Postage: $201.24
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
 = Total:     $ 593.40

Thank you for your business!

SPECIAL INSTRUCTIONS:


CLIENT BILLING CODE:


USE THE BELOW LINES IN YOUR FEE APPLICATION Printing Costs: 2064 X .19 -  0 = 392.16

Postage Costs: 258 at the 1oz rate  = 201.24

ECFACCESS FEE:
------------------------------------------------------------------------------------------------------------------------------------
 When we download your master mailing matrix list, we incur a fee from PACER for doing so.  At the present time, we absorb this cost  for you and do not charge you for accessing ECF.

POSTAGE BREAKDOWN:
-----------------------------------------
DOMESTIC MAIL: 258 envelopes @ .78
INTERNATIONAL MAIL: 0 envelopes @ 1.7
CANADA MAIL: 0 envelopes @ 1.7
MEXICO MAIL: 0 envelopes @ 1.7
CERTIFIED MAIL: 0 envelopes @ 10.48
TOTAL NUMBER OF ENVELOPES PRINTED: 258

MATRIX PROCESSING FEE:
------------------------------------------------------------------------------------------------------------------------------------
 If you have received a matrix processing fee, it is because the form of the address list is not in conformance with our accepted parameters.
 To understand how to create your own user supplied address list, please view one of the many instructional videos on our website.

We have included a link here: https://urldefense.proofpoint.com/v2/url?u=http-3A__www.bkattorneyservices3.com_main_in-5F017.htm&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=qHiK1lULbllZkX21f3QaDl6aAXe42GeUjPXwBp9nOeY&e=

MISCELLANEOUS FEE(S):
------------------------------------------------------------------------------------------------------------------------------

If there are miscellaneous charges to your particular job, it is because there was an issue that set your job apart. These typically occur when there are special considerations for the printing and mailing of your documents. For example, HIPPA compliance can result in some miscellaneous charges. If you have any questions about them, do not hesitate to contact us at (509) 412-1356.

PRINTING PRICE EXPLANATION: (IMPORTANT!!!)
------------------------------------------------------------------------------------------------------------------------------

It is important to understand how we price our services. The charge of seventeen cents per page is assessed based upon the number of pages in your .pdf uploaded files. It is NOT based on how many pages are output and placed in the envelope. When you upload your documents, check to see how many pages are in the files you are uploading. This will determine the amount you will be charged. If you believe the charges are excessive, you can pre-reduce your document prior to upload and cut your bill in half.

To view a video about pre-reducing your documents please follow the link here:
https://urldefense.proofpoint.com/v2/url?u=http-3A__www.bkattorneyservices3.com_main_in-5F016.htm&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=inZd6EpegnhjAk-WZV9HJ4ruOqcfIUGrSkWB_8ZeRPQ&e=

LINK TO YOUR CERTIFICATE ONLINE:
------------------------------------------------------------------------------------------------------------------------------

Please follow the below link to download your certificate through your browser.
https://urldefense.proofpoint.com/v2/url?u=https-3A__secure.bkattorneyservices3.com_certificates_C7332382175.pdf&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=KhtQcCP-h96FEmY4NUQtGB8xpil2iS4krZ6daSdNyh0&e=


Sincerely,

Mark Pfeifer
https://urldefense.proofpoint.com/v2/url?u=http-3A__CertificateofService.com&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=TkdlV51NotI7lVVDUiIgkQ&m=ZtPhuDTHF0G5_ZKjUNkS7hdxgZuW6dYAurb3NNP7WPc5FaQ3XsykYyPxEukMxTo5&s=Nh1rjISe-rZq2PCD1WlPdXqwF_XUwXIwCr8vUpKeRIY&e=
PO Box 4590
Pasco, WA 99302
509-412-1356