```
Label Matrix for local noticing        Ashburn Village Center LLC              Banners of Abingdon LLC
0090-1                                 C/o Stephen A. Metz, Esq.               1801 16th Street Northwest
Case 25-00378-ELG                      Offit Kurman, P.A.                      Unit 606
United States Bankruptcy Court for the Distri  7501 Wisconsin Ave, Suite 1000W Washington, DC 20009-3324
Washington, D.C.                       Bethesda, MD 20814-6604
Sun Feb  8 10:13:41 EST 2026

Bull Run Plaza, LLC                    CSB Family Investors, LLC               Caspari, Inc
c/o Addison J. Chappell, Esquire       c/o Christopher A. Glaser, Esq.         99 Cogwheel Lane
Miles & Stockbridge P.C.               Jackson & Campbell, PC                  Seymour, CT 06483-3900
100 Light Street, 7th Fl.              2300 N Street, NW, Suite 300
Baltimore, MD 21202-1153               Washington, DC 20037-1194

Fair City HHH, L.L.C.                  Gold Crown Managers Acceptance Corp     Leesburg Plaza, LLC
c/o HHH Properties Corp.               c/o Steven M. Wallace                   c/o Addison J. Chappell, Esquire
4001 Williamsburg Court,               2227 S. State Route 157                 Miles & Stockbridge P.C.
Fairfax, VA 22032-1139                 Edwardsville, IL 62025-3646             100 Light Street, 7th Fl.
                                                                               Baltimore, MD 21202-1153

Monticello Marketplace and Suffolk SC  PNC Bank, N.A.                          PR II/RP Ridge Shopping Center LLC
c/o Law Offices of David A. Greer PLC  c/o Michael D. Nord                     c/o Christopher A. Glaser, Esq.
500 E. Main St Suite 1225              Gebhardt & Smith LLP                    Jackson & Campbell, PC
Norfolk, VA 23510-2274                 Suite 2200                              2300 N Street, NW, Suite 300
                                       Baltimore, MD 21202                     Washington, DC 20037-1194

Rivercrest Realty Associates, LLC and its af  South Riding Owner, LLC          Village Marketplace, LLC
c/o Barclay Damon LLP                  c/o Addison J. Chappell, Esquire        c/o Spotts Fain PC
Attn: Kevin M. Newman                  Miles & Stockbridge P.C.                411 E. Franklin Street
Barclay Damon Tower                    100 Light Street, 7th Fl.               Suite 600
125 East Jefferson Street              Baltimore, MD 21202-1153                Richmond, VA 23219-2200
Syracuse, NY 13202-2515

Washington, D.C.                       301 MM LLC                              Alarm Services of Maryland Inc
E. Barrett Prettyman U. S. Courthouse  5324 43Rd St Nw                         PO Box 6334
333 Constitution Ave, NW #1225         Washington, DC 20015-2008               Ellicott City, MD 21042-0334
Washington, DC 20001-2802

Alexis Hairston                        Alexis Peres                            Allied Products
12401 Brickyard Blvd                   6660 Upland Circle                      1420 Kansas Avenue
1028                                   Fayetteville, PA 17222-9722             Kansas City, MO 64127-2135
Beltsville, MD 20705-1346

American Mills                         American Paper Plastic Company          Angela Earhart
2806 W Lake of the Isles Pkwy          19 Kiesland CT                          26431 Eleys Ford Road
Minneapolis, MN 55416-4338             Hamilton, OH 45015-1375                 Richardsville, VA 22736-1724

Angela Morris                          Angela Thomas                           Angie Blasco
54 Kite Pl                             1420 Barnett St                         2002 Regency Drive
Waynesboro, VA 22980-9438              Rock Hill, SC 29732-2333                Suffolk, VA 23434-1800

Anita Cook                             Annapolis Harbour Center Associates LLC Anne Folio
56 Wildcat Cove                        co Lerner Corp                          8460 Angwin Place
Waynesboro, VA 22980-9368              2000 Tower Oaks Blvd 8th Floor          Charlotte, NC 28262-6490
                                       Rockville, MD 20852-4284
```

```
Antoinette Wilson                    Appriss Inc                              Appriss Retail DBA Sysrepublic Inc
2658 Wintergreen Road                c/o Joy Kleisinger, FBT Gibbons LLP      PO Box 639138
Cove City, NC 28523-9216             301 E. Fourth Street, Suite 3300         Cincinnati, OH 45263-9138
                                     Cincinnati, OH 45202-4257


Ashburn Village Center LLC           Ashers Chocolate                         Aurora World Inc
co Saul Holdings LP                  PO Box 950001875                         8820 Mercury Lane
PO Box 38042                         Philadelphia, PA 19195-1875              Pico Rivera, CA 90660-6706
Baltimore, MD 21297-8042


Austin Business Finance, LLC         Austin Business Finance, LLC             Avanti Press
4853 Williams Dr., #111              4853 Williams Dr., #111                  PO Box 67000
Austin, TX 78633-2327                Georgetown, TX 78633-2327                Dept 210401
                                                                              Detroit, MI 48267-2104


Azya Williams                        Backd Finwise                            Bedford Window Cleaning Co
1422 Larkview Drive                  1949 S IH 35 Frontage Rd                 308 Jane Randolph St
Virginia Beach, VA 23454-5665        Austin, TX 78760                         Forest, VA 24551-1221


Benjamin Office Supply Services inc  Bissingers Handcrafted Chocolatier       Brenda Antoniak
758 E GUDE DRIVE                     5025 PATTISON AVE                        49 Woodbine Drive
ROCKVILLE, MD 20850-1328             SAINT LOUIS, MO 63110-2037               Colonial Beach, VA 22443-3635


Briana Stanley                       Brixmor Holdings 1 SPE, LLC              Bull Run Plaza LLC water
6227 heather glen dr                 c/o Kelley Drye & Warren LLP             8405 Greensboro Dr Ste 830
Suffolk, VA 23435-3133               3 World Trade Center                     Mc Lean, VA 22102-5121
                                     175 Greenwich St
                                     New York, NY 10007-2759


Bull Run Plaza Llc                   Bull Run Plaza, LLC                      BurkeTown Plaza LLC
PO Box 25097                         c/o Miles & Stockbridge P.C.             PO BOX 30344
Tampa, FL 33622-5097                 Attn: Catherine Harrington               TAMPA, FL 33630-3344
                                     915 Meeting St., Suite 1110
                                     North Bethesda, MD 20852-2384


CP Venture Two LLC                   CSB Family Investors, LLC                Calvin Lopez
c/o Dustin P. Branch, Esq.           c/o Christopher A. Glaser, Esq.          7704 Notees Ln
Ballard Spahr LLP                    Jackson & Campbell, P.C.                 Kernersville, NC 27284-9086
2029 Century Park East, Suite 1400   2300 N Street, N.W., Suite 300
Los Angeles, CA 90067-2915           Washington, DC 20037-1194


Cannon Hill Logistics                Carpet and Vacuum Expo                   Carson Home Accents
PO BOX 3851                          7715 Tuckerman Lane                      189 Foreman Road
FREDERICK, MD 21705-3851             Potomac, MD 20854-3266                   Freeport, PA 16229-1797


Caspari, Inc                         Cathy Dickinson                          Cathy Jager
Attn: Tracy Peters                   402 E 11Th Avenue                        2103 Deer Meadow Lane
99 Cogwheel Lane                     Ranson, WV 25438-1742                    Midlothian, VA 23112-4137
Seymour, CT 06483-3900
```

Chastity Carr
2408 Timberland Hills DR
Newton, NC 28658-8552

Cheryl Lake
327 Maryland Avenue
Portsmouth, VA 23707-1714

Cheryl Crum
1511 Regency Woods Road
101
Henrico, VA 23238-4518

Cheryl Domingue
123 Glenwood Rd
Hampton, VA 23669-1823

Cheryl Murphy
306 Jordan Crossing Ave
Jamestown, NC 27282-9873

Chocolate chocolate chocolate Company
5025 Pattison Avenue
Saint Louis, MO 63110-2037

Christian Everett
9119 Manchester Rd
311
Silver Spring, MD 20901-4137

Christina OKeefe
5225 Lowery Downs
Virginia Beach, VA 23464-5615

City of Fredericksburg
City Treasurer
PO BOX 644  City Hall
Fredericksburg, VA 22404-0644

City of Newport News
Marty G Eubank Treasurer
City of Newport News PO BOX 975
Newport News, VA 23607-0975

City of Virginia Beach CO Banners Hallm
Commissioner Of The Revenue City Hall
2401 Courthouse Drive
Virginia Beach, VA 23456-9002

Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166-9572

Complete Solutions Sourcing
PO Box 5383
Deptford, NJ 08096-0383

Corporate Services Consultants LLC
1015 N Gay St
PO Box 1048
Dandridge, TN 37725-1048

Cosners Corner Owners Assoc
Attn CBC Property Management
990 Bragg Road
Fredericksburg, VA 22407-6979

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

Crossroads Original Designs dba Blossom
115 Crossroads Boulevard
Bucyrus, OH 44820-1362

Crown MAC
7619 Sheridan Rd
Kenosha, WI 53143-1519

Crystal Hill
4796 First Court Road
Virginia Beach, VA 23455-2846

Cynthia Williams
4752 Westland
apt B
Halethorpe, MD 21227-1331

DD TRADERS, INC.
DEMDACO
5000 W. 134TH STREET
LEAWOOD, KS 66209-7806

Dania Contreras
14478 Rustling Leaves Lane
Centreville, VA 20121-2272

Danielle Cutlip
3133 Copenhaver RD
Street, MD 21154-1644

Danielle Santamore
53 Creekstone Drive
Newport News, VA 23603-1363

Deana Bonilla
8414 vision ln
Walkersville, MD 21793-7814

Debbie Stout
712 Ontario Street
Havre de Grace, MD 21078-2730

Dede Cole
344 Donald Circle
Forest Hill, MD 21050-1308

Demdaco
PO Box 803314
Kansas City, MO 64180-3314

Designer Greetings Inc
PO Box 1477
Edison, NJ 08818-1477

Divaris Ridge shopping Center Owner LL
4525 Main Street
Suite 900
Virginia Beach, VA 23462-3431

Donna Donlin
20162 Braeton Bay Terr
Apt 103
Ashburn, VA 20147-2616

Donna Najibi
504 Lake Vista Drive
Forest, VA 24551-1974

DuraSeal Inc
PO Box 743
Forest, VA 24551-0743

E S Pets
725 Broadway Ave
Holbrook, NY 11741-4905

Ed Scott
235 Mary Jane Lane
Bel Air, MD 21015-1645

Ela Wilson
3200 Grumman Sq
203
Virginia Beach, VA 23452-6939

Else Koprowicz
128 Maloy Dr
Winchester, VA 22602-6528

Emilee Pratt
551 Greenbriar Drive
Culpeper, VA 22701-3257

Enesco LLC
500 Park Boulevard Ste 1300
Itasca, IL 60143-1258

Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260-2961

Expressive Design Group Inc
49 Garfield St
Holyoke, MA 01040-5407

FAIR LAKES CTR ASSOCIATES II, LLC
c/o Andrew B. Schulwolf, Esq.
110 N. Washington St., No. 300
Rockville, MD 20850-2224

Fahlo LLC
201 Chatham St
Suite 2
Sanford, NC 27330-4395

Fair Lakes Center Associates II LC
PO Box 646001
Pittsburgh, PA 15264-6001

Fairfax Company of Virginia LLC
co Olshan Properties
PO BOX  67338
Newark, NJ 07101-4007

Fairfield Shopping Center
NMPC4 Fairfield SC LLC
co New Market Properties LLC 3284 Norths
Atlanta, GA 30327

Farrah Howard
2254 48th Street NW
Washington, DC 20007-1035

FedEx Express
PO Box 371461
Pittsburgh, PA 15250-7461

Federal Insurance Company
c/o Chubb
436 Walnut St. - WA04K
Philadelphia, PA 19106-3703

Federal Realty Kingstowne storage
Lockbox 3426
PO Box 8500
Philadelphia, PA 19178-3426

Federal Realty OP LP
c/o Ballard Spahr LLP; Leslie Heilman
919 N. Market St, 11th Floor
Wilmington, DE 19801-3023

Federal Realty OP LPSpecialty Leasing
PO Box 8500
Lockbox 3426
Philadelphia, PA 19178-3426

Federal Realty Partners L.P.
c/o Ballard Spahr LLP; Leslie Heilman
919 N. Market Street, 11th Floor
Wilmington, DE '980' 19801-3023

Federal Realty Virginia Gateway Plaza I
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-9320

Federal RealtyKingstowne Shopping Cente
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-8500

Fishers Popcorn of Delaware Inc
37081 Coastal Hwy
Fenwick Island, DE 19944-4057

Foulston
1551 N Waterfront Parkway Suite 100
Wichita, KS 67206-4466

(p)FRAGRANCES OF IRELAND
668 N COAST HWY PMB 1207
LAGUNA BEACH CA 92651-1513

GRI Bradlee, LLC
c/o Magruder Cook Koutsouftikis
 & Palanzi
1889 Preston White Dr., Suite 200
Reston, VA 20191-4368

Ganz USA LLC
PO Box 530
Buffalo, NY 14240-0530

| | | |
|---|---|---|
| Gaz USA, LLC<br>c/o Carol Bonigut<br>60 Industrial Pkwy #043<br>Cheektowaga, NY 14227-2774 | Godiva Chocolatier, Inc<br>PO Box 74008044<br>Chicago, IL 60674-8044 | Godiva Chocolatier, Inc.<br>Attn: Jack M. D'Andrea, Esq.<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1217 |
| Gold Crown Managers Acceptance Corp.<br>c/o Steven M. Wallace<br>2227 South State Route 157<br>Edwardsville, Illinois 62025-3646 | Graphique<br>9 State Street<br>Woburn, MA 01801-2050 | Greta Wagner<br>4 Helen Drive<br>Newport News, VA 23602-3320 |
| Guardian Life Insurance<br>PO Box 824454<br>Philadelphia, PA 19182-4454 | H2O To Go<br>5821 Ward Court<br>Virginia Beach, VA 23455-3312 | Hailey Hartley<br>516 Northwood Circle<br>Cross Junction, VA 22625-2532 |
| Hallmark Marketing Company LLC<br>Gold Crown Administration<br>2501 McGee<br>Kansas City, MO 64108-2615 | Harford Mall Business Trust<br>CBL 0623<br>PO Box 955607<br>Saint Louis, MO 63195-5607 | Heather Grizzle<br>14 Jefferson Drive<br>Potomac Falls, VA 20165-8626 |
| Heather Salyer<br>217 Capital Lane<br>Forest, VA 24551-2032 | Hilary Snyder<br>6409 Deerskin Drive<br>Fredericksburg, VA 22407-6368 | Hill Management Services Inc<br>11350 McCormick Road<br>EP III Suite 301<br>Hunt Valley, MD 21031-1002 |
| Husteads Canvas Creations Inc<br>628 W 24th Street<br>Norfolk, VA 23517-1208 | IF USA LLC<br>4350 Bryson Blvd<br>Florence, AL 35630-7317 | Intelex USA<br>105 Prairie Lakes Road<br>Unit C<br>East Dundee, IL 60118-9133 |
| Itria Ventures LLC<br>c/o DLA Piper LLP (US)<br>Attn.: C. Kevin Kobbe<br>650 South Exeter Street, Suite 1100<br>Baltimore, MD 21202-4576 | Itria Ventures LLC<br>co Corporation Service Company<br>251 Little Falls Grove<br>Wilmington, DE 19808-1674 | JDM Ent. Inc.<br>DBA Bedford Window Cleaning<br>308 Jane Randolph St.<br>Forest, VA 24551-1221 |
| Jackie Fillmore<br>11320 Winston<br>Newport News, VA 23601-2267 | James Long<br>12624 Terrymill Drive<br>Herndon, VA 20170-2872 | Janice Barry<br>7848 Milkshed Pl<br>Elkridge, MD 21075-6130 |
| Janie Gabrielson<br>2155 Aspen Ridge Ct<br>Apt 204<br>Winston Salem, NC 27103-6868 | Jennifer Hickman<br>4025 Palmetto Drive<br>Rock Hill, SC 29732-9678 | Jennifer McLellan<br>1739 Donlee Dr<br>Blacksburg, VA 24060-6007 |
| Jennifer Sheriff<br>10821 Buttercup Place<br>Apt 303<br>Manassas, VA 20109-5616 | Jennifer Smith<br>14822 Statler Dr<br>Woodbridge, VA 22193-3128 | Jennifer Smith<br>8019 Ashland Avenue<br>Apt 8<br>Manassas, VA 20109-8019 |

| | | |
|---|---|---|
| Jessica Melone<br>4730 Baileys Lake Rd NW<br>NW apt 206<br>Concord, NC 28027-8560 | Jonathan Herold<br>8034 Mike Mundle Lane<br>Mechanicsville, VA 23111-5913 | Julia Shultz<br>5506 Whitfield Court<br>Fairfax, VA 22032-3845 |
| Julie Nilson<br>17055 Hampton Trace Road<br>Huntersville, NC 28078-6452 | Karen Kyle<br>5730 YEAGERTOWN RD<br>New Market, MD 21774-6333 | Karma<br>4302 Ironton Ave<br>Lubbock, TX 79407-3736 |
| Karolyn Stober<br>108 Chasewood Ct<br>Vinton, VA 24179-4446 | Kathleen Nichols<br>3321 Lawrence Dr<br>Carrsville, VA 23315-2520 | Kathy Carter<br>4072 Parkside Meadows Court<br>Winston Salem, NC 27127-7476 |
| Katie Potee<br>2430 Brunswick Road<br>Halethorpe, MD 21227-3013 | Katrina Guardado<br>333 South Glebe Road<br>Apt 306<br>Arlington, VA 22204-1654 | Kayla Racz<br>800 Greenbrier Court<br>Edgewood, MD 21040-2414 |
| Kellyn Sutton<br>389 James Ct<br>High Point, NC 27265-2159 | Kellytoy USA Inc<br>PO Box 738667<br>Dallas, TX 75373-8667 | Ken Matthews Garden Center<br>4921 George Washington Hwy<br>Yorktown, VA 23692-2509 |
| Kentlands Square LLC<br>7501 Wisconsin Avenue<br>Suite 1500e Attn Gilka Siles<br>Bethesda, MD 20814-6519 | Keter Environmental Services Inc<br>PO Box 417468<br>Boston, MA 02241-7468 | Kiarra Goodman<br>14 Breezy Tree Ct<br>Apt D<br>Timonium, MD 21093-1226 |
| Kim Peres<br>6660 Upland Circle<br>Fayetteville, PA 17222-9722 | Lanette Trimnell<br>301 Old Bell Rd<br>Charlotte, NC 28270-2793 | Latifa Sahraoui<br>3940 Persimmon Drive<br>T1<br>Fairfax, VA 22031-4165 |
| Laura Cole<br>344 Donald Circle<br>Forest Hill, MD 21050-1308 | Lauren James<br>6238 Satinwood Drive<br>Columbia, MD 21044-3606 | Lauren Payne<br>23 Longview Cir<br>Fishersville, VA 22939-2004 |
| Leesburg Plaza LLC<br>co Rappaport Management Company<br>8405 Greensboro Drive 8th Floor<br>McLean, VA 22102-5104 | Leesburg Plaza, LLC<br>c/o Miles & Stockbridge P.C.<br>Attn: Catherine Harrington<br>915 Meeting Street, Suite 1110<br>North Bethesda, MD 20852-2384 | Lenox Corporation<br>1414 Radcliffe Street<br>Bristol, PA 19007-5496 |
| Leonard Banner<br>1702 Captains Way<br>Jupiter, FL 33477-4045 | Leslie Nagy<br>143 Northway<br>Severna Park, MD 21146-2707 | Life is Good<br>48 Friars Drive<br>Hudson, NH 03051-4900 |

| | | |
|---|---|---|
| Linde Gas Equipment Inc formerly Praxa<br>PO Box 382000<br>Pittsburgh, PA 15250-8000 | Lisette Brosan<br>1414 point 0 woods<br>Arnold, MD 21012-2375 | Lori Sharpe<br>19 Forsythia Lane<br>Bear, DE 19701-6301 |
| Lucy Mastantuono<br>5400 Sandy Point Lane<br>Clifton, VA 20124-0944 | Lynchburg Rivercrest Realty<br>Lynchburg Wards Crossing LLC<br>PO Box 604049<br>Charlotte, NC 28260-4049 | MOWMentum<br>240 Hollywood Farm Road<br>Fredericksburg, VA 22405-3709 |
| Macerich EQ Limited Partnership<br>SM Valley Mall LLC<br>Dept  880467 PO Box 29650<br>Phoenix, AZ 85038-9650 | Malden International Designs<br>19 Cowan Drive<br>Middleboro, MA 02346-3700 | Marco Property Services<br>PO Box 4849<br>Midlothian, VA 23112-0015 |
| Margaret Wilhoit<br>14605 Frisco Ct<br>Woodbridge, VA 22193-2030 | Mary Peters<br>6401 Rock Forest Drive<br>205<br>Bethesda, MD 20817-7903 | Mary Stickney<br>8218 Green Ice Drive<br>Pasadena, MD 21122-3868 |
| Mary Thompson<br>106 Split Oak Way<br>New Bern, NC 28562-9008 | Mayflower Apple Blossom LP<br>14183 Collection Center Dr<br>Chicago, IL 60693-0141 | Mayflower Apple Blossom LP Storage<br>Apple Blossom Mall Attn Management Offi<br>1850 Apple Blossom Dr<br>Winchester, VA 22601-5187 |
| Mayflower Apple Blossom, L.P.<br>c/o Simon Property Group, L.P.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Mayflower Distributing Company Inc<br>1155 Medallion Drive<br>Mendota Heights, MN 55120-1220 | Mendy Pratt<br>551 Greenbriar Drive<br>Culpeper, VA 22701-3257 |
| Meredith Chaney<br>10412 Old Bridge Lane<br>Charlotte, NC 28269-8156 | Michael Postal<br>1801 16th Street NW<br>Apt 606<br>Washington, DC 20009-3324 | Michelle Alvarez<br>9515 Ashleyville Turn<br>Midlothian, VA 23112-1690 |
| Mike Vaccarelli<br>7694 Dorchester Blvd<br>Hanover, MD 21076-2061 | Monticello Marketplace<br>SL Nusbaum Realty Co<br>Escrow Agent for Monticello Marketplace<br>Norfolk, VA 23514-3580 | Monticello Marketplace Associates LLC<br>c/o David A, Greer<br>500 E. Main St Suite 1225<br>Norfolk, VA 23510-2274 |
| NMP-C4 Fairfield S/C, LLC<br>c/o William McDonald, Esq.<br>11250 El Camino Real, Suite 200<br>San Diego, CA 92130-2677 | NYSLIFE<br>711 Ginesi Dr<br>Morganville, NJ 07751-1235 | Nicole Almeida<br>2050 Mount View Rd<br>Marriottsville, MD 21104-1636 |
| Oakton Limited Partnership LLP<br>Redwood Commercial Management<br>5900 Fort Drive Suite 400<br>Centreville, VA 20121-2413 | PB Mares LLP<br>701 Town Center Dr Suite 900<br>Newport News, VA 23606-4287 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |

| | | |
|---|---|---|
| PNC Bank, National Association<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>1 South Street, Suite 2200<br>Baltimore, MD 21202-3343 | PR Harbour View East, LLC<br>c/o Dustin P. Branch, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 | PR Valley LP Water 58<br>PO BOX 373828<br>CLEVELAND, OH 44193-0001 |
| PRISA LHC LLC Harbor View East<br>7 Giralda Farms<br>Madison, NJ 07940-1051 | Pascale Christiansen<br>500 Tunnel Court<br>Chesapeake, VA 23320-3181 | Paul DeRemigis<br>3 Banat Court<br>Baltimore, MD 21237-4507 |
| Penelope Lare<br>20819 Wallingford Square<br>104<br>Potomac Falls, VA 20165-7302 | Personnel Evaluation Inc Multi Sites<br>11138 W Greenfield Ave<br>Milwaukee, WI 53214-2362 | Peter Pauper Press Inc<br>3 International Dr<br>Suite 310<br>Rye Brook, NY 10573-7501 |
| (p)PIEDMONT SERVICE GROUP<br>1031 NOWELL RD<br>RALEIGH NC 27607-5130 | Pipp Mobile Storage Systems Inc<br>2966 WILSON DR. NW<br>WALKER, MI 49534-7592 | Pomeroy Technologies LLC<br>PO Box 7410512<br>Chicago, IL 60674-0512 |
| Potter Company<br>1604 Hilltop West Shopping Center<br>STE 202<br>Virginia Beach, VA 23451-6131 | Precious Moments Company<br>4105 Chapel Road<br>Carthage, MO 64836-8848 | Primitives by Kathy<br>1817 William Penn Way<br>Lancaster, PA 17601-5830 |
| Prisa LHC LLC Greenbrier Market Center<br>PRLHC Greenbrier MC 106818<br>PO Box 978500<br>Dallas, TX 75397-8500 | Pumpernickel Press<br>508 jack enders<br>Berryville, VA 22611-1538 | (p)QUILLING CARD LLC<br>ATTN JOAN NIERMEYER<br>47 MELLEN ST<br>FRAMINGHAM MA 01702-8588 |
| Rain Jewelry Collection<br>460 Hillside Ave<br>Needham, MA 02494-1224 | Reston North Point Village LLC<br>co Lerner Corp<br>2000 Tower Oaks Blvd 8th Floor<br>Rockville, MD 20852-4284 | Retirement Planners<br>7639 Leesburg Pike<br>Falls Church, VA 22043-2520 |
| Rhonda Kelley<br>756 Marvin Ave<br>Norfolk, VA 23518-2508 | Rifle Paper Co<br>558 W New England Ave<br>Suite 150<br>Winter Park, FL 32789-4254 | Rifle Paper Co.<br>Michael S. Provenzale, Esq.<br>215 N. Eola Drive<br>Orlando, FL 32801-2028 |
| Rio Hill Station LLC<br>C/O Monique B. DiSabatino<br>Saul Ewing LLP<br>1201 N. Market Street, St. 2300<br>Wilmington, DE 19801 | Roanoke Cave Springs<br>CO Brixmor Property Group<br>PO BOX 645324<br>Cincinnati, OH 45264-5324 | Rockstep Christiansburg LLC<br>782 New River Road<br>Christiansburg, VA 24073-6503 |
| Rocky Mount Magnolia Real Estate and Ma<br>9525 Birkdale Crossing Drive<br>Huntersville, NC 28078-8458 | Rollingwood SC TSCG<br>1945 Old Gallows Rd<br>Suite 300<br>Vienna, VA 22182-3931 | Russell Stover<br>4900 Oak Street<br>Kansas City, MO 64112-2927 |

| | | |
|---|---|---|
| SCT Rio Hill LLC<br>Attn TSCG<br>PO Box 6298<br>Hicksville, NY 11802-6298 | Samantha Chicas<br>18325 Lost Knife Circle<br>Apt 304<br>Montgomery Village, MD 20886-0306 | Sana Farooqi<br>1863 Norhurst Way N<br>Catonsville, MD 21228-4123 |
| Sara Pashaei<br>8401 PINEY POINT CT<br>MANASSAS, VA 20110-4633 | Sarah Gordon<br>16 Lord Fairfax Drive<br>Fredericksburg, VA 22405-2969 | Shantie Alicea<br>1131 University W Blvd<br>apt 1717<br>Silver Spring, MD 20902-3312 |
| Sharalyn Detroy<br>7832 Thackara rd<br>Pasadena, MD 21122-3645 | Shawntia Campbell<br>931 Battery Road<br>Waynesboro, VA 22980-1786 | Sheila Bibb<br>309 Walnut Dr<br>Timberville, VA 22853-9710 |
| Silver Forest<br>BARR Credit Services<br>3444 N Country Club Rd.<br>Suite 200<br>Tucson, AZ 85716-0815 | Silver Forest Inc<br>40 Industrial Drive<br>Bellows Falls, VT 05101-3122 | Simon Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 |
| (p)SIMPLY SOUTHERN HOLDINGS  LLC<br>ATTN ATTN AR<br>498 GALLIMORE DAIRY RD<br>GREENSBORO NC 27409-9725 | Sophistiplate LLC<br>790 Atlanta S Pkwy<br>Suite 100<br>College Park, GA 30349 | South Riding Owner LLC<br>PO Box 640634<br>Property ID 262810<br>Pittsburgh, PA 15264-0634 |
| South Riding Owner, LLC<br>c/o Miles & Stockbridge P.C.<br>Attn: Catherine Harrington<br>915 Meeting St., Suite 1110<br>North Bethesda, MD 20852-2384 | Spoontiques Inc<br>111 Island Street<br>Stoughton, MA 02072-1401 | St Thomas GGCal LLC<br>co Greenberg Gibbons Commercial<br>10096 Red Run Blvd Suite 100<br>Owings Mills, MD 21117-4632 |
| Stacie Fleig<br>4100 Poplar Grove Road<br>Midlothian, VA 23112-4738 | Stafford Marketplace LLC<br>PO Box 62045<br>Dept Code SVAS1332C<br>Newark, NJ 07101-8061 | Stafford Marketplace, LLC<br>C/o Augustus T. Curtis, Esq.<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 |
| Steel Mill Co Designs<br>134 Beech Bend Rd<br>Bowling Green, KY 42101-7602 | Stonewall Kitchen<br>2 Stonewall Lane<br>York, ME 03909-1665 | Suffolk Shopping Center Associates LLC<br>Law Offices of David A. Greer PLC<br>500 E. Main ST., Suite 1225<br>Norfolk, VA 23510-2274 |
| Suffolk Shopping Center Associates LLLP<br>co S L Nusbaum Realty Co<br>440 Monticello Ave Suite 1700<br>Norfolk, VA 23510-2670 | Sunflower Food Co Inc<br>7921 Nieman Rd<br>Lenexa, KS 66214-1565 | Superior Construction Enterprises LLC<br>733 E Cumberland St<br>Lebanon, PA 17042-8138 |
| Suzanne Carter<br>4072 Parkside Meadows Court<br>Winston Salem, NC 27127-7476 | TCG Services LLC<br>145 N Main St<br>El Dorado, KS 67042-2017 | Tami Hykes<br>4316 Oxford Mill Rd<br>Waxhaw, NC 28173-0019 |

| | | |
|---|---|---|
| Terri Wellman<br>3115 Commerce Place<br>Apt 11<br>Burlington, NC 27215-4304 | Terry Little<br>6031 Little Brook Ct<br>Clifton, VA 20124-1022 | The Mall in Columbia LLC storage<br>10300 Little Patuxent Parkway<br>Columbia, MD 21044-7007 |
| (p)THE NAKED BEE<br>ATTN ACCOUNTING DEPT<br>2261 MARKET STREET STE 10337<br>SAN FRANCISCO CA 94114-1612 | The Peanut Shop<br>8012 Hankins Industrial Park<br>Toano, VA 23168-9259 | Touchland LLC<br>c/o Church & Dwight Co. Inc.<br>Attn: Michael Harder<br>500 Charles Ewing Blvd.<br>Ewing, NJ 08628-3448 |
| Touchland LLC Capacity<br>100 SE 2nd St<br>suite 2000<br>Miami, FL 33131-2101 | (p)TWO'S COMPANY  INC<br>ATTN LISA STRASSMAN<br>500 SAW MILL RIVER RD<br>ELMSFORD NY 10523-1027 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Valerie Bilbro<br>6914 Back Creek Rd<br>Boones Mill, VA 24065-2020 | Vanessa Viveros<br>816 Stanley Rd<br>Portsmouth, VA 23701-1917 | Vera Bradley Sales LLC<br>Attn Accounts Receivable<br>12420 Stonebridge Rd<br>Roanoke, IN 46783-9300 |
| VillaTech Inc<br>2020 Calamos Ct Suite 280<br>Naperville, IL 60563-3284 | Village Marketplace LLC<br>800 Corporate Drive<br>Suite 305<br>Fort Lauderdale, FL 33334-3618 | Village Marketplace, LLC<br>c/o Neil E. McCullagh, Esq.<br>Spotts Fain PC<br>411 E. Franklin St., Ste. 600<br>Richmond, VA 23219-2200 |
| Virginia Beach Affilliates LLC<br>55 5th AvenueFloor 15<br>New York, NY 10003-4301 | Walton Adams PC<br>1925 Isaac Newton Square Suite 250<br>Reston, VA 20190-5024 | Warrenton Development Company<br>co Waters Retail Group<br>200 Old Forge Lane Suite 201<br>Kennett Square, PA 19348-1920 |
| Wayne Lishowid<br>8312 Cypress Mill Road<br>Baltimore, MD 21236-5580 | Waynesboro Town Center<br>CO Chase Properties II Ltd<br>3333 Richmond Road Suite 320<br>Beachwood, OH 44122-4198 | Wendy Galvez<br>146 Dunlap Road<br>Pasadena, MD 21122-3033 |
| White House Historical Association<br>PO BOX 27624<br>Washington, DC 20038-7624 | Wockenfuss Candies<br>6831 Harford Road<br>Baltimore, MD 21234-7716 | Workman Publishing Co Inc<br>PO Box 21142<br>New York, NY 10087-1142 |
| Yankee Candle Co<br>PO Box 416442<br>Boston, MA 02241-6442 | Yeatts Heating Air<br>PO Box 518<br>Salem, VA 24153-0518 | Yoonique LLC<br>1761 N New Hampshire Ave<br>Los Angeles, CA 90027-4207 |
| Youngs Inc<br>735 Thimble Shoals Blvd 100<br>Newport News, VA 23606-4255 | Zane Overton<br>1 Breezy Tree Court<br>APT G<br>Timonium, MD 21093-1225 | Zimmer Development Company<br>6725 MONUMENT DR<br>WILMINGTON, NC 28405-4558 |

```
Christianna Annette Cathcart              Maurice Belmont VerStandig
The Belmont Firm                          The VerStandig Law Firm, LLC
1050 Connecticut Ave, NW                  9812 Falls Road
Ste 500                                   #114-160
Washington, DC 20036-5304                 Potomac, MD 20854-3976
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Fragrances of Ireland                     PNC Bank NA                              Piedmont Service Group
668 N Coast Hwy Suite 1207                130 South Bond Street                    616 Industrial Avenue
Laguna Beach, CA 92651-1513               Bel Air, MD 21014                        Greensboro, NC 27406


Quilling Card LLC                         Simply Southern                          The Naked Bee
47 Mellen St C1                           498 Gallimore Dairy Rd                   2261 Market Street
Framingham, MA 01702                      Greensboro, NC 27409                     STE 10337
                                                                                   San Francisco, CA 94114


Twos Company Inc
500 Saw Mill River Road
Elmsford, NY 10523
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Brixmor Holdings 1 SPE, LLC            (u)Burketown Plaza, LLC                  (u)CP Venture Two LLC




(u)Federal Realty OP LP                   (u)Federal Realty Partners, L.P.         (u)GRI Bradlee, LLC




(u)Hallmark Marketing Company, LLC        (u)Itria Ventures LLC                    (u)NMP-C4 Fairfield S/C, LLC




(u)PR Harbour View East, LLC              (u)Stafford Marketplace, LLC             (d)Ashburn Village Center LLC
                                                                                   C/o Stephen A. Metz, Esq.
                                                                                   Offit Kurman, P.A.
                                                                                   7501 Wisconsin Ave, Suite 1000w
                                                                                   Bethesda, MD 20814-6604
```

(d)Caspari Inc
99 Cogwheel Lane
Seymour, CT 06483-3900

(d)Rain City HHH, L.L.C.
c/o HHH Properties Corp.
4001 Williamsburg Court,
Fairfax, VA 22032-1139

(u)Heather Hanson

(u)Anita Hanson

End of Label Matrix
Mailable recipients    301
Bypassed recipients     16
Total                  317