The order below is hereby signed.

Signed: February 11 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )        Case No. 25-378-ELG
                                    )        (Chapter 11)
Banners of Abingdon, LLC, *et al.*[1]  )
                                    )        Jointly Administered
        Debtors.                    )

## ORDER APPROVING DISCLOSURE STATEMENT

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

Upon consideration of the disclosure statement (the "Disclosure Statement"), DE #157, filed by the substantively consolidated debtor (the "Debtor") herein, the lack of opposition thereto as of the deadline for such filings by parties represented by counsel, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, the Disclosure Statement contains adequate information, as that term is used in Section 1125 of Title 11 of the United States Code; and it is further

ORDERED, that the Disclosure Statement be, and hereby is, APPROVED, subject to the right of any party not represented by counsel—as of January 29, 2026—to subsequently object to the same in connection with the proposed confirmation of the Debtor's plan of reorganization (the "Plan"), DE #158; and it is further

ORDERED, that the Debtor shall cause notice of the Disclosure Statement and Plan to be served, in the manner previously ordered, DE #161, by the date previously ordered, *id.*

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*