Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Substantively Consolidated Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF HEARING ON PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that the debtor has filed a plan of reorganization, a copy of which may be found online at this link: https://tinyurl.com/mst8h97b

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

NOTICE IS FURTHER GIVEN that the United States Bankruptcy Court for the District of Columbia has approved a disclosure statement, concerning the aforesaid plan of reorganization, which may be found online at this link: https://tinyurl.com/6e8zyakc

NOTICE IS FURTHER GIVEN that most—but not all—parties in interest are entitled to vote on confirmation of the plan of reorganization and may do so by using the ballot found online at this link: https://tinyurl.com/bdds5k6v

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to confirm the plan of reorganization or if you would like the Court to consider your views, then ON OR BEFORE FEBRUARY 25, 2026, you must file and serve a written objection. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF DEADLINE TO VOTE: If you wish to vote on confirmation of the plan, and are eligible to do so, then ON OR BEFORE FEBRUARY 27, 2026, you must e-mail a completed ballot to mac@dcbankruptcy.com, except that any party unrepresented by counsel may return a ballot to counsel for the debtor at 9812 Falls Road, #114-160, Potomac, Maryland 20854.

NOTICE OF HEARING. A hearing on confirmation of the plan has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for March 3, 2026 at 11:00 AM. The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

*[Signature on Following Page]*

              Respectfully submitted,

Dated: February 13, 2026   By: /s/ Maurice B. VerStandig
              Maurice B. VerStandig, Esq.
              Bar No. MD18071
              The Belmont Firm
              1050 Connecticut Avenue, NW
              Suite 500
              Washington, DC 20036
              Phone: (202) 991-1101
              mac@dcbankruptcy.com
              *Counsel for the Substantively Consolidated Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 13, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein, with copies also being sent, via US Mail, to all parties on the official mailing matrix in this case.

              /s/ Maurice B. VerStandig
              Maurice B. VerStandig