# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Banners of Abingdon LLC, *et al.,* | ) Case No. 25-00378 (ELG) |
| Debtors.[1] | ) Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Saul Ewing LLP ("Saul Ewing") hereby submits this Notice of Appearance and Request for Service and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appears herein as counsel for Rio Hill Station LLC (the "Creditor"). Saul Ewing also requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following addresses. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's Mailing Matrix:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstown LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

| SAUL EWING LLP<br>Monique B. DiSabatino, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6806<br>Email: monique.disabatino@saul.com | SAUL EWING LLP<br>Mariam Khoudari, Esquire<br>1735 Market Street, Suite 3400<br>Philadelphia, PA 19103<br>Telephone: (215) 972-7108<br>Email: mariam.khoudari@saul.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in this proceeding, the undersigned requests inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by the Creditors to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the Creditors' substantive or procedural rights, including: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby

reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: February 18, 2026                                   **SAUL EWING LLP**

*/s/ Robert C. Gill*
Robert C. Gill, Esquire (DC Bar No. 413163)
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, DC  20006
Telephone: (202) 295-6605
Email: robert.gill@saul.com

-and-

Monique B. DiSabatino, Esquire (DE Bar No. 6027)
Mariam Khoudari, Esquire (DE Bar No. 7516)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email: monique.disabatino@saul.com
          mariam.khoudari@saul.com


*Attorneys for Rio Hill Station LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Banners of Abingdon LLC, *et al.*, | ) Case No. 25-00378 (ELG) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I did cause the foregoing *Notice of Appearance and Request for Notices* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

[*remainder of page left intentionally blank*]

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstown LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

Dated: February 18, 2026                                      **SAUL EWING LLP**

*/s/ Robert C. Gill*
Robert C. Gill, Esquire (DC Bar No. 413163)
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, DC  20006
Telephone: (202) 295-6605
Email: robert.gill@saul.com

-and-

Monique B. DiSabatino, Esquire (DE Bar No. 6027)
Mariam Khoudari, Esquire (DE Bar No. 7516)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6806
Email:  monique.disabatino@saul.com
             mariam.khoudari@saul.com

*Attorneys for Rio Hill Station LLC*