## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | In proceedings under |
| | ) | Chapter 11 |
| BANNERS OF ABINGDON, LLC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Bk. No. 25-378-ELG |
| | ) | Jointly Administered |

### AMENDED COMBINED NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE AND BE ADVISED** that the undersigned hereby appears as counsel to GOLD CROWN MANAGERS ACCEPTANCE CORP.

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or required to be given, all notices of adversary matters, and all papers served or required to be served in this case, be given to and served upon:

> Steven M. Wallace
> LASHLY & BAER, P.C.
> 122 North Main Street
> Edwardsville, IL 62025
> Phone: (314) 436-8385
> Email: swallace@lashlybaer.com

**PLEASE BE ADVISED AND TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rule specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail, telex or otherwise which affect or seek to affect in any way creditors' rights or interests.

LASHLY & BAER, P.C.

By:   /s/ Steven M. Wallace
Steven M. Wallace (*pro hac vice*)
122 North Main Street
Edwardsville, IL 62025
Phone: (314) 436-8385
Email:   swallace@lashlybaer.com

## Certificate of Service

      The undersigned certifies that a true and correct copy of the foregoing was served electronically this 25th day of February, 2026 via CM/ECF to all persons receiving notice through that system.

                                                      /s/ Steven M. Wallace