# EXHIBIT A

| Date | Code | Description | Type | Source | Charge | Payment | Balance | Ref | Method |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | -$20,314.82 | | |
| 1/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$18,020.82 | | |
| 1/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$16,916.82 | | |
| 1/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,540.25 | | $623.43 | | |
| 1/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $1,363.55 | | |
| 1/5/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $1,553.88 | -$190.33 | 010524 | EFT |
| 1/5/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$1,294.33 | 010524 | EFT |
| 1/5/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,540.25 | -$18,834.58 | 010524 | EFT |
| 1/5/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$19,574.70 | 010524 | EFT |
| 1/15/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $740.12 | -$20,314.82 | 120823 | APL |
| 1/15/2024 | PPR | PREPAID RENT | PR | CreditApply | $740.12 | | -$19,574.70 | 120823 | APL |
| 1/23/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $930.33 | -$20,505.03 | 120823 | APL |
| 1/23/2024 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,104.00 | -$21,609.03 | 120823 | APL |
| 1/23/2024 | PPR | PREPAID RENT | PR | CreditApply | $19,574.70 | | -$2,034.33 | 120823 | APL |
| 1/23/2024 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,540.25 | -$19,574.58 | 120823 | APL |
| 1/23/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.00 | -$20,314.58 | 012324 | EFT |
| 1/23/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $0.12 | -$20,314.70 | 120823 | APL |
| 2/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$18,020.70 | | |
| 2/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$16,916.70 | | |
| 2/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,540.25 | | $623.55 | | |
| 2/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $1,363.67 | | |
| 2/13/2024 | PPR | PREPAID RENT | CR | | | $21,678.25 | -$20,314.58 | 021324 | EFT |
| 2/15/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $1,363.67 | -$21,678.25 | 021324 | APL |
| 2/15/2024 | PPR | PREPAID RENT | PR | CreditApply | $1,363.67 | | -$20,314.58 | 021324 | APL |
| 3/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$18,020.58 | | |
| 3/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$16,916.58 | | |
| 3/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,540.25 | | $623.67 | | |
| 3/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $1,363.79 | | |
| 3/8/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,294.00 | -$930.21 | 021324 | APL |
| 3/8/2024 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $480.33 | -$1,410.54 | 021324 | APL |
| 3/8/2024 | PPR | PREPAID RENT | PR | CreditApply | $20,314.58 | | $18,904.04 | 021324 | APL |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 3/8/2024 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,540.25 | $1,363.79 | 021324 | APL |
| 3/12/2024 | EAC | COMMON AREA MAINT-ACTUAL | NC | Hallmark 2023 CAM opx adjustme | | $3,338.12 | -$1,974.33 | | |
| 3/12/2024 | EAT | RECOVERY TAXES - ACTUAL | NC | Hallmark 2023 TAX opx adjustme | | $394.97 | -$2,369.30 | | |
| 3/12/2024 | TRC | TRASH COLLECTION | CH | Hallmark 2023 Tras | $5,615.25 | | $3,245.95 | | |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 3/22/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,293.88 | $952.07 | 032224 | EFT |
| 3/22/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$151.93 | 032224 | EFT |
| 3/22/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,540.25 | -$17,692.18 | 032224 | EFT |
| 3/22/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$18,432.30 | 032224 | EFT |
| 4/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$16,138.30 | | |
| 4/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$15,034.30 | | |
| 4/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,540.25 | | $2,505.95 | | |
| 4/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $3,246.07 | | |
| 4/4/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,294.00 | $952.07 | 040424 | EFT |
| 4/4/2024 | EEC | ESTIMATED CAM RECOVERY | PR | | $2,294.00 | | $3,246.07 | 040424 | EFT |
| 4/4/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,294.00 | $952.07 | 40424 | LOC |
| 4/4/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$151.93 | 40424 | LOC |
| 4/4/2024 | EET | ESTIMATED REC. OF TAXES | PR | | $1,104.00 | | $952.07 | 040424 | EFT |
| 4/4/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$151.93 | 040424 | EFT |
| 4/4/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,540.25 | -$17,692.18 | 040424 | EFT |
| 4/4/2024 | RR2 | BASE RENT, RETAIL | PR | | $17,540.25 | | -$151.93 | 040424 | EFT |
| 4/4/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,540.25 | -$17,692.18 | 40424 | LOC |
| 4/4/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.00 | -$18,432.18 | 40424 | LOC |
| 4/4/2024 | TRC | TRASH COLLECTION | PR | | $740.00 | | -$17,692.18 | 040424 | EFT |
| 4/4/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.00 | -$18,432.18 | 040424 | EFT |
| 4/15/2024 | EAC | COMMON AREA MAINT-ACTUAL | PR | CreditApply | $3,338.12 | | -$15,094.06 | | APL |
| 4/15/2024 | EAT | RECOVERY TAXES - ACTUAL | PR | CreditApply | $394.97 | | -$14,699.09 | | APL |
| 4/15/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $394.97 | -$15,094.06 | | APL |
| 4/15/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $3,338.12 | -$18,432.18 | | APL |
| 4/30/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $0.12 | -$18,432.30 | 043024 | EFT |
| 4/30/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $623.67 | -$19,055.97 | 043024 | EFT |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$19,796.09 | 043024 | EFT |
| 4/30/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $1,882.16 | -$21,678.25 | 043024 | EFT |
| 5/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$19,384.25 | | |
| 5/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$18,280.25 | | |
| 5/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,540.25 | | -$740.00 | | |
| 5/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $0.12 | | |
| 5/17/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,294.00 | -$2,293.88 | 051724 | EFT |
| 5/17/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$3,397.88 | 051724 | EFT |
| 5/17/2024 | PPR | PREPAID RENT | CR | | | $1,882.04 | -$5,279.92 | 051724 | EFT |
| 5/17/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,540.25 | -$22,820.17 | 051724 | EFT |
| 5/17/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$23,560.29 | 051724 | EFT |
| 6/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$21,266.29 | | |
| 6/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$20,162.29 | | |
| 6/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,540.25 | | -$2,622.04 | | |
| 6/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | -$1,881.92 | | |
| 6/11/2024 | PPR | PREPAID RENT | PR | CreditApply | $0.12 | | -$1,881.80 | 051724 | APL |
| 6/11/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $0.12 | -$1,881.92 | 051724 | APL |
| 6/14/2024 | PPR | PREPAID RENT | CR | | | $21,678.25 | -$23,560.17 | 061424 | EFT |
| 7/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$21,266.17 | | |
| 7/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$20,162.17 | | |
| 7/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$2,271.11 | | |
| 7/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | -$1,530.99 | | |
| 7/15/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $37.80 | -$1,568.79 | 051724 | APL |
| 7/15/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,256.20 | -$3,824.99 | 061424 | APL |
| 7/15/2024 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,104.00 | -$4,928.99 | 051724 | APL |
| 7/15/2024 | PPR | PREPAID RENT | PR | CreditApply | $20,147.26 | | $15,218.27 | 061424 | APL |
| 7/15/2024 | PPR | PREPAID RENT | PR | CreditApply | $1,881.92 | | $17,100.19 | 051724 | APL |
| 7/15/2024 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,891.06 | -$790.87 | 061424 | APL |
| 7/15/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $740.12 | -$1,530.99 | 051724 | APL |
| 7/18/2024 | PPR | PREPAID RENT | CR | | | $21,678.25 | -$23,209.24 | 071824 | EFT |

| Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$20,915.24 | | |
| 8/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$19,811.24 | | |
| 8/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$1,920.18 | | |
| 8/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | -$1,180.06 | | |
| 8/9/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $1,943.07 | -$3,123.13 | 071824 | APL |
| 8/9/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $350.93 | -$3,474.06 | 061424 | APL |
| 8/9/2024 | EEC | ESTIMATED CAM RECOVERY | PR | CreditApply | $1,943.07 | | -$1,530.99 | 071824 | EFT |
| 8/9/2024 | EET | ESTIMATED REC. OF TAXES | PR | CreditApply | $1,104.00 | | -$426.99 | 071824 | EFT |
| 8/9/2024 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,104.00 | -$1,530.99 | 071824 | APL |
| 8/9/2024 | PPR | PREPAID RENT | PR | CreditApply | $350.93 | | -$1,180.06 | 061424 | APL |
| 8/9/2024 | PPR | PREPAID RENT | PR | CreditApply | $21,678.25 | | $20,498.19 | 071824 | APL |
| 8/9/2024 | PPR | PREPAID RENT | CR | | | $21,678.25 | -$1,180.06 | 080924 | EFT |
| 8/9/2024 | PPR | PREPAID RENT | CC | CreditApply | | $21,678.25 | -$22,858.31 | 071824 | EFT |
| 8/9/2024 | PPR | PREPAID RENT | PR | | $21,678.25 | | -$1,180.06 | 071824 | EFT |
| 8/9/2024 | RR2 | BASE RENT, RETAIL | PR | CreditApply | $17,891.06 | | $16,711.00 | 071824 | EFT |
| 8/9/2024 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,891.06 | -$1,180.06 | 071824 | APL |
| 8/9/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $740.12 | -$1,920.18 | 071824 | APL |
| 8/9/2024 | TRC | TRASH COLLECTION | PR | CreditApply | $740.12 | | -$1,180.06 | 071824 | EFT |
| 9/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | $1,113.94 | | |
| 9/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | $2,217.94 | | |
| 9/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | $20,109.00 | | |
| 9/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $20,849.12 | | |
| 9/12/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $1,943.07 | $18,906.05 | 091224 | EFT |
| 9/12/2024 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $1,943.07 | $16,962.98 | 080924 | APL |
| 9/12/2024 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,104.00 | $15,858.98 | 080924 | APL |
| 9/12/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | $14,754.98 | 091224 | EFT |
| 9/12/2024 | PPR | PREPAID RENT | PR | CreditApply | $21,678.25 | | $36,433.23 | 080924 | APL |
| 9/12/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | $18,542.17 | 091224 | EFT |
| 9/12/2024 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,891.06 | $651.11 | 080924 | APL |

| Date | Code | Description | Type | Ref | Charge | Credit | Balance | Ref# | Pay |
|---|---|---|---|---|---|---|---|---|---|
| 9/12/2024 | TRC | TRASH COLLECTION | CR | CreditApply | | $740.12 | -$89.01 | 080924 | APL |
| 9/12/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$829.13 | 091224 | EFT |
| 10/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | $1,464.87 | | |
| 10/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | $2,568.87 | | |
| 10/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | $20,459.93 | | |
| 10/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | $21,200.05 | | |
| 10/8/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $1,943.07 | $19,256.98 | 3603562 | CHK |
| 10/8/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | $18,152.98 | 3603562 | CHK |
| 10/8/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | $261.92 | 3603562 | CHK |
| 10/8/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$478.20 | 3603562 | CHK |
| 10/21/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,294.00 | -$2,772.20 | 102124 | EFT |
| 10/21/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$3,876.20 | 102124 | EFT |
| 10/21/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | -$21,767.26 | 102124 | EFT |
| 10/21/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$22,507.38 | 102124 | EFT |
| 11/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$20,213.38 | | |
| 11/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$19,109.38 | | |
| 11/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$1,218.32 | | |
| 11/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | -$478.20 | | |
| 11/21/2024 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,294.00 | -$2,772.20 | 112124 | EFT |
| 11/21/2024 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,104.00 | -$3,876.20 | 112124 | EFT |
| 11/21/2024 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | -$21,767.26 | 112124 | EFT |
| 11/21/2024 | TRC | TRASH COLLECTION | CR | Receipt | | $740.12 | -$22,507.38 | 112124 | EFT |
| 12/1/2024 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,294.00 | | -$20,213.38 | | |
| 12/1/2024 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,104.00 | | -$19,109.38 | | |
| 12/1/2024 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$1,218.32 | | |
| 12/1/2024 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $740.12 | | -$478.20 | | |
| 12/12/2024 | PPR | PREPAID RENT | CR | | | $22,029.18 | -$22,507.38 | 121224 | EFT |
| 1/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | -$20,349.38 | | |
| 1/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | -$19,246.38 | | |
| 1/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$1,355.32 | | |
| 1/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | -$563.32 | | |
| 1/16/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,158.00 | -$2,721.32 | 011625 | EFT |
| 1/16/2025 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,103.00 | -$3,824.32 | 011625 | EFT |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1/16/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | -$21,715.38 | 011625 | EFT |
| 1/16/2025 | TRC | TRASH COLLECTION | CR | Receipt | | $792.00 | -$22,507.38 | 011625 | EFT |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | -$20,349.38 | | |
| 2/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | -$19,246.38 | | |
| 2/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$1,355.32 | | |
| 2/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | -$563.32 | | |
| 2/18/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,158.00 | -$2,721.32 | 021825 | EFT |
| 2/18/2025 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,103.00 | -$3,824.32 | 021825 | EFT |
| 2/18/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | -$21,715.38 | 021825 | EFT |
| 2/18/2025 | TRC | TRASH COLLECTION | CR | Receipt | | $792.00 | -$22,507.38 | 021825 | EFT |
| 2/26/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $350.93 | -$22,858.31 | 061424 | APL |
| 2/26/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $350.93 | -$23,209.24 | 061424 | APL |
| 2/26/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,158.00 | -$25,367.24 | 121224 | APL |
| 2/26/2025 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,103.00 | -$26,470.24 | 121224 | APL |
| 2/26/2025 | PPR | PREPAID RENT | PR | CreditApply | $21,465.86 | | -$5,004.38 | 121224 | APL |
| 2/26/2025 | PPR | PREPAID RENT | PR | CreditApply | $1,180.06 | | -$3,824.32 | 061424 | APL |
| 2/26/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,891.06 | -$21,715.38 | 121224 | APL |
| 2/26/2025 | TRC | TRASH COLLECTION | CR | CreditApply | | $313.80 | -$22,029.18 | 121224 | APL |
| 2/26/2025 | TRC | TRASH COLLECTION | CR | CreditApply | | $478.20 | -$22,507.38 | 061424 | APL |
| 3/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | -$20,349.38 | | |
| 3/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | -$19,246.38 | | |
| 3/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | -$1,355.32 | | |
| 3/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | -$563.32 | | |
| 3/17/2025 | EAC | COMMON AREA MAINT-ACTUAL | NC | Hallmark 2024 CAM opx adjustme | $5,023.00 | | -$5,586.32 | | |
| 3/17/2025 | EAT | RECOVERY TAXES - ACTUAL | NC | Hallmark 2024 TAX opx adjustme | $413.00 | | -$5,999.32 | | |
| 3/17/2025 | TRC | TRASH COLLECTION | NC | Hallmark 2024 TRC opx adjustme | $424.00 | | -$6,423.32 | | |
| 4/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | -$4,265.32 | | |
| 4/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | -$3,162.32 | | |
| 4/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | $14,728.74 | | |
| 4/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $15,520.74 | | |

| Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|
| 4/18/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,157.94 | $13,362.80 | 041825 | EFT |
| 4/18/2025 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,103.00 | $12,259.80 | 041825 | EFT |
| 4/18/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $17,891.06 | -$5,631.26 | 041825 | EFT |
| 4/18/2025 | TRC | TRASH COLLECTION | CR | Receipt | | $792.00 | -$6,423.26 | 041825 | EFT |
| 5/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | -$4,265.26 | | |
| 5/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | -$3,162.26 | | |
| 5/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | $14,728.80 | | |
| 5/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $15,520.80 | | |
| 5/16/2025 | EAC | COMMON AREA MAINT-ACTUAL | PR | CreditApply | $4,053.00 | | $19,573.80 | | APL |
| 5/16/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,158.00 | $17,415.80 | | APL |
| 5/16/2025 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,103.00 | $16,312.80 | | APL |
| 5/16/2025 | TRC | TRASH COLLECTION | CR | CreditApply | | $792.00 | $15,520.80 | | APL |
| Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. Invoice | Receipt Type |
| 6/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | $17,678.80 | | |
| 6/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | $18,781.80 | | |
| 6/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $17,891.06 | | $36,672.86 | | |
| 6/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $37,464.86 | | |
| 6/10/2025 | EAC | COMMON AREA MAINT-ACTUAL | PR | CreditApply | $970.00 | | $38,434.86 | | APL |
| 6/10/2025 | EAT | RECOVERY TAXES - ACTUAL | PR | CreditApply | $413.00 | | $38,847.86 | | APL |
| 6/10/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $0.06 | $38,847.80 | 121224 | APL |
| 6/10/2025 | PPR | PREPAID RENT | PR | CreditApply | $0.06 | | $38,847.86 | 121224 | APL |
| 6/10/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $413.00 | $38,434.86 | | APL |
| 6/10/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $970.00 | $37,464.86 | | APL |
| 6/10/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $424.00 | $37,040.86 | | APL |
| 6/10/2025 | TRC | TRASH COLLECTION | PR | CreditApply | $424.00 | | $37,464.86 | | APL |
| 6/11/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $16,084.06 | $21,380.80 | 061125 | EFT |
| 6/25/2025 | PPR | PREPAID RENT | CR | | | $37,464.74 | -$16,083.94 | 062525 | EFT |
| 7/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | -$13,925.94 | | |
| 7/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | -$12,822.94 | | |
| 7/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $5,425.94 | | |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $6,217.94 | | |
| 7/16/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $1,594.74 | $4,623.20 | 062525 | APL |
| 7/16/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $563.26 | $4,059.94 | 121224 | APL |
| 7/16/2025 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,103.00 | $2,956.94 | 062525 | APL |
| 7/16/2025 | PPR | PREPAID RENT | PR | CreditApply | $37,464.74 | | $40,421.68 | 062525 | APL |
| 7/16/2025 | PPR | PREPAID RENT | PR | CreditApply | $563.26 | | $40,984.94 | 121224 | APL |
| 7/16/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $17,891.06 | $23,093.88 | 062525 | APL |
| 7/16/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $16,083.94 | $7,009.94 | 062525 | APL |
| 7/16/2025 | TRC | TRASH COLLECTION | CR | CreditApply | | $792.00 | $6,217.94 | 062525 | APL |
| 7/21/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,158.00 | $4,059.94 | 072125 | EFT |
| 7/21/2025 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,103.00 | $2,956.94 | 072125 | EFT |
| 7/21/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $2,164.94 | $792.00 | 072125 | EFT |
| 7/21/2025 | TRC | TRASH COLLECTION | CR | Receipt | | $792.00 | $0.00 | 072125 | EFT |
| 8/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | $2,158.00 | | |
| 8/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | $3,261.00 | | |
| 8/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $21,509.88 | | |
| 8/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $22,301.88 | | |
| 9/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | $24,459.88 | | |
| 9/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | $25,562.88 | | |
| 9/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $43,811.76 | | |
| 9/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $44,603.76 | | |
| 10/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | $46,761.76 | | |
| 10/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | $47,864.76 | | |
| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
| 10/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $66,113.64 | | |
| 10/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $66,905.64 | | |
| 10/7/2025 | PPR | PREPAID RENT | CR | | | $33,452.82 | $33,452.82 | 100725 | EFT |
| 10/15/2025 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,158.00 | $31,294.82 | 100725 | APL |
| 10/15/2025 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,103.00 | $30,191.82 | 100725 | APL |
| 10/15/2025 | PPR | PREPAID RENT | PR | CreditApply | $33,452.82 | | $63,644.64 | 100725 | APL |
| 10/15/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $18,248.88 | $45,395.76 | 100725 | APL |

| Date | Code | Description | Type | Memo | Charge | Credit | Balance | Ref | Src |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2025 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $11,150.94 | $34,244.82 | 100725 | APL |
| 10/15/2025 | TRC | TRASH COLLECTION | CR | CreditApply | | $792.00 | $33,452.82 | 100725 | APL |
| 11/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | $35,610.82 | | |
| 11/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | $36,713.82 | | |
| 11/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $54,962.70 | | |
| 11/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $55,754.70 | | |
| 11/10/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Tenant Payment 111025w | | $2,158.00 | $53,596.70 | 111025w | LOC |
| 11/10/2025 | EEC | ESTIMATED CAM RECOVERY | PR | | $2,158.00 | | $55,754.70 | 111025W | LOC |
| 11/10/2025 | EET | ESTIMATED REC. OF TAXES | PR | | $1,103.00 | | $56,857.70 | 111025W | LOC |
| 11/10/2025 | EET | ESTIMATED REC. OF TAXES | CR | Tenant Payment 111025w | | $1,103.00 | $55,754.70 | 111025w | LOC |
| 11/10/2025 | RR2 | BASE RENT, RETAIL | CR | Tenant Payment 111025w | | $18,248.88 | $37,505.82 | 111025w | LOC |
| 11/10/2025 | RR2 | BASE RENT, RETAIL | PR | | $18,248.88 | | $55,754.70 | 111025W | LOC |
| 11/10/2025 | TRC | TRASH COLLECTION | CR | Tenant Payment 111025w | | $792.00 | $54,962.70 | 111025w | LOC |
| 11/10/2025 | TRC | TRASH COLLECTION | PR | | $792.00 | | $55,754.70 | 111025W | LOC |
| 12/1/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,158.00 | $53,596.70 | 120125A | LOC |
| 12/1/2025 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,158.00 | | $55,754.70 | | |
| 12/1/2025 | EEC | ESTIMATED CAM RECOVERY | CR | Receipt | | $2,158.00 | $53,596.70 | 120125w | LOC |
| 12/1/2025 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,103.00 | $52,493.70 | 120125w | LOC |
| 12/1/2025 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,103.00 | | $53,596.70 | | |
| 12/1/2025 | EET | ESTIMATED REC. OF TAXES | CR | Receipt | | $1,103.00 | $52,493.70 | 120125A | LOC |
| 12/1/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $18,248.88 | $34,244.82 | 120125A | LOC |
| 12/1/2025 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $52,493.70 | | |
| 12/1/2025 | RR2 | BASE RENT, RETAIL | CR | Receipt | | $7,097.94 | $45,395.76 | 120125w | LOC |
| 12/1/2025 | TRC | TRASH COLLECTION | CR | Receipt | | $792.00 | $44,603.76 | 120125w | LOC |
| 12/1/2025 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $792.00 | | $45,395.76 | | |
| 12/1/2025 | TRC | TRASH COLLECTION | CR | Receipt | | $792.00 | $44,603.76 | 120125A | LOC |
| 1/1/2026 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,049.00 | | $46,652.76 | | |
| 1/1/2026 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,093.00 | | $47,745.76 | | |
| 1/1/2026 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $65,994.64 | | |
| 1/1/2026 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $726.00 | | $66,720.64 | | |
| 1/5/2026 | EEC | ESTIMATED CAM RECOVERY | CR | Tenant Payment 010526w | | $2,049.00 | $64,671.64 | 010526w | LOC |
| 1/5/2026 | EET | ESTIMATED REC. OF TAXES | CR | Tenant Payment 010526w | | $1,093.00 | $63,578.64 | 010526w | LOC |
| 1/5/2026 | RR2 | BASE RENT, RETAIL | CR | Tenant Payment 010526w | | $18,248.88 | $45,329.76 | 010526w | LOC |

| Date | Category | | SR | Description | Debit | Credit | Balance | Desc. Invoice | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/2026 | TRC | TRASH COLLECTION | CR | Tenant Payment 010526w | | $726.00 | $44,603.76 | 010526w | LOC |
| 2/1/2026 | EEC | ESTIMATED CAM RECOVERY | CH | AUTOCHRG | $2,049.00 | | $46,652.76 | | |
| 2/1/2026 | EET | ESTIMATED REC. OF TAXES | CH | AUTOCHRG | $1,093.00 | | $47,745.76 | | |
| 2/1/2026 | RR2 | BASE RENT, RETAIL | CH | AUTOCHRG | $18,248.88 | | $65,994.64 | | |
| 2/1/2026 | TRC | TRASH COLLECTION | CH | AUTOCHRG | $726.00 | | $66,720.64 | | |
| 2/11/2026 | PPD | PREPAID | CR | Tenant Payment 021126w | | $37,169.80 | $29,550.84 | 021126w | LOC |
| 2/12/2026 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,158.00 | $27,392.84 | 021126w | APL |
| 2/12/2026 | EEC | ESTIMATED CAM RECOVERY | CR | CreditApply | | $2,158.00 | $25,234.84 | 021126w | APL |
| 2/12/2026 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,103.00 | $24,131.84 | 021126w | APL |
| 2/12/2026 | EET | ESTIMATED REC. OF TAXES | CR | CreditApply | | $1,103.00 | $23,028.84 | 021126w | APL |
| 2/12/2026 | PPD | PREPAID | PR | CreditApply | $37,169.80 | | $60,198.64 | 021126w | APL |
| 2/12/2026 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $11,606.92 | $48,591.72 | 021126w | APL |
| 2/12/2026 | RR2 | BASE RENT, RETAIL | CR | CreditApply | | $18,248.88 | $30,342.84 | 021126w | APL |
| 2/12/2026 | TRC | TRASH COLLECTION | CR | CreditApply | | $792.00 | $29,550.84 | 021126w | APL |