# **EXHIBIT B**

Banner's of Gainesville, LLC t/a Banner's Hallmark
VA Gateway, Gainesville, VA
Landlord:  Federal Realty OP LP
Security Deposit:  None
Guarantor:  A & S, Inc.
Date: February 25, 2026
Chapter 11 File Date:  September 14, 2025
Lease Expiration Date:  February 29, 2029

**Pre-petition**

| Date | Description | Amount |
|---|---|---:|
| 07/15/2025 | WTR 05/31/25 - 06/30/25 | 9.13 |
| 08/08/2025 | Payment Balance* | (3,085.08) |
| 08/15/2025 | WTR 06/30/25 - 07/31/25 | 8.41 |
| 09/15/2025 | WTR 07/31/25 - 08/31/25 | 8.30 |
| 10/10/2025 | 2025 RE Tax Year End (1/1 - 9/14 - 256 days) | (630.88) |
| 10/15/2025 | SEW 08/31/25 - 09/30/25 (8/31 - 9/13 - 14 days) | 3.70 |

**Pre- Petition Total:** (3,686.41)

**Post-petition**

| Date | Description | Amount |
|---|---|---:|
| 10/01/2025 | Minimum Rent Retail | 18,813.69 |
| 10/01/2025 | CAM Estimate | 1,694.56 |
| 10/01/2025 | Insurance Recovery | 320.29 |
| 10/01/2025 | RE Tax Estimates | 1,789.79 |
| 10/07/2025 | Payment | (30,842.42) |
| 10/10/2025 | 2025 RE Tax Year End (9/14 - 12/31 - 109 days) | (268.61) |
| 10/15/2025 | SEW 08/31/25 - 09/30/25 (9/14 - 9/30 - 17 days) | 4.50 |
| 11/01/2025 | Minimum Rent Retail | 18,813.69 |
| 11/01/2025 | CAM Estimate | 1,694.56 |
| 11/01/2025 | Insurance Recovery | 320.29 |
| 11/01/2025 | RE Tax Estimates | 1,789.79 |
| 11/11/2025 | Payment | (10,443.71) |
| 11/15/2025 | WTR 09/30/25 - 10/31/25 | 10.80 |
| 12/01/2025 | Minimum Rent Retail | 18,813.69 |
| 12/01/2025 | CAM Estimate | 1,694.56 |
| 12/01/2025 | Insurance Recovery | 320.29 |
| 12/01/2025 | RE Tax Estimates | 1,789.79 |
| 12/01/2025 | Payment | (22,618.33) |
| 12/15/2025 | WTR 10/31/25 - 11/30/25 | 10.90 |
| 01/01/2026 | Minimum Rent Retail | 18,813.69 |
| 01/01/2026 | CAM Estimate | 1,694.56 |
| 01/01/2026 | Insurance Recovery | 320.29 |
| 01/01/2026 | RE Tax Estimates | 1,789.79 |
| 01/06/2025 | Payment | (22,640.03) |
| 01/15/2026 | WTR 11/30/25 - 12/31/25 | 15.37 |
| 02/01/2026 | Minimum Rent Retail | 18,813.69 |
| 02/01/2026 | CAM Estimate | 1,694.56 |
| 02/01/2026 | Insurance Recovery | 320.29 |
| 02/01/2026 | RE Tax Estimates | 1,789.79 |
| 02/11/2026 | Payment | (22,633.70) |
| 02/15/2026 | WTR 12/31/25 - 01/31/26 | 12.78 |

**Post-Petition Total:** 3,699.19

**TOTAL:** 12.78