# **EXHIBIT C**

Tenant: LBPO Management LLC, a Maryland limited liability company (t0009274)
Property: Apple Blossom Mall (4915)

| Trans Date | Charge Code | Description | Unit | Charge | TAX | Payment | Net Due | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|
| 8/1/2025 | BMR | Base Minimum Rent Fixed | S151A | 15,172.50 | 0.00 | 0.00 | 15,172.50 | 15,172.50 |
| 8/1/2025 | CMP | Trash Removal | S151A | 476.68 | 0.00 | 13.34 | 463.34 | 15,635.84 |
| 8/1/2025 | DWT | Domestic Water | S151A | 89.05 | 0.00 | 0.00 | 89.05 | 15,724.89 |
| 8/1/2025 | RET | R/E Tax | S151A | 757.82 | 0.00 | 0.00 | 757.82 | 16,482.71 |
| 8/1/2025 | SEW | Sewage Treatment | S151A | 100.18 | 0.00 | 0.00 | 100.18 | 16,582.89 |
| 9/1/2025 | BMR | (pre-petition rent) | S151A | 6,706.24 | 0.00 | 0.00 | 6,706.24 | 23,289.13 |
| 9/1/2025 | CMP | (pre-petition rent) | S151A | 206.56 | 0.00 | 0.00 | 206.56 | 23,495.69 |
| 9/1/2025 | DWT | (pre-petition rent) | S151A | 38.59 | 0.00 | 0.00 | 38.59 | 23,534.28 |
| 9/1/2025 | RET | (pre-petition rent) | S151A | 328.39 | 0.00 | 0.00 | 328.39 | 23,862.67 |
| 9/1/2025 | SEW | (pre-petition rent) | S151A | 43.41 | 0.00 | 0.00 | 43.41 | 23,906.08 |
| 3/1/2026 | BMR | Base Minimum Rent Fixed | S151A | 15,475.95 | 0.00 | 8,138.45 | 7,337.50 | |

Tenant: LBPO Management, LLC (t0092660)
Property: Apple Blossom Mall (4915)

| Trans Date | Charge Code | Description | Unit | Charge | TAX | Payment | Net Due | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|
| 1/1/2026 | STRG | Storage Rent | | 275.00 | 0.00 | 0.00 | 275.00 | 275.00 |
| 2/1/2026 | STRG | Storage Rent | | 275.00 | 0.00 | 0.00 | 275.00 | 550.00 |
| 3/1/2026 | STRG | Storage Rent | | 275.00 | 0.00 | 0.00 | 275.00 | |