## **CERTIFICATE OF SERVICE**

        I, Leslie C. Heilman, Esquire, hereby certify that on February 26, 2026, I caused a true and correct copy of the foregoing pleading to be served electronically upon all parties that have opted in to receive notice via NextGen CM/ECF.

Dated: February 26, 2026  
Wilmington, DE

                                       */s/ Leslie C. Heilman*  
                                       Leslie C. Heilman  
                                       Ballard Spahr LLP