# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>Banners of Abingdon, LLC, *et al.*, [1]<br><br>    Debtor. | Case No. 25-00378-ELG<br>Chapter 11 |

## NOTICE AND WITHDRAWAL OF
## LIMITED OBJECTION TO CHAPTER 11 PLAN

PLEASE TAKE NOTICE that Village Marketplace, LLC, by counsel, having filed a *Limited Objection to Chapter 11 Plan* [Docket No. 174] (the "Objection") in the above-referenced bankruptcy matter, hereby withdraws said Objection without prejudice.

Respectfully submitted this 27th day of February 2026.

                                          VILLAGE MARKETPLACE, LLC

                                          By: /s/ Neil E. McCullagh
                                                       Counsel

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

---

Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Village Marketplace, LLC*

Neil E. McCullagh, Esquire (VSB #39027)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Village Marketplace, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice and Withdrawal was sent via U.S. Mail, postage prepaid, and/or delivered by electronic means, this 27th day of February 2026 to the following, constituting all necessary parties:

Banners of Abingdon LLC
1801 16th Street NorthwestUnit 606
Washington, DC 20009
*Debtor*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854
*Debtor's Counsel*

Christianna Annette Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N, Ste. B PMB 24
Fargo, ND 58102-4246
*Debtor's Counsel*

Kenneth N. Whitehurst, III
Norfolk Federal Building
200 Granby Street, Room 625
Norfolk, VA 23451
*U.S. Trustee*

/s/ Neil E. McCullagh

2