**Signed: February 26, 2026**

**The fees approved in the second ORDERED paragraph are edited to read "$1,446.94 in expenses".**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER APPROVING FIRST INTERIM APPLICATION
OF THE VERSTANDIG LAW FIRM, LLC FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First Interim Application of The VerStandig Law Firm, LLC for

the Allowance of Compensation and Reimbursement of Expenses (the "Application"), any

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy

Court for the District of Columbia, hereby:

ORDERED, the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig and The VerStandig Law Firm, LLC's interim

application for compensation in the sum of $76,176.94, being comprised of $74,730.00 in fees and

$1,446.94.00 in expenses, is APPROVED; and it is further

ORDERED, that The VerStandig Law Firm, LLC may pay such approved compensation

from retainer monies held in the firm's attorney trust account.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

2

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 25-00378-ELG

Banners of Abingdon LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID**          **Recipient Name and Address**
dbpos            + Banners of Abingdon LLC, 1801 16th Street Northwest, Unit 606, Washington, DC 20009-3324

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Nathe | on behalf of Creditor Hallmark Marketing Company LLC adam.nathe@stinson.com, mpl.lssteam5@stinson.com |
| Addison J. Chappell | on behalf of Creditor Bull Run Plaza LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor South Riding Owner LLC achappell@milesstockbridge.com |
| Addison J. Chappell | on behalf of Creditor Leesburg Plaza LLC achappell@milesstockbridge.com |
| Adrien Pickard | on behalf of Creditor Rivercrest Realty Associates LLC and its affiliate Lynchburg (Wards Crossing), LLC apickard@barclaydamon.com |
| Augustus Curtis | |

District/off: 0090-1                                    User: admin                                    Page 2 of 3

Date Rcvd: Feb 26, 2026                            Form ID: pdf001                            Total Noticed: 1

                            on behalf of Creditor Burketown Plaza  LLC augie.curtis@offitkurman.com

Augustus Curtis
                            on behalf of Creditor Stafford Marketplace  LLC augie.curtis@offitkurman.com

Bradley David Jones
                            on behalf of Creditor Hallmark Marketing Company  LLC brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com

C. Kevin Kobbe
                            on behalf of Creditor Itria Ventures LLC kevin.kobbe@us.dlapiper.com  DLAPiper@ecfxmail.com

Catherine Brady DiFazio Harrington
                            on behalf of Creditor South Riding Owner  LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
                            on behalf of Creditor Bull Run Plaza  LLC charrington@milesstockbridge.com

Catherine Brady DiFazio Harrington
                            on behalf of Creditor Leesburg Plaza  LLC charrington@milesstockbridge.com

Christianna Annette Cathcart
                            on behalf of Debtor In Possession Banners of Abingdon LLC christianna@dcbankruptcy.com

Christopher A. Glaser
                            on behalf of Creditor PR II/RP Ridge Shopping Center LLC cglaser@jackscamp.com
                            iluaces@jackscamp.com;statum@jackscamp.com

Christopher A. Glaser
                            on behalf of Creditor CSB Family Investors  LLC cglaser@jackscamp.com, iluaces@jackscamp.com;statum@jackscamp.com

Eugene A Burcher
                            on behalf of Creditor Fair City HHH  L.L.C. eaburcher@thelandlawyers.com

John D. Sadler
                            on behalf of Creditor Federal Realty OP LP Sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John D. Sadler
                            on behalf of Creditor CP Venture Two LLC Sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John D. Sadler
                            on behalf of Creditor PR Harbour View East  LLC Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

John D. Sadler
                            on behalf of Creditor Federal Realty Partners  L.P. Sadlerj@ballardspahr.com, andersonn@ballardspahr.com

Karen C. Bifferato
                            on behalf of Creditor NMP-C4 Fairfield S/C  LLC kbifferato@connollygallagher.com

Kenneth N Whitehurst, III
                            on behalf of U.S. Trustee U. S. Trustee for Region Four kenneth.n.whitehurst@usdoj.gov

Kristen S. Eustis
                            on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Leonidas Koutsouftikis
                            on behalf of Creditor GRI Bradlee  LLC lkouts@mckplaw.com, mcook@magruderpc.com

Maurice Belmont VerStandig
                            on behalf of Debtor In Possession Banners of Abingdon LLC mac@mbvesq.com
                            lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa Byroade
                            on behalf of Creditor Brixmor Holdings 1 SPE  LLC mbyroade@kelleydrye.com

Michael D. Nord
                            on behalf of Creditor PNC Bank  N.A. mnord@gebsmith.com

Neil E. McCullagh
                            on behalf of Creditor Village Marketplace  LLC nmccullagh@spottsfain.com,
                            eanderson@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;churley@spottsfain.com;jwest@spottsfain.com;rw
                            estermann@spottsfain.com

Richard A DuBose, III
                            on behalf of Creditor PNC Bank  N.A. rdubo@gebsmith.com

Robert C. Gill
                            on behalf of Creditor Rio Hill Station LLC robert.gill@saul.com

Robert L. LeHane
                            on behalf of Creditor Brixmor Holdings 1 SPE  LLC rlehane@kelleydrye.com

Stephen A. Metz
                            on behalf of Creditor Ashburn Village Center LLC smetz@offitkurman.com

District/off: 0090-1                          User: admin                                          Page 3 of 3

Date Rcvd: Feb 26, 2026                   Form ID: pdf001                              Total Noticed: 1

mmargulies@offitkurman.com;lydia.yale@offitkurman.com

Steven Wallace

on behalf of Creditor Gold Crown Managers Acceptance Corp swallace@lashlybaer.com
denise@ghalaw.com;swallacelegal@gmail.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 34