IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| Banners of Abingdon, LLC, *et al*[1], | ) ) ) | Case No. 25-00378-ELG Chapter 11 Jointly Administered |
| Debtors. | ) ) ) ) | |

**CONSENT TO AMENDED PLAN OF REORGANIZATION**

Fair City HHH, L.L.C. ("Landlord"), by and through its undersigned counsel, files this Consent to Amended Plan of Reorganization as follows:

1. The consolidated debtors filed an Amended Plan of Reorganization on March 2, 2026 [Docket No. 185 Ex. B] wherein Section 4.3 of the Plan (which relates solely to the Leases (the "Leases") between the Landlord and Banners of Kamp Washington, LLC for certain commercial space in the Fair City Mall shopping center at 9600-9688 Main Street, Fairfax, VA 22031) assumes the Leases subject to certain rent adjustments provided therein and waives administrative claims of the Landlord subject to Debtor complying with the Plan.

2. Landlord consents to the Amended Plan.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

|  |  |
|---|---|
| Dated March 2, 2026 | Respectfully submitted, |

/s/ E. Andrew Burcher

_____
E. Andrew Burcher, Esq. DC No 99385
WALSH, COLUCCI, LUBELEY & WALSH, P.C.
4310 Prince William Parkway, Suite 300
Prince William, Virginia 22192
Telephone:   (703) 680-4664
Facsimile:    (703) 680-2161
eaburcher@thelandlawyers.com

*Counsel for Fair City HHH, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026 a copy of the foregoing Joinder was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ E. Andrew Burcher
E. Andrew Burcher (No. 99385)