Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## TALLY OF BALLOTS

Comes now Banners of Abingdon, LLC (the "Debtor"), the substantively consolidated debtor herein, by and through undersigned counsel, pursuant to Local Rule 3018-1, and reports as follows:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

1

Seven ballots have been cast on confirmation of the Debtor's plan of reorganization (the "Plan"), DE #158, each of which accepts the Plan. Additionally, a creditor holding two claims, split between two classes, has affirmatively indicated—through counsel—that it is voting to accept the Plan, with the Debtor regarding such as a sufficient form of vote to be counted. The breakdown of votes is as follows:

| Creditor | Class | Vote |
|---|---|---|
| PNC Bank, N.A. | 1.1 and 1.2 | Accept |
| Hallmark Marketing Company, LLC | 2 | Accept |
| Gold Crown Managers Acceptance Corp. | 3.1 and 3.2 | Accept |
| Village Marketplace, LLC | 4 | Accept |
| 301 MM LLC | 5 | Accept |
| Leonard Banner (insider) | 5 and 6 | Accept |
| Michael Postal | 5 and 6 | Accept |
| Edward Scott | 6 | Accept |

Pursuant to section 1126 of title 11 of the United States Code, the Debtor notes that each vote cast is for acceptance of the Plan, at least one vote has been cast in each class designated under the Plan, and the outcome of voting is not altered if the votes of insiders are disregarded.

Based on the foregoing, the Debtor submits that "each class of claims or interests . . . has accepted the plan." 11 U.S.C. § 1129(a)(8).

*[Signature on Following Page]*

                                                                                Respectfully submitted,

Dated: March 2, 2026        By:    <u>/s/ Maurice B. VerStandig</u>
                                                                       Maurice B. VerStandig, Esq.
                                                                       Bar No. MD18071
                                                                       The Belmont Firm
                                                                       1050 Connecticut Avenue, NW
                                                                       Suite 500
                                                                       Washington, DC 20036
                                                                       Phone: (202) 991-1101
                                                                       mac@dcbankruptcy.com
                                                                       *Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 2nd day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                                       <u>/s/ Maurice B. VerStandig</u>
                                                                       Maurice B. VerStandig