# The VerStandig Law Firm, LLC  **INVOICE**

9812 Falls Road, #114-160  
Potomac, MD 20854

Invoice # 11112  
Date: 03/08/2026  
Due On: 04/07/2026

LBPO Management LLC  
443 N Frederick Avenue  
Gaithersburg, Maryland 20877

## 00583-LBPO Management LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Christianna Cathcart | Service | 02/17/2026 | 0.90 | $300.00 | $270.00 |
| Review monthly operating report, including reconciliation of financial statements and preparation of supporting exhibits. | | | | | |
| Christianna Cathcart | Service | 02/19/2026 | 0.10 | $300.00 | $30.00 |
| Phone conversation with landlord's attorney regarding lease status and case-related issues. | | | | | |
| Christianna Cathcart | Service | 02/20/2026 | 0.10 | $300.00 | $30.00 |
| Follow-up phone conversation with landlord's attorney regarding lease status and case-related coordination. | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.30 | $600.00 | $180.00 |
| Review LBPO's 2023 tax return and forward same to counsel for US Trustee | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 1.1 | $300.00 | $330.00 |
| Maurice VerStandig | 0.3 | $600.00 | $180.00 |
| | | **Subtotal** | **$510.00** |

## 00584-LBPO Management LLC

## Claims Administration

Case 25-00378-ELG    Doc 193-1    Filed 03/09/26    Entered 03/09/26 12:01:13    Desc
Exhibit A - Time and Expense Records    Page 2 of 7

Invoice # 11112 - 03/08/2026

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 02/24/2026 | 0.10 | $600.00 | $60.00 |

Call with J. Kleisinger, counsel for Appress, re claim counterparty and potential objection thereto

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.1 | $600.00 | $60.00 |
| | | Subtotal | $60.00 |

## 00585-LBPO Management LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 02/16/2026 | 3.80 | $600.00 | $2,280.00 |

Detailed review of revised credit agreement, including exhibits thereto, with calls with counsel for Hallmark (.2), client (.5 spread over three calls) and counsel for equity (.4, excluding time spent discussing unrelated matters) included in review process

| Maurice VerStandig | Service | 02/17/2026 | 0.10 | $600.00 | $60.00 |

Calls with A. Nathe re edits to credit agreement

| Maurice VerStandig | Service | 02/17/2026 | 0.30 | $600.00 | $180.00 |

Calls with M. Postal (12 mins, 4 mins) re edits to credit agreement and strategy for addressing potential guarantor mortality issue

| Maurice VerStandig | Service | 02/17/2026 | 0.40 | $600.00 | $240.00 |

Review Hallmark edits to credit agreement and assess same, placing document into final form and collating with exhibit for filing

| Maurice VerStandig | Service | 02/22/2026 | 0.30 | $600.00 | $180.00 |

Review e-mail from S. Metz re treatment of cure amounts (.1); Call with S. Metz re same and status of case (.2)

| Maurice VerStandig | Service | 02/23/2026 | 0.10 | $600.00 | $60.00 |

Review e-mail from counsel for Rivercrest landlord and respond to same

| Maurice VerStandig | Service | 02/23/2026 | 3.10 | $600.00 | $1,860.00 |

Case 25-00378-ELG   Doc 193-1   Filed 03/09/26   Entered 03/09/26 12:01:13   Desc
Exhibit A - Time and Expense Records   Page 3 of 7

Invoice # 11112 - 03/08/2026

Review and revise Exhibit A to plan to reflect (i) claims register; (ii) sums due indicated in landlord counsel e-mails; and (iii) sums indicated elsewhere, including assembly of detailed breakdown of Vera Bradley claim spread across multiple claims registers and review of several leases to ensure synchronicity of landlord claims with proper claiming party on Exhibit A; Multiple calls to client, during same process (and as a seamless part of same process) re claim sums, potential disputes, and adjusted sums

| Maurice VerStandig | Service | 02/23/2026 | 0.10 | $600.00 | $60.00 |

E-mail to L. Koutsouftikis re his client's treatment under plan, amendment of Exhibit A, and sum of claim

| Maurice VerStandig | Service | 02/24/2026 | 1.30 | $600.00 | $780.00 |

Draft proposed confirmation order, review applicable code provisions and historic e-mails from counsel for parties in interest during process; Review, revise and send to counsel for parties in interest and to client representative

| Maurice VerStandig | Service | 02/24/2026 | 0.20 | $600.00 | $120.00 |

Call with counsel for Hallmark re plan voting, potential plan objections and next steps

| Maurice VerStandig | Service | 02/24/2026 | 0.30 | $600.00 | $180.00 |

Review objection to confirmation filed by Village Marketplace

| Maurice VerStandig | Service | 02/24/2026 | 0.50 | $600.00 | $300.00 |

Call with L. Heilman re plan provisions governing lease assumption, particularized concerns, and potential remedies to same concerns

| Maurice VerStandig | Service | 02/24/2026 | 0.10 | $600.00 | $60.00 |

Call with A. Chappell re confirmation order language

| Maurice VerStandig | Service | 02/24/2026 | 0.10 | $600.00 | $60.00 |

Review redline edits to confirmation order from A. Chappell and e-mail A. Chappell indicating agreement to same

| Maurice VerStandig | Service | 02/26/2026 | 0.40 | $600.00 | $240.00 |

Call with M. Postal re tax return status, posture of voting, and potential efforts to ensure classes vote without offending anti-solicitation provisions of Bankruptcy Code

| Maurice VerStandig | Service | 02/26/2026 | 0.10 | $600.00 | $60.00 |

Call with L. Freedman re treatment of landlord claims under plan and procedure for fixing cure amounts (no charge for unrelated portion of call)

| Maurice VerStandig | Service | 02/27/2026 | 0.40 | $600.00 | $240.00 |

Case 25-00378-ELG    Doc 193-1    Filed 03/09/26    Entered 03/09/26 12:01:13    Desc
Exhibit A - Time and Expense Records    Page 4 of 7

Invoice # 11112 - 03/08/2026

Call with L. Heilman re agreements necessary to invite support of her client, contours of plan, and forthcoming confirmation hearing

| Maurice VerStandig | Service | 02/27/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with A. Chappell re his client's ballots

| Maurice VerStandig | Service | 02/27/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with M. Postal re status of class voting, tax returns, and monthly operating report

| Maurice VerStandig | Service | 02/27/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with M. Nord re PNC ballots

| Maurice VerStandig | Service | 02/27/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with B. Jones re case posture, US Trustee objection to confirmation, and strategy for proceeding

| Maurice VerStandig | Service | 02/28/2026 | 7.20 | $600.00 | $4,320.00 |
|---|---|---|---|---|---|

Review US Trustee objection to confirmation and draft brief in reply thereto, including extensive legal research on tax and "drop dead" issues and also including detailed review of plan language and provisions so as to ensure propriety of citations to record in reply brief

| Maurice VerStandig | Service | 02/28/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Call with N. Zluticky re Hallmark's position on issues raised in US Trustee objection to confirmation and strategy for countering US Trustee's position vis a vis stay relief provisions of plan

| Maurice VerStandig | Service | 03/01/2026 | 1.30 | $600.00 | $780.00 |
|---|---|---|---|---|---|

Review e-mail from B. Jones re stay relief issues being discussed in reply brief to US Trustee objection, including Birchington documents furnished by B. Jones, and fold references to same into draft of reply brief

| Maurice VerStandig | Service | 03/01/2026 | 2.00 | $600.00 | $1,200.00 |
|---|---|---|---|---|---|

Review and revise brief in reply to confirmation objection of US Trustee

| Maurice VerStandig | Service | 03/01/2026 | 0.30 | $600.00 | $180.00 |
|---|---|---|---|---|---|

Call with M. Postal re status of altered landlord cure amounts and feasibility of same in budget projections, alongside generalized discussion of case status and forthcoming confirmation hearing

| Maurice VerStandig | Service | 03/02/2026 | 0.20 | $600.00 | $120.00 |
|---|---|---|---|---|---|

E-mail to L. Heilman re potential resolution of objection, including specific points of compromise

| Maurice VerStandig | Service | 03/02/2026 | 0.10 | $600.00 | $60.00 |
|---|---|---|---|---|---|

Case 25-00378-ELG   Doc 193-1   Filed 03/09/26   Entered 03/09/26 12:01:13   Desc
Exhibit A - Time and Expense Records   Page 5 of 7

Invoice # 11112 - 03/08/2026

| | | | | | |
|---|---|---|---|---|---|
| Call to counsel for Roanoke landlord re objection and confirmation order language (leave voicemail) | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 1.30 | $600.00 | $780.00 |
| Research on case law governing prompt cure timelines, and sufficient assurance of cure payments, in advance of confirmation hearing | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.40 | $600.00 | $240.00 |
| Review side agreement with certain landlords and redline same | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.20 | $600.00 | $120.00 |
| Call with L. Heilman re side agreement | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.30 | $600.00 | $180.00 |
| Call with counsel for Brixmor re objection to confirmation and resolution thereof, including discussion of legal fees | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.50 | $600.00 | $300.00 |
| Call with L. Heilman re resolution of objection to confirmation | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.60 | $600.00 | $360.00 |
| Call with M. Postal to prepare for confirmation hearing testimony, including detailed discussion of "drop dead" clause in plan and potential questions and answers related thereto, alongside preparation for questions concerning feasibility and issues raised by objection of US Trustee | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 1.80 | $600.00 | $1,080.00 |
| Review input of multiple parties and draft revised confirmation order for docketing, alongside revised Exhibit A to plan (which accompanies confirmation order) | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.30 | $600.00 | $180.00 |
| Draft tally of ballots | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.10 | $600.00 | $60.00 |
| Exchange e-mails with M. DiSabatino re cure sum on Exhibit A | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 0.10 | $600.00 | $60.00 |
| Phone call to M. Nord, and e-mail to S. Wallace, re ballots | | | | | |
| Maurice VerStandig | Service | 03/02/2026 | 3.50 | $600.00 | $2,100.00 |

Case 25-00378-ELG   Doc 193-1   Filed 03/09/26   Entered 03/09/26 12:01:13   Desc
Exhibit A - Time and Expense Records   Page 6 of 7

Invoice # 11112 - 03/08/2026

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/03/2026 | 1.30 | $600.00 | $780.00 |

Prepare for hearing on confirmation, including review of plan, US Trustee objection, Brixmor objection, consolidated objection of various landlords represented by L. Heilman, brief in reply to US Trustee objection, pertinent statutory provisions, and applicable case law

| Maurice VerStandig | Service | 03/03/2026 | 0.10 | $600.00 | $60.00 |

Attend confirmation hearing, adduce testimony, and argue in favor of plan confirmation

| Maurice VerStandig | Service | 03/03/2026 | 1.00 | $600.00 | $600.00 |

Call with counsel for Brixmor re agreement as to sum of claim for cure purposes

| Maurice VerStandig | Service | 03/03/2026 | 0.40 | $600.00 | $240.00 |

Meet with M. Postal and Banners team to prepare for confirmation hearing, including review of M. Postal testimony and tax-centric issues likely to be raised by US Trustee

| Maurice VerStandig | Service | 03/04/2026 | 0.40 | $600.00 | $240.00 |

Review revised side agreement from L. Heilman and discuss same with client

| Maurice VerStandig | Service | 03/07/2026 | 0.20 | $600.00 | $120.00 |

Revise proposed order based on comments and feedback from confirmation hearing (.2); Review e-mails from counsel for Hallmark re same (.1); Call with B. Jones re same (.1)

Review e-mail from counsel for Hallmark, append endorsements, and upload confirmation order

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 36.1 | $600.00 | $21,660.00 |
| | | Subtotal | $21,660.00 |

## 00593-LBPO Management LLC

## Employment and Fee Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Expense | 02/09/2026 | 1.00 | $346.84 | $346.84 |

Mailing: Service of notice of first interim fee application

Case 25-00378-ELG    Doc 193-1    Filed 03/09/26    Entered 03/09/26 12:01:13    Desc Exhibit A - Time and Expense Records    Page 7 of 7

Invoice # 11112 - 03/08/2026

Printing Subtotal: $113.62
- Credits Applied: $0.00
= Printing: $113.62
+ Postage: $233.22
+ Address List Processing: $.00
+ ECF Access: $.00
+ Miscellaneous: $.00
= Total: $ 346.84

| Maurice VerStandig | Service | 02/21/2026 | 0.10 | $600.00 | $60.00 |

Draft proposed order approving interim fee application and e-mail same to counsel for UST for review and endorsement

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.1 | $600.00 | $60.00 |
| | | Subtotal | $406.84 |

| | Total | $22,636.84 |
|---|---|---|

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11112 | 04/07/2026 | $22,636.84 | $0.00 | $22,636.84 |
| | | | Outstanding Balance | $22,636.84 |
| | | | Total Amount Outstanding | $22,636.84 |

Please make all amounts payable to: The VerStandig Law Firm, LLC