| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 25-00378-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Mar  8 20:46:41 EDT 2026 | Ashburn Village Center LLC<br>C/o Stephen A. Metz, Esq.<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 | Banners of Abingdon LLC<br>1801 16th Street Northwest<br>Unit 606<br>Washington, DC 20009-3324 |
| Bull Run Plaza, LLC<br>c/o Addison J. Chappell, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Fl.<br>Baltimore, MD 21202-1153 | CSB Family Investors, LLC<br>c/o Christopher A. Glaser, Esq.<br>Jackson & Campbell, PC<br>2300 N Street, NW, Suite 300<br>Washington, DC 20037-1194 | Caspari, Inc<br>99 Cogwheel Lane<br>Seymour, CT 06483-3900 |
| Fair City HHH, L.L.C.<br>c/o HHH Properties Corp.<br>4001 Williamsburg Court,<br>Fairfax, VA 22032-1139 | Gold Crown Managers Acceptance Corp<br>c/o Steven M. Wallace<br>2227 S. State Route 157<br>Edwardsville, IL 62025-3646 | Leesburg Plaza, LLC<br>c/o Addison J. Chappell, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Fl.<br>Baltimore, MD 21202-1153 |
| Monticello Marketplace and Suffolk SC<br>c/o Law Offices of David A. Greer PLC<br>500 E. Main St Suite 1225<br>Norfolk, VA 23510-2274 | PNC Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>Suite 2200<br>Baltimore, MD 21202 | PR II/RP Ridge Shopping Center LLC<br>c/o Christopher A. Glaser, Esq.<br>Jackson & Campbell, PC<br>2300 N Street, NW, Suite 300<br>Washington, DC 20037-1194 |
| Rivercrest Realty Associates, LLC and its af<br>c/o Barclay Damon LLP<br>Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202-2515 | South Riding Owner, LLC<br>c/o Addison J. Chappell, Esquire<br>Miles & Stockbridge P.C.<br>100 Light Street, 7th Fl.<br>Baltimore, MD 21202-1153 | Village Marketplace, LLC<br>c/o Spotts Fain PC<br>411 E. Franklin Street<br>Suite 600<br>Richmond, VA 23219-2200 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | 301 MM LLC<br>5324 43Rd St Nw<br>Washington, DC 20015-2008 | Alarm Services of Maryland Inc<br>PO Box 6334<br>Ellicott City, MD 21042-0334 |
| Alexis Hairston<br>12401 Brickyard Blvd<br>1028<br>Beltsville, MD 20705-1346 | Alexis Peres<br>6660 Upland Circle<br>Fayetteville, PA 17222-9722 | Allied Products<br>1420 Kansas Avenue<br>Kansas City, MO 64127-2135 |
| American Mills<br>2806 W Lake of the Isles Pkwy<br>Minneapolis, MN 55416-4338 | American Paper Plastic Company<br>19 Kiesland CT<br>Hamilton, OH 45015-1375 | Angela Earhart<br>26431 Eleys Ford Road<br>Richardsville, VA 22736-1724 |
| Angela Morris<br>54 Kite Pl<br>Waynesboro, VA 22980-9438 | Angela Thomas<br>1420 Barnett St<br>Rock Hill, SC 29732-2333 | Angie Blasco<br>2002 Regency Drive<br>Suffolk, VA 23434-1800 |
| Anita Cook<br>56 Wildcat Cove<br>Waynesboro, VA 22980-9368 | Annapolis Harbour Center Associates LLC<br>co Lerner Corp<br>2000 Tower Oaks Blvd 8th Floor<br>Rockville, MD 20852-4284 | Anne Folio<br>8460 Angwin Place<br>Charlotte, NC 28262-6490 |

| | | |
|---|---|---|
| Antoinette Wilson<br>2658 Wintergreen Road<br>Cove City, NC 28523-9216 | Appriss Inc<br>c/o Joy Kleisinger, FBT Gibbons LLP<br>301 E. Fourth Street, Suite 3300<br>Cincinnati, OH 45202-4257 | Appriss Retail DBA Sysrepublic Inc<br>PO Box 639138<br>Cincinnati, OH 45263-9138 |
| Ashburn Village Center LLC<br>co Saul Holdings LP<br>PO Box 38042<br>Baltimore, MD 21297-8042 | Ashers Chocolate<br>PO Box 950001875<br>Philadelphia, PA 19195-1875 | Aurora World Inc<br>8820 Mercury Lane<br>Pico Rivera, CA 90660-6706 |
| Austin Business Finance, LLC<br>4853 Williams Dr., #111<br>Austin, TX 78633-2327 | Austin Business Finance, LLC<br>4853 Williams Dr., #111<br>Georgetown, TX 78633-2327 | Avanti Press<br>PO Box 67000<br>Dept 210401<br>Detroit, MI 48267-2104 |
| Azya Williams<br>1422 Larkview Drive<br>Virginia Beach, VA 23454-5665 | Backd Finwise<br>1949 S IH 35 Frontage Rd<br>Austin, TX 78760 | Bedford Window Cleaning Co<br>308 Jane Randolph St<br>Forest, VA 24551-1221 |
| Benjamin Office Supply Services inc<br>758 E GUDE DRIVE<br>ROCKVILLE, MD 20850-1328 | Bissingers Handcrafted Chocolatier<br>5025 PATTISON AVE<br>SAINT LOUIS, MO 63110-2037 | Brenda Antoniak<br>49 Woodbine Drive<br>Colonial Beach, VA 22443-3635 |
| Briana Stanley<br>6227 heather glen dr<br>Suffolk, VA 23435-3133 | Brixmor Holdings 1 SPE, LLC<br>c/o Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich St<br>New York, NY 10007-2759 | Bull Run Plaza LLC water<br>8405 Greensboro Dr Ste 830<br>Mc Lean, VA 22102-5121 |
| Bull Run Plaza Llc<br>PO Box 25097<br>Tampa, FL 33622-5097 | Bull Run Plaza, LLC<br>c/o Miles & Stockbridge P.C.<br>Attn: Catherine Harrington<br>915 Meeting St., Suite 1110<br>North Bethesda, MD 20852-2375 | BurkeTown Plaza LLC<br>PO BOX 30344<br>TAMPA, FL 33630-3344 |
| CP Venture Two LLC<br>c/o Dustin P. Branch, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 | CSB Family Investors, LLC<br>c/o Christopher A. Glaser, Esq.<br>Jackson & Campbell, P.C.<br>2300 N Street, N.W., Suite 300<br>Washington, DC 20037-1194 | Calvin Lopez<br>7704 Notees Ln<br>Kernersville, NC 27284-9086 |
| Cannon Hill Logistics<br>PO BOX 3851<br>FREDERICK, MD 21705-3851 | Carpet and Vacuum Expo<br>7715 Tuckerman Lane<br>Potomac, MD 20854-3266 | Carson Home Accents<br>189 Foreman Road<br>Freeport, PA 16229-1797 |
| Caspari, Inc<br>Attn: Tracy Peters<br>99 Cogwheel Lane<br>Seymour, CT 06483-3900 | Cathy Dickinson<br>402 E 11Th Avenue<br>Ranson, WV 25438-1742 | Cathy Jager<br>2103 Deer Meadow Lane<br>Midlothian, VA 23112-4137 |

Chastity Carr
2408 Timberland Hills DR
Newton, NC 28658-8552

Cheryl Lake
327 Maryland Avenue
Portsmouth, VA 23707-1714

Cheryl Crum
1511 Regency Woods Road
101
Henrico, VA 23238-4518

Cheryl Domingue
123 Glenwood Rd
Hampton, VA 23669-1823

Cheryl Murphy
306 Jordan Crossing Ave
Jamestown, NC 27282-9873

Chocolate chocolate chocolate Company
5025 Pattison Avenue
Saint Louis, MO 63110-2037

Christian Everett
9119 Manchester Rd
311
Silver Spring, MD 20901-4137

Christina OKeefe
5225 Lowery Downs
Virginia Beach, VA 23464-5615

City of Fredericksburg
City Treasurer
PO BOX 644  City Hall
Fredericksburg, VA 22404-0644

City of Newport News
Marty G Eubank Treasurer
City of Newport News PO BOX 975
Newport News, VA 23607-0975

City of Virginia Beach CO Banners Hallm
Commissioner Of The Revenue City Hall
2401 Courthouse Drive
Virginia Beach, VA 23456-9002

Commercial Express HVAC
44931 Falcon Pl
Sterling, VA 20166-9572

Complete Solutions Sourcing
PO Box 5383
Deptford, NJ 08096-0383

Corporate Services Consultants LLC
1015 N Gay St
PO Box 1048
Dandridge, TN 37725-1048

Cosners Corner Owners Assoc
Attn CBC Property Management
990 Bragg Road
Fredericksburg, VA 22407-6979

Coyote Logistics LLC
PO Box 742636
Atlanta, GA 30374-2636

Crossroads Original Designs dba Blossom
115 Crossroads Boulevard
Bucyrus, OH 44820-1362

Crown MAC
7619 Sheridan Rd
Kenosha, WI 53143-1519

Crystal Hill
4796 First Court Road
Virginia Beach, VA 23455-2846

Cynthia Williams
4752 Westland
apt B
Halethorpe, MD 21227-1331

DD TRADERS, INC.
DEMDACO
5000 W. 134TH STREET
LEAWOOD, KS 66209-7806

Dania Contreras
14478 Rustling Leaves Lane
Centreville, VA 20121-2272

Danielle Cutlip
3133 Copenhaver RD
Street, MD 21154-1644

Danielle Santamore
53 Creekstone Drive
Newport News, VA 23603-1363

Deana Bonilla
8414 vision ln
Walkersville, MD 21793-7814

Debbie Stout
712 Ontario Street
Havre de Grace, MD 21078-2730

Dede Cole
344 Donald Circle
Forest Hill, MD 21050-1308

Demdaco
PO Box 803314
Kansas City, MO 64180-3314

Designer Greetings Inc
PO Box 1477
Edison, NJ 08818-1477

Divaris Ridge shopping Center Owner LL
4525 Main Street
Suite 900
Virginia Beach, VA 23462-3431

Donna Donlin
20162 Braeton Bay Terr
Apt 103
Ashburn, VA 20147-2616

Donna Najibi
504 Lake Vista Drive
Forest, VA 24551-1974

DuraSeal Inc
PO Box 743
Forest, VA 24551-0743

E S Pets
725 Broadway Ave
Holbrook, NY 11741-4905

Ed Scott
235 Mary Jane Lane
Bel Air, MD 21015-1645

Ela Wilson
3200 Grumman Sq
203
Virginia Beach, VA 23452-6939

Else Koprowicz
128 Maloy Dr
Winchester, VA 22602-6528

Emilee Pratt
551 Greenbriar Drive
Culpeper, VA 22701-3257

Enesco LLC
500 Park Boulevard Ste 1300
Itasca, IL 60143-1258

Evergreen Enterprises
PO Box 602961
Charlotte, NC 28260-2961

Expressive Design Group Inc
49 Garfield St
Holyoke, MA 01040-5407

FAIR LAKES CTR ASSOCIATES II, LLC
c/o Andrew B. Schulwolf, Esq.
110 N. Washington St., No. 300
Rockville, MD 20850-2224

Fahlo LLC
201 Chatham St
Suite 2
Sanford, NC 27330-4395

Fair Lakes Center Associates II LC
PO Box 646001
Pittsburgh, PA 15264-6001

Fairfax Company of Virginia LLC
co Olshan Properties
PO BOX 67338
Newark, NJ 07101-4007

Fairfield Shopping Center
NMPC4 Fairfield SC LLC
co New Market Properties LLC 3284 Norths
Atlanta, GA 30327

Farrah Howard
2254 48th Street NW
Washington, DC 20007-1035

FedEx Express
PO Box 371461
Pittsburgh, PA 15250-7461

Federal Insurance Company
c/o Chubb
436 Walnut St. - WA04K
Philadelphia, PA 19106-3703

Federal Realty Kingstowne storage
Lockbox 3426
PO Box 8500
Philadelphia, PA 19178-3426

Federal Realty OP LP
c/o Ballard Spahr LLP; Leslie Heilman
919 N. Market St, 11th Floor
Wilmington, DE 19801-3023

Federal Realty OP LPSpecialty Leasing
PO Box 8500
Lockbox 3426
Philadelphia, PA 19178-3426

Federal Realty Partners L.P.
c/o Ballard Spahr LLP; Leslie Heilman
919 N. Market Street, 11th Floor
Wilmington, DE '980' 19801-3023

Federal Realty Virginia Gateway Plaza I
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-9320

Federal RealtyKingstowne Shopping Cente
Lockbox 9320
PO Box 8500
Philadelphia, PA 19178-8500

Fishers Popcorn of Delaware Inc
37081 Coastal Hwy
Fenwick Island, DE 19944-4057

Foulston
1551 N Waterfront Parkway Suite 100
Wichita, KS 67206-4466

(p)FRAGRANCES OF IRELAND
668 N COAST HWY PMB 1207
LAGUNA BEACH CA 92651-1513

GRI Bradlee, LLC
c/o Magruder Cook Koutsouftikis
 & Palanzi
1889 Preston White Dr., Suite 200
Reston, VA 20191-4368

Ganz USA LLC
PO Box 530
Buffalo, NY 14240-0530

| | | |
|---|---|---|
| Gaz USA, LLC<br>c/o Carol Bonigut<br>60 Industrial Pkwy #043<br>Cheektowaga, NY 14227-2774 | Godiva Chocolatier, Inc<br>PO Box 74008044<br>Chicago, IL 60674-8044 | Godiva Chocolatier, Inc.<br>Attn: Jack M. D'Andrea, Esq.<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1217 |
| Gold Crown Managers Acceptance Corp.<br>c/o Steven M. Wallace<br>2227 South State Route 157<br>Edwardsville, Illinois 62025-3646 | Graphique<br>9 State Street<br>Woburn, MA 01801-2050 | Greta Wagner<br>4 Helen Drive<br>Newport News, VA 23602-3320 |
| Guardian Life Insurance<br>PO Box 824454<br>Philadelphia, PA 19182-4454 | H2O To Go<br>5821 Ward Court<br>Virginia Beach, VA 23455-3312 | Hailey Hartley<br>516 Northwood Circle<br>Cross Junction, VA 22625-2532 |
| Hallmark Marketing Company LLC<br>Gold Crown Administration<br>2501 McGee<br>Kansas City, MO 64108-2615 | Harford Mall Business Trust<br>CBL 0623<br>PO Box 955607<br>Saint Louis, MO 63195-5607 | Heather Grizzle<br>14 Jefferson Drive<br>Potomac Falls, VA 20165-8626 |
| Heather Salyer<br>217 Capital Lane<br>Forest, VA 24551-2032 | Hilary Snyder<br>6409 Deerskin Drive<br>Fredericksburg, VA 22407-6368 | Hill Management Services Inc<br>11350 McCormick Road<br>EP III Suite 301<br>Hunt Valley, MD 21031-1002 |
| Husteads Canvas Creations Inc<br>628 W 24th Street<br>Norfolk, VA 23517-1208 | IF USA LLC<br>4350 Bryson Blvd<br>Florence, AL 35630-7317 | Intelex USA<br>105 Prairie Lakes Road<br>Unit C<br>East Dundee, IL 60118-9133 |
| Itria Ventures LLC<br>c/o DLA Piper LLP (US)<br>Attn.: C. Kevin Kobbe<br>650 South Exeter Street, Suite 1100<br>Baltimore, MD 21202-4576 | Itria Ventures LLC<br>co Corporation Service Company<br>251 Little Falls Grove<br>Wilmington, DE 19808-1674 | JDM Ent. Inc.<br>DBA Bedford Window Cleaning<br>308 Jane Randolph St.<br>Forest, VA 24551-1221 |
| Jackie Fillmore<br>11320 Winston<br>Newport News, VA 23601-2267 | James Long<br>12624 Terrymill Drive<br>Herndon, VA 20170-2872 | Janice Barry<br>7848 Milkshed Pl<br>Elkridge, MD 21075-6130 |
| Janie Gabrielson<br>2155 Aspen Ridge Ct<br>Apt 204<br>Winston Salem, NC 27103-6868 | Jennifer Hickman<br>4025 Palmetto Drive<br>Rock Hill, SC 29732-9678 | Jennifer McLellan<br>1739 Donlee Dr<br>Blacksburg, VA 24060-6007 |
| Jennifer Sheriff<br>10821 Buttercup Place<br>Apt 303<br>Manassas, VA 20109-5616 | Jennifer Smith<br>14822 Statler Dr<br>Woodbridge, VA 22193-3128 | Jennifer Smith<br>8019 Ashland Avenue<br>Apt 8<br>Manassas, VA 20109-8019 |

Jessica Melone
4730 Baileys Lake Rd NW
NW apt 206
Concord, NC 28027-8560

Jonathan Herold
8034 Mike Mundle Lane
Mechanicsville, VA 23111-5913

Julia Shultz
5506 Whitfield Court
Fairfax, VA 22032-3845


Julie Nilson
17055 Hampton Trace Road
Huntersville, NC 28078-6452

Karen Kyle
5730 YEAGERTOWN RD
New Market, MD 21774-6333

Karma
4302 Ironton Ave
Lubbock, TX 79407-3736


Karolyn Stober
108 Chasewood Ct
Vinton, VA 24179-4446

Kathleen Nichols
3321 Lawrence Dr
Carrsville, VA 23315-2520

Kathy Carter
4072 Parkside Meadows Court
Winston Salem, NC 27127-7476


Katie Potee
2430 Brunswick Road
Halethorpe, MD 21227-3013

Katrina Guardado
333 South Glebe Road
Apt 306
Arlington, VA 22204-1654

Kayla Racz
800 Greenbrier Court
Edgewood, MD 21040-2414


Kellyn Sutton
389 James Ct
High Point, NC 27265-2159

Kellytoy USA Inc
PO Box 738667
Dallas, TX 75373-8667

Ken Matthews Garden Center
4921 George Washington Hwy
Yorktown, VA 23692-2509


Kentlands Square LLC
7501 Wisconsin Avenue
Suite 1500e Attn Gilka Siles
Bethesda, MD 20814-6519

Keter Environmental Services Inc
PO Box 417468
Boston, MA 02241-7468

Kiarra Goodman
14 Breezy Tree Ct
Apt D
Timonium, MD 21093-1226


Kim Peres
6660 Upland Circle
Fayetteville, PA 17222-9722

Lanette Trimnell
301 Old Bell Rd
Charlotte, NC 28270-2793

Latifa Sahraoui
3940 Persimmon Drive
T1
Fairfax, VA 22031-4165


Laura Cole
344 Donald Circle
Forest Hill, MD 21050-1308

Lauren James
6238 Satinwood Drive
Columbia, MD 21044-3606

Lauren Payne
23 Longview Cir
Fishersville, VA 22939-2004


Leesburg Plaza LLC
co Rappaport Management Company
8405 Greensboro Drive 8th Floor
McLean, VA 22102-5104

Leesburg Plaza, LLC
c/o Miles & Stockbridge P.C.
Attn: Catherine Harrington
915 Meeting Street, Suite 1110
North Bethesda, MD 20852-2375

Lenox Corporation
1414 Radcliffe Street
Bristol, PA 19007-5496


Leonard Banner
1702 Captains Way
Jupiter, FL 33477-4045

Leslie Nagy
143 Northway
Severna Park, MD 21146-2707

Life is Good
48 Friars Drive
Hudson, NH 03051-4900

| | | |
|---|---|---|
| Linde Gas Equipment Inc formerly Praxa<br>PO Box 382000<br>Pittsburgh, PA 15250-8000 | Lisette Brosan<br>1414 point O woods<br>Arnold, MD 21012-2375 | Lori Sharpe<br>19 Forsythia Lane<br>Bear, DE 19701-6301 |
| Lucy Mastantuono<br>5400 Sandy Point Lane<br>Clifton, VA 20124-0944 | Lynchburg Rivercrest Realty<br>Lynchburg Wards Crossing LLC<br>PO Box 604049<br>Charlotte, NC 28260-4049 | MOWMentum<br>240 Hollywood Farm Road<br>Fredericksburg, VA 22405-3709 |
| Macerich EQ Limited Partnership<br>SM Valley Mall LLC<br>Dept 880467 PO Box 29650<br>Phoenix, AZ 85038-9650 | Malden International Designs<br>19 Cowan Drive<br>Middleboro, MA 02346-3700 | Marco Property Services<br>PO Box 4849<br>Midlothian, VA 23112-0015 |
| Margaret Wilhoit<br>14605 Frisco Ct<br>Woodbridge, VA 22193-2030 | Mary Peters<br>6401 Rock Forest Drive<br>205<br>Bethesda, MD 20817-7903 | Mary Stickney<br>8218 Green Ice Drive<br>Pasadena, MD 21122-3868 |
| Mary Thompson<br>106 Split Oak Way<br>New Bern, NC 28562-9008 | Mayflower Apple Blossom LP<br>14183 Collection Center Dr<br>Chicago, IL 60693-0141 | Mayflower Apple Blossom LP Storage<br>Apple Blossom Mall Attn Management Offi<br>1850 Apple Blossom Dr<br>Winchester, VA 22601-5187 |
| Mayflower Apple Blossom, L.P.<br>c/o Simon Property Group, L.P.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Mayflower Distributing Company Inc<br>1155 Medallion Drive<br>Mendota Heights, MN 55120-1220 | Mendy Pratt<br>551 Greenbriar Drive<br>Culpeper, VA 22701-3257 |
| Meredith Chaney<br>10412 Old Bridge Lane<br>Charlotte, NC 28269-8156 | Michael Postal<br>1801 16th Street NW<br>Apt 606<br>Washington, DC 20009-3324 | Michelle Alvarez<br>9515 Ashleyville Turn<br>Midlothian, VA 23112-1690 |
| Mike Vaccarelli<br>7694 Dorchester Blvd<br>Hanover, MD 21076-2061 | Monticello Marketplace<br>SL Nusbaum Realty Co<br>Escrow Agent for Monticello Marketplace<br>Norfolk, VA 23514-3580 | Monticello Marketplace Associates LLC<br>c/o David A, Greer<br>500 E. Main St Suite 1225<br>Norfolk, VA 23510-2274 |
| NMP-C4 Fairfield S/C, LLC<br>c/o William McDonald, Esq.<br>11250 El Camino Real, Suite 200<br>San Diego, CA 92130-2677 | NYSLIFE<br>711 Ginesi Dr<br>Morganville, NJ 07751-1235 | Nicole Almeida<br>2050 Mount View Rd<br>Marriottsville, MD 21104-1636 |
| Oakton Limited Partnership LLP<br>Redwood Commercial Management<br>5900 Fort Drive Suite 400<br>Centreville, VA 20121-2413 | PB Mares LLP<br>701 Town Center Dr Suite 900<br>Newport News, VA 23606-4287 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |

| | | |
|---|---|---|
| PNC Bank, National Association<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>1 South Street, Suite 2200<br>Baltimore, MD 21202-3343 | PR Harbour View East, LLC<br>c/o Dustin P. Branch, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 | PR Valley LP Water 58<br>PO BOX 373828<br>CLEVELAND, OH 44193-0001 |
| PRISA LHC LLC Harbor View East<br>7 Giralda Farms<br>Madison, NJ 07940-1051 | Pascale Christiansen<br>500 Tunnel Court<br>Chesapeake, VA 23320-3181 | Paul DeRemigis<br>3 Banat Court<br>Baltimore, MD 21237-4507 |
| Penelope Lare<br>20819 Wallingford Square<br>104<br>Potomac Falls, VA 20165-7302 | Personnel Evaluation Inc Multi Sites<br>11138 W Greenfield Ave<br>Milwaukee, WI 53214-2362 | Peter Pauper Press Inc<br>3 International Dr<br>Suite 310<br>Rye Brook, NY 10573-7501 |
| (p)PIEDMONT SERVICE GROUP<br>1031 NOWELL RD<br>RALEIGH NC 27607-5130 | Pipp Mobile Storage Systems Inc<br>2966 WILSON DR. NW<br>WALKER, MI 49534-7592 | Pomeroy Technologies LLC<br>PO Box 7410512<br>Chicago, IL 60674-0512 |
| Potter Company<br>1604 Hilltop West Shopping Center<br>STE 202<br>Virginia Beach, VA 23451-6131 | Precious Moments Company<br>4105 Chapel Road<br>Carthage, MO 64836-8848 | Primitives by Kathy<br>1817 William Penn Way<br>Lancaster, PA 17601-5830 |
| Prisa LHC LLC Greenbrier Market Center<br>PRLHC Greenbrier MC 106818<br>PO Box 978500<br>Dallas, TX 75397-8500 | Pumpernickel Press<br>508 jack enders<br>Berryville, VA 22611-1538 | (p)QUILLING CARD LLC<br>ATTN JOAN NIERMEYER<br>47 MELLEN ST<br>FRAMINGHAM MA 01702-8588 |
| Rain Jewelry Collection<br>460 Hillside Ave<br>Needham, MA 02494-1224 | Reston North Point Village LLC<br>co Lerner Corp<br>2000 Tower Oaks Blvd 8th Floor<br>Rockville, MD 20852-4284 | Retirement Planners<br>7639 Leesburg Pike<br>Falls Church, VA 22043-2520 |
| Rhonda Kelley<br>756 Marvin Ave<br>Norfolk, VA 23518-2508 | Rifle Paper Co<br>558 W New England Ave<br>Suite 150<br>Winter Park, FL 32789-4254 | Rifle Paper Co.<br>Michael S. Provenzale, Esq.<br>215 N. Eola Drive<br>Orlando, FL 32801-2028 |
| Rio Hill Station LLC<br>C/O Monique B. DiSabatino<br>Saul Ewing LLP<br>1201 N. Market Street, St. 2300<br>Wilmington, DE 19801 | Roanoke Cave Springs<br>CO Brixmor Property Group<br>PO BOX 645324<br>Cincinnati, OH 45264-5324 | Rockstep Christiansburg LLC<br>782 New River Road<br>Christiansburg, VA 24073-6503 |
| Rocky Mount Magnolia Real Estate and Ma<br>9525 Birkdale Crossing Drive<br>Huntersville, NC 28078-8458 | Rollingwood SC TSCG<br>1945 Old Gallows Rd<br>Suite 300<br>Vienna, VA 22182-3931 | Russell Stover<br>4900 Oak Street<br>Kansas City, MO 64112-2927 |

| | | |
|---|---|---|
| SCT Rio Hill LLC<br>Attn  TSCG<br>PO Box 6298<br>Hicksville, NY 11802-6298 | Samantha Chicas<br>18325 Lost Knife Circle<br>Apt 304<br>Montgomery Village, MD 20886-0306 | Sana Farooqi<br>1863 Norhurst Way N<br>Catonsville, MD 21228-4123 |
| Sara Pashaei<br>8401 PINEY POINT CT<br>MANASSAS, VA 20110-4633 | Sarah Gordon<br>16 Lord Fairfax Drive<br>Fredericksburg, VA 22405-2969 | Shantie Alicea<br>1131 University W Blvd<br>apt 1717<br>Silver Spring, MD 20902-3312 |
| Sharalyn Detroy<br>7832 Thackara rd<br>Pasadena, MD 21122-3645 | Shawntia Campbell<br>931 Battery Road<br>Waynesboro, VA 22980-1786 | Sheila Bibb<br>309 Walnut Dr<br>Timberville, VA 22853-9710 |
| Silver Forest<br>BARR Credit Services<br>3444 N Country Club Rd.<br>Suite 200<br>Tucson, AZ 85716-0815 | Silver Forest Inc<br>40 Industrial Drive<br>Bellows Falls, VT 05101-3122 | Simon Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 |
| (p)SIMPLY SOUTHERN HOLDINGS  LLC<br>ATTN ATTN AR<br>498 GALLIMORE DAIRY RD<br>GREENSBORO NC 27409-9725 | Sophistiplate LLC<br>790 Atlanta S Pkwy<br>Suite 100<br>College Park, GA 30349 | South Riding Owner LLC<br>PO Box 640634<br>Property ID 262810<br>Pittsburgh, PA 15264-0634 |
| South Riding Owner, LLC<br>c/o Miles & Stockbridge P.C.<br>Attn: Catherine Harrington<br>915 Meeting St., Suite 1110<br>North Bethesda, MD 20852-2375 | Spoontiques Inc<br>111 Island Street<br>Stoughton, MA 02072-1401 | St Thomas GGCal LLC<br>co Greenberg Gibbons Commercial<br>10096 Red Run Blvd Suite 100<br>Owings Mills, MD 21117-4632 |
| Stacie Fleig<br>4100 Poplar Grove Road<br>Midlothian, VA 23112-4738 | Stafford Marketplace LLC<br>PO Box 62045<br>Dept Code SVAS1332C<br>Newark, NJ 07101-8061 | Stafford Marketplace, LLC<br>C/o Augustus T. Curtis, Esq.<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 |
| Steel Mill Co Designs<br>134 Beech Bend Rd<br>Bowling Green, KY 42101-7602 | Stonewall Kitchen<br>2 Stonewall Lane<br>York, ME 03909-1665 | Suffolk Shopping Center Associates LLC<br>Law Offices of David A. Greer PLC<br>500 E. Main ST., Suite 1225<br>Norfolk, VA 23510-2274 |
| Suffolk Shopping Center Associates LLLP<br>co S L Nusbaum Realty Co<br>440 Monticello Ave Suite 1700<br>Norfolk, VA 23510-2670 | Sunflower Food Co Inc<br>7921 Nieman Rd<br>Lenexa, KS 66214-1565 | Superior Construction Enterprises LLC<br>733 E Cumberland St<br>Lebanon, PA 17042-8138 |
| Suzanne Carter<br>4072 Parkside Meadows Court<br>Winston Salem, NC 27127-7476 | TCG Services LLC<br>145 N Main St<br>El Dorado, KS 67042-2017 | Tami Hykes<br>4316 Oxford Mill Rd<br>Waxhaw, NC 28173-0019 |

Terri Wellman
3115 Commerce Place
Apt 11
Burlington, NC 27215-4304

Terry Little
6031 Little Brook Ct
Clifton, VA 20124-1022

The Mall in Columbia LLC storage
10300 Little Patuxent Parkway
Columbia, MD 21044-7007

(p)THE NAKED BEE
ATTN ACCOUNTING DEPT
2261 MARKET STREET STE 10337
SAN FRANCISCO CA 94114-1612

The Peanut Shop
8012 Hankins Industrial Park
Toano, VA 23168-9259

Touchland LLC
c/o Church & Dwight Co. Inc.
Attn: Michael Harder
500 Charles Ewing Blvd.
Ewing, NJ 08628-3448

Touchland LLC Capacity
100 SE 2nd St
suite 2000
Miami, FL 33131-2101

(p)TWO'S COMPANY  INC
ATTN LISA STRASSMAN
500 SAW MILL RIVER RD
ELMSFORD NY 10523-1027

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Valerie Bilbro
6914 Back Creek Rd
Boones Mill, VA 24065-2020

Vanessa Viveros
816 Stanley Rd
Portsmouth, VA 23701-1917

Vera Bradley Sales LLC
Attn Accounts Receivable
12420 Stonebridge Rd
Roanoke, IN 46783-9300

VillaTech Inc
2020 Calamos Ct Suite 280
Naperville, IL 60563-3284

Village Marketplace LLC
800 Corporate Drive
Suite 305
Fort Lauderdale, FL 33334-3618

Village Marketplace, LLC
c/o Neil E. McCullagh, Esq.
Spotts Fain PC
411 E. Franklin St., Ste. 600
Richmond, VA 23219-2200

Virginia Beach Affilliates LLC
55 5th AvenueFloor 15
New York, NY 10003-4301

Walton Adams PC
1925 Isaac Newton Square Suite 250
Reston, VA 20190-5024

Warrenton Development Company
co Waters Retail Group
200 Old Forge Lane Suite 201
Kennett Square, PA 19348-1920

Wayne Lishowid
8312 Cypress Mill Road
Baltimore, MD 21236-5580

Waynesboro Town Center
CO Chase Properties II Ltd
3333 Richmond Road Suite 320
Beachwood, OH 44122-4198

Wendy Galvez
146 Dunlap Road
Pasadena, MD 21122-3033

White House Historical Association
PO BOX 27624
Washington, DC 20038-7624

Wockenfuss Candies
6831 Harford Road
Baltimore, MD 21234-7716

Workman Publishing Co Inc
PO Box 21142
New York, NY 10087-1142

Yankee Candle Co
PO Box 416442
Boston, MA 02241-6442

Yeatts Heating Air
PO Box 518
Salem, VA 24153-0518

Yoonique LLC
1761 N New Hampshire Ave
Los Angeles, CA 90027-4207

Youngs Inc
735 Thimble Shoals Blvd 100
Newport News, VA 23606-4255

Zane Overton
1 Breezy Tree Court
APT G
Timonium, MD 21093-1225

Zimmer Development Company
6725 MONUMENT DR
WILMINGTON, NC 28405-4558

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave, NW
Ste 500
Washington, DC 20036-5304

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fragrances of Ireland
668 N Coast Hwy Suite 1207
Laguna Beach, CA 92651-1513

PNC Bank NA
130 South Bond Street
Bel Air, MD 21014

Piedmont Service Group
616 Industrial Avenue
Greensboro, NC 27406

Quilling Card LLC
47 Mellen St C1
Framingham, MA 01702

Simply Southern
498 Gallimore Dairy Rd
Greensboro, NC 27409

The Naked Bee
2261 Market Street
STE 10337
San Francisco, CA 94114

Twos Company Inc
500 Saw Mill River Road
Elmsford, NY 10523

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brixmor Holdings 1 SPE, LLC

(u)Burketown Plaza, LLC

(u)CP Venture Two LLC

(u)Federal Realty OP LP

(u)Federal Realty Partners, L.P.

(u)GRI Bradlee, LLC

(u)Hallmark Marketing Company, LLC

(u)Itria Ventures LLC

(u)Mayflower Apple Blossom, L.P.

(u)NMP-C4 Fairfield S/C, LLC

(u)PR Harbour View East, LLC

(u)Rio Hill Station LLC

| | | |
|---|---|---|
| (u)Stafford Marketplace, LLC | (d)Ashburn Village Center LLC<br>C/o Stephen A. Metz, Esq.<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000w<br>Bethesda, MD 20814-6604 | (d)Caspari Inc<br>99 Cogwheel Lane<br>Seymour, CT 06483-3900 |
| (d)Fair City HHH, L.L.C.<br>c/o HHH Properties Corp.<br>4001 Williamsburg Court,<br>Fairfax, VA 22032-1139 | (u)Heather Hanson | (u)Anita Hanson |

End of Label Matrix
Mailable recipients    301
Bypassed recipients     18
Total                  319