The order below is hereby signed.

Signed: April 3 2026



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-378-ELG |
| | ) | (Chapter 11) |
| Banners of Abingdon, LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Reorganized Debtor. | ) | |

### ORDER GRANTING SECOND AND FINAL
### APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Second and Final Application of The VerStandig Law Firm, LLC for Allowance of Compensation and Reimbursement of Expenses (the "Application," with the proponent thereof being known as "VLF"), DE #193, any objection(s) to the approval thereof,

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that upon consideration of the nature, extent, and value of services furnished by VLF to the substantively consolidated debtor (the "Debtor") in these jointly administered cases, the fees sought by VLF have been appropriately earned by the firm and its attorneys during the pendency of these cases; and it is further

FOUND, that the expenses for which VLF seeks reimbursement represent costs validly incurred by VLF during the pendency of these cases; and it is further

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that the total fees of $97,020.00, charged by VLF in connection with its representation of the Debtor in these cases be, and hereby are, APPROVED; and it is further

ORDERED, that total reimbursements of $1,793.78, for out-of-pocket expenses actually and necessarily incurred by VLF in connection with its representation of the Debtor in these cases be, and hereby are, APPROVED; and it is further

ORDERED, that VLF is authorized to deduct $845.06 from monies being held in the firm's IOLTA account and apply the same toward the payment of the fees and expenses approved and ratified herein; and it is further

ORDERED, that VLF be, and hereby is, awarded an administrative expense claim, against the Debtor's estate, in the sum of $21,791.78, as and for remaining fees and costs not previously paid pursuant to an interim order and not paid pursuant to the foregoing paragraph of this order.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Trial Attorney
Department of Justice
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 Direct Dial
Kristen.S.Eustis@usdoj.gov
*Counsel for the US Trustee*

3