**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>BANNERS OF ABINGDON, LLC, *et al.*[1]<br><br>Reorganized Debtor. | Case No. 25-00378-ELG<br>Chapter 11- Jointly Administered |

**ORDER COMPELLING BANNERS OF MANASSAS II, LLC TO IMMEDIATELY**
**SURRENDER THE LEASED PREMISES**
**(11750 Sudley Manor Drive, Manassas, Virginia 20109)**

Upon consideration of the Motion for Entry of an Order Compelling Banners of Manassas

II, LLC to Immediately Surrender the Leased Premises (the "Motion") filed by Bull Run Plaza,

LLC ("Landlord"), and any responses thereto, it is, by the United States Bankruptcy Court for the

District of Columbia:

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC. Pursuant to the Confirmation Order, defined *infra*, all Debtors have been substantially consolidated and will be referred to herein as "Debtor."

2

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that no later than five (5) business days of the entry of this Order, Banners of Manassas II, LLC ("Debtor") shall immediately surrender possession of the suite it occupies in the building commonly known as 11750 Sudley Manor Drive, Manassas, Virginia ("Leased Premises") to Landlord and/or its agents; and it is further

ORDERED, that if the Debtor does not surrender the Leased Premises as ordered in the preceding paragraph, then to the extent applicable the automatic stay is modified to permit Landlord and its agents to exercise any and all remedies available under applicable non-bankruptcy law to re-enter and take full possession of the Leased Premises including, but not limited to, seeking relief in the appropriate court within the Commonwealth of Virginia; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all disputes arising from or related to the implementation or interpretation of this Order.

cc:   Debtor - Banners of Manassas II, LLC
      Debtor's Counsel - Maurice Belmont VerStandig
      Movant - Bull Run Plaza, LLC
      Movant's Counsel – Addison J. Chappell & Catherine B. Harrington

**\*\* END OF ORDER \*\***

2