Addison J. Chappell, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3481
Email:  achappell@milesstockbridge.com

Catherine B. Harrington, Esquire
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852
Phone:  (301)-517-4802
Email:  charrington@milesstockbridge.com

*Counsel for South Riding Owner, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>BANNERS OF ABINGDON, LLC, *et al.*[1]<br><br>Reorganized Debtor. | Case No. 25-00378-ELG<br>Chapter 11- Jointly Administered |

### NOTICE OF MOTION OF SOUTH RIDING OWNER, LLC FOR ENTRY OF AN ORDER COMPELLING BANNERS OF SOUTH RIDING, LLC TO <u>IMMEDIATELY SURRENDER THE LEASED PREMISES</u>
### (25050 Riding Plaza, Suite 125, Chantilly, VA 20152)

**PLEASE TAKE NOTICE** that South Riding Owner, LLC ("<u>Landlord</u>"), by and through

undersigned counsel, has filed its Motion for Entry of an Order Compelling Banners of South

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles  Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's  of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners  of Leesburg, LLC; and LBPO Management, LLC.  Pursuant to the Confirmation Order, defined *infra*, all Debtors have been substantially consolidated and will be referred to herein as "<u>Debtor</u>."

K11138\000006\4922-3324-9209.v1

Riding, LLC to Immediately Surrender the Leased Premises (the "Motion") with the United States Bankruptcy Court for the District of Columbia (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Columbia, and filed with the Bankruptcy Court within **fourteen (14) days of the date of this Notice**.  At the same time, you must also serve a copy of the response upon undersigned counsel at the addresses indicated in the signature block below.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

DATE: June 29, 2026

*/s/ Addison J. Chappell*
Addison J. Chappell
  Federal Bar No. 1742940
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3481
Email:  achappell@milesstockbridge.com

*/s/ Catherine B. Harrington*
Catherine B. Harrington
  Federal Bar No. 498333
Miles & Stockbridge P.C.
915 Meeting Street, Suite 1110
North Bethesda, MD 20852
Phone:  (301)-517-4802
Email:  charrington@milesstockbridge.com

*Counsel for South Riding Owner, LLC*

K11138\000006\4922-3324-9209.v1

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2026, a copy of the foregoing Notice was electronically filed with the Court and served via the Court's ECF filing system on all parties receiving electronic notice, including counsel for the Debtor and the Office of the United States Trustee, which constitute all necessary parties.

*/s/ Addison J. Chappell*
Addison J. Chappell

K11138\000006\4922-3324-9209.v1