Addison J. Chappell, Esquire
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3481
Email:  achappell@milesstockbridge.com

*Counsel for South Riding Owner, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re:

BANNERS OF ABINGDON, LLC, *et al.*[1]

Reorganized Debtor.

Case No. 25-00378-ELG
Chapter 11- Jointly Administered

### LINE WITHDRAWING MOTION OF SOUTH RIDING OWNER, LLC FOR ENTRY OF AN ORDER COMPELLING BANNERS OF SOUTH RIDING, LLC TO IMMEDIATELY SURRENDER THE LEASED PREMISES

South Riding Owner, LLC ("Landlord"), by counsel, hereby withdraws its Motion for an Order Compelling Banners of South Riding, LLC to Immediately Surrender the Leases Premises [Dkt. No. 200] (the "Motion"), on the grounds that the debtor has complied with the requests set forth in the Motion.

---

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles  Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners  of Leesburg, LLC; and LBPO Management, LLC.  Pursuant to the Confirmation Order all Debtors have been substantially consolidated and will be referred to as "Debtor."

K11138\000006\4932-0351-1748.v1

2

DATE: August 4, 2026

/s/ Addison J. Chappell
Addison J. Chappell
  Federal Bar No. 1742940
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Phone:  (410) 385-3481
Email:  achappell@milesstockbridge.com

*Counsel for South Riding Owner, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2026, a copy of the foregoing Line was electronically filed with the Court and served via the Court's ECF filing system on all parties receiving electronic notice, including counsel for the Debtor.

/s/ Addison J. Chappell
Addison J. Chappell

K11138\000006\4932-0351-1748.v1