Augustus T. Curtis, Esq. (Bar No. 993228)
Leah C. Freedman, Esq. (Fed Bar. MD21221)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1700
augie.curtis@offitkurman.com
leah.freedman@offitkurman.com
*Counsel for Stafford Marketplace, LLC*
*and Burketown Plaza, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BANNERS OF ABINGDON LLC, | : | Case No. 25-00378-ELG |
| | : | Chapter 11 |
| Debtor. | : | |
| | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 2091-1(e), Leah C. Freedman of Offit Kurman, P.A. hereby substitutes her appearance on behalf of Stafford Marketplace, LLC and Burketown Plaza, LLC, parties in the above-captioned case, in place of Augustus T. Curtis, who is leaving the firm and will no longer serve as the attorney of record. Augustus T. Curtis hereby withdraws his appearance on behalf of the Debtor. Ms. Freedman will remain in the case as Debtor's counsel.

Respectfully submitted,

OFFIT KURMAN, P.A.

By: */s/ Augustus T. Curtis*
Augustus T. Curtis, Esq.
(Bar No. 993228)
7501 Wisconsin Avenue, Ste 1000W
Bethesda, MD 20814
Tel. 240.507.1756
augie.curtis@offitkurman.com

OFFIT KURMAN, P.A.

By: */s/ Leah C. Freedman*
Leah C. Freedman, Esq.
(Fed Bar. MD21221)
7021 Columbia Gateway Drive,
Suite 200
Columbia, MD 21046
Tel. 410.209.6408
leah.freedman@offitkurman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2026, a copy of the foregoing Notice of Substitution of Counsel was served electronically via this Court's CM/ECF system upon the following parties:

- **Karen C. Bifferato** kbifferato@connollygallagher.com
- **Eugene A Burcher** eaburcher@thelandlawyers.com
- **Melissa Byroade** mbyroade@kelleydrye.com
- **Christianna Annette Cathcart** christianna@dcbankruptcy.com
- **Addison J. Chappell** achappell@milesstockbridge.com
- **Augustus Curtis** augie.curtis@offitkurman.com,
- **Richard A DuBose** rdubo@gebsmith.com
- **Kristen S. Eustis** Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Robert C. Gill** robert.gill@saul.com
- **Christopher A. Glaser** caglaser@lerchearly.com, iluaces@jackscamp.com;statum@jackscamp.com
- **Catherine Brady DiFazio Harrington** charrington@milesstockbridge.com
- **Leslie C Heilman** weidmanb@ballardspahr.com
- **Bradley David Jones** brad.jones@stinson.com, brad.jones2020@ecf.pacerpro.com
- **C. Kevin Kobbe** kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com
- **Leonidas Koutsouftikis** lkouts@mckplaw.com, mcook@magruderpc.com
- **Robert L. LeHane** rlehane@kelleydrye.com
- **Neil E. McCullagh** nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;churley@spottsfain.com;jwest@spottsfain.com;rwestermann@spottsfain.com
- **Stephen A. Metz** smetz@offitkurman.com
- **Adam Nathe** adam.nathe@stinson.com, mpl.lssteam5@stinson.com
- **Michael D. Nord** mnord@gebsmith.com
- **Adrien Pickard** apickard@barclaydamon.com
- **John D. Sadler** Sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- **U. S. Trustee for Region Four** USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Steven Wallace** swallace@lashlybaer.com, denise@ghalaw.com;swallacelegal@gmail.com
- **Kenneth N Whitehurst** kenneth.n.whitehurst@usdoj.gov

*/s/ Augustus T. Curtis*
Augustus T. Curtis