Steven Goldberg (Fed Bar. MD0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Timonium, MD 21093
(410) 209-6414
sgoldberg@offitkurman.com
*Counsel to Warrenton Development Company*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Banners of Abingdon, LLC, et al.** [1] | : | **Case No. 25-00378-ELG** |
| | : | **Chapter 11** |
| **Debtors.** | : | |
| | : | **Jointly Administered** |
| ________________________________ | : | |

## NOTICE OF DEFAULT UNDER DEBTORS' CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION

Warrenton Development Company (the "Landlord") files this Notice of Default of Debtors' Confirmed Chapter 11 Plan of Reorganization.

The Reorganized Debtor is in material default of the Confirmed Plan of Reorganization (the "Plan") [Docket No. 158; 192] by failing to pay the Class 4.1 Claim in full as required under the Plan. Additionally, the Reorganized Debtor has failed to pay approximately four (4) months

[1] The Debtors in these cases are Banners of Abingdon, LLC; Banners of Reston, Inc.; Banner's of Dulles Town, Inc.; Banner's of Fair Oaks, LLC; Banner's Of Ashburn, LLC; Banner's of Gainesville, LLC; Banner's of Warrenton, LLC; Banner's of South Riding, LLC; Banner's of Stafford, LLC; Banner's of Oakton, LLC; Banner's of Bradlee Center, LLC; Banners of Fair Lakes, LLC; Banners of Woodbridge LLC; Banners of Williamsburg LLC; Banners of Newport News LLC; Banners of Commonwealth Midlothian LLC; Banners of Village Market Place Midlothian LLC; Banners of Fairfield Virginia Beach LLC; Banners of Hilltop Virginia Beach LLC; Banners of Central Park Fredericksburg LLC; Banners of Cosner's Corner Fredericksburg LLC; Banners of York River LLC; Banners of Lynchburg, LLC; Banners of Harrisonburg VA LLC; Banners of Winchester LLC; Banners of Christiansburg VA LLC; Banners of Chesapeake VA LLC; Banners of Columbus Village VA Beach LLC; Banner's of Burke, LLC; Banner's of Kamp Washington, LLC; Banners of Suffolk II LLC; Banners of Suffolk LLC; Banners of Henrico LLC; Banners Of Waynesboro LLC; Banners of Roanoke LLC; Banners of Rocky Mount VA, LLC; Banners of Manassas II LLC; Banners of Charlottesville LLC; Banners of Kingstowne LLC; Banners of Leesburg, LLC; and LBPO Management, LLC.

of post-confirmation rent to the Landlord. As of October 1, 2026, the Reorganized Debtor is indebted to the Landlord in the amount of not less than $59,773.65. The Landlord intends to immediately exercise its rights and remedies under applicable law.

Respectfully submitted,

By: */s/ Steven L. Goldberg*
Steven L. Goldberg, Esq. (Bar No. MD0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Timonium, Maryland 21093
Tel. (410) 209-6414
Email: sgoldberg@offitkurman.com
*Attorneys to Warrenton Development Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice will be served electronically by the Court's CM/ECF system on the following:

Maurice B. VerStandig, Esquire mac@dcbankruptcy.com
Christianna Cathcart, Esquire christianna@dcbankruptcy.com
Adam Nathe adam.nathe@stinson.com
Addison Chappell achappell@milesstockbridge.com
Adrien Pickard apickarg@barclaydamon.com
Bradley Jones brad.jones@stinson.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com
Catherine Harrington charrington@milesstockbridge.com
Christopher A. Glaser cglaser@jackscamp.com
Eugene Burcher eaburcher@thelandlawyers.com
John Sadler Sadlerj@ballardspahr.com
Karen Bifferato kbifferato@connollygallagher.com
Kenneth Whitehurst III kenneth.n.whitehurst@usdoj.gov
Kristen Eustis Kristen.S.Eustis@usdoj.gov
Leonidas Koutsoufitikis lkouts@mckplaw.com
Leslie Hellman weidmanb@ballardspahr.com
Melissa Byroade mbyroade@kelleydrye.com
Michael Nord mnord@gebsmith.com
Neil McCullagh nmccullagh@spottsfain.com
Richard Dubose rdubo@gebsmith.com
Robert LeHane rlehane@kelleydrye.com
Stephen Wallace swallace@lashlybaer.com
U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

/s/ Steven L. Goldberg
Steven L. Goldberg