Steven Goldberg (Fed Bar. MD0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Timonium, MD 21093
(410) 209-6414
sgoldberg@offitkurman.com
*Counsel to Warrenton Development Company*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Banners of Abingdon, LLC, et al.** | : | **Case No. 25-00378-ELG** |
| | : | **Chapter 11** |
| **Debtors.** | : | |
| | : | **Jointly Administered** |
| ________________________________ | : | |

**WITHDRAWAL OF NOTICE OF DEFAULT UNDER DEBTORS' CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION**

TO THE CLERK OF THE COURT:

Please *withdraw* the Notice of Default filed by Warrenton Development Company on October 12, 2026 [Docket No. 206].

Respectfully submitted,

By: */s/ Steven L. Goldberg*
Steven L. Goldberg, Esq. (Bar No. MD0218)
Offit Kurman, P.A.
1954 Greenspring Drive
Suite 605
Timonium, Maryland 21093
Tel. (410) 209-6414
Email: sgoldberg@offitkurman.com
*Attorneys to Warrenton Development Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Withdrawal of Notice will be served electronically by the Court's CM/ECF system on the following:

Maurice B. VerStandig, Esquire mac@dcbankruptcy.com
Christianna Cathcart, Esquire christianna@dcbankruptcy.com
Adam Nathe adam.nathe@stinson.com
Addison Chappell achappell@milesstockbridge.com
Adrien Pickard apickarg@barclaydamon.com
Bradley Jones brad.jones@stinson.com
C. Kevin Kobbe kevin.kobbe@us.dlapiper.com
Catherine Harrington charrington@milesstockbridge.com
Christopher A. Glaser cglaser@jackscamp.com
Eugene Burcher eaburcher@thelandlawyers.com
John Sadler Sadlerj@ballardspahr.com
Karen Bifferato kbifferato@connollygallagher.com
Kenneth Whitehurst III kenneth.n.whitehurst@usdoj.gov
Kristen Eustis Kristen.S.Eustis@usdoj.gov
Leonidas Koutsoufitikis lkouts@mckplaw.com
Leslie Hellman weidmanb@ballardspahr.com
Melissa Byroade mbyroade@kelleydrye.com
Michael Nord mnord@gebsmith.com
Neil McCullagh nmccullagh@spottsfain.com
Richard Dubose rdubo@gebsmith.com
Robert LeHane rlehane@kelleydrye.com
Stephen Wallace swallace@lashlybaer.com
U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

/s/ Steven L. Goldberg
Steven L. Goldberg